FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 1 0 2019 ★

BROOKLYN OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HYUNDAI CAPITAL AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEMET MOTORS LLC, a New York limited liability company; and SCOTT A. PERLSTEIN, SR.,<br><br>Defendants, | CIVIL CASE NO.:<br><br>**CV 19-5506**<br>CIVIL ACTION   **AMON, J.**<br><br>**VERIFIED COMPLAINT**   REYES, M.J. |

Plaintiff Hyundai Capital America, as its Verified Complaint against defendants, Nemet Motors LLC, a New York limited liability company, and Scott A. Perlstein, Sr., states:

### PARTIES

1.     Plaintiff Hyundai Capital America ("Hyundai Capital" or "Plaintiff") is a California corporation with its principal place of business at 3161 Michelson Drive, Suite 1900, Irvine, CA 92612.

2.     Defendant Nemet Motors LLC ("Nemet Motors"), is a New York limited liability company with a principal place of business at 144-02 Hillside Avenue, Jamaica, New York 11432 and 153-03 Hillside Avenue, Jamaica, NY 11432.

3.     Defendant Scott A. Perlstein, Sr. ("Perlstein"), is a member of Nemet Motors and a citizen of the State of New York residing at 241 Baird Court, Woodbury, NY 11797.

4.     Upon information and belief, the other member of Nemet Motors is Jerome Leibowitz, Executor of the Last Will and Testament of Thomas Nemet, who is a citizen of the State of New York with an address at 60 Wildwood Road, New Rochelle, New York 10804.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction under 28 U.S.C.A. §1332 in that the Plaintiff and the Defendants are citizens and residents of different states and the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

6.     Venue is proper in this District pursuant to 28 U.S.C.A. § 1391(b) in that Nemet Motors' place of business is in this District and Perlstein resides in this District.

## BACKGROUND

## COUNT ONE (WRIT OF SEIZURE)

1.     On or about September 5, 2014, Hyundai Capital, as lender, and Nemet Motors, as borrower, entered into an Inventory Loan and Security Agreement (the "ILSA"), pursuant to which, *inter alia*, Hyundai Capital granted to Nemet Motors a line of credit whereby Hyundai Capital may, but is not required to, make advances to Nemet Motors for the acquisition of vehicles for its vehicle inventory.   A true copy of the ILSA is attached hereto as Exhibit A.

2.     Nemet Motors also entered into certain contractual agreements with Nissan Motor Acceptance Corp. ("NMAC") for financing for its business of selling new Nissan brand automobiles, as well as used vehicles.

3.     Because Nemet Motors had a relationship as a borrower with both Hyundai Capital and NMAC, Hyundai Capital and NMAC entered into an Intercreditor Agreement dated September 5, 2014.

4.     Pursuant to Section 4 of the ILSA, Nemet Motors agreed to immediately pay to Hyundai Capital the outstanding amount of each advance by lender on a vehicle upon the sale, lease or trade of such vehicle, or on the date such vehicle is destroyed, stolen, lost or confiscated, except as otherwise stated in the addendum thereto.

5.     The obligation of the Nemet Motors to sell vehicles only in the ordinary course of business and remit timely monies to Hyundai Capital once a vehicle is sold to a customer is the cornerstone of the relationship between Hyundai Capital and Nemet Motors.   Since significant amounts of money are at issue, any failure of Nemet Motors to immediately remit the monies owed upon the sale or other disposition of a vehicle that is collateral of Hyundai Capital pursuant to Paragraph 4 constitutes as material default.

6.     Pursuant to Section 8 of the ILSA, Hyundai Capital is granted a security interest in all personal property and fixtures of Nemet Motors, whether then owned or after acquired, whether or not financed by Hyundai Capital, including new and used motor vehicles, parts, accessories, display and demonstration items, returns and repossession and other personal property held for sale or lease, and all additions and accessions thereto (hereinafter the "Collateral").

7.     Pursuant to Section 9(a)(i) of the ILSA, Nemet Motors covenants to maintain its limited liability company status and all franchises except those that otherwise terminate in accordance with their terms, and maintain in full force and effect all franchises necessary to carry on its business.

8.     Section 9(f) of the ILSA provides with respect to inventory that Nemet Motors will not sell, lease or otherwise dispose of inventory except in the ordinary course of business.

9.     Section 10 of the ILSA enumerates the events of default thereunder.   Pursuant to Section 10(a), a failure to perform any term, covenant, condition or provision of that agreement constitutes an event of default.

10.     Pursuant to Section 10(c), the commencement of an involuntary proceeding against Nemet Motors for the appointment of a receiver or trustee constitutes an event of

default.

11.    Pursuant to Section 10(d), the failure of Nemet Motors to make any payment when due with respect to any indebtedness with a principal balance in excess of $50,000.00 constitutes an event of default.

12.    Pursuant to Section 10(f), a default by Nemet Motors in maintaining any franchise either voluntarily or involuntarily, constitutes an event of default.

13.    Pursuant to Section 10(g), a default or breach by Nemet Motors under any agreement by Nemet Motors with a creditor with whom Hyundai Capital has an intercreditor agreement constitutes an event of default.

14.    The security interest of Hyundai Capital was duly perfected by the filing of a UCC Financing Statement on July 25, 2014.   A true copy of that UCC Financing Statement is attached hereto as Exhibit B.

15.    On or about August 30, 2016, Hyundai Capital, as lender, and Nemet Motors, as borrower, entered into a business Loan and Security Agreement (the "Business Loan Agreement"), pursuant to which Hyundai Capital granted to Nemet Motors a loan in the sum of four hundred thousand ($400,000.00) dollars for working capital purposes to be made in a single advance.  A true copy of the Business Loan Agreement is attached hereto as Exhibit C.

16.    In or about July, 2019, Nemet Motors sent a notice of voluntary termination of its Nissan franchise to Nissan North America, Inc. ("Nissan").   The termination of Nemet Motors' franchise with Nissan was an event of default under Section 9(a)(i) and 10(f) of the ILSA.

17.    In addition, NMAC commenced a legal action against Nemet Motors in the United States District Court for the Eastern District of New York, under Civil Case Number

4

1:19-cv-03284 (the "NMAC Action") alleging substantial breaches by Nemet Motors in its contractual obligations to NMAC.

18.    NMAC alleges in the suit that Nemet Motors has breached its contractual obligations to NMAC by failing to pay approximately $2,702,631.94 for vehicles sold that were financed by NMAC.

19.    A breach by Nemet Motors of an obligation to pay a principal amount in excess of $50,000.00 constitutes an event of default under Section 10(d) of the ILSA.

20.    A breach by Nemet Motors of an obligation to a creditor, such as NMAC, with which Hyundai Capital has an intercreditor agreement is an event of default under Section 10(g) of the ILSA.

21.    By letter dated June 28, 2019, Hyundai Capital advised Nemet Motors that it was terminating the ILSA.  A true copy of that letter is attached hereto as Exhibit D.

22.    The serious and substantial nature of the default by Nemet Motors in its obligations to NMAC put Hyundai Capital in substantial fear that Nemet Motors was undercapitalized, and that Hyundai Capital's Collateral was also at risk of being transferred without payment to Hyundai Capital.

23.    Under Section 11 of the ILSA, upon default, Hyundai Capital is entitled to all remedies provided in the ILSA or by law, including the right to demand and take actual possession of the Collateral, to sell, lease or otherwise dispose of its Collateral, and to appoint a representative known as a "keeper" to enter the premises of the dealership and remain on the premises for such time as the keeper deems appropriate, to take constructive or actual possession of the Collateral, to take possession and control over statements of origin and title with respect to each vehicle in Nemet Motors' inventory, and to take possession over

documents, books, records, or any tangible or intangible property of Nemet Motors relating to or comprising part of Hyundai Capital's Collateral.

24.     As a result of that default, by letter dated July 23, 2019, Hyundai Capital gave Nemet Motors notice of its default, and demanded that Nemet Motors permit the placement of a keeper on the dealership premises, to hold the motor vehicles titles, manufacturer's statements of origin and keys.  The letter demanded a response by 5:00 p.m. on July 24, 2019.  A true copy of that letter is attached hereto as Exhibit E.

25.     Nemet Motors permitted Hyundai Capital to put a keeper on the premises.

26.     Thereafter, Nemet Motors requested that Hyundai Capital agree to waive certain rights That Hyundai Capital had under the ILSA to seek turnover of monies owed to Nemet Motors from Hyundai Motors America ("HMA") and Kia Motors America ("KMA") in the approximate sum of $350,000.00, to waive Hyundai Capital's right to retain the proceeds of consumer retail installment contracts to be applied against the amounts owed by Nemet Motors to Hyundai Capital, to reinstate the ILSA inventory financing, and to forbear from taking any other action to pursue its rights upon default under the ILSA, because Nemet Motors had obtained a potential purchaser for its Hyundai dealership.

27.     Nemet Motors acknowledged that it could not provide any additional collateral in return for the collateral that it was seeking to have released, and that it had no capital or alternate form of financing to keep the dealership open.

28.     Nemet Motors also acknowledged that it was liable for approximately $1.2 million dollars in unpaid state sales taxes.

29.     Based upon the risk that Hyundai Capital would face if it acceded to Nemet Motors' requests, on September 10, 2019, Hyundai Capital declined to agree to Nemet Motors'

requests.

30.     Also on September 10, 2019, Nemet Motors defaulted in its obligation to make a payment of interest to Hyundai Capital under the ILSA.

31.     By letter dated September 10, 2019, Hyundai Capital notified Nemet Motors of its further default, and, pursuant to the terms of the ILSA and Business Loan Agreement, declared the full amount then owed of $5,125,997.44 to be due and payable by September 11, 2019.  A true copy of that letter is attached hereto as Exhibit F.

32.     Payment was not made.

33.     To the best of Hyundai Capital's knowledge, Nemet Motors does not have any contract to sell the dealerships, notwithstanding that more than three months have passed since Hyundai Capital provided the June 28, 2019 notice of termination of the ILSA.

34.     To protect its Collateral, Hyundai Capital has been forced to dedicate an employee to be present on every business day to hold the keys and titles and try to prevent the improper sale of Hyundai Capital's Collateral without payment.

35.     In addition, employees of Nemet Motors have lied to the keeper about the disposition of at least one vehicle.  The Hyundai Capital employee was advised on September 16, 2019 that a vehicle key was needed to take a 2019 Kia Sedona vehicle, vehicle identification number KNDMB5C10K6539215 (the "2019 Sedona") for leather repairs.  On September 18, 2019, another employee asked about the whereabouts of the 2019 Sedona and was told it was sold.  When no payment had been made, on September 19, 2019, Hyundai Capital demanded a certified check in payment for the balance owed on the 2019 Sedona.  On September 20, 2019, the General Manager of Nemet Motors admitted that the vehicle had been delivered and stated that Nemet Motors was arranging for certified funds in payment.  Hyundai Capital ceased

providing keys for vehicles for test drives until certified funds were actually received.

36.    As stated above, it is alleged by NMAC that Nemet Motors sold over $2.7 million dollars' worth of vehicles that were collateral of NMAC without making payment to NMAC therefore.  Therefore, Hyundai Capital is at substantial risk that vehicles will be sold without payment's being made by Nemet Motors.

37.    The vehicles that are the collateral of Hyundai Capital are those vehicles listed on the trial balance attached as Exhibit G hereto with respect to which there is a principal balance is reflected as owing (hereinafter the "Vehicles").

38.    The normal method of disposing of the new motor vehicles would be to return them to KMA or HMA for full credit.  However, the value of certain vehicles and the ability to demand repurchase by KMA or HMA deteriorate over time.  For example, there are 2017 model vehicles that may not be accepted by KMA or HMA for repurchase due to their age.  Further delay will irreparably prejudice Hyundai Capital's ability to satisfy the balance due through the disposition of the new vehicle inventory.

39.    Unless a preliminary injunction is imposed pending a final hearing on replevin and a writ of seizure, Hyundai Capital will be irreparably harmed as aforesaid in that both its Collateral and the proceeds thereof will be lost.

40.    The estimated wholesale value of the Kia dealership vehicles is $2,784,082.00.  The estimated wholesale value of the Hyundai dealership vehicles is $453,254.00; therefore, the total estimated wholesale value is $3,237,705.00.

41.    By letter dated October 7, 2019, transmitted by counsel for Hyundai Capital to counsel for Nemet Motors, Hyundai Capital demanded the voluntary surrender of the Vehicles.  A true copy of that letter is attached hereto as Exhibit I.  Nemet Motors did not respond.

WHEREFORE, Plaintiff, Hyundai Capital America, demands judgment against Defendants for the following relief:

A) Adjudging and declaring that Plaintiff has a perfected first priority security interest in the Collateral and the proceeds thereof;

B) Declaring that Nemet Motors is in default in its contractual obligations to Plaintiff;

C) Granting a preliminary injunction restraining Nemet Motors from concealing, removing, transferring, encumbering, hypothecating, selling or disposing of the eight vehicles listed in Exhibit G hereto:

D) Granting a preliminary injunction requiring Defendants to account for, assemble, and turn over the remaining vehicles to Plaintiff;

E) Issuing a Writ of Seizure for the vehicles; and

F) Granting such other and further relief as the Court deems equitable and just.

## COUNT TWO (BREACH OF THE ILSA)

42.     Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 39 of this Complaint as though set forth fully herein.

43.     Nemet Motors has breached its contractual obligations under the ILSA, including, without limitation, terminating its Nissan franchise and failing to make payment when due.

44.     Pursuant to Section 10 of the ILSA, Nemet Motors is in default of its obligations to Hyundai Capital.

45.     Pursuant to Section 11 of the ILSA, upon Nemet Motors' default, Hyundai Capital has the right to declare the unpaid principal amount of all outstanding advances, all interest accrued thereon, and all other amounts owing or payable hereunder or under any other

loan document to be immediately due and payable, without presentment, demand, protest or other notice of any kind.

46.     Pursuant to Section 6(a)(i) of the ILSA, Hyundai Capital may terminate the ILSA immediately upon Nemet Motors' default.

47.     As stated above, based upon Nemet Motors' default, Hyundai Capital advised Nemet Motors of the termination of the ILSA (Exhibit D hereto).

48.     As a result of the breaches by Nemet Motors, by demand letter dated September 10, 2019 (Exhibit F hereto), Hyundai Capital declared the full amount then owed to be due and payable by September 11, 2019.

49.     Full payment has not been made by Nemet Motors, although it has sold some vehicles and applied those funds against balances due.  The present principal balance due under the ILSA is $3,694,333.63, plus interest of $56,999.53, plus fees and costs.  Interest, costs and fees continue to accrue.

50.     Pursuant to Section 11 of the ILSA, Hyundai Capital has all rights afforded to it under the Uniform Commercial Code and under contract, including without limitation the right to collect, receive or take actual or constructive possession of the Collateral or any part thereof, and may enter upon the premises for that purpose, sell lease or otherwise dispose of the Collateral, or any part thereof, at public or private sale.

51.     Pursuant to Section 16 of the ILSA, Nemet Motors is liable for all costs and expenses related to this action, including attorneys' fees and costs.

WHEREFORE,  Plaintiff, Hyundai Capital America, demands judgment against defendant Nemet Motors for the following relief:

A) Adjudging and declaring that Plaintiff has a perfected first priority security interest

10

in the Collateral and the proceeds thereof;

B) Adjudging and declaring that Nemet Motors is in default in its contractual obligations to Plaintiff;

C) Granting a preliminary injunction requiring from concealing, removing, transferring, encumbering, hypothecating, selling or disposing of the vehicles listed in Exhibit G hereto not already marked as sold, any interest therein, or the proceeds thereof:

D) Permitting Plaintiff to enter upon the premises of the Nemet Motors premises, or whatever location the Collateral is located, and take possession of the  Collateral and dispose of the collateral in accordance with law;

E) Entering judgment in the amount due and owing from Nemet Motors under the ILSA;

F) Awarding compensatory and incidental damages, and attorneys' fees and costs of suit; and

G) Granting such other and further relief as the Court deems equitable and just.

**COUNT THREE (BREACH OF THE BUSINESS LOAN AGREEMENT)**

52.    Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 49 of this Complaint as though set forth fully herein.

53.    On or about August 30, 2016, Hyundai Capital, as lender, and Nemet Motors, as borrower, entered into the Business Loan Agreement, pursuant to which Hyundai Capital granted to Nemet Motors a loan in the sum of four hundred thousand ($400,000.00) dollars for working capital purposes to be made in a single advance.  A true copy of the Business Loan Agreement is attached hereto as Exhibit C.

54.    Pursuant to Section 3 of the Business Loan Agreement, the loan bears interest at

11

the rate applicable to advances for new vehicles under the ILSA.

55.     Pursuant to Section 4 of the Business Loan Agreement, the loan was to be evidenced by a Note. A true copy of the Note is attached hereto as part of Exhibit E.

56.     Pursuant to Section 4 of the Business Loan Agreement, interest was due and payable on the first day of each month commencing on October 1, 2016 and continuing thereafter through and including September 1, 2021.

57.     Also pursuant to Section 4 of the Business Loan Agreement, the principal amount of the loan was due and payable in sixty (60) equal monthly installments of $6,666.67 each on the first day of each calendar month, commencing on October 1, 2016 and continuing thereafter through and including September 1, 2021.

58.     Under Section 12 of the Business Loan Agreement, Hyundai Capital is granted a lien on and security interest in all personal property and fixtures of Nemet Motors, wherever located, as described more specifically therein.

59.     Section 10 of the Business Loan Agreement sets forth the events that shall constitute a default thereunder.

60.     Section 10(a) of the Business Loan Agreement provides that the failure to make a payment due shall constitute an event of default.

61.     Sections 10(d) and (e) of the Business Loan Agreement provide that a default by Nemet Motors in the performance of any of the agreements contained in the ILSA, or in making payment under the ILSA, shall also constitute an event of default under the Business Loan Agreement.

62.     In addition, if the ILSA is terminated, that shall constitute a default under Section 10(f).

63.     Nemet Motors is in default under the Business Loan Agreement in that the ILSA was terminated, resulting in the acceleration of the amounts due under the ILSA.

64.     Pursuant to Section 11 of the Business Loan Agreement, upon Nemet Motors' default, Hyundai Capital has the right to declare the unpaid principal amount of all outstanding advances, all interest accrued thereon, to be immediately due and payable, without presentment, demand, protest or other notice of any kind, to exercise its rights with respect to its collateral as described therein, to reduce any claim to judgment, and to exercise its other rights under the Business Loan Agreement and applicable law.

65.     As a result of the breaches by Nemet Motors, by demand letter dated September 10, 2019 (Exhibit D hereto), Plaintiff declared the full amount then owed to be due and payable by September 11, 2019.

66.     Full payment was not made.

67.     Pursuant to Section 12 of the Business Loan Agreement, Hyundai Capital has all rights afforded to it under the Uniform Commercial Code and under contract, including without limitation the right to collect, receive or take actual or constructive possession of the personal property and fixtures of Nemet Motors, or any part thereof, and may enter upon the premises for that purpose, sell lease or otherwise dispose of the collateral, or any part thereof, at public or private sale.

68.     Pursuant to Section 13(f) of the Business Loan Agreement, Nemet Motors is liable for all costs and expenses incurred in connection with this action, including attorneys' fees and costs of suit.

WHEREFORE, Plaintiff, Hyundai Capital America, demands judgment against Nemet Motors for the following relief:

A) Adjudging and declaring that Plaintiff has a perfected first priority security interest in the Collateral and proceeds thereof as described in the Business Loan Agreement;

B) Adjudging and declaring that Nemet Motors is in default in its obligations under the Business Loan Agreement;

C) Issuing a Writ of Seizure;

D) Permitting Plaintiff to enter upon the premises of the Nemet Motors' dealership, or whatever location the Collateral is located, and take possession of the Collateral and dispose of the collateral in accordance with law;

E) Entering judgment in the amount due and owing from Nemet Motors under the Business Loan Agreement;

F) Awarding compensatory and incidental damages, and attorneys' fees and costs of suit; and

G) Granting such other and further relief as the Court deems equitable and just.

## COUNT FOUR (GUARANTY)

69.     Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 66 of this Complaint as though set forth fully herein.

70.     On or about September 5, 2014, Perlstein executed and delivered to Hyundai Capital a Continuing Guaranty and Subordination Agreement whereby Nemet unconditionally and irrevocably guaranteed to Hyundai Capital timely payment in full when due of all obligations of Nemet Motors to Hyundai Capital, including without limitation any obligations, liabilities and indebtedness of every kind, nature and description owing from Nemet Motors to Hyundai Capital.

71.     A true copy of the above-referenced Continuing Guaranty and Subordination Agreement is attached hereto collectively as Exhibit H.

14

72.     The duty of the guarantor to pay is joint and several with Nemet Motors and Hyundai Capital is authorized and empowered to proceed against the guarantor without pursuing any other remedy it may have.

73.     The entire sum due and owing from Nemet Motors is due and owing by Perlstein.

74.     Pursuant to Section 13 of the Guaranty, Perlstein is also liable for the costs and expenses of this action, including attorneys' fees and costs.

WHEREFORE, Plaintiff, Hyundai Capital America, demands judgment against defendants Scott A. Perlstein, Sr.:

A) Entering judgment against defendant Scott A. Perlstein, Sr., for the full amount due from Nemet Motors to Hyundai Capital;

1) Awarding Plaintiff its attorneys' fees and costs of suit; and

2) Granting such other and further relief as the Court deems equitable and just.

SANDELANDS EYET LLP
*Attorneys for plaintiff*
*Hyundai Capital America*

Dated:  October 9, 2019          By:     /s/ Kathleen Cavanaugh
                                         Kathleen Cavanaugh, Esq.
                                         1545 U.S. Highway 206, Suite 304
                                         Bedminster, NJ 07921
                                         (908) 470-1200
                                                  -and-
                                         112 W. 34th Street, 18th Floor
                                         New York, NY 10120

15

(212) 502-7169
kcavanaugh@se-llp.com

<u>DECLARATION UNDER PENALTY OF PERJURY</u>

I, SCOTT SMITH, hereby declare under penalty of perjury:

I am a Director-Commercial Credit of Hyundai Capital America ("HCA"), the plaintiff in this matter, and I have read the foregoing Complaint and know the contents thereof; that the same is true to my own knowledge or based upon the books and records of Hyundai Capital America kept in the ordinary course of its business, except as to matters therein stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2019

_____
SCOTT SMITH

UNITED   STATES   DISTRICT   COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNDAI CAPITAL AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NEMET MOTORS LLC,  a New York limited<br>liability company; and SCOTT A.<br>PERLSTEIN, SR.,<br>　　　　　　　Defendants, | CIVIL CASE NO.:<br><br><br>CIVIL ACTION<br><br><br>DECLARATION OF<br>JOSEPH SEGRETI |

I, JOSEPH SEGRETI, being of full age, declare under penalty of perjury as follows:

- I am employed as a Business Development Manager with Hyundai Capital America ("Hyundai Capital").  My duties with Hyundai Capital include field sales, monitoring dealerships' portfolio performance, and acting as a keeper during times of dealership financial difficulty.

- I have personal knowledge of the facts contained in this Declaration.

- I am one of the employees of Hyundai Capital who has been acting as a keeper on the premises of Nemet Motors LLC ("Nemet Motors"), holding the titles and keys to the vehicles that are collateral of Hyundai Capital.

- On September 20, 2019, I took over the titles and keys from Kristin Schmitt.  I had been advised that a 2019 Kia Sedona vehicle, vehicle identification number KNDMB5C10K6539215 (the "Vehicle"), was missing from the premises, and apparently

1

had been sold without payment to Hyundai Capital.

- I approached the Title Clerk, Nidia Rinchey, and advised her that I was told that a certified check for the Vehicle was awaiting pickup. Ms. Rinchey advised me that she was unaware of any certified funds to be provided to me. I responded that I was advised that earlier in the morning she had requested keys and a manufacturer's statement of origin from Kristin Schmitt. I advised her that I would release those if I received certified funds in return.

- The Title Clerk again advised that she was unaware of any certified funds' being owed. She looked up the vehicle identification number on Nemet Motors' system and confirmed that the Vehicle had been sold on September 19, 2019. I requested that she contact her controller to advise that certified funds were due that day.

- I was also asked for two sets of keys for test drive vehicles. I advised the General Sales Manager, Yassir Aziz, that I would not release the keys due to the situation with the Vehicle. Mr. Yasser said that he understood, and I advised that if we received the certified funds, I would determine if Hyundai Capital would release keys for test drives. I then received the certified funds, and Hyundai Capital began releasing vehicles for test drives.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October __, 2019

_____
Joseph Segreti

2

UNITED   STATES   DISTRICT   COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNDAI CAPITAL AMERICA,<br>              Plaintiff,<br><br>              v.<br><br>NEMET MOTORS LLC,  a New York limited<br>liability company; and SCOTT A.<br>PERLSTEIN, SR.,<br>              Defendants, | CIVIL CASE NO.:<br><br>CIVIL ACTION<br><br>DECLARATION OF<br>PASQUALE DEGLIUOMINI |

I, PASQUALE DEGLIUOMINI, being of full age, declare under penalty of perjury as follows:

1. I am employed as a Business Development Manager with Hyundai Capital America ("Hyundai Capital").   My duties with Hyundai Capital include field sales, monitoring dealerships' portfolio performance, and acting as a keeper during times of dealership financial difficulty.

2. I have personal knowledge of the facts contained in this Declaration.

3. I am one of the employees of Hyundai Capital who has been acting as a keeper on the premises of Nemet Motors LLC ("Nemet Motors"), holding the titles and keys to the vehicles that are collateral of Hyundai Capital.  The purpose of placing a keeper on the premises is to insure that vehicles are sold only in the ordinary course of business, and that Hyundai Capital is promptly paid the balance due for any vehicle that is sold.

4. On September 16, 2019, a salesperson from Nemet Motors requested that I release a key for a 2019 Kia Sedona vehicle, vehicle identification number KNDMB5C10K6539215 (the "Vehicle"), stating that the Vehicle needed to go to a body shop for leather repairs. On that basis, I released the key to the Vehicle.

5. On September 17, 18, 19 and the morning of September 20, 2019, Kristin Schmitt, another employee of Hyundai Capital, was on the dealership premises acting as keeper.  On September 20, 2019, Ms. Schmitt advised me that the Vehicle was not at the dealership premises, and that the disposition was still unknown.  I called the dealership general manager, Sharen McAvoy, who told me she would look into the situation and get back to me.  Ms. McAvoy then called me and advised that the Vehicle had been sold and delivered to a customer.  She added that she would arrange to have certified funds provided to pay for the Vehicle.

6. In the afternoon of September 20, 2019, a certified check was provided to Joseph Segreti, another employee of Hyundai Capital acting as keeper.

7. However, we are deeply concerned that Nemet Motors did not provide timely information on the whereabouts of the Vehicle and it appears that there was an attempt to conceal the sale of the vehicle.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 9, 2019

PASQUALE DEGLIUOMINI

2

UNITED   STATES   DISTRICT   COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNDAI CAPITAL AMERICA,<br>Plaintiff,<br>v.<br><br>NEMET MOTORS LLC,  a New York limited<br>liability company; and SCOTT A.<br>PERLSTEIN, SR.,<br>Defendants, | CIVIL CASE NO.:<br><br>CIVIL ACTION<br><br>**DECLARATION OF**<br>**KRISTIN SCHMITT** |

I, KRISTIN SCHMITT, being of full age, declare under penalty of perjury as follows:

1. I am employed in field sales with Hyundai Capital America ("Hyundai Capital").

2. I have personal knowledge of the facts contained in this Declaration.

3. I am one of the employees of Hyundai Capital who has been acting as a keeper on the premises of Nemet Motors LLC ("Nemet Motors"), holding the titles and keys to the vehicles that are collateral of Hyundai Capital.

4. On September 17, 2019, I took over the titles and keys from Pasquale Degliuomini.  I was advised that a 2019 Kia Sedona vehicle, vehicle identification number KNDMB5C10K6539215 (the "Vehicle"), was out to a body shop for leather work.

5. On September 18, 2019, I asked the whereabouts of the Vehicle and was advised that it was sold.  I saw financing approval and funding on the DealerTrack computer system confirming the sale, but was advised by a Nemet Motors employee that the Vehicle was still at the auto body shop and that they would check on it.

6. On September 19, 2019, having not received any further information, I advised Nemet Motors employees that there would be a problem if I didn't see the Vehicle or get certified funds paying the balance due for the Vehicle.

7. On September 20, 2019, I was present as keeper in the morning. Nidia Richey requesting several manufacturer's statements of origin, including the one for the Vehicle. By email, I asked her why the statement for the Vehicle was being requested, if it had not yet been sold. I received no response.

8. I spoke to the General Sales Manager, Carlos Zetina, and advised him that Hyundai Capital's auditors were there to count the vehicles, and that if the Vehicle was not present, I would need a check for the Vehicle.  When Yasser Aziz arrived, I advised him of the same thing.  Mr. Aziz advised me that he would get a check.  Thereafter, I was advised that the check was received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October __, 2019

_Kristin Schmitt_ (signature)
Kristin Schmitt

2

UNITED   STATES   DISTRICT   COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNDAI CAPITAL AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br><br>NEMET MOTORS, LLC,  a New York limited liability company; and SCOTT A. PERLSTEIN, SR.,<br>　　　　　　Defendants, | CIVIL CASE NO.:<br><br>　　CIVIL ACTION |

---

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS APPLICATION FOR ENTRY OF AN ORDER TO SHOW CAUSE WITH IMMEDIATE RESTRAINTS**

---

**SANDELANDS EYET LLP**
*Attorneys for plaintiff*
*Hyundai Capital America*
1545 U.S. Highway 206, Suite 304
Bedminster, NJ 07921
(908) 470-1200
AND
112 W. 34th Street, 18th Floor
New York, NY 10120
(212) 502-7169
kcavanaugh@se-llp.com

On the Brief:
Kathleen Cavanaugh, Esq.

TABLE OF CONTENTS

*Page*

PRELIMINARY STATEMENT ...................................................................................................1

STATEMENT OF FACTS ..........................................................................................................3

LEGAL ARGUMENT ................................................................................................................ 2

POINT I:     PLAINTIFF IS ENTITLED TO ISSUANCE OF A WRIT OF REPLEVIN
             FOR THE MOTOR VEHICLES AS A MATTER OF LAW.................................. 7


POINT II:    AN IMMEDIATE INJUNCTION SHOULD ISSUE, BECAUSE
             PLAINTIFF IS IN IMMINENT DANGER OF THE IRREPARABLE
             LOSS OF THE COLLATERAL AND THE PROCEEDS THEREOF. .............. 10


CONCLUSION ........................................................................................................................ 5

i

## PRELIMINARY STATEMENT

This Memorandum of Law is submitted in support of the application by plaintiff Hyundai Capital America ("Plaintiff" or "Hyundai Capital") for entry of an Order compelling defendants to show cause why an Order should not be entered for the issuance of a Writ of Replevin with respect to motor vehicles that constitute collateral of Plaintiff, which secures repayment under a motor vehicle inventory loan and security agreement.

In sum, defendant Nemet Motors, LLC ("Nemet Motors") is in default in its obligations under its motor vehicle inventory loan and security agreement and its business loan agreement pursuant to which Hyundai Capital financed Nemet Motors' purchase of motor vehicle inventory for its Kia and Hyundai brand dealerships. In June 2019, Hyundai Capital terminated its inventory financing of Nemet Motors. Also in June 2019, Nissan Motor Acceptance Corp. ("NMAC") filed suit against Nemet Motors in this court, alleging that Nemet Motors had failed to pay NMAC $2,702,631.94 for vehicles sold that were financed by NMAC.

On July 23, 2019, Hyundai Capital demanded it be allowed to place a "keeper" on the dealership premises during its business hours to hold the keys and titles, to prevent a situation such as the one suffered by NMAC, where its collateral was sold and it was not paid. However, the dedication of an employee to be present full-time at Nemet Motors' premises is a substantial burden upon Hyundai Capital. In addition, on one recent occasion, Nemet Motors employees lied to the keeper regarding the status of a vehicle. Hyundai Capital refers to the Declarations of Joseph Segreti, Kristin Schmitt and Pasquale Degliuomini filed herewith. Specifically, the Nemet Motors employee requested vehicle keys, asserting that a vehicle was going to be repaired. However, instead, the vehicle was sold. Upon Hyundai Capital's demand, payment ultimately was made,

but Hyundai Capital is concerned regarding the willingness to lie, especially in light of what occurred with respect to the NMAC line of credit.

Nemet Motors defaulted in its payment obligations in September 2019, and by letter dated September 10, 2019, the loans were accelerated and demand was made for the full balance due. Payment was not made.

Based upon Nemet Motors' defaults, Hyundai Capital was entitled to demand the turnover of its collateral, consisting primarily of motor vehicle inventory and parts. Since June 2019, Hyundai Capital has provided Nemet Motors with time to try to obtain alternate financing or to sell the dealerships. However, to the best of Hyundai Capital's knowledge, no contract for sale of the dealerships or alternate financing is in place, and the financial condition of Nemet Motors has continued to deteriorate.

In addition, the value of Hyundai Capital's collateral is deteriorating over time. Hyundai Capital's best option to dispose of new vehicle inventory, is to return the vehicles to the manufacturer for full credit. However, as the vehicles age, less vehicles will be eligible for return. For example, the 2017 year vehicles are already not eligible for return. Furthermore, as vehicles accrue mileage or damage, the ability to return them to the manufacturer for full credit is impaired.

In sum, Nemet Motors has been in default in its obligations to Hyundai Capital for several months and no resolution is in sight. Pursuant to the express written terms of its agreements with Nemet Motors, Hyundai Capital is entitled to possession of its collateral, including the motor vehicle inventory. Therefore, Hyundai Capital respectfully requests that Nemet Motors be ordered to appear and show cause why a writ of replevin of the collateral not be issued, and the imposition of immediate, temporary restraints against the further disposition of Hyundai Capital's collateral while this matter is pending.

- 2 -

**STATEMENT OF FACTS**

Plaintiff refers to and incorporates herein the facts as set forth in the Verified Complaint, and Declarations of Kristin Schmitt, Pasquale Degliuomini and Joseph Segreti filed herewith.  In sum, On or about September 5, 2014, Hyundai Capital, as lender, and Nemet Motors, as borrower, entered into an Inventory Loan and Security Agreement (the "ILSA"), pursuant to which, *inter alia*, Hyundai Capital granted to Nemet Motors a line of credit whereby Hyundai Capital may, but is not required to, make advances to Nemet Motors for the acquisition of vehicles for its vehicle inventory.   A true copy of the ILSA is attached to the Complaint as Exhibit A.

Pursuant to Section 4 of the ILSA, Nemet Motors agreed to immediately pay to Hyundai Capital the outstanding amount of each advance by lender on a vehicle upon the sale, lease or trade of such vehicle, or on the date such vehicle is destroyed, stolen, lost or confiscated, except as otherwise stated in the addendum thereto.  Verified Complaint, at ¶4.

The obligation of the Nemet Motors to sell vehicles only in the ordinary course of business and remit timely monies to Hyundai Capital once a vehicle is sold to a customer is the cornerstone of the relationship between Hyundai Capital and Nemet Motors.  Since significant amounts of money are at issue, any failure of Nemet Motors to immediately remit the monies owed upon the sale or other disposition of a vehicle that is collateral of Hyundai Capital pursuant to Paragraph 4 constitutes as material default. Verified Complaint, at ¶5.

Pursuant to Section 8 of the ILSA, Hyundai Capital is granted a security interest in all personal property and fixtures of Nemet Motors, whether then owned or after acquired, whether

- 3 -

or not financed by Hyundai Capital, including new and used motor vehicles, parts, accessories, display and demonstration items, returns and repossession and other personal property held for sale or lease, and all additions and accessions thereto (hereinafter the "Collateral"). Verified Complaint, at ¶6.

In violation of Section 9(a)(i) of the ILSA, wherein Nemet Motors covenants to maintain all franchises, Nemet Motors terminated its Nissan brand franchise. Verified Complaint, at ¶¶7, 12 and 16 and Ex. A.

Based upon the Verified Complaint filed by NMAC against Nemet Motors on June 3, 2019 in the matter of Nissan Motor Acceptance Corp. v. Nemet Motors, LLC, et al., United States District Court, Eastern District of New York, Civil Case No. 19-3284, Nemet Motors violated Section 10(d) of the ILSA, by failing to make a payment when due with respect to an indebtedness with a principal balance in excess of $50,000.00 constitutes an event of default. Verified Complaint, at ¶¶17-19 and Ex. A. In addition, Nemet Motors violated Section 10(g) of the ILSA, which prohibits a default or breach by Nemet Motors under any agreement by Nemet Motors with a creditor, like NMAC, with whom Hyundai Capital has an intercreditor agreement. Verified Complaint, at ¶20 and Ex. A.

By letter dated June 28, 2019, Hyundai Capital advised Nemet Motors that it was terminating the ILSA. Verified Complaint, at ¶21 and Ex. D.

The serious and substantial nature of the default by Nemet Motors in its obligations to NMAC put Hyundai Capital in substantial fear that Nemet Motors was undercapitalized, and that Hyundai Capital's Collateral was also at risk of being transferred without payment to Hyundai Capital. Verified Complaint, at ¶22 and Ex. A.

Under Section 11 of the ILSA, upon default, Hyundai Capital is entitled to all remedies

- 4 -

provided in the ILSA or by law, including the right to demand and take actual possession of the Collateral, to sell, lease or otherwise dispose of its Collateral, and to appoint a representative known as a "keeper" to enter the premises of the dealership and remain on the premises for such time as the keeper deems appropriate, to take constructive or actual possession of the Collateral, to take possession and control over statements of origin and title with respect to each vehicle in Nemet Motors' inventory, and to take possession over documents, books, records, or any tangible or intangible property of Nemet Motors relating to or comprising part of Hyundai Capital's Collateral. Verified Complaint, at Ex. A. As a result of that default, by letter dated July 23, 2019, Hyundai Capital gave Nemet Motors notice of its default, and demanded that Nemet Motors permit the placement of a keeper on the dealership premises, to hold the motor vehicles titles, manufacturer's statements of origin and keys. Nemet Motors permitted the placement of a keeper on the premises. Verified Complaint, at ¶¶ and Ex. E.

Thereafter, Nemet Motors requested that Hyundai Capital agree to waive certain rights that Hyundai Capital had under the ILSA to seek turnover of monies owed to Nemet Motors from Hyundai Motors America ("HMA") and Kia Motors America ("KMA") in the approximate sum of $350,000.00, to waive Hyundai Capital's right to retain the proceeds of consumer retail installment contracts to be applied against the amounts owed by Nemet Motors to Hyundai Capital, to reinstate the ILSA inventory financing, and to forbear from taking any other action to pursue its rights upon default under the ILSA, because Nemet Motors had obtained a potential purchaser for its Hyundai dealership. Verified Complaint, at ¶26.

Nemet Motors acknowledged that it could not provide any additional collateral in return for the collateral that it was seeking to have released, and that it had no capital or alternate form of financing to keep the dealership open. Verified Complaint, at ¶27. Nemet Motors also

- 5 -

acknowledged that it was liable for approximately $1.2 million dollars in unpaid state sales taxes. Verified Complaint, at ¶28.

Based upon the risk that Hyundai Capital would face if it acceded to Nemet Motors' requests, on September 10, 2019, Hyundai Capital declined to agree to Nemet Motors requests. Also on September 10, 2019, Nemet Motors defaulted in its obligation to make a payment of interest to Hyundai Capital under the ILSA. By letter dated September 10, 2019, Hyundai Capital notified Nemet Motors of its further default, and, pursuant to the terms of the ILSA and Business Loan Agreement, declared the full amount then owed of $5,125,997.44 to be due and payable by September 11, 2019. Payment was not made. Verified Complaint, at ¶¶29-31 and Ex. F.

To the best of Hyundai Capital's knowledge, Nemet Motors does not have alternate financing or any contract to sell the dealerships, notwithstanding that more than three months have passed since Hyundai Capital provided the June 28, 2019 notice of termination of the ILSA. Verified Complaint, at ¶33.

To protect its Collateral, Hyundai Capital has been forced to dedicate an employee to be present on every business day to hold the keys and titles and try to prevent the improper sale of Hyundai Capital's Collateral without payment. Verified Complaint, at ¶34.

In addition, employees of Nemet Motors have lied to the keeper about the disposition of at least one vehicle. The Hyundai Capital employee was advised that vehicle keys were needed to take a vehicle for repairs. In fact, as Hyundai Capital later learned, the vehicle was sold. Ultimately, Hyundai Capital was able to obtain payment for that vehicle, but the willingness of Nemet Motors to lie about the disposition of vehicles, causes Hyundai Capital to be concerned with the irreparable loss of its Collateral. Verified Complaint, at ¶35. Furthermore, as stated above, it is alleged by NMAC that Nemet Motors sold over $2.7 million dollars' worth of vehicles

- 6 -

that were collateral of NMAC without making payment to NMAC therefore.  Verified Complaint, at ¶17.

The vehicles that are the collateral of Hyundai Capital are those vehicles listed on the trial balance attached as Exhibit G to the Complaint with respect to which there is a principal balance is reflected as owing (hereinafter the "Vehicles").

The normal method of disposing of the new motor vehicles would be to return them to KMA or HMA for full credit.  However, the value of certain vehicles and the ability to demand repurchase by KMA or HMA deteriorate over time.  For example, there are 2017 model vehicles that may not be accepted by KMA or HMA for repurchase due to their age.  Further delay will irreparably prejudice Hyundai Capital's ability to satisfy the balance due through the disposition of the new vehicle inventory. Verified Complaint, at ¶38.

**LEGAL ARGUMENT**

**POINT I**

**PLAINTIFF IS ENTITLED TO THE ISSUANCE OF AN WRIT OF REPLEVIN FOR THE MOTOR VEHICLES AS A MATTER OF LAW.**

As set forth in the Verified Complaint, and exhibits thereto, Nemet Motors is indebted to Hyundai Capital under the ILSA and also under a Business Loan Agreement dated August 30, 2016 (Verified Complaint, at Exs. A and C).  When Nemet Motors terminated its Nissan dealership franchise, and went into default under its agreement with NMAC, it was in default in its obligations to Hyundai Capital under the ILSA.  After Nemet Motors failed to make the payment due on September 10, 2019, Hyundai Capital declared that the full amount owed became due and payable.  See September 10, 2019 demand letter, Verified Complaint, at Ex. F.  As of the date of this Order to Show Cause application, full payment has not been made.

Three months after the notice of termination of the ILSA, Nemet Motors has no contract

for sale of the dealerships or alternate source of financing.  In the meantime, Hyundai Capital has been burdened with the obligation to keep an employee at the dealership premises full-time to hold the titles and keys, and the vehicles that are its primary collateral continue to deteriorate in value.

Pursuant to Section 8 of the ILSA, Hyundai Capital is granted a security interest in all personal property and fixtures of Nemet Motors as to the Kia and Hyundai dealerships, whether then owned or after acquired, whether or not financed by Hyundai Capital, including new and used motor vehicles, parts, accessories, display and demonstration items, returns and repossession and other personal property held for sale or lease, and all additions and accessions thereto.  Verified Complaint, at Ex. A.

Section 10 of the ILSA enumerates the events of default thereunder.  Pursuant to Section 10(a), a failure to perform any term, covenant, condition or provision of that agreement constitutes an event of default.  Under Section 11, rights and remedies upon default include, without limitation, allowing Hyundai Capital to take possession of its collateral and any certificates of origin or titles to the vehicles, and to enter onto the premises to remove the collateral.

Pursuant to NY UCC 9-601, upon default by a borrower, a secured creditor may "reduce a claim to judgment, foreclose, or otherwise enforce the claim, security interest, or agricultural lien by any available judicial procedure . . . ."  Furthermore, NY UCC 9-609, provides that after default, "a secured party" "may take possession of the collateral" "through judicial process" or "without judicial process, if it proceeds without breach of the peace."

Pursuant to Fed. R. Civ. P. 64(a), "[a]t the commencement of and throughout an action, every remedy is available that, under the law of the state where the court is located, provides for seizing a person or property to secure satisfaction of a potential judgment."  Pursuant to Fed. R. Civ. P. 64(b):

**Specific Kinds of Remedies.** The remedies available under this rule include the following—however designated and regardless of whether state procedure requires an independent action:

- arrest;
- attachment;
- garnishment;
- replevin;
- sequestration; and
- other corresponding or equivalent remedies.

To avoid any breach of the peace, Hyundai Capital has commenced the present proceeding seeking replevin, comparable to an order for seizure under New York law. Pursuant to CPLR §7102, a plaintiff may apply for an order of seizure supported by a sworn statement which will clearly identify the chattel to be seized, which statement shall also state that plaintiff is entitled to possession of the chattel on the facts set forth, that the chattel is wrongfully held by the defendant, whether or an action to recover the chattel has been commenced and if it has been served, the value of the collateral, the place where the chattel is located, and that no defense to the claim is known to the plaintiff.

Through the Verified Complaint and Declarations filed herewith, plaintiff has demonstrated its duly perfected security interest in the vehicles at issue, Nemet Motors' default in its obligations to Plaintiff, the identity of the vehicles at issue as set forth in Exhibit G to the Verified Complaint, and the value thereof, and the place where the collateral is located, and that demand has been made for the turnover of the collateral. No defense to the claim is known to Hyundai Capital.

Because Hyundai Capital has demonstrated its entitlement to a writ of replevin as a matter of law, Hyundai Capital respectfully requests that an Order to Show Cause be entered requiring defendants to appear and show cause why a writ of replevin should not issue.

## POINT II

## AN IMMEDIATE INJUNCTION SHOULD ISSUE WITHOUT NOTICE TO DEFENDANTS, BECAUSE PLAINTIFF IS IN IMMINENT DANGER OF THE IRREPARABLE LOSS OF THE COLLATERAL AND THE PROCEEDS THEREOF.

Pursuant to CPLR §7102(d)(2):

Upon a motion for an order of seizure, the court, without notice to the defendant, may grant a temporary restraining order that the chattel should not be removed from the state if it is a vehicle, aircraft or vessel or, otherwise, from its location, transferred, sold, pledged, assigned or otherwise disposed of or permitted to become subject to a security interest or lien until further order of the court.

In this instance, notice is being given to Nemet Motors' counsel regarding the application. As set forth above, Hyundai Capital's collateral is in peril. Nemet Motors' conduct with respect to NMAC reflects that it is ready and willing to breach its obligations and sell vehicles without making payment to the secured lender. Although Hyundai Capital has a keeper in place to hold the titles and the keys, it is a substantial burden upon Hyundai Capital to have an employee at the dealership full-time for months. In addition, in at least one instance, Nemet Motors has lied to the keeper to obtain keys for a vehicle.

Because Nemet Motors is in dire financial condition, if the vehicles are lost, it is highly improbable that Hyundai Capital would be able to be made whole through payment by Nemet Motors. Therefore, it is respectfully requested that an immediate injunction issue as provided in Fed. R. Civ. P. 64 and CPLR §7102(d)(2) to preserve the collateral pending a hearing on the application for a writ of replevin

## **CONCLUSION**

For each of the reasons set forth above, Hyundai Capital respectfully requests that the Court enter the Order to Show Cause why a writ of replevin should not issue, and that the Court impose an immediate, temporary injunction barring defendants from moving, transferring, selling, pledging, assigning, or otherwise disposing of the vehicles that are Hyundai Capital's collateral as identified in Exhibit G of the Complaint, and barring the defendants from permitting them to be subject to a security interest or lien without consent of Hyundai Capital or further Order of the Court.

Respectfully submitted,

DATED: October 9, 2019

/s/ Kathleen Cavanaugh
Kathleen Cavanaugh, Esq.
Sandelands Eyet LLP
*Attorneys for plaintiff*
*Hyundai Capital America*
1545 U.S. Highway 206, Suite 304
Bedminster, NJ 07921
(908) 470-1200
-and-
112 W. 34th Street, 18th Floor
New York, NY 10130

# EXHIBIT A

**Hyundai Capital**

## INVENTORY LOAN AND SECURITY AGREEMENT

This INVENTORY LOAN AND SECURITY AGREEMENT (this "Agreement"), dated as of September 5, 2014, is entered into by and between HYUNDAI CAPITAL AMERICA, a California corporation ("Lender") having an address at 3161 Michelson Drive, Suite 1900, Attention: Commercial Credit, Irvine, CA 92612 and NEMET MOTORS, LLC, a New York limited liability company ("Dealer") having addresses at 144-02 Hillside Avenue, Jamaica, New York 11432 and 153-03 Hillside Avenue, Jamaica, New York 11432 (collectively, the "Premises").

### Recitals

A.  Dealer acquires new and used motor vehicles ("Vehicles") from manufacturers, distributors, auctioneers and other sellers from time to time in the ordinary course of its business.

B.  Dealer desires that Lender finance Dealer's inventory of Vehicles, and Lender has agreed to do so on the terms and subject to the conditions set forth below.

### Agreement

In consideration of the mutual covenants and agreements herein contained, Dealer and Lender agree as follows:

1.  **Definitions; Interpretation.**

    (a) <u>Defined Terms</u>. For purposes of this Agreement, the following terms shall have the respective meanings given to them below:

    "Application" shall mean the "Commercial Credit Application" submitted by Dealer to Lender on or prior to the date of this Agreement.

    "Business Day" shall mean any day other than a Saturday, Sunday or other day on which commercial banks are authorized to close in Irvine, California.

    "Change of Control" shall mean (i) the sale, transfer or other disposition, directly or indirectly, of thirty percent (30%) or more of the stock, partnership interests, membership interests or other equity interests in Dealer, whether in one transaction or a series of transactions, (ii) the sale, transfer or disposition (in one transaction or a series of transactions) of more than twenty percent (20%) of the assets of Dealer to any one or more Persons, except for the sale or lease of Inventory in the ordinary course of Dealer's business, (iii) Dealer shall enter into any agreement with any one or more Persons to assume or take-over the operations or management of Dealer's business in any significant respect or (iv) the liquidation or dissolution of Dealer or the adoption of a plan by the stockholders, partners or members of Dealer relating to the dissolution or liquidation of Dealer.

    "Date of Sale or Lease" shall mean the earliest to occur of (i) the date of delivery of the Vehicle to the customer, (ii) the date of the retail installment contract or lease for the Vehicle, (iii) the date title to the Vehicle is transferred by Dealer to any Person, (iv) the date Dealer receives any down payment for the Vehicle or (v) the date the sale is reported to Lender.

    "Default" shall mean any event or condition that constitutes an Event of Default or that, with the giving of any notice, the passage of time, or both, would be an Event of Default.

    "Default Rate" shall mean, with respect to any Advance, an interest rate equal to the interest rate otherwise applicable to such Advance (as set forth in the then current Variable Terms Addendum) plus 2% per annum.

    "Event of Default" shall have the meaning set forth in Section 10.

    "Governmental Authority" shall mean the government of the United States of America, or any political subdivision thereof, whether state or local, and any agency, authority, instrumentality, regulatory body, court, central bank or other entity exercising executive, legislative, judicial, taxing, regulatory or administrative powers or functions of or pertaining to government.

    "Guarantor" shall mean any Person who executes a Continuing Guaranty and Subordination Agreement or a

Secured Continuing Guaranty and Subordination Agreement in favor of Lender in connection with the Obligations or otherwise guarantees all or any portion of the Obligations.

"Inventory" shall mean any "inventory," as such term is defined in the UCC, now owned or hereafter acquired by Dealer, and, in any event, shall include, without limitation, all new and used motor vehicles, parts and accessories that are held for sale or lease by Dealer.

"Lien" shall mean, with respect to any property, any security interest, mortgage, pledge, lien, charge or other encumbrance in, of, or on such property or the income therefrom, including the interest of a vendor or lessor under a conditional sale agreement, capital lease or other title retention agreement, or any agreement to provide any of the foregoing, and the filing of any financing statement or similar instrument under the UCC or comparable law of any jurisdiction.

"Loan Documents" shall mean, collectively, this Agreement and all exhibits, schedules and addenda hereto, the Application, each Assignment of Factory/Distributor Receivables, Continuing Guaranty and Subordination Agreement, Equity Account Agreement, Secured Continuing Guaranty and Subordination Agreement, Subordination Agreement, Subordination and Pledge Agreement, control agreement and all other documents, instruments, certificates and agreements delivered by or on behalf of any Loan Party to Lender in connection with this Agreement or any other Loan Document on or prior to the date of this Agreement.

"Loan Parties" shall mean, collectively, Dealer and Guarantors.

"Material Adverse Change" shall mean (i) a material adverse change in the business, prospects, operations, results of operations, assets, liabilities or condition (financial or otherwise) of Dealer, (ii) a material impairment of Dealer's ability to perform its obligations under the Loan Documents to which it is a party or of Lender's ability to enforce the Obligations or realize upon the Collateral, or (iii) a material impairment of the enforceability or priority of Lender's Liens with respect to the Collateral as a result of an action or failure to act on the part of Dealer, in each case as determined by Lender.

"Obligations" shall mean (i) any and all advances and all other obligations, liabilities and indebtedness of every kind, nature and description owing by Dealer to Lender, including principal, interest, charges, fees, costs and expenses, however evidenced, whether as principal, surety, endorser, guarantor or otherwise, arising under this Agreement or any other Loan Document, whether now existing or hereafter arising, whether arising before, during or after the initial or any renewal term of this Agreement or after the commencement of any case or proceeding with respect to Dealer under the United States Bankruptcy Code or any similar statute (including the payment of interest and other amounts which would accrue and become due but for the commencement of such case, whether or not such amounts are allowed or allowable in whole or in part in such case), whether direct or indirect, absolute or contingent, joint or

ILSA.1.11-12-29



several, due or not due, primary or secondary, liquidated or unliquidated, or secured or unsecured and (ii) all other obligations, liabilities and indebtedness of every kind, nature and description owing by Dealer to Lender under or pursuant to any other agreement, guaranty or instrument, whether now existing or hereafter arising.

"Person" shall mean any natural person, corporation, limited liability company, trust, joint venture, association, company, partnership, Governmental Authority or other entity.

"UCC" shall mean the Uniform Commercial Code as in effect in the state in which the Premises are located and/or any other jurisdiction the laws of which may be applicable to or in connection with the creation, perfection or priority of any Lien on any Collateral.

"Variable Terms Addendum" shall mean the Variable Terms Addendum to this Agreement, as the same may be amended, supplemented, replaced or otherwise modified from time to time in accordance with the terms thereof.

(b) **Interpretative Provisions.**

(i) All terms used herein that are defined in the UCC shall have the meanings given therein unless otherwise defined in this Agreement.

(ii) All references to the plural herein shall also mean the singular and to the singular shall also mean the plural unless the context otherwise requires.

(iii) All references to statutes and regulations shall include any amendments of the same and any successor statutes and regulations.

(iv) All references to Dealer and Lender or to any other Person herein shall include their respective successors and assigns.

(v) The words "hereof", "herein", "hereunder", "this Agreement" and words of similar import when used in this Agreement shall refer to this Agreement as a whole and not any particular provision of this Agreement and as this Agreement now exists or may hereafter be amended, modified, supplemented, extended, renewed, restated or replaced.

(vi) The word "including" when used in this Agreement shall mean "including, without limitation" and the word "will" when used in this Agreement shall be construed to have the same meaning and effect as the word "shall".

(vii) An Event of Default shall exist or continue unless and until such Event of Default is expressly waived by Lender in accordance with Section 18.

2. **Discretionary Advances**

(a) In Lender's sole and absolute discretion, Lender may (but shall not be obligated to) make advances to Dealer ("Advances") from time to time in such amounts as may be requested by Dealer or in such lesser amounts as Lender may elect in its sole and absolute discretion for the purpose of Dealer's acquisition of Vehicles for its Vehicle Inventory. Lender may condition the making of any Advance on the satisfaction of one or more conditions in its sole and absolute discretion. Lender may also, even if no Event of Default has occurred, and without any cause whatsoever, refuse to make any Advance requested by Dealer.

(b) Advances hereunder may be made by Lender:

(i) On Dealer's behalf to manufacturers, distributors, dealers, auctioneers and other sellers of Vehicles to Dealer;

(ii) Directly to Dealer for the purpose of Dealer's acquisition or holding of Vehicle Inventory; or

(iii) On Dealer's behalf to a third party which has previously financed Dealer's Vehicle Inventory.

(c) Lender is authorized and requested to deal directly with manufacturers, distributors, dealers, auctioneers or other sellers of Vehicles in arranging payment on Dealer's behalf. Lender may rely upon any invoice or advice from any such manufacturer, distributor, dealer, auctioneer or other seller as being correct in all respects and Lender is relieved and released from any responsibility or liability for the correctness, validity or authenticity of any invoice or other instrument presented to it for payment or for the existence, quality, condition, identity, value, title or delivery of property purported to be represented by any such invoice or other instrument.

(d) Lender will establish and may from time to time, in its sole and absolute discretion, increase or decrease the limit on Advances to be made to or on behalf of Dealer and the makes, models, types and age of Vehicles eligible for Advances.

3. **Interest and Charges**

(a) All Advances made by Lender pursuant to Section 2 hereof, and all other indebtedness of Dealer to Lender under this Agreement, shall bear interest from the date of advance by Lender to the date of payment by Dealer at the rate set forth in the Variable Terms Addendum in effect from time to time. All interest hereunder shall be computed on the basis of a year of 365 days (or 366 days in a leap year) and shall be payable for the actual number of days elapsed. Dealer agrees to pay all fees and charges set forth in the Variable Terms Addendum in effect from time to time.

(b) Interest on the total amount owed by Dealer under this Agreement, together with any applicable fees and charges, shall be billed by Lender monthly and shall be due and payable ten (10) calendar days after the date of billing by Lender.

(c) If any amount payable by Dealer under any Loan Document is not paid when due (without regard to any applicable grace periods), whether at stated maturity, by acceleration or otherwise, such amount shall thereafter bear interest at a per annum rate equal to the Default Rate to the fullest extent permitted by applicable law. Furthermore, upon the request of Lender, while any Event of Default exists, Dealer shall pay interest on the principal amount of all outstanding Obligations hereunder at a per annum rate equal to the Default Rate to the fullest extent permitted by applicable law. Accrued and unpaid interest on past due amounts (including interest on past due interest) shall be due and payable upon demand.

(d) To the fullest extent permitted by applicable law, if any payment under this Agreement is not made on or before its due date, Lender may at its option assess a late charge of 5% of the overdue amount. Dealer acknowledges that such late charge represents a reasonable sum considering all of the circumstances existing on the date of this Agreement and represents a fair and reasonable estimate of the costs that will be sustained by Lender due to the failure of Dealer to make timely payments. Dealer further agrees that proof of actual damages would be costly and inconvenient. Such late charge shall be paid without prejudice to the right of Lender to collect any other amounts provided to be paid or to declare a default under this Agreement or from exercising any other rights and remedies of Lender.

(e) In the event Dealer elects to participate in an insurance program providing comprehensive and collision coverage on Vehicles floored by Lender under this Agreement and for which Lender provides reporting and other services, the premiums for such coverage paid by Lender shall be billed each month by Lender to Dealer, who shall pay such monthly charges to Lender upon receipt of such billing or as otherwise directed by Lender.



(f)  Notwithstanding anything herein to the contrary, if at any time the interest rate applicable to any Advance, together with all fees, charges and other amounts which are treated as interest on such Advance under applicable law (collectively the "Charges"), shall exceed the maximum lawful rate (the "Maximum Rate") which may be contracted for, charged, taken, received or reserved by Lender in accordance with applicable law, the rate of interest payable in respect of such Advance hereunder, together with all Charges payable in respect thereof, shall be limited to the Maximum Rate and, to the extent lawful, the interest and Charges that would have been payable in respect of such Advance but were not payable as a result of the operation of this Section 3(e) shall be cumulated and the interest and Charges payable to Lender in respect of other Advances or periods shall be increased (but not above the Maximum Rate therefor) until such cumulated amount, together with interest thereon at the Federal Funds Effective Rate to the date of repayment, shall have been received by Lender.

4.  **Payment by Dealer.**  Dealer shall pay Lender all indebtedness created pursuant to this Agreement as follows:

(a)  Dealer agrees to immediately pay to Lender the outstanding amount of each Advance by Lender on a Vehicle upon the sale, lease or trade of such Vehicle or on the date such Vehicle is destroyed, stolen, lost or confiscated; provided, however, that unless an Event of Default has occurred and is continuing, Dealer shall have the privilege of paying such amount to Lender in accordance with the terms of the Variable Terms Addendum. Dealer acknowledges and agrees that the above privilege is solely for the administrative convenience of Dealer and may be revoked without prior notice at any time if, in the sole judgment of Lender, Dealer has failed to comply with the terms hereof. Notwithstanding anything herein to the contrary, the outstanding Advance(s) on any sold Vehicle(s) for which Dealer has received but not yet remitted payment shall be due and payable at the time of any audit.

(b)  Without limiting Dealer's obligations under Section 4(a) above, Dealer shall make each of the payments described in the Variable Terms Addendum in effect from time to time, which payments may vary based on the type of Vehicle (new, used, program, demonstrator or service loaner).

(c)  In the event that, in the sole judgment of Lender, the value of any Vehicle upon which an Advance has been made becomes reduced, such as by the introduction of new model year motor vehicles, Lender may, in its sole and absolute discretion, require Dealer to remit all or a portion of the Advance on any such Vehicle and Dealer hereby agrees to pay all or a portion of such Advance upon verbal or written demand by Lender.

(d)  In the event (i) any new Vehicle upon which Lender has made an Advance is not sold by Dealer within 365 days of such Advance or (ii) any used Vehicle upon which Lender has made an Advance is not sold by Dealer within four (4) months of such Advance, Lender may, in its sole and absolute discretion, require Dealer, and Dealer promises, to immediately repay all or a portion of such Advance upon verbal or written demand by Lender.

(e)  At its option, Dealer may, upon notice to Lender, at any time or from time to time, voluntarily prepay the Obligations in whole or in part without premium or penalty.

(f)  Any and all payments by or on account of the Obligations shall be made by Dealer without setoff, counterclaim or deduction. All payments by Dealer hereunder shall be made to Lender by Automated Clearing House in United States Dollars and in immediately available funds not later than 2:00 pm Pacific Time on the date specified herein or in the Variable Terms Addendum. All payments received by Lender after 2:00 pm Pacific time shall be deemed received on the next succeeding Business Day and any applicable interest or fee shall continue to accrue.

(g)  Dealer irrevocably waives the right to direct the application of any and all payments at any time hereafter received by Lender from or on behalf of Dealer, and Dealer irrevocably agrees that Lender shall have the continuing exclusive right to apply and reapply any and all such payments against the then due and owing Obligations of Dealer as Lender may deem advisable. In the absence of a specific determination by Lender with respect thereto, all payments shall be applied first to unpaid fees, costs and expenses then due and payable under this Agreement or the other Loan Documents, second to accrued interest then due and payable under this Agreement or the other Loan Documents and finally to reduce the principal amount of outstanding Advances.

(h)  In addition to any rights and remedies of Lender provided by law, Lender shall have the right at any time, without prior notice to or consent of Dealer, any such notice and consent being expressly waived by Dealer to the extent permitted by applicable law, to set-off and apply against the Obligations any amount owing from Lender to Dealer, whether under this Agreement or under any other agreement between Lender and Dealer. The aforesaid right of set-off may be exercised by Lender against Dealer or against any trustee in bankruptcy, debtor in possession, assignee for the benefit of creditors, receiver or execution, judgment or attachment creditor of Dealer or against anyone else claiming through or against Dealer or such trustee in bankruptcy, debtor in possession, assignee for the benefit of creditors, receiver, or execution, judgment or attachment creditor, notwithstanding the fact that such right of set-off may not have been exercised by Lender at any prior time. Lender shall endeavor to promptly notify Dealer after any such set-off and application made by Lender; provided, however, that the failure to give such notice shall not affect the validity of such set-off and application.

5.  **Demonstrators.**  From time to time Dealer may use one or more Vehicles for demonstration and promotional purposes ("Demonstrator Service") pursuant to the following terms and conditions:

(a)  No Event of Default shall have occurred and be continuing.

(b)  Dealer shall give prior notification to Lender of its intent to place a Vehicle into Demonstrator Service, and in that connection shall also provide it to Lender the Vehicle's vehicle identification number, date that the Vehicle is placed or will be placed in Demonstrator Service, date that the Vehicle will be removed from Demonstrator Service, and any additional information or documents that Lender may request from time to time.

(c)  Dealer shall obtain Lender's prior approval to place a Vehicle in Demonstrator Service.

(d)  Upon Lender's request, Dealer shall execute and deliver to Lender a demonstrator agreement in form and substance satisfactory to Lender.

(e)  Lender shall have the right to limit the number of Vehicles in Demonstrator Service at any one time in its sole and absolute discretion.

6.  **Termination.**

(a)  Lender may terminate this Agreement:

(i)  Immediately upon the occurrence of an Event of Default; or

(ii)  Without the occurrence of an Event of Default, and with or without cause, by giving sixty (60) days prior written notice of termination to Dealer, which the parties agree shall constitute a reasonable notice period and a sufficient, fair and reasonable period of time to enable Dealer to secure financing from another source. Dealer understands and agrees that upon the expiration of such sixty (60) day period, it shall pay to Lender all Obligations created and outstanding under this

Agreement, including principal, interest, charges, fees, costs, and expenses.

(b) At any time on or after the effective date of termination of this Agreement, Lender may, in its sole and absolute discretion, accelerate the entire indebtedness due from Dealer under the Loan Documents and Dealer promises to pay such indebtedness upon demand. Any such termination shall not alter or affect the rights and obligations of the parties with regard to any Obligations incurred prior to the effective date of any such termination.

7.  **Representations and Warranties.** Dealer hereby represents and warrants to Lender the accuracy and completeness of each of the following statements as of the date of this Agreement and that such statements shall be deemed as continuing and reaffirmed at the time of each Advance hereunder:

(a) <u>Name; State of Organization; Collateral Locations.</u>

(i) The exact legal name of Dealer is as set forth on the signature page of this Agreement. Dealer has not, during the five (5) years prior to the date of this Agreement, been known by or used any other name or been a party to any merger or consolidation, or acquired all or substantially all of the assets of any Person, or acquired any of its property or assets out of the ordinary course of business, except as disclosed by Dealer in the Application.

(ii) Dealer is an entity of the type and incorporated, organized or formed in the jurisdiction set forth in the introductory paragraph of this Agreement.

(iii) The principal place of business of Dealer is the Premises and, as of the date of this Agreement, its only other places of business and the only other locations of Collateral, if any, are set forth in the Application, subject to the right of Dealer to establish new locations in accordance with Section 9(b) below. The Application correctly identifies any of such locations as of the date of this Agreement that are not owned by Dealer and sets forth the owners and/or operators thereof.

(b) <u>Existence, Power and Authority.</u> Dealer (i) is a corporation, partnership or limited liability company duly incorporated, organized or formed, validly existing and in good standing under the laws of the jurisdiction of its incorporation, organization or formation, (ii) has all requisite power and authority and all requisite governmental licenses, authorizations, consents and approvals to (A) own its assets and carry on its business and (B) execute, deliver and perform its obligations under the Loan Documents to which it is a party, (iii) is duly qualified and is licensed and in good standing under the laws of each jurisdiction where its ownership, lease or operation of properties or the conduct of its business requires such qualification or license, and (iv) is in compliance with all laws, rules and regulations applicable to Dealer.

(c) <u>No Conflict.</u> The execution, delivery and performance by Dealer of each Loan Document to which Dealer is a party have been duly authorized by all necessary corporate, partnership, limited liability company or other organizational action, and do not and will not (i) contravene the terms of the charter, articles of organization, by-laws, partnership agreement, operating agreement or any other organizational document of Dealer; (ii) conflict with or result in any breach or contravention of, or the creation of any Lien under, (A) any contract or agreement to which Dealer is a party or (B) any order, injunction, writ or decree of any Governmental Authority or any arbitral award to which Dealer or its property is subject; or (iii) violate any applicable law, rule or regulation.

(d) <u>Third Party Approvals.</u> No approval, consent, exemption, authorization, or other action by, or notice to, or filing with, any Governmental Authority or any other Person is necessary or required in connection with the execution, delivery or performance by, or enforcement against, Dealer of this Agreement or any other Loan Document.

(e) <u>Financial Statements; No Material Adverse Change.</u> All financial statements relating to any Loan Party (other than an individual) which have been or may hereafter be delivered by any Loan Party to Lender have been prepared in accordance with generally accepted accounting principles applied on a consistent basis and fairly present in all material respects the financial condition and the results of operation of such Loan Party as at the dates and for the periods set forth therein. No Material Adverse Change has occurred since the date of the most recent financial statements of Dealer furnished to Lender by or on behalf of Dealer.

(f) <u>Collateral.</u> Dealer has good and marketable title to the Collateral, has not made any prior sale, pledge, encumbrance, assignment or other disposition of any of the Collateral, and the Collateral is free from all encumbrances and rights of setoff of any kind except the Liens in favor of Lender created by this Agreement.

(g) <u>Priority of Liens.</u> Unless Lender has agreed in writing, pursuant to an intercreditor agreement, to accept a junior security interest or lien, and except for purchase money security interests in equipment, the Liens granted to Lender under this Agreement and the other Loan Documents constitute valid and perfected first priority security interests in and liens on the Collateral.

(h) <u>Licenses.</u> Each material license, distributorship, franchise, dealer sales and service agreement and similar agreement issued to Dealer, or to which Dealer is a party, is in full force and effect. To the best of Dealer's knowledge, no party to any such license or agreement is in default or violation thereof. Dealer has not received any written notice or threat of cancellation or termination of any such license or agreement.

(i) <u>Survival of Warranties; Cumulative.</u> All representations and warranties contained in this Agreement or any of the other Loan Documents shall survive the execution and delivery of this Agreement and shall be deemed to have been made again to Lender on the date of each additional Advance hereunder and shall be conclusively presumed to have been relied on by Lender regardless of any investigation made or information possessed by Lender. The representations and warranties set forth herein shall be cumulative and in addition to any other representations or warranties which Dealer shall now or hereafter give, or cause to be given, to Lender.

8.  **Collateral.**

(a) <u>Grant of Security Interest.</u> As collateral security for the prompt payment and performance in full when due of the Obligations (whether at stated maturity, by acceleration or otherwise) and any other indebtedness and obligations of Dealer to Lender now existing or hereafter incurred, created or arising, Dealer hereby grants to Lender a continuing security interest in and lien on all personal property and fixtures of Dealer, whether now owned or hereafter acquired or existing, whether or not specifically financed by Lender and wherever located, including Dealer's right, title, and interest in and to the following (collectively, the "<u>Collateral</u>"):

(i) All inventory, including new and used motor vehicles, parts, accessories, display or demonstration items, returns and repossessions and other personal property held for sale or lease, and all additions and accessions thereto;

(ii) All general intangibles, including payment intangibles, contract rights, tax refunds, license rights, franchise rights, trademarks, service marks, trade names, goodwill, choses or things in action, computer programs, computer discs and tapes, catalogs, purchase orders, and customer lists;

(iii) All equipment, including new and used machinery, equipment, tools, appliances, office furniture, computer equipment, signs and leasehold improvements;

(iv) All accounts, accounts receivable and rights to payment of money of any kind, including all accounts, accounts receivable, general intangibles, contract rights and rights to payment of money due or to become due to Dealer from any manufacturer or distributor of motor vehicles, and from any of their respective divisions, subsidiaries and affiliates, including those arising out of Dealer holdbacks (the percentage of the dealer vehicle price payable to the manufacturer for each such motor vehicle which is retained by the manufacturer or distributor for payment to Dealer), rebates, subsidies, subventions, credits, incentives of any kind or nature, cash management accounts, excise tax refunds payable to Dealer, any dealer participation or other account maintained by Lender in the name of Dealer, and payment rights under any termination assistance provisions or similar provisions in any franchise or dealer sales and service agreement to which Dealer is a party;

(v) All chattel paper, documents, instruments, deposit accounts, investment property, commercial tort claims, fixtures, letters of credit, letter-of-credit rights, supporting obligations, goods, money, books and records; and

(vi) All cash and non-cash proceeds and products of the foregoing, including insurance proceeds and all claims against third parties for loss or damage to or destruction of the Collateral.

Any terms used in the foregoing collateral description that are defined in the UCC shall be construed and defined as set forth in the UCC.

(b) <u>Perfection of Security Interest; Further Assurances</u>. Dealer hereby authorizes Lender to file, without the signature of Dealer where permitted by applicable law, one or more financing or continuation statements, and amendments thereto, relating to the Collateral and to the inclusion of additional collateral in the financing statements. Dealer hereby ratifies any and all financing statements or amendments previously filed by Lender in any jurisdiction. Dealer agrees to (i) defend the Collateral against all claims and demands of all Persons at any time claiming the same or any interest therein, except for Liens expressly permitted by Lender, (ii) comply with the requirements of all state and federal laws in order to grant to Lender valid and perfected first priority security interests in the Collateral, with perfection, in the case of any investment property, deposit account or letter of credit, being effected by giving Lender control of such investment property, deposit account or letter of credit and (iii) do whatever Lender may request from time to time to evidence or perfect the security interest in the Collateral granted herein and otherwise effect the purposes of this Agreement and the other Loan Documents, including filing notices of liens, cooperating with Lender's representatives, obtaining waivers from landlords and mortgagees and from warehousemen and their landlords and mortgagees and paying claims which might, if unpaid, become a Lien on the Collateral. Lender may, in its discretion, obtain or require Dealer to deliver to Lender any manufacturer's certificate of origin, certificate of title or other document of title for each Vehicle and Lender may retain such document in its possession until each such Vehicle is sold by Dealer and Dealer's indebtedness related thereto is paid.

## 9. Covenants.

(a) <u>Maintenance of Existence; Name Changes, Etc.</u>

(i) Dealer shall at all times preserve, renew and keep in full force and effect its corporate, partnership or limited liability company existence and all rights and franchises with respect thereto and, except those that expire or

otherwise terminate in accordance with their terms, maintain in full force and effect all registrations, approvals, authorizations, leases, contracts, consents, franchises and permits necessary to carry on the business as presently or proposed to be conducted.

(ii) Dealer shall not change its name unless each of the following conditions is satisfied: (A) Lender shall have received at least thirty (30) days' prior written notice from Dealer of such proposed change in its name, which notice shall accurately set forth the new name; (B) Lender shall have received a copy of the amendment to the certificate of incorporation, certificate of formation or other organizational document of Dealer providing for the name change certified by the Secretary of State or other applicable government official of the jurisdiction of incorporation or organization of Dealer or other similar Governmental Authority as soon as it is available; and (C) Dealer shall execute and deliver to Lender any and all documents, including loan agreements, security agreements, and amendments and addenda, which Lender my require.

(iii) Dealer shall not change its chief executive office or its mailing address or organizational identification number (or if it does not have one, shall not acquire one) unless Lender shall have received at least thirty (30) days' prior written notice from Dealer of such proposed change, which notice shall set forth such information with respect thereto as Lender may require and Lender shall have received such agreements as Lender may reasonably require in connection therewith. Dealer shall not change its type of organization, jurisdiction of organization or other legal structure except with the prior written consent of Lender.

(b) <u>New Collateral Locations</u>. Dealer may open a new location within the United States provided Dealer gives Lender at least ten (10) Business Days prior written notice of the intended opening of any such new location and obtains all necessary approvals from its motor vehicle franchisor(s) and all necessary permits, endorsements or licenses from any Governmental Authority having jurisdiction over such matters.

(c) <u>Compliance with Laws, Regulations, Etc.</u> Dealer shall, at all times, comply in all material respects with all laws, rules, regulations, licenses, approvals, orders and permits applicable to it and duly observe in all material respects all requirements of any Governmental Authority.

(d) <u>Payment of Taxes and Claims</u>. Dealer shall duly pay and discharge all taxes, assessments, contributions and governmental charges upon or against it or its properties or assets (including the Collateral), except for taxes the validity of which are being contested in good faith by appropriate proceedings diligently pursued and with respect to which adequate reserves have been set aside on its books.

(e) <u>Books and Records; Reporting</u>

(i) Dealer will maintain proper books of record and account, in which full, true and correct entries shall be made of all financial transactions and matters involving the assets and business of Dealer.

(ii) Dealer shall provide to Lender (A) Dealer's monthly factory/distributor financial statements not later than twenty (20) days after the end of each calendar month, (B) if prepared by Dealer, Dealer's adjusted calendar year-end factory/distributor financial statements not later than January 31 of the immediately following calendar year, (C) if prepared, Dealer's balance sheet as at the end of each fiscal year, and the related statements of income or operations, shareholders' equity and cash flows for such fiscal year, in each case reviewed by an independent certified public accountant acceptable to Lender, not later than 120 days after the end of each fiscal year of Dealer, and (D) Dealer's corporate tax



returns for each calendar year not later than the earlier of (1) thirty (30) days after the filing thereof and (2) September 30 of the immediately following year.

(iii) As soon as practicable, and in any event within three (3) Business Days after any officer, director, shareholder, partner, manager or member of Dealer becomes aware of the existence of any condition or event which constitutes a Default or Event of Default hereunder, telephonic notice specifying the nature and period of existence thereof, and, no more than two (2) Business Days after such telephonic notice, written notice again specifying the nature and period of existence thereof and specifying what action Dealer is taking or proposes to take to cure such Default.

(iv) Promptly after request by Lender, Dealer shall deliver to Lender such data and information regarding the operations, business affairs, assets and financial condition of the Loan Parties, or compliance with the terms of this Agreement, as from time to time may be requested by Lender.

(f) **Inventory.** With respect to the Inventory: (i) Dealer shall protect and secure the Inventory at all times; (ii) Dealer shall not sell, lease or otherwise dispose of the Inventory except in the ordinary course of business, but understands and agrees that upon and during the continuation of any Event of Default set forth in Section 10(a)(i), its privilege to sell Inventory shall be and remain revoked such that no Inventory may be sold, leased or disposed of, whether in the ordinary course of business or otherwise; (iii) Dealer shall at all times maintain inventory records, keeping correct and accurate records itemizing and describing the kind, type, quality and quantity of Inventory and Dealer's cost therefor; (iv) Dealer shall conduct a physical count of the Inventory at any time or times as Lender may request, and promptly following such physical Inventory shall supply Lender with a report in the form and with such specificity as may be satisfactory to Lender concerning such physical count; (v) Dealer shall not move or permit to be moved any Inventory from the Premises without the prior written consent of Lender, except for sales of Inventory in the ordinary course of its business; (vi) Dealer shall use, store and maintain the Inventory with all reasonable care and caution and in accordance with applicable standards of any insurance and in conformity with applicable laws; (vii) Dealer shall assume all responsibility and liability arising from or relating to the use, sale or other disposition of the Inventory; (viii) Dealer shall keep the Inventory in good and marketable condition; and (ix) Dealer shall not loan or rent to any Person any Vehicle, the purchase of which is financed in whole or in part with any Advance, except for Vehicles loaned to customers on a short term basis while their vehicles are being serviced by Dealer so long as Dealer has obtained Lender's prior written consent to the use of the specific Vehicle(s) as service loaners.

(g) **Insurance.** Dealer, at its sole cost and expense, shall obtain and maintain at all times insurance covering such risks (including, by way of example, fire, theft, vandalism, mischief, collision, acts of terrorism, acts of God, property damage, personal injury and public liability), in such amounts, containing such terms, in such form, for such periods, and written by such companies as is customary in their industry and is satisfactory to Lender. Dealer shall also obtain and maintain endorsements acceptable to Lender for such insurance naming Lender as an additional insured and as lender's loss payee. Each insurer shall agree by endorsement upon the policy or policies of insurance issued by it to Dealer as required above, or by independent instruments furnished to Lender, that it will give Lender at least thirty (30) days prior written notice before any such policy or policies of insurance shall be altered or canceled, and that no act or default of Dealer, or any other Person, shall affect the right of Lender to recover under such policy or policies of insurance required above or to pay any premium in whole or in part relating thereto. Dealer shall, prior to the

initial Advance hereunder, furnish Lender with a Certificate or Certificates of Insurance verifying that such insurance coverage meeting Lender's requirements is issued and in effect. Dealer shall, at least thirty (30) days prior to the expiration of each such policy of insurance, furnish Lender with evidence of renewals or "insurance binders" evidencing renewal thereof. In the event Dealer fails to obtain or maintain or provide satisfactory evidence of insurance required hereunder, Lender, without waiving any Event of Default, may, but shall have no obligation to do so, obtain and maintain such policies of insurance and pay such premiums and take any other action with respect to such policies which Lender deems advisable, and any such amounts paid by Lender shall be paid by Dealer to Lender upon demand and shall be part of the Obligations secured by the Collateral under this Agreement.

(h) **Inspection and Audit Rights.** From time to time, (i) Dealer shall permit any representatives designated by Lender, at any time and without notice to Dealer, to (A) visit the Premises and its other properties for the purposes of inspecting, verifying and auditing the Collateral and Dealer's books and records, (B) examine and make copies of and extracts from its books and records, and (C) discuss its affairs, finances and condition with its officers, employees and independent accountants, all at such times and as often as deemed necessary or appropriate by Lender and (ii) if at any time Lender desires to conduct an electronic or remote audit of Dealer's books and records, Dealer shall provide Lender or its designee full access to Dealer's computer systems and take such other action as may be requested by Lender or its designee to enable Lender to conduct such electronic or remote audit. Lender may, at its option, charge Dealer for all reasonable fees, costs and expenses incurred by Lender in conducting an audit hereunder, and Dealer shall pay such amounts to Lender upon notice to Dealer of such charges and making demand for payment thereof. Dealer's violation of or failure or refusal to promptly and fully cooperate in connection with any provision of this section shall constitute an Event of Default under Section 10(a) of this Agreement.

(i) **Further Assurances.** At the request of Lender at any time and from time to time, Dealer shall, at its sole expense, duly execute and deliver, or cause to be duly executed and delivered, such further agreements, documents and instruments, and do or cause to be done such further acts as may be necessary or proper to evidence, perfect, maintain and enforce the Liens and the priority thereof in the Collateral and to otherwise effectuate the provisions or purposes of this Agreement or any other Loan Document.

10. **Events of Default.** The occurrence or existence of any one or more of the following events shall constitute an "Event of Default" under this Agreement:

(a) A default by (i) Dealer in the payment of any indebtedness under (A) this Agreement or any other Loan Document or (B) any other agreement between Lender and Dealer; (ii) Dealer in the performance of any term, covenant, condition or provision contained in (A) this Agreement or any other Loan Document or (B) any other agreement between Lender and Dealer; or (iii) any Guarantor under any Loan Document or under any other agreement between Lender and Guarantor; or

(b) Any Loan Party shall (i) apply for or consent to the appointment of a receiver, trustee, liquidator or custodian of itself or of all or a substantial part of its property, (ii) be unable, or admit in writing its inability, to pay its debts generally as they mature, (iii) make a general assignment for the benefit of its or any of its creditors, (iv) be dissolved or liquidated in full or in part, (v) become insolvent (as such term may be defined or interpreted under any applicable statute), or (vi) commence a voluntary case or other proceeding seeking liquidation, reorganization or other relief with respect to itself or its debts under any bankruptcy, insolvency or other similar law now or hereafter in effect or consent to any such

ILSA.1.11-12-29

6

relief or to the appointment of or taking possession of its property by any official in an involuntary case or other proceeding commenced against it; or

(c) An involuntary proceeding shall be commenced or an involuntary petition shall be filed seeking (i) liquidation, reorganization or other relief in respect of any Loan Party or its debts, or of a substantial part of its assets, under any Federal, state or foreign bankruptcy, insolvency, receivership or similar law now or hereafter in effect or (ii) the appointment of a receiver, trustee, custodian, sequestrator, conservator or similar official for any Loan Party or for a substantial part of its assets, and, in any such case, such proceeding or petition shall continue undismissed for 60 days or an order or decree approving or ordering any of the foregoing shall be entered; or

(d) Dealer (i) fails to make any payment when due (whether by scheduled maturity, required prepayment, acceleration, demand, or otherwise) in respect of any Indebtedness or contingent obligation (other than Indebtedness hereunder) having an aggregate principal amount of more than $50,000.00, or (ii) fails to observe or perform any other agreement or condition relating to any such Indebtedness or contingent obligation or contained in any instrument or agreement evidencing, securing or relating thereto, or any other event occurs, the effect of which default or other event is to cause, or to permit the holder or holders of such Indebtedness or the beneficiary or beneficiaries of such contingent obligation to cause, with the giving of notice if required, such Indebtedness to be demanded or to become due or to be repurchased, prepaid, defeased or redeemed (automatically or otherwise), or an offer to repurchase, prepay, defease or redeem such Indebtedness to be made, prior to its stated maturity, or such contingent obligation to become payable; or

(e) Any judgment for the payment of money is rendered against any Loan Party in excess of $50,000.00 individually or in the aggregate (to the extent not covered by insurance where the insurer has assumed responsibility for such judgment in writing) and shall remain undischarged or unvacated for a period in excess of thirty (30) days or execution shall at any time not be effectively stayed, or any judgment other than for the payment of money, or injunction, attachment, garnishment or execution is rendered against any Loan Party or any of the Collateral having a value in excess of $50,000.00 at all other times; or

(f) Dealer shall default under, or fail to maintain in good standing, any franchise, license, permit, dealer sales and service agreement or other agreement necessary for the proper and/or full operation of Dealer's business, or Dealer's dealer number shall be deactivated, whether voluntarily or involuntarily, by Hyundai Motor America or Kia Motors America, Inc.; or

(g) A default or breach occurs under any agreement between Dealer and any creditor of Dealer that entered into a subordination, intercreditor or other similar agreement with or in favor of Lender, or any creditor that has entered into such an agreement with or in favor of Lender breaches any term of such agreement, or Dealer makes any payment on account of Indebtedness which has been subordinated to the Obligations in whole or in part except with the prior written consent of Lender; or

(h) Any bank or securities intermediary terminates or notifies Lender of its intent to terminate any deposit account control agreement, securities account control agreement or similar agreement between Lender and such bank or securities intermediary; or

(i) Any Guarantor (i) revokes or terminates or purports to revoke or terminate or fails to perform any of the terms, covenants, conditions or provisions of the guaranty agreement to which he, she or it is subject or (ii) dies, dissolves or suspends or discontinues doing business; or

(j) The termination, expiration, or cancellation of, or the occurrence of any default (beyond any applicable grace or cure period) under, the lease for the Premises which is in effect on the date of this Agreement, unless Dealer enters into a replacement lease satisfactory to Lender; or

(k) Any loss, theft, damage or destruction, or taking or forfeiture of any item or items of Collateral or other property of Dealer occurs that is not adequately covered by insurance; or

(l) Any Change of Control; or

(m) Any representation or warranty made by Dealer or any other Loan Party in any of the Loan Documents shall prove to be untrue or inaccurate in any respect as of the date on which such representation or warranty is made or deemed made; or

(n) A default by Nemet Motors, LLC or any other person or entity affiliated with, owned by or under common ownership with Dealer in the payment of any Indebtedness or performance of any obligation under any agreement between Lender and such person or entity; or

(o) Any Material Adverse Change; or

(p) Any proceeds of the Collateral, any working capital, or any other Dealer monies shall be commingled with amounts belonging to any other Person or any other business owned by Dealer or its affiliates, or Dealer deposits or holds such proceeds, working capital or other Dealer monies in any account accessible by or titled in the name of any other Person.

11. **Rights and Remedies Upon Default.** Upon the occurrence of an Event of Default, Lender shall have the following rights and remedies:

(a) Lender may declare the unpaid principal amount of all outstanding Advances, all interest accrued and unpaid thereon, and all other amounts owing or payable hereunder or under any other Loan Document to be immediately due and payable, without presentment, demand, protest or other notice of any kind, all of which are hereby expressly waived by Dealer; provided, however, that upon the occurrence of an actual or deemed entry of an order for relief with respect to Dealer under the United States Bankruptcy Code, the unpaid principal amount of all outstanding Advances, all interest accrued and unpaid thereon, and all other amounts owing or payable hereunder or under any other Loan Document shall automatically become due and payable, without any further act on the part of Lender.

(b) Lender may exercise all rights and remedies available to it under this Agreement and the other Loan Documents.

(c) In addition to all other rights and remedies available to Lender under this Agreement or any other Loan Document, Lender shall have all of the rights and remedies of a secured party under the UCC.

(d) Without limiting the generality of the foregoing:

(i) Lender may (A) without demand or notice to Dealer or any other person, collect, receive, or take actual or constructive possession of the Collateral or any part thereof and for that purpose Lender may enter upon any premises on which the Collateral is located and remove the Collateral therefrom or render it inoperable, and/or (B) sell, lease, or otherwise dispose of the Collateral, or any part thereof, in one or more parcels at public or private sale or sales, at Lender's offices or elsewhere, for cash, on credit, or for future delivery, and upon such other terms as Lender may deem commercially reasonable or otherwise as may be permitted by law.

(ii) Lender may exercise any and all rights and remedies of Dealer under or in respect of the Collateral, including any and all rights of Dealer to demand or otherwise require payment of any amount under, or performance of any provision of, any of the Collateral.

7

(iii) Lender may require Dealer to remit to Lender all proceeds of sale of each item of Collateral immediately upon receipt thereof by Dealer.

(iv) Lender may, without the necessity of first bringing an action or proceeding against Dealer before a court of competent jurisdiction, appoint a representative ("Keeper") to take any one or more of the following actions: (A) to enter the Premises and other locations where Dealer conducts business, and to remain on the Premises for such time as the Keeper may deem necessary and appropriate; (B) to take constructive or actual possession or control over the Vehicles and other Collateral; (C) to take possession and control over certificates of origin and title with respect to each Vehicle comprising part of Dealer's inventory; (D) to take constructive or actual possession and control over all documents, books, records, papers, accounts, chattel paper, electronic chattel paper, instruments, promissory notes, payment intangibles, supporting obligations, contract rights, software or any similar types of tangible or intangible property relating to or comprising part of the Collateral; (E) to receive payment of Collateral proceeds; (F) to give notice to any bank or financial institution at which any deposit account is maintained and in which proceeds of Collateral are deposited, to turn over such proceeds directly to Lender and/or (G) to take whatever additional actions the Keeper may deem within his or her sole judgment and discretion to be necessary and proper to protect and preserve the Collateral, and to protect, preserve and carry out Lender's rights and remedies under this Agreement and under applicable law. The Keeper need not be independent, and may be an officer or employee of Lender. The Keeper shall have no fiduciary duty or obligation to any Loan Party. Dealer shall fully cooperate with the Keeper and shall provide the Keeper with such offices and other facilities as the Keeper may reasonably request. Dealer shall pay the reasonable fees and expenses of the Keeper, which obligation shall be secured by the Collateral. Lender's appointment of a Keeper shall not impair or in any way prejudice the rights of Lender to exercise any of its security rights and remedies as provided under this Agreement or any other Loan Document, or under applicable law.

(v) Lender shall have the right, and Dealer hereby authorizes Lender and its designees, to enter upon the premises wherever Collateral may be and remove same or to store same at such location, without any obligation for rent or other reimbursement to Dealer or Dealer's landlord, pending sale or other disposition thereof. Lender may render any Collateral unusable to Dealer.

(vi) Lender shall have the right, and Dealer hereby authorizes Lender, either in Lender's name or Dealer's, to contact any account debtor of Dealer, including, without limitation, account debtors obligated or claimed to be obligated under accounts of the types described in Section 8(a)(iv) and (v), in order to verify the amount and status of any such debt, and to ask for, demand, collect, sue for, receive, compromise, settle and give receipts for, and arrange for direct payment to Lender of, any and all such accounts. Dealer further authorizes Lender to contact any third party having possession of Collateral to arrange return thereof directly to Lender.

12. **Sale of Collateral.**

(a) Lender shall have the right at any public sale or sales, and, to the extent permitted by applicable law, at any private sale or sales, to bid (which bid may be, in whole or in part, in the form of cancellation of indebtedness) and become a purchaser of the Collateral or any part thereof free of any right or equity of redemption on the part of Dealer, which right or equity of redemption is hereby expressly waived and released by

Dealer. Upon the request of Lender, Dealer shall assemble the Collateral and make it available to Lender at any place designated by Lender that is reasonably convenient to Lender. Unless the Collateral is perishable or threatens to decline speedily in value, or is of a type customarily sold on a recognized market (in which event Lender shall provide Dealer such notice as may be practicable under the circumstances), Lender shall give Dealer at least ten (10) days prior written notice of the date, time, and place of any proposed public sale, and of the date after which any private sale or other disposition of the Collateral may be made. Dealer agrees that such written notice shall satisfy all requirements for notice to Dealer which are imposed under the UCC or other applicable law with respect to the exercise of Lender's rights and remedies upon default. Lender shall not be obligated to make any sale of Collateral if it shall determine not to do so, regardless of the fact that notice of sale of Collateral may have been given. Lender may, without notice or publication, adjourn any public or private sale or cause the same to be adjourned from time to time by announcement at the time and place fixed for sale, and such sale may, without further notice, be made at the time and place to which the same was so adjourned. Dealer shall be liable for all reasonable expenses of locating, retaking, holding, storing, reconditioning, repairing, and preparing the Collateral for sale, and all reasonable attorneys' fees, legal expenses, and other costs and expenses incurred by Lender in connection with the collection of the Obligations and the enforcement of Lender's rights under this Agreement. Dealer shall remain liable for any deficiency if the proceeds of any sale or other disposition of the Collateral applied to the Obligations are insufficient to pay the Obligations in full. Dealer waives all rights of marshalling, valuation, and appraisal in respect of the Collateral. Any cash held by Lender as Collateral and all cash proceeds received by Lender in respect of any sale of, collection from, or other realization upon all or any part of the Collateral may, in the discretion of Lender, be held by Lender as collateral for, and then or at any time thereafter applied in whole or in part by Lender against, the Obligations in such order as Lender may determine in its sole discretion. Any surplus of such cash or cash proceeds and interest accrued thereon, if any, held by Lender and remaining after payment in full of all the Obligations shall be promptly paid over to the Dealer or to whomsoever may be lawfully entitled to receive such surplus; provided that Lender shall have no obligation to invest or otherwise pay interest on any amounts held by it in connection with or pursuant to this Agreement.

(b) Dealer agrees that the sale by Lender of any Collateral, repossessed by Lender, to the manufacturer, distributor or seller thereof, or to any person designated by such manufacturer, distributor or seller, at the invoice cost to Dealer, less any credits or other discounts granted to Dealer with respect thereto, and less reasonable costs, including the costs of transportation and reconditioning, shall be deemed to be a commercially reasonable means of disposing of the same. Dealer further agrees that the following means of disposing of disposing of Collateral are commercially reasonable: (i) return by Lender of any Collateral, repossessed by Lender, to the manufacturer, distributor or seller thereof, in accordance with any repurchase agreement or other agreement between Dealer or Lender and such manufacturer, distributor or seller, (ii) sale of repossessed Vehicles at a physical auction open only to motor vehicle dealers and (iii) sale of repossessed Vehicles or other Collateral by online auction, including an online auction open only to motor vehicle dealers. Notwithstanding the foregoing, it is expressly understood that such means of disposal shall not be exclusive, and that Lender shall have the right to dispose of any Collateral repossessed hereunder by any commercially reasonable means.

(c) Lender, in the exercise of Lender's rights and remedies upon default, may conduct one or more going out of business sales, in Lender's own right or by one or more agents and

contractors. Such sale(s) may be conducted upon any premises owned, leased, or occupied by Dealer.

(d) Dealer waives demand, notice of default or dishonor, notice of payment and nonpayment, notice of any default, nonpayment at maturity, release, compromise, settlement, extension, or renewal of accounts, documents, instruments, chattel paper, and guarantees held by Lender on which Dealer is liable.

13. **Power of Attorney. DEALER HEREBY IRREVOCABLY CONSTITUTES AND APPOINTS LENDER (AND ALL PERSONS DESIGNATED BY LENDER), WITH FULL POWER OF SUBSTITUTION, AS ITS TRUE AND LAWFUL ATTORNEY-IN-FACT WITH FULL IRREVOCABLE POWER AND AUTHORITY IN THE NAME OF DEALER OR IN ITS OWN NAME, TO TAKE, WHEN AN EVENT OF DEFAULT EXISTS, ANY AND ALL ACTIONS AND TO EXECUTE ANY AND ALL DOCUMENTS AND INSTRUMENTS WHICH LENDER AT ANY TIME AND FROM TIME TO TIME DEEMS NECESSARY OR DESIRABLE TO ACCOMPLISH THE PURPOSES OF THIS AGREEMENT AND, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, DEALER HEREBY GIVES LENDER THE POWER AND RIGHT ON BEHALF OF DEALER AND IN ITS OWN NAME TO DO ANY OF THE FOLLOWING AFTER THE OCCURRENCE OF AN EVENT OF DEFAULT, WITHOUT THE CONSENT OF DEALER:**

(a) to demand, sue for, collect, or receive, in the name of Dealer or in Lender's own name, any money or property at any time payable or receivable on account of or in exchange for any of the Collateral and, in connection therewith, endorse checks, notes, drafts, acceptances, money orders, documents of title, or any other instruments for the payment of money under the Collateral or any policy of insurance;

(b) to pay or discharge taxes, Liens, or other encumbrances levied or placed on or threatened against the Collateral;

(c) to notify post office authorities to change the address for delivery of Dealer's mail to an address designated by Lender and to receive, open, and dispose of mail addressed to Dealer;

(d) (i) to direct account debtors and any other parties liable for any payment under any of the Collateral to make payment of any and all monies due and to become due thereunder directly to Lender or as Lender shall direct; (ii) to receive payment of and receipt for any and all monies, claims and other amounts due and to become due at any time in respect of or arising out of any Collateral; (iii) to sign and endorse any certificates of title, bills of sale, invoices, freight or express bills, bills of lading, storage or warehouse receipts relating to the Collateral; (iv) to commence and prosecute any suit, action, or proceeding at law or in equity in any court of competent jurisdiction to collect the Collateral or any part thereof and to enforce any other right in respect of any Collateral; (v) to defend any suit, action, or proceeding brought against Dealer with respect to any Collateral; and (vi) to make, settle, compromise, or adjust any claims under or pertaining to any of the Collateral (including claims under any policy of insurance.

**THIS POWER OF ATTORNEY IS A POWER COUPLED WITH AN INTEREST AND SHALL BE IRREVOCABLE UNTIL PAYMENT IN FULL OF ALL OF THE OBLIGATIONS.** Lender shall be under no duty to exercise or withhold the exercise of any of the rights, powers, privileges, and options expressly or implicitly granted to Lender in this Agreement, and shall not be liable for any failure to do so or any delay in doing so. Neither Lender nor any Person designated by Lender shall be liable for any act or omission or for any error of judgment or any mistake of fact or law, except any of the same resulting from its or their gross negligence or willful misconduct. This power of attorney is conferred on Lender solely to protect, preserve, maintain, and realize upon its security interest in the Collateral. Lender shall not be responsible for any decline in the value of the Collateral and shall not be required to take any steps to preserve rights against prior parties or to protect, preserve, or maintain any Lien given to secure the

Collateral. Dealer hereby releases Lender and its officers, employees and designees from any liabilities arising from any act or acts under this power of attorney and in furtherance thereof, whether of omission or commission, except as a result of Lender's own gross negligence or willful misconduct as determined pursuant to a final non-appealable order of a court of competent jurisdiction.

14. **Right to Cure.** Lender may, at its option, (a) cure any default by Dealer under any material agreement with a third party that affects the Collateral, its value or the ability of Lender to collect, sell or otherwise dispose of the Collateral or the rights and remedies of Lender therein or the ability of Dealer to perform its obligations hereunder or under any of the other Loan Documents, (b) pay or bond on appeal any judgment entered against Dealer, (c) pay or discharge taxes, liens, security interests or such other encumbrances as may attach to the Collateral; (d) pay for insurance on the Collateral, (e) pay for the maintenance, appraisal or reappraisal, and preservation of the Collateral and (f) pay any amount, incur any expense or perform any act which, in Lender's judgment, is necessary or appropriate to preserve, protect, insure or maintain the Collateral and the rights of Lender with respect thereto. Lender may add any amounts so expended to the Obligations, such amounts to be repayable by Dealer on demand. Lender shall be under no obligation to effect such cure, payment or bonding and shall not, by doing so, be deemed to have assumed any obligation or liability of Dealer. Any payment made or other action taken by Lender under this Section 14 shall be without prejudice to any right to assert an Event of Default hereunder and to proceed accordingly.

15. **Indemnification.** Dealer shall indemnify and hold Lender and its officers, directors, agents, employees, advisors, contractors and counsel (each such Person being an "Indemnitee"), harmless from and against any and all losses, claims, damages, liabilities, costs or expenses (including reasonable attorneys' fees and expenses) imposed on, incurred by or asserted against any of them in connection with any litigation, investigation, claim or proceeding, whether commenced or threatened, which in any manner or to any extent is related to the negotiation, preparation, execution, delivery, enforcement, performance or administration of this Agreement, any other Loan Documents, or any undertaking or proceeding related to any of the transactions contemplated hereby or any act, omission, event or transaction related or attendant thereto, including amounts paid in settlement, court costs, and the reasonable attorneys' fees and expenses of counsel; except that Dealer shall not have any obligation under this Section 15 to indemnify an Indemnitee with respect to a matter covered hereby to the extent resulting from the gross negligence or willful misconduct of such Indemnitee as determined pursuant to a final, non-appealable order of a court of competent jurisdiction (but without limiting the obligations of Dealer as to any other Indemnitee or to such Indemnitee to the extent not resulting from gross negligence or willful misconduct). To the extent permitted by applicable law, Dealer shall not assert, and Dealer hereby waives, any claim against any Indemnitee, on any theory of liability, for special, indirect, consequential or punitive damages (as opposed to direct or actual damages) arising out of, in connection with, or as a result of, this Agreement, any of the other Loan Documents or any undertaking or transaction contemplated hereby. No Indemnitee referred to above shall be liable for any damages arising from the use by unintended recipients of any information or other materials distributed by it through telecommunications, electronic or other information transmission systems in connection with this Agreement or any of the other Loan Documents or the transaction contemplated hereby or thereby. All amounts due under this Section 15 shall be payable upon demand. The foregoing indemnity, agreements and waivers shall survive the payment of the Obligations and the termination of this Agreement.

16. **Attorney's Fees, Costs and Expenses and Taxes.** Dealer agrees (a) to pay or reimburse Lender for all costs and expenses incurred in connection with the perfection of liens granted under this Agreement and under the other documents executed in connection herewith, and the consummation and administration of the transactions contemplated by this Agreement and the other

documents executed in connection herewith, including all fees and expenses of attorneys and auditors, all search, filing, recording and appraisal charges and fees and taxes related thereto, and other out-of-pocket expenses incurred by Lender; (b) to pay and indemnify Lender for any present or future stamp, value added or documentary taxes or any other excise or property taxes, charges, or similar levies that arise from any payment made hereunder or from the execution, delivery, performance, recordation, or filing of, or otherwise with respect to, this Agreement or any other Loan Document; and (c) to pay or reimburse Lender for all costs and expenses incurred in connection with the enforcement, attempted enforcement, or preservation or pursuit of any rights or remedies under this Agreement or the other documents executed in connection herewith, including all such costs and expenses incurred during any "workout" or restructuring and during any legal proceeding, including any court or jury trial, arbitration or other alternative dispute resolution proceeding, bankruptcy proceeding, and during any appeal of any of the foregoing, and shall entitle Lender to payment for all fees and expenses of attorneys, auditors, accountants, keepers and other outside experts and consultants retained by Lender. All amounts due under this Section shall be payable within ten (10) Business Days after demand therefor. The agreements in this Section 16 shall survive the termination of this Agreement.

17. **Notice.** Except as otherwise expressly provided in this Agreement, all consents, notices, demands, requests, approvals or other communications given under this Agreement shall be in writing and shall be deemed sufficiently given or rendered if delivered by (a) hand delivery, (b) certified mail (return receipt requested), (c) first class U.S. mail, or (d) by a nationally recognized overnight delivery service making receipted deliveries, addressed to Lender or Dealer, as applicable, at the address set forth in the first paragraph of this Agreement or to such other address(es) as Lender or Dealer may designate as its new address(es) for such purpose by notice given to the other in accordance with the provisions of this paragraph. Any such approval, consent, notice, demand, request or other communication shall be deemed to have been given (a) if by hand delivery, when actually received, (b) if by certified mail, upon execution of return receipt, (c) if by regular first class mail, four business days after deposit, and (d) if by overnight delivery service, upon delivery.

18. **Amendments In Writing.** No amendment or waiver of any provision of this Agreement or any other Loan Documents shall be effective unless in writing signed by the party against whom enforcement of such amendment or waiver is sought, and each such amendment or waiver shall be effective only in the specific instance and for the specific purpose for which given.

19. **Waiver of Bond.** In the event Lender seeks to take possession of any or all of the Collateral by judicial process, Dealer hereby irrevocably waives, to the fullest extent permitted by applicable law, any bonds and any surety or security relating thereto that may be required by applicable law as an incident to such possession, and waives any demand for possession prior to the commencement of any such suit or action.

20. **Successors and Assigns; Assignment.** This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns permitted hereby, except that Dealer may not assign or transfer any of its rights or obligations under this Agreement or any other Loan Document without the prior written consent of Lender (and any other attempted assignment or transfer by Dealer shall be null and void). Lender may at any time assign all or a portion of its rights and obligations under this Agreement without the consent of Dealer. Nothing in this Agreement, express or implied, shall be construed to confer upon any Person (other than the parties hereto and their respective successors and assigns permitted hereby) any legal or equitable right, remedy or claim under or by reason of this Agreement.

21. **Entire Agreement.** Except as otherwise provided or referred to herein, there are no other agreements or understandings, either oral or in writing, between the parties affecting this Agreement or

relating to any of the subject matters covered by this Agreement. This Agreement and the other Loan Documents constitute the entire contract between the parties relating to the subject matter hereof and supersede any and all previous agreements and understandings, oral or written, relating to the subject matter hereof.

22. **Information.** Dealer authorizes Lender to make such inquiries of third parties concerning the financial condition or business operations of Dealer as Lender may deem necessary. Dealer further specifically agrees and authorizes Lender to inspect, examine, and secure from Hyundai Motor America and each of its affiliates (collectively, "Hyundai") or from Kia Motors America, Inc. and each of its affiliates (collectively, "Kia"), at any time copies of all financial statements and other financial data, and all other statements, reports, records, and other information that Dealer has furnished previously, or may hereafter furnish, to Hyundai or Kia, or that Hyundai or Kia may have prepared or obtained, or may hereafter prepare or obtain, in connection with any audit or review by it of the Dealer's business, and Hyundai and Kia may consider Dealer's execution of this Agreement as its authority to release the foregoing to Lender. Dealer further authorizes Lender to furnish Hyundai and/or Kia at any time copies of all financial statements and other financial data, and all other statements, reports, records and other information (a) that Dealer previously has furnished, or may hereafter furnish, to Lender, or (b) that Lender may have prepared or obtained, or may hereafter prepare or obtain, in connection with any audit or review of Dealer's business by Lender.

23. **No Waiver.** The failure of Lender to seek redress for violation of, to insist upon the strict performance of, or to take any action in connection with the breach of any obligation, covenant or condition of this Agreement or any other document executed in connection herewith shall not be construed as a waiver or relinquishment for the future performance of such obligation, covenant or condition, but the same shall continue and remain in full force and effect with respect to any subsequent breach, act or omission. The receipt by Lender of any amount payable or owed pursuant to this Agreement or any other document executed in connection herewith or any other sums with knowledge of the breach of any obligation, covenant or condition of this Agreement or any other document executed in connection herewith shall not be deemed a waiver of such breach. No payment by Dealer or receipt by Lender of a lesser amount than any amount due or owing pursuant to this Agreement or any other document executed in connection herewith shall be deemed to be other than a payment on account of the earliest such amount due and owing, or as Lender may elect to apply such payment, nor shall any endorsement or statement on any check or any letter accompanying any check or payment be deemed an accord and satisfaction, and Lender may accept such check or payment without prejudice to Lender's right to recover the balance of any amount due and owing or pursue any other remedy provided by this Agreement or any other document executed in connection herewith. No delay on the part of Lender in exercising any right, power or privilege hereunder shall operate as a waiver thereof nor shall any single or partial exercise of any right, power or privilege hereunder preclude other or further exercise thereof or the exercise of any other right, power or privilege.

24. **Severability.** Any provision of this Agreement held to be invalid, illegal or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such invalidity, illegality or unenforceability without affecting the validity, legality and enforceability of the remaining provisions hereof; and the invalidity of a particular provision in a particular jurisdiction shall not invalidate such provision in any other jurisdiction.

25. **Choice of Law.** This Agreement shall be governed by and construed in accordance with the laws of the state of New York (the "Forum State").

26. **Headings.** Section headings used herein are for convenience of reference only, are not part of this Agreement and shall not affect the construction of, or be taken into consideration in interpreting, this Agreement.

27. **Counterparts; Effectiveness.** This Agreement may be executed in counterparts (and by different parties hereto on different counterparts), each of which shall constitute an original, but all of which when taken together shall constitute a single contract. This Agreement shall become effective when it shall have been executed by Lender and when Lender shall have received counterparts hereof which, when taken together, bear the signature of Dealer, and thereafter shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns. Delivery of an executed counterpart of a signature page of this Agreement by facsimile or email shall be effective as delivery of a manually executed counterpart of this Agreement.

28. **Arbitration.** All claims or disputes arising out of or relating to this Agreement, or the breach thereof, whether such claims or disputes sound in contract, tort, trade practices, equity, statutory or common law or otherwise, shall be determined by arbitration administered by the American Arbitration Association in accordance with its Commercial Financial Disputes Arbitration Rules (the "Rules"). To the extent applicable in civil actions in the Forum State, the Forum State's substantive and procedural laws, including, without limitation, rules of civil procedure, rules of evidence, and rules of discovery, shall apply. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof, and the parties waive any objection based upon a lack of personal jurisdiction in the court where enforcement is sought. There shall be one arbitrator, which arbitrator shall be a retired judge of any court in the Forum State and experienced in commercial finance and lending transactions. Resolution of the claim or dispute shall be based solely upon the substantive law governing the claims and defenses pleaded, and the arbitrator may not invoke any basis (including, but not limited to, notions of what is deemed "just and equitable" pursuant to AAA Commercial Rule R-43) other than such controlling law. The award shall be in writing, signed by the arbitrator, and shall include a statement setting forth the reasons for the disposition of any claim. The award shall include findings of fact and conclusions of law. The arbitrator shall award to the prevailing party, if any, as determined by the arbitrator, the arbitrator's fees together with all of its attorney's fees and expenses as such attorney's fees, costs and expenses are defined in this Agreement.

Nothing in the preceding paragraph, or otherwise, nor the exercise of any right to arbitration, nor the commencement or pendency of any proceeding, shall limit the right of any party to this Agreement: (1) to seek judicial equitable relief, or other equitable relief available to it under applicable statutory and/or case law including, but not limited to, injunctive relief and the appointment of a receiver; or (2) to exercise any self-help rights or any other rights or remedies available to it by contract or applicable statutory or case law (including but not limited to the filing of an involuntary petition in bankruptcy, the right of set off, attachment, recoupment, foreclosure, or repossession) with respect to its extension of credit,

the protection and preservation of collateral, the liquidation and realization of collateral, the protection, continuation and preservation of lien rights and priorities, the collection of indebtedness, and the processing and payment or return of checks, whether such occurs before, during or after the pendency of any arbitration proceeding. The institution and maintenance of an action for judicial relief or pursuit of provisional or ancillary rights or remedies or exercise of self-help remedies, all as provided herein, and the pursuit of any such rights or remedies, shall not constitute a waiver of the right or obligation of any party to this Agreement, including the plaintiff seeking judicial relief or remedies, to submit a dispute to arbitration, including disputes that may arise from the exercise of such rights. The arbitrator shall not have the power to order specific performance of any obligation or duty of any party to this Agreement or to issue injunctions in connection therewith or otherwise. The parties agree that the duty to arbitrate disputes hereunder extends beyond the date of the expiration or termination of this Agreement, and beyond the date of the fulfillment of any repayment obligations of any party hereunder. In the event of any conflict between the Rules and this Section 28, the provisions of this Section 28 shall control.

**BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH LENDER AND DEALER GIVE UP ANY AND ALL RIGHTS TO TRIAL BY JURY.**

**BY INITIALING BELOW, EACH OF DEALER AND LENDER ACKNOWLEDGES THAT IT HAS READ, UNDERSTANDS AND AGREES TO THE ABOVE ARBITRATION PROVISIONS.**

**LENDER'S INITIALS:**    **DEALER'S INITIALS:** 

29. **Jury Waiver.** TO THE MAXIMUM EXTENT PERMITTED BY LAW, LENDER AND DEALER KNOWINGLY, VOLUNTARILY, AND AFTER CONSULTING OR HAVING HAD THE OPPORTUNITY TO CONSULT WITH LEGAL COUNSEL OF EACH PARTIES' RESPECTIVE CHOICE, AGREE THAT, IN THE EVENT OF LITIGATION BETWEEN THE PARTIES REGARDING THE PERFORMANCE OR ENFORCEMENT OF THIS AGREEMENT, OR IN ANY OTHER MANNER RELATED TO THIS AGREEMENT, THE PARTIES, FOR THEIR MUTUAL BENEFIT AND INTENDING TO REDUCE LITIGATION EXPENSES, HEREBY WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY SUCH ACTION, SUIT OR CLAIM.

**LENDER'S INITIALS:**    **DEALER'S INITIALS:** 

[Signatures on Next Page]

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed under seal as of the date set forth in the introductory paragraph of this Agreement.

HYUNDAI CAPITAL AMERICA, a California corporation

By: _____ (Seal)

Name:   Sam Frobe

Title:   Senior Director, Commercial Credit

Date:   11/28/14

NEMET MOTORS, LLC, a New York limited liability company

By: _____ (Seal)

Name:   Scott A. Perlstein, Sr.

Title:   Manager and President

Date:   8/21/14

---

State of New York            )
                             ) ss.:
County of Queens             )

On the 21 day of August in the year 20 14, before me, the undersigned, personally appeared Scott Perlston, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/ their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(SIGNATURE AND OFFICE OF PERSON TAKING
ACKNOWLEDGMENT, ALONG WITH REQUIRED
PRINTED, TYPED OR STAMPED DATA)

Judith A. Doran
Notary Public, State of N.Y.
Qualified in Queens County
#01DO4878042
Commission Expires 2/23/2015

---

ILSA.1.11-12-29

12



 **Hyundai Capital**

# VARIABLE TERMS ADDENDUM TO INVENTORY LOAN AND SECURITY AGREEMENT

This Variable Terms Addendum to Inventory Loan and Security Agreement (this "Addendum") is entered into by and between Hyundai Capital America, a California corporation ("Lender"), and Nemet Motors, LLC, a New York limited liability company ("Dealer") with reference to that certain Inventory Loan and Security Agreement dated as of September 5, 2014 (the "ILSA"; capitalized terms used herein without definition shall have the meanings set forth therein) between Lender and Dealer.

## INTEREST RATES, CURTAILMENT AND MATURITY DATES

**For New, Demonstrator and Service Loaner Vehicles:**

**Interest Rate:** Index Rate minus 0.26% per annum.  As used herein, "Index Rate" shall mean the floating commercial loan rate of Bank of America, N.A. announced from time to time as its "prime rate" or "base rate" (herein called "prime rate").  Any change in the Bank of America, N.A. prime rate shall effect immediately a corresponding change in the Index Rate.  Notwithstanding anything expressed or implied herein to the contrary, it is recognized that the Bank of America, N.A. prime rate and the Index Rate are not necessarily the rates of interest charged by Bank of America, N.A. or Lender to their respective most creditworthy customers.

Each Advance on a Demonstrator Vehicle (as defined below) shall be due and payable in full on the earlier of (a) twelve (12) months from the date such Advance is made by Lender and (b) the first date such Demonstrator Vehicle has 6,000 miles on its odometer.  Dealer agrees to pay a monthly amount equal to 2.00% of the original principal amount of each Advance on a Demonstrator Vehicle, commencing on the four (4) month anniversary of the date of such Advance and continuing through the eleven (11) month anniversary of the date of such Advance.  "Demonstrator Vehicles" shall mean current model year or 1-year old Hyundai or Kia vehicles used for demonstration or promotional purposes.

Each Advance on a Service Loaner Vehicle (as defined below) shall be due and payable in full twelve (12) months from the date such Advance is made by Lender.  Dealer agrees to pay a monthly amount equal to 1.00% of the original principal amount of each Advance on a Service Loaner Vehicle, commencing on the one (1) month anniversary of the date of such Advance and continuing through the eleven (11) month anniversary of the date of such Advance.  "Service Loaner Vehicles" shall mean current model year or 1 year-old Hyundai or Kia vehicles that are loaned by Dealer to its customers for use while their vehicles are being serviced by Dealer.

The repayment schedule(s) noted above are in addition to and not in lieu of Dealer's obligation to repay Advances in accordance with Section 4 of the ILSA.

## OTHER TERMS

**Changes to Interest Rates, Charges and Certain Definitions:**  Dealer hereby acknowledges and agrees that Lender may at any time, in its sole discretion and without Dealer's consent, change (i) the definition of the Index Rate, (ii) the percentages specified in excess of the Index Rate, (iii) any charges hereunder (including, without limitation, adding new charges to this Addendum) and/or (iv) the definitions of Demonstrator Vehicles, and Service Loaner Vehicles, upon not less than five (5) days prior written notice to Dealer by Lender specifying such changes and the effective date(s) thereof.

## FLOORPLAN PAYMENT REQUIREMENTS APPLICABLE TO ALL VEHICLES

So long as no Event of Default has occurred and is continuing, each Advance on a Vehicle shall be due and payable in full on the earlier of (a) the second (2nd) business day after the first to occur of (i) the funding of the retail installment contract or lease for such Vehicle, (ii) Dealer's receipt of payment in full for such Vehicle, (iii) the date of delivery of such Vehicle to another dealer in trade or in connection with a sale transaction or (iv) the date such Vehicle is destroyed, stolen, lost or confiscated, or (b) the fifteenth (15th) calendar day after the Date of Sale or Lease of such Vehicle.  The foregoing payment requirements are in addition to and not in lieu of Dealer's obligation to repay Advances in accordance with Section 4 of the ILSA.

## FINANCIAL COVENANTS

Dealer shall maintain a Current Ratio (as defined below) of not less than 1.10:1 at all times.  "Current Ratio" shall mean (a) the total dollar amount of Dealer's current assets (including any last in first out "LIFO" adjustments) less any current intangible assets, divided by (b) the total dollar amount of Dealer's current liabilities.

Dealer shall not permit the Tangible Net Worth Ratio to exceed 7.5:1 at any time.  "Tangible Net Worth Ratio" shall mean (a) Dealer's total liabilities plus forty percent (40%) of any LIFO adjustments minus subordinated debt, divided by (b) Dealer's net worth (minus any value for goodwill, trademarks, patents, copyrights, organizational expense and other similar intangible assets, plus subordinated debt, plus sixty percent (60%) of any LIFO adjustments).

Effective as of September 5, 2014.

HYUNDAI CAPITAL AMERICA, a California corporation

By: 

Name:  Sam Frobe

Title:  Senior Director, Commercial Credit

Date:  11 | 28 | 1~

NEMET MOTORS, LLC, a New York limited liability company

By: 

Name:  Scott A. Perlstein, Sr.

Title:  Manager and President

Date:  9|16|14

Variable Terms Addendum.2.11-06-14

# EXHIBIT B

**779391**    **2014 Jul 25 AM10:04**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
CSC 800-958-5294

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CSC
801 Adlai Stevenson Dr
Springfield, IL 62703, USA
NYfilings@cscinfo.com
(Fax)800-345-6059

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME  NEMET MOTORS, LLC | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 153-12 HILLSIDE AVENUE | CITY  JAMAICA | STATE NY | POSTAL CODE 11432 | COUNTRY USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION LimitedLiabilityC ompany | 1f. JURISDICTION OF ORGANIZATION NY | 1g. ORGANIZATIONAL ID #, if any None  ☒ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  ☐ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME  Hyundai Capital America | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 3161 Michelson Drive, Suite 1900, Attn: Commercial Credit | CITY  Irvine | STATE CA | POSTAL CODE 92512 | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:
(I) All inventory, including, but not limited to, new and used motor vehicles, parts, accessories, display or demonstration items, returns and repossessions and other personal property held for sale or lease, and all additions and accessions thereto;
(II) All general intangibles, including, but not limited to, payment intangibles, contract rights, tax refunds, license rights, franchise rights, trademarks, service marks, trade names, goodwill, choses or things in action, computer programs, computer discs and tapes, catalogs, purchase orders, and customer lists;
(III) All equipment, including, but not limited to, new and used machinery, equipment, tools, appliances, office furniture, computer equipment, tools and leasehold improvements;
(IV) All accounts, including, without limitation, advance warranty payments, incentive payments, rebates or refunds and other accounts receivable from any manufacturer or distributor and any guaranties thereof, and any dealer participation or other account maintained by Secured Party in the name of Debtor;
(V) All chattel paper, documents, instruments, deposit accounts, investment property, commercial tort claims, fixtures, letters of credit, letter-of-credit rights, supporting obligations, goods, money, books and records; and
(VI) All proceeds and products of the foregoing.
Any terms used in the foregoing collateral description that are defined in the Uniform Commercial Code shall be construed and defined as set forth in the Uniform Commercial Code of the state in which Debtor is located.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA 89432672

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC 1) (REV. 05/22/02)

**Filing Number-201407255790726**

# EXHIBIT C

| Hyundai Capital | **LOAN AND SECURITY AGREEMENT** |

This LOAN AND SECURITY AGREEMENT (this "Agreement"), dated as of August 30, 2016, is entered into by and between HYUNDAI CAPITAL AMERICA, a California corporation ("Lender"), and NEMET MOTORS, LLC, a New York limited liability company ("Dealer").

**Recitals**

A.   Lender has agreed to provide floor plan financing to Dealer pursuant to that certain Inventory Loan and Security Agreement, dated as of September 5, 2014, by and between Lender and Dealer (as amended, supplemented or otherwise modified from time to time, the "ILSA").

B.   Dealer has applied to Lender for a loan in the amount of $400,000.00 (the "Loan") to be used solely to finance renovations to Dealer's Kia showroom, and Lender is willing to make the Loan on the terms and conditions hereinafter set forth.

**Agreement**

In consideration of the mutual covenants and agreements herein contained, Dealer and Lender agree as follows:

1.   **Definitions; Interpretation.**

     (a)   **Defined Terms.** For purposes of this Agreement, the following terms shall have the respective meanings given to them below:

     "Business Day" shall mean any day other than a Saturday, Sunday or other day on which commercial banks are authorized to close in Irvine, California.

     "Collateral" shall have the meaning set forth in Section 12.

     "Default" shall mean any event or condition that constitutes an Event of Default or that, with the giving of any notice, the passage of time, or both, would be an Event of Default.

     "Event of Default" shall have the meaning set forth in Section 10.

     "Governmental Authority" shall mean the government of the United States of America, or any political subdivision thereof, whether state or local, and any agency, authority, instrumentality, regulatory body, court, central bank or other entity exercising executive, legislative, judicial, taxing, regulatory or administrative powers or functions of or pertaining to government.

     "Guarantor" shall mean (i) Scott A. Perlstein, Sr. and (ii) any other Person who executes a Continuing Guaranty and Subordination Agreement or a Secured Continuing Guaranty and Subordination Agreement in favor of Lender in connection with the Obligations or otherwise guarantees all or any portion of the Obligations.

     "Lien" shall mean, with respect to any property, any security interest, mortgage, pledge, lien, charge or other encumbrance in, of, or on such property or the income therefrom, including the interest of a vendor or lessor under a conditional sale agreement, capital lease or other title retention agreement, or any agreement to provide any of the foregoing, and the filing of any financing statement or similar instrument under the UCC or comparable law of any jurisdiction.

     "Loan Documents" shall mean, collectively, this Agreement and all exhibits, schedules and addenda hereto, and each document listed on Exhibit B attached hereto, in form and substance acceptable to Lender and its legal counsel, and all other documents, instruments, certificates and agreements delivered by or on behalf of any Loan Party to Lender in connection with this Agreement or any other Loan Document on or prior to the date of this Agreement, in each case as the same may be amended, restated, supplemented, extended or otherwise modified from time to time.

     "Loan Parties" shall mean, collectively, Dealer and Guarantors.

     "Material Adverse Change" shall mean (i) a material adverse change in the business, prospects, operations, results of operations, assets, liabilities or condition (financial or otherwise) of any Loan Party, (ii) a material impairment of any Loan Party's ability to perform its obligations under the Loan Documents to which it is a party or of Lender's ability to enforce the Obligations or realize upon the Collateral, or (iii) a material impairment of the enforceability or priority of Lender's Liens with respect to the Collateral as a result of an action or failure to act on the part of any Loan Party, in each case as determined by Lender.

     "Obligations" shall mean (i) any and all advances and all other obligations, liabilities and indebtedness of every kind, nature and description owing by Dealer to Lender, including principal, interest, charges, fees, costs and expenses, however evidenced, whether as principal, surety, endorser, guarantor or otherwise, arising under this Agreement or any other Loan Document, whether now existing or hereafter arising, whether arising before, during or after the initial or any renewal term of this Agreement or after the commencement of any case or proceeding with respect to Dealer under the United States Bankruptcy Code or any similar statute (including the payment of interest and other amounts which would accrue and become due but for the commencement of such case, whether or not such amounts are allowed or allowable in whole or in part in such case), whether direct or indirect, absolute or contingent, joint or several, due or not due, primary or secondary, liquidated or unliquidated, or secured or unsecured and (ii) all other obligations, liabilities and indebtedness of every kind, nature and description owing by Dealer to Lender or pursuant to any other agreement, guaranty or instrument, whether now existing or hereafter arising.

     "Person" shall mean any natural person, corporation, limited liability company, trust, joint venture, association, company, partnership, Governmental Authority or other entity.

     "UCC" shall mean the Uniform Commercial Code as in effect in the State of New York and/or any other jurisdiction the laws of which may be applicable to or in connection with the creation, perfection or priority of any Lien on any Collateral.

     "Variable Terms Addendum" shall mean the Variable Terms Addendum to the ILSA, as the same may be amended, supplemented, replaced or otherwise modified from time to time in accordance with the terms thereof.

     (b)   **Interpretative Provisions.**

          (i)   All terms used herein that are defined in the UCC shall have the meanings given therein unless otherwise defined in this Agreement.

          (ii)   All references to the plural herein shall also mean the singular and to the singular shall also mean the plural unless the context otherwise requires.



(iii) All references to statutes and regulations shall include any amendments of the same and any successor statutes and regulations.

(iv) All references to Dealer and Lender or to any other Person herein shall include their respective successors and assigns.

(v) The words "hereof", "herein", "hereunder", "this Agreement" and words of similar import when used in this Agreement shall refer to this Agreement as a whole and not any particular provision of this Agreement and as this Agreement now exists or may hereafter be amended, modified, supplemented, extended, renewed, restated or replaced.

(vi) The word "including" when used in this Agreement shall mean "including, without limitation" and the word "will" when used in this Agreement shall be construed to have the same meaning and effect as the word "shall".

(vii) An Event of Default shall exist or continue unless and until such Event of Default is expressly waived in writing by Lender in accordance with the terms of this Agreement.

2. **Loan.** On the terms and subject to the conditions set forth in this Agreement, Lender agrees to lend to Dealer the Loan in a single advance to be made on or after the date hereof.

3. **Interest.**

(a) The Loan shall bear interest, from the date of the advance by Lender until paid in full, at a rate per annum (the "Applicable Rate") equal to (i) the interest rate applicable to new vehicles under the ILSA from time to time (the "New Vehicle Rate") plus (ii) 0.50%. Any change in the Applicable Rate due to a change in the New Vehicle Rate shall be effective from and including the effective date of such change in the New Vehicle Rate. On the date of this Agreement, the New Vehicle Rate is the Index Rate (as defined in the Variable Terms Addendum) minus 0.26% per annum. All interest hereunder shall be computed on the basis of a year of 365 days (or 366 days in a leap year) and shall be payable for the actual number of days elapsed (including the first day but excluding the last day).

(b) To the fullest extent permitted by applicable law, if any amount payable by Dealer under this Agreement, the Note or any other Loan Document is not paid when due (without regard to any applicable grace periods), whether at stated maturity, by acceleration or otherwise, such amount shall thereafter bear interest at a rate equal to the Applicable Rate plus 3.00% per annum (the "Default Rate") until such amount is paid in full. Furthermore, while any Event of Default exists, Dealer shall pay interest on the principal amount of all outstanding Obligations hereunder at a per annum rate equal to the Default Rate to the fullest extent permitted by applicable law. Accrued and unpaid interest on past due amounts (including interest on past due interest) shall be due and payable upon demand.

(c) Notwithstanding anything to the contrary contained in this Agreement or the Note, the interest paid or agreed to be paid under this Agreement and the Note shall not exceed at any time the maximum rate of non-usurious interest permitted by applicable law (the "Maximum Rate"). If Lender shall receive interest in an amount that exceeds the Maximum Rate, the excess interest shall be applied to the principal of the Loan or, if it exceeds such unpaid principal, refunded to Dealer.

4. **Promissory Note; Payments.** The Loan shall be evidenced by a promissory note in the form of Exhibit A attached hereto, duly executed by Dealer (the "Note"), dated of even date herewith, in the principal amount of $400,000.00 and made payable to the

order of Lender. Principal and interest on the Note shall be due and payable in the manner and at the times set forth below with final maturity of the Note being on or before September 1, 2021. Should the principal of, or any installment of interest on, the Note become due and payable on any day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day, and interest shall be payable with respect to such extension. All payments on the Note shall be made to Lender at its principal office in Irvine, California, in federal or other immediately available funds, and payments shall be applied first to accrued interest and then to principal.

The principal amount of, and interest on, the Note shall be due and payable as follows: (a) interest on the Loan shall be due and payable, in arrears, on the first day of each calendar month, commencing on October 1, 2016 and continuing through and including September 1, 2021, (b) the principal amount of the Loan shall be due and payable in sixty (60) equal monthly installments of $6,666.67 each on the first day of each calendar month, commencing on October 1, 2016, and continuing through and including September 1, 2021, and (c) the entire principal amount of the Loan then remaining unpaid, together with all accrued and unpaid interest thereon, and any other amounts due under this Agreement and the other Loan Documents shall be due and payable in full on September 1, 2021.

Dealer may prepay the Loan in whole or in part at any time without penalty or notice. Prepayments shall first be applied to interest due and then to the remaining installments of principal in the order of the most remote maturity, so as to reduce the outstanding amount owed but not reduce the amount of the regular monthly payments.

5. **Conditions Precedent.** The obligation of Lender to make the Loan to Dealer is subject to satisfaction of the following conditions precedent:

(a) Lender shall have received duly executed copies of each Loan Document, in form and substance acceptable to Lender and its legal counsel;

(b) Lender shall have received each of the documents listed on Exhibit C attached hereto; and

(c) On the funding date of the Loan, all representations and warranties made by Dealer to Lender shall be true and correct, as if made on such date, and no condition or event shall exist which constitutes an Event of Default or which, with the lapse of time and/or giving of notice, would constitute an Event of Default.

6. **Representations and Warranties.** In order to induce Lender to make the Loan hereunder, Dealer hereby represents and warrants to Lender the accuracy and completeness of each of the following statements as of the date of this Agreement and agrees that such statements shall be deemed as continuing and reaffirmed at the time of the funding of the Loan hereunder:

(a) <u>Existence, Power and Authority</u>. Dealer (i) is a corporation, partnership or limited liability company duly incorporated, organized or formed, validly existing and in good standing under the laws of the jurisdiction of its incorporation, organization or formation, (ii) has all requisite power and authority and all requisite governmental licenses, authorizations, consents and approvals to (A) own its assets and carry on its business and (B) execute, deliver and perform its obligations under the Loan Documents to which it is a party, (iii) is duly qualified and is licensed and in good standing under the laws of each jurisdiction where its ownership, lease or operation of properties or the conduct of its business requires such qualification or license, and (iv) is in compliance with all laws, rules and regulations applicable to Dealer.

(b) <u>No Conflict</u>. The execution, delivery and performance by Dealer of each Loan Document to which Dealer is a party have been duly authorized by all necessary corporate, partnership, limited liability company or other organizational action, and do not and will not (i) contravene the terms of the charter, articles of organization, by-laws, partnership agreement, operating agreement or any other organizational document of Dealer; (ii) conflict with or result in any breach or contravention of, or the creation of any Lien under, (A) any contract or agreement to which Dealer is a party or (B) any order, injunction, writ or decree of any Governmental Authority or any arbitral award to which Dealer or its property is subject; or (iii) violate any applicable law, rule or regulation.

(c) <u>Third Party Approvals</u>. No approval, consent, exemption, authorization, or other action by, or notice to, or filing with, any Governmental Authority or any other Person is necessary or required in connection with the execution, delivery or performance by, or enforcement against, Dealer of this Agreement or any other Loan Documents.

(d) <u>Financial Statements; No Material Adverse Change</u>. All financial statements relating to any Loan Party (other than an Individual) which have been or may hereafter be delivered by any Loan Party to Lender have been prepared in accordance with generally accepted accounting principles applied on a consistent basis (other than for an Individual) and fairly present in all material respects the financial condition and the results of operation (other than for an Individual) of such Loan Party as at the dates and for the periods set forth therein. No Material Adverse Change has occurred since the date of the most recent financial statements of Dealer furnished to Lender by or on behalf of Dealer.

(e) <u>Compliance with Laws and Agreements</u>. Each Loan Party is in compliance with all laws, regulations and orders of any Governmental Authority applicable to it or its property and all agreements and other instruments binding upon it or its property.

(f) <u>Taxes</u>. Each Loan Party has timely filed or caused to be filed all tax returns and reports required to have been filed and has paid or caused to be paid all taxes required to have been paid by it, except taxes that are being contested in good faith by appropriate proceedings and for which such Loan Party has set aside on its books adequate reserves.

(g) <u>Licenses</u>. Each material license, distributorship, franchise, dealer sales and service agreement and similar agreement issued to Dealer, or to which Dealer is a party, is in full force and effect. To the best of Dealer's knowledge, no party to any such license or agreement is in default or violation thereof. Dealer has not received any written notice or threat of cancellation or termination of any such license or agreement.

(h) <u>OFAC</u>. None of Dealer, any of its affiliates or any director, manager, partner or officer of Dealer is a Person that is, or is owned or controlled by Persons that are: (i) the subject of any sanctions administered or enforced by the U.S. Department of the Treasury's Office of Foreign Assets Control ("<u>OFAC</u>"), the U.S. Department of State (collectively, "<u>Sanctions</u>"), or (ii) located, organized or resident in a country or territory that is, or whose government is, the subject of Sanctions.

(i) <u>Survival of Warranties; Cumulative</u>. All representations and warranties contained in this Agreement and any other Loan Documents shall survive the execution and delivery of this Agreement and shall be conclusively presumed to have been relied on by Lender regardless of any investigation made or information possessed by Lender.

The representations and warranties set forth herein shall be cumulative and in addition to any other representations or warranties which Dealer shall now or hereafter give, or cause to be given, to Lender.

7. <u>Affirmative Covenants</u>. Until payment in full of the Loan and all other obligations and liabilities of Dealer hereunder, Dealer agrees that unless Lender shall otherwise consent in writing:

(a) <u>Books and Records; Inspection and Audit Rights</u>.

(i) Dealer shall maintain proper books of record and account, in which full, true and correct entries shall be made of all financial transactions and matters involving the assets and business of Dealer.

(ii) From time to time, at the sole cost and expense of Dealer, Dealer shall permit any representatives designated by Lender, at any time and without notice to Dealer, to (A) visit Dealer's properties for the purposes of inspecting, verifying and auditing the Collateral and Dealer's books and records, (B) examine and make copies of and extracts from its books and records, and (C) discuss its affairs, finances and condition with its officers, employees and independent accountants, all at such times and as often as deemed necessary or appropriate by Lender.

(b) <u>Reporting</u>.

(i) Dealer shall furnish to Lender, immediately upon becoming aware of the existence of any condition or event constituting an Event of Default or event which, with the lapse of time and/or giving of notice would constitute an Event of Default, written notice specifying the nature and period of existence thereof and any action which Dealer is taking or proposes to take with respect thereto.

(ii) Dealer shall promptly notify Lender of (A) any Material Adverse Change in the financial condition or business of Dealer; (B) any default under any material agreement, contract or other instrument to which Dealer is a party or by which any of its properties are bound, or any acceleration of any maturity of any indebtedness owing by Dealer, and (C) any litigation, or any claim or controversy which might become the subject of litigation, against Dealer or affecting any of its properties, if such litigation or potential litigation might, in the event of an unfavorable outcome, have a material adverse effect on Dealer's financial condition or business or might cause an Event of Default.

(iii) Promptly after request by Lender, Dealer shall deliver to Lender such data and information regarding the operations, business affairs, assets and financial condition of the Loan Parties, or compliance with the terms of this Agreement, as from time to time may be requested by Lender.

(c) <u>Payment of Claims</u>. Dealer shall promptly pay all lawful claims, whether for labor, materials or otherwise, which might or could, if unpaid, become a lien or charge on any property or assets of Dealer, unless and to the extent only that the same are being contested in good faith by appropriate proceedings and reserves have been established therefor.

(d) <u>Maintenance of Existence</u>. Dealer shall at all times preserve, renew and keep in full force and effect its corporate, partnership or limited liability company existence and all rights and franchises with respect thereto and, except those that expire or otherwise terminate in accordance with their terms, maintain in full force and effect all registrations, approvals, authorizations, leases,

contracts, consents, franchises and permits necessary to carry on the business as presently or proposed to be conducted.

(e) <u>Compliance with Laws, Regulations, etc.</u> Dealer shall, at all times, comply in all material respects with all laws, rules, regulations, licenses, approvals, orders and permits applicable to it and duly observe in all material respects all requirements of any Governmental Authority.

(f) <u>Insurance.</u> Dealer, at its sole cost and expense, shall obtain and maintain at all times insurance covering such risks (including, by way of example, fire, theft, vandalism, mischief, collision, acts of terrorism, acts of God, property damage, personal injury and public liability), in such amounts, containing such terms, in such form, for such periods, and written by such companies as is customary in the automotive industry and is satisfactory to Lender. Dealer shall also obtain and maintain endorsements acceptable to Lender for such insurance naming Lender as an additional insured and as lender's loss payee.

(g) <u>Further Assurances.</u> At the request of Lender at any time and from time to time, Dealer shall, at its sole expense, duly execute and deliver, or cause to be duly executed and delivered, such further agreements, documents and instruments, and do or cause to be done such further acts as may be necessary or proper to evidence, perfect, maintain and enforce the Liens and the priority thereof in the Collateral and to otherwise effectuate the provisions or purposes of this Agreement or any other Loan Document.

8. **Negative Covenants.** Until payment in full of the Note and all other obligations and liabilities of Dealer hereunder, Dealer shall not:

(a) create, incur or assume any indebtedness or borrow money, except for (i) the Loan, (ii) indebtedness incurred under the ILSA or any other Loan Documents, (iii) any other indebtedness owing to Lender, (iv) trade debt incurred in the ordinary course of Dealer's business, (v) debt reflected on Dealer's balance sheet as of the last day of the most recently ended fiscal quarter prior to the date of this Agreement, (vi) indebtedness owing to Nissan Motor Acceptance Corporation, and (vii) indebtedness of Dealer incurred to finance the acquisition of equipment (other than motor vehicles);

(b) endorse, guarantee, or otherwise become liable for the obligations of any person, firm or corporation except for (i) endorsements of negotiable instruments by Dealer in the ordinary course of business and (ii) guaranties in favor of Lender;

(c) mortgage, assign, encumber, hypothecate or grant a security interest in any of Dealer's assets, except (i) to Lender, (ii) to Nissan Motor Acceptance Corporation, (iii) security interests or liens securing indebtedness of Dealer permitted by Section 8(a)(vii) incurred to finance the acquisition of equipment, provided that (A) such security interests or liens shall be created substantially simultaneously with the acquisition of such equipment, (B) such security interests or liens do not at any time encumber any property other than the equipment financed by such indebtedness, (C) the amount of indebtedness secured thereby is not increased, and (D) the principal amount of indebtedness secured by any such security interests or liens shall at no time exceed the original purchase price of such equipment at the time it was acquired, and (iv) inchoate liens for taxes which are not delinquent or which are being contested in good faith;

(d) acquire all or substantially all of the assets of, any other company, firm or association; or make any other substantial change in its capitalization or its business;

(e) directly or indirectly, use the proceeds of the Loan, or lend, contribute or otherwise make available such proceeds to any affiliate or other Person, (i) to fund any activities or business of or with any Person, or in any country or territory, that, at the time of such funding, is, or whose government is, the subject of Sanctions, or (ii) in any other manner that would result in a violation of Sanctions by any Person (including any Person participating in the Loan, whether as underwriter, advisor, investor, or otherwise); or

(f) sell or otherwise dispose of any of its assets used or useful in its business, except in the ordinary course of business; or sell any of its assets to any other person, firm or corporation with the agreement that such assets shall be leased back to Dealer.

9. **Permitted Use of Proceeds.** The parties acknowledge and agree that the Loan is made solely for commercial purposes, and that the proceeds thereof shall be used solely to finance renovations to Dealer's Kia showroom. Dealer agrees that any use of the proceeds of the Loan in whole or in part, for any other purpose, including use in connection with any entity, business, enterprise, related company or individual whatsoever, is strictly prohibited.

10. **Events of Default.** The occurrence or existence of any one or more of the following events shall constitute an "Event of Default" under this Agreement:

(a) Dealer shall fail to pay when due any principal of, or interest on, the Loan or any other fee or payment due hereunder or under any of the Loan Documents;

(b) Any proceeds of the Loan are used in breach of Section 9 of this Agreement;

(c) Any representation or warranty made by Dealer or any other Loan Party in any of the Loan Documents shall prove to be untrue or inaccurate in any respect as of the date on which such representation or warranty is made or deemed made;

(d) Any default by Dealer or any other Loan Party shall occur in the performance of any of the covenants or agreements contained herein, in the ILSA or in any of the other Loan Documents;

(e) Any default occurs in or any indebtedness of Dealer to Lender shall be accelerated or demanded under the terms of any agreements or instruments evidencing indebtedness of Dealer to Lender, including without limitation, Dealer's indebtedness to Lender under the ILSA;

(f) The ILSA shall be terminated for any reason or Dealer's indebtedness to Lender under the ILSA shall be paid in full by another lender, or Dealer shall request that Lender terminate or release its security interest in the collateral described in Section 8(a)(i) or (ii) of the ILSA;

(g) Any Loan Party shall (i) apply for or consent to the appointment of a receiver, trustee, liquidator or custodian of itself or of all or a substantial part of its property, (ii) be unable, or admit in writing its inability, to pay its debts generally as they mature, (iii) make a general assignment for the benefit of its or any of its creditors, (iv) be dissolved or liquidated in full or in part, (v) become insolvent (as such term may be defined or interpreted under any applicable statute), or (vi) commence a voluntary case or other proceeding seeking liquidation, reorganization or other relief with respect to itself or its debts under any bankruptcy, insolvency or other similar law now or hereafter in effect or consent to any such relief or to the appointment of or taking possession of its property by any official in an involuntary case or other proceeding commenced against it;



(h) An involuntary proceeding shall be commenced or an involuntary petition shall be filed seeking (i) liquidation, reorganization or other relief in respect of any Loan Party or its debts, or of a substantial part of its assets, under any Federal, state or foreign bankruptcy, insolvency, receivership or similar law now or hereafter in effect or (ii) the appointment of a receiver, trustee, custodian, sequestrator, conservator or similar official for any Loan Party or for a substantial part of its assets, and, in any such case, such proceeding or petition shall continue undismissed for sixty (60) days or an order or decree approving or ordering any of the foregoing shall be entered;

(i) Dealer (i) fails to make any payment when due (whether by scheduled maturity, required prepayment, acceleration, demand, or otherwise) in respect of any indebtedness or contingent obligation (other than indebtedness hereunder) having an aggregate principal amount of more than $100,000.00, or (ii) fails to observe or perform any other agreement or condition relating to any such indebtedness or contingent obligation or contained in any instrument or agreement evidencing, securing or relating thereto, or any other event occurs, the effect of which default or other event is to cause, or to permit the holder or holders of such indebtedness or the beneficiary or beneficiaries of such contingent obligation to cause, with the giving of notice if required, such indebtedness to be demanded or to become due or to be repurchased, prepaid, defeased or redeemed (automatically or otherwise), or an offer to repurchase, prepay, defease or redeem such indebtedness to be made, prior to its stated maturity, or such contingent obligation to become payable;

(j) Any judgment for the payment of money is rendered against any Loan Party in excess of $50,000.00 individually or in the aggregate (to the extent not covered by insurance where the insurer has assumed responsibility for such judgment in writing) and shall remain undischarged or unvacated for a period in excess of thirty (30) days or execution shall at any time not be effectively stayed, or any judgment other than for the payment of money, or injunction, attachment, garnishment or execution is rendered against any Loan Party or any of the Collateral having a value in excess of $50,000.00 at all other times; or

(k) Any Guarantor shall default under, rescind or revoke a guaranty of the Obligations, or any Guarantor shall die, become incapacitated or be judicially declared to be incompetent; or

(l) A default by any Guarantor or any other person or entity affiliated with, owned by or under common ownership with Dealer in the payment of any indebtedness or performance of any obligation under any agreement between Lender and such person or entity.

11. **Remedies Upon Event of Default.** Upon the occurrence of an Event of Default (other than an event described in clause (g) or (h) of Section 10), Lender may at its option (i) declare the principal of, and all interest then accrued on, the Note and any other liabilities of Dealer to Lender to be forthwith due and payable, whereupon the same shall forthwith become due and payable without notice, presentment, demand, protest, notice of intention to accelerate, notice of acceleration, or other notice of any kind, all of which Dealer hereby expressly waives, anything contained herein or in the Note to the contrary notwithstanding, (ii) reduce any claim to judgment, (iii) exercise in respect of the Collateral, in addition to other rights and remedies provided for herein, in the other Loan Documents, or otherwise available to it, all the rights and remedies of a secured party on default under the UCC or any other applicable law and/or (iv) without notice of default or demand, pursue and enforce any of Lender's rights and remedies under the Loan Documents, any other agreement between Lender and Dealer, or otherwise

provided under or pursuant to any applicable law or agreement. Upon the occurrence of an Event of Default described in clause (g) or (h) of Section 10, the Limit shall automatically be reduced to zero, the principal of the Loans then outstanding, together with accrued interest thereon, and all fees and other obligations of Dealer accrued hereunder, shall automatically become due and payable, without presentment, demand, protest or other notice of any kind, all of which are hereby waived by Dealer, and Lender may, to the extent permitted by applicable law, exercise in respect of the Collateral, in addition to other rights and remedies provided for herein, or otherwise available to it, all the rights and remedies of a secured party on default under the Uniform Commercial Code or any other applicable law. Upon the occurrence of an event described in clause (g) or (h) of Section 10, the principal of the Loan then outstanding, together with all accrued but unpaid interest thereon, and all fees and other obligations of Dealer accrued hereunder, shall automatically become due and payable, without notice, presentment, demand, protest, notice of intention to accelerate, notice of acceleration, or other notice of any kind, all of which are hereby expressly waived by Dealer, and Lender may, to the extent permitted by applicable law, exercise in respect of the Collateral, in addition to other rights and remedies provided for herein, or otherwise available to it, all the rights and remedies of a secured party on default under the UCC or any other applicable law.

12. **Security.** To secure all of the present and future obligations of Dealer under this Agreement, the Note and the other Loan Documents, Dealer hereby grants to Lender a lien on and security interest in all personal property and fixtures of Dealer, whether now owned or hereafter acquired or arising and wherever located, including Dealer's right, title, and interest in and to the following, whether now owned or hereafter acquired or arising and wherever located (collectively, the "Collateral"): (a) all accounts, chattel paper, deposit accounts, documents, equipment, fixtures, general intangibles, goods, inventory, investment property, instruments and letters of credit; (b) all books and records relating to any of the foregoing; and (c) all proceeds and products, whether tangible or intangible, of any of the foregoing, including proceeds of insurance. Any terms used in the foregoing description of the Collateral that are defined in the Uniform Commercial Code shall be construed and defined as set forth in the New York Uniform Commercial Code. Dealer agrees to obtain, execute and deliver to Lender such supplemental agreements, instruments or documents (including, without limitation, control agreements duly executed and delivered by Dealer's banks and securities intermediaries) and take such other action as Lender may require to evidence or perfect the security interest in the Collateral granted or purported to be granted herein. Dealer authorizes the filing by Lender of financing statements, continuation statements and amendments thereto describing the Collateral. Dealer also hereby ratifies any and all financing statements or amendments previously filed by Lender in any jurisdiction.

13. **Miscellaneous.**

(a) <u>Indemnification</u>. Dealer shall indemnify and hold Lender and its officers, directors, agents, employees, advisors, contractors and counsel (each such Person being an "Indemnitee"), harmless from and against any and all losses, claims, damages, liabilities, costs or expenses (including reasonable attorneys' fees and expenses) imposed on, incurred by or asserted against any of them in connection with any litigation, investigation, claim or proceeding, whether commenced or threatened, which in any manner or to any extent is related to the negotiation, preparation, execution, delivery, enforcement, performance or administration of this Agreement, any other Loan Documents, or any undertaking or proceeding related to any of the transactions contemplated hereby or any act, omission, event or transaction related or attendant thereto, including amounts paid in settlement, court costs, and the reasonable attorneys' fees and expenses of

counsel; except that Dealer shall not have any obligation under this Section 13(a) to indemnify an Indemnitee with respect to a matter covered hereby to the extent resulting from the gross negligence or willful misconduct of such Indemnitee as determined pursuant to a final, non-appealable order of a court of competent jurisdiction (but without limiting the obligations of Dealer as to any other Indemnitee or to such Indemnitee to the extent not resulting from gross negligence or willful misconduct). To the extent permitted by applicable law, Dealer shall not assert, and Dealer hereby waives, any claim against any Indemnitee, on any theory of liability, for special, indirect, consequential or punitive damages (as opposed to direct or actual damages) arising out of, in connection with, or as a result of, this Agreement, any of the other Loan Documents or any undertaking or transaction contemplated hereby. No Indemnitee referred to above shall be liable for any damages arising from the use by unintended recipients of any information or other materials distributed by it through telecommunications, electronic or other information transmission systems in connection with this Agreement or any of the other Loan Documents or the transaction contemplated hereby or thereby. All amounts due under this Section 13(a) shall be payable upon demand. The foregoing indemnity, agreements and waivers shall survive the payment of the Obligations and the termination or expiration of this Agreement.

(b) Cumulative Remedies. The rights and remedies herein specified are cumulative and not exclusive of any rights or remedies which Lender would otherwise have.

(c) Notices. Except as otherwise expressly provided in this Agreement, all consents, notices, demands, requests, approvals or other communications given under this Agreement shall be in writing and shall be deemed sufficiently given or rendered if delivered by (i) hand delivery, (ii) certified mail (return receipt requested), (iii) first class U.S. mail, or (iv) by a nationally recognized overnight delivery service making receipted deliveries, addressed to Lender or Dealer, as applicable, at the address set forth below or to such other address(es) as Lender or Dealer may designate as its new address(es) for such purpose by notice given to the other in accordance with the provisions of this paragraph. Any such approval, consent, notice, demand, request or other communication shall be deemed to have been given (i) if by hand delivery, when actually received, (ii) if by certified mail, upon execution of return receipt, (iii) if by regular first class mail, four (4) Business Days after deposit, and (iv) if by overnight delivery service, upon delivery.

Dealer:

Nemet Motors, LLC
144-02 Hillside Avenue & 153-03 Hillside Avenue
Jamaica, NY 11432

With a copy to:

Andrew S. Zizmor, Esq.
Cyruli Shanks Hart & Zizmor LLP
420 Lexington Avenue
23rd Floor
New York, New York 10170

Lender:

Hyundai Capital America
Attn: Senior Director, Commercial Credit
3161 Michelson Drive, Suite 1900
Irvine, CA 92612

With a copy to:

Hyundai Capital America
Attn: Director, Associate General Counsel
3161 Michelson Drive, Suite 1900
Irvine, CA 92612

(d) Entire Agreement. Except as otherwise provided or referred to herein, there are no other agreements or understandings, either oral or in writing, between the parties affecting this Agreement or relating to any of the subject matters covered by this Agreement. This Agreement and the other Loan Documents executed in connection herewith constitute the entire contract between the parties relating to the subject matter hereof and supersede any and all previous agreements and understandings, oral or written, relating to the subject matter hereof.

(e) Headings. Section headings used herein are for convenience of reference only, are not part of this Agreement and shall not affect the construction of, or be taken into consideration in interpreting, this Agreement.

(f) Attorney's Fees, Costs and Expenses and Taxes. Dealer agrees: (i) to pay or reimburse Lender for all costs and expenses incurred in connection with the perfection of liens granted under this Agreement and under the other documents executed in connection herewith, and the consummation and administration of the transactions contemplated by this Agreement and the other documents executed in connection herewith, including all fees and expenses of attorneys and auditors, all search, filing, recording and appraisal charges and fees and taxes related thereto, and other out-of-pocket expenses incurred by Lender; (ii) to pay and indemnify Lender for any present or future stamp, value added or documentary taxes or any other excise or property taxes, charges, or similar levies that arise from any payment made hereunder or from the execution, delivery, performance, recordation, or filing of, or otherwise with respect to, this Agreement, the Note or any other Loan Document; and (iii) to pay or reimburse Lender for all costs and expenses incurred in connection with the enforcement, attempted enforcement, or preservation or pursuit of any rights or remedies under this Agreement or the other documents executed in connection herewith, including (A) all such costs and expenses incurred during any "workout" or restructuring and during any legal proceeding, including any court or jury trial, arbitration or other alternative dispute resolution proceeding, bankruptcy proceeding, and during any appeal of any of the foregoing, and (B) all fees and expenses of attorneys, auditors, accountants, keepers and other outside experts and consultants retained by Lender. All amounts due under this Section shall be payable within ten (10) days after written demand therefor. The agreements in this Section 13(f) shall survive the termination or expiration of this Agreement.

(g) Choice of Law. This Agreement shall be governed by and construed in accordance with the laws of the State of New York (the "Forum State").

(h) Arbitration. All claims or disputes arising out of or relating to this Agreement, or the breach thereof, whether such claims or disputes sound in contract, tort, trade practices, equity, statutory or common law or otherwise, shall be determined by arbitration administered by the American Arbitration Association in accordance with its Commercial Financial Disputes Arbitration Rules (the "Rules"). The place of arbitration shall be New York, New York. To the extent applicable in civil actions in the Forum State, the Forum State's substantive and procedural laws, including, without limitation, rules of civil procedure, rules of evidence, and rules of discovery, shall apply. Judgment



on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof, and the parties waive any objection based upon a lack of personal jurisdiction in the court where enforcement is sought. There shall be one arbitrator, which arbitrator shall be a retired judge of any court in the Forum State and experienced in commercial finance and lending transactions. Resolution of the claim or dispute shall be based solely upon the substantive law governing the claims and defenses pleaded, and the arbitrator may not invoke any basis (including, but not limited to, notions of what is deemed "just and equitable" pursuant to AAA Commercial Rule R-43) other than such controlling law. The award shall be in writing, signed by the arbitrator, and shall include a statement setting forth the reasons for the disposition of any claim. The award shall include findings of fact and conclusions of law. The arbitrator shall award to the prevailing party, if any, as determined by the arbitrator, the arbitrator's fees together with all of its attorney's fees and expenses as such attorney's fees, costs and expenses are defined in this Agreement.

Nothing in the preceding paragraph, or otherwise, nor the exercise of any right to arbitration, nor the commencement or pendency of any proceeding, shall limit the right of any party to this Agreement: (1) to seek judicial equitable relief, or other equitable relief available to it under applicable statutory and/or case law including, but not limited to, injunctive relief and the appointment of a receiver; or (2) to exercise any self-help rights or any other rights or remedies available to it by contract or applicable statutory or case law (including but not limited to the filing of an involuntary petition in bankruptcy, the right of set off, attachment, recoupment, foreclosure, or repossession) with respect to its extension of credit, the protection and preservation of collateral, the liquidation and realization of collateral, the protection, continuation and preservation of lien rights and priorities, the collection of indebtedness, and the processing and payment or return of checks, whether such occurs before, during or after the pendency of any arbitration proceeding. The institution and maintenance of an action for judicial relief or pursuit of provisional or ancillary rights or remedies or exercise of self-help rights, all as provided herein, and the pursuit of any such rights or remedies, shall not constitute a waiver of the right or obligation of any party to this Agreement, including the plaintiff seeking judicial relief or remedies, to submit a dispute to arbitration, including disputes that may arise from the exercise of such rights. The arbitrator shall not have the power to order specific performance of any obligation or duty of any party to this Agreement or to issue injunctions in connection therewith or otherwise. The parties agree that the duty to arbitrate disputes hereunder extends beyond the date of the expiration or termination of this Agreement, and beyond the date of the fulfillment of any repayment obligations of any party hereunder.

In the event of any conflict between the Rules and this Section 13(h), the provisions of this Section 13(h) shall control. BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH LENDER AND DEALER GIVE UP ANY AND ALL RIGHTS TO TRIAL BY JURY.

(i) <u>Jury Waiver</u>. TO THE MAXIMUM EXTENT PERMITTED BY LAW, LENDER AND DEALER KNOWINGLY, VOLUNTARILY, AND AFTER CONSULTING OR HAVING HAD THE OPPORTUNITY TO CONSULT WITH LEGAL COUNSEL OF EACH PARTY'S RESPECTIVE CHOICE, AGREE THAT, IN THE EVENT OF LITIGATION BETWEEN THE PARTIES REGARDING THE PERFORMANCE OR ENFORCEMENT OF THIS AGREEMENT, OR IN ANY OTHER MANNER RELATED TO THIS AGREEMENT, THE PARTIES, FOR THEIR MUTUAL BENEFIT AND INTENDING TO REDUCE LITIGATION EXPENSES, HEREBY WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY SUCH ACTION, SUIT OR CLAIM.

LENDER'S INITIALS: _____    DEALER'S INITIALS: _____ 

(j) <u>Severability</u>. If any provision of this Agreement or the application thereof to any person or circumstance shall, to any extent, be invalid or unenforceable, the remainder of this Agreement or the application of such provision to persons or circumstances other than those as to which it is held invalid or unenforceable shall not be affected thereby, and each provision of this Agreement shall be valid and enforceable to the full extent permitted by law.

(k) <u>Amendments in Writing</u>. No amendment or waiver of any provision of this Agreement or any other document executed in connection herewith shall be effective unless in writing signed by the party against whom enforcement of such amendment or waiver is sought, and each such amendment or waiver shall be effective only in the specific instance and for the specific purpose for which given.

(l) <u>No Waiver</u>. The failure of Lender to seek redress for violation of, to insist upon the strict performance of, or to take any action in connection with the breach of any obligation, covenant or condition of this Agreement or any other document executed in connection herewith shall not be construed as a waiver or relinquishment for the future performance of such obligation, covenant or condition, but the same shall continue and remain in full force and effect with respect to any subsequent breach, act or omission. The receipt by Lender of any amount payable or owed pursuant to this Agreement or any other document executed in connection herewith or any other sums with knowledge of the breach of any obligation, covenant or condition of this Agreement or any other document executed in connection herewith shall not be deemed a waiver of such breach. No payment by Dealer or receipt by Lender of a lesser amount than any amount due or owing pursuant to this Agreement or any other document executed in connection herewith shall be deemed to be other than a payment on account of the earliest such amount due and owing, or as Lender may elect to apply such payment, nor shall any endorsement or statement on any check or any letter accompanying any check or payment be deemed an accord and satisfaction, and Lender may accept such check or payment without prejudice to Lender's right to recover the balance of any amount due and owing or pursue any other remedy provided by this Agreement or any other document executed in connection herewith. No delay on the part of Lender in exercising any right, power or privilege hereunder shall operate as a waiver thereof nor shall any single or partial exercise of any right, power or privilege hereunder preclude other or further exercise thereof or the exercise of any other right, power or privilege.

(m) <u>Parties Bound</u>. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns permitted hereby,

except that Dealer may not assign or transfer any of its rights or obligations under this Agreement or any other Loan Document without the prior written consent of Lender which consent may be withheld by Lender in its sole and absolute discretion (and any other attempted assignment or transfer by Dealer shall be null and void). Lender may at any time assign all or a portion of its rights and obligations under this Agreement without the consent of Dealer. Nothing in this Agreement, express or implied, shall be construed to confer upon any Person (other than the parties hereto and their respective successors and assigns permitted hereby) any legal or equitable right, remedy or claim under or by reason of this Agreement.

(n)  Counterparts; Effectiveness.  This Agreement may be executed in counterparts (and by different parties hereto on different counterparts), each of which shall constitute an original, but all of which when taken together shall constitute a single contract. This Agreement shall become effective when it shall have been executed by Lender and when Lender shall have received counterparts hereof which, when taken together, bear the signature of Dealer, and thereafter shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns. Delivery of an executed counterpart of a signature page of this Agreement by facsimile or email shall be effective as delivery of a manually executed counterpart of this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date set forth in the introductory paragraph of this Agreement.

**HYUNDAI CAPITAL AMERICA, a California corporation**

By: _____

Name: ~~Dean Jermyn~~ Sam Frahm

Title: Director, Commercial Credit

Date: 10/7/16

**NEMET MOTORS, LLC, a New York limited liability company**

By: _____

Name: Scott A. Perlstein, Sr.

Title: Manager and President

Date: 8/31/16

EXHIBIT A

to

LOAN AND SECURITY AGREEMENT

between

HYUNDAI CAPITAL AMERICA and

NEMET MOTORS, LLC

## PROMISSORY NOTE

$400,000.00

Irvine, California
Dated: August 30, 2016

FOR VALUE RECEIVED, NEMET MOTORS, LLC, a New York limited liability company (the "Dealer"), promises to pay to the order of HYUNDAI CAPITAL AMERICA (the "Lender"), at 3161 Michelson Drive, Suite 1900, Irvine, California 92612, or at such other place as may be designated in writing by the holder of this Note, the principal sum of Four Hundred Thousand Dollars and No Cents ($400,000.00), with interest thereon, as provided in that certain Loan and Security Agreement between the Dealer and the Lender dated as of even date herewith (as the same may be supplemented, amended, restated or replaced from time to time in the manner provided therein, the "Loan Agreement"). Capitalized terms used and not otherwise defined in this Note shall have the meanings respectively assigned to them in the Loan Agreement.

This Note is the Note referred to in the Loan Agreement. Principal and interest shall be due and payable as provided in the Loan Agreement, and all of the terms and provisions of the Loan Agreement, including, without limitation, provision for prepayment and acceleration of maturity, are incorporated herein by reference and made a part hereof. This Note is secured by the collateral described in Section 12 of the Loan Agreement.

Presentment for payment, notice of dishonor, protest, notice of protest, notice of acceleration and all similar notices are hereby expressly waived by the Dealer. This Note has been made at Jamaica, New York and delivered in Irvine, California, where all advances and repayments shall be made (except as otherwise provided in the Loan Agreement). This Note shall be governed by and construed in accordance with the laws of the State of New York. This Note may only be enforced in accordance with the terms of the Loan Agreement. Each and every supplement, modification, modified or amendment to this Note shall be in writing and signed by the Dealer and the Lender, each and every waiver of, or consent to or any departure from, any term or provision of this Note shall be in writing and signed by the Lender, and each and every restatement or replacement of this Note shall be in writing, shall be signed by the Dealer and shall require the written consent of the Lender.

NEMET MOTORS, LLC, a New York limited liability company

By:      [EXHIBIT ONLY DO NOT SIGN]_____

Name:    _____

Title:   _____

EXHIBIT B

to

LOAN AND SECURITY AGREEMENT

between

HYUNDAI CAPITAL AMERICA and

NEMET MOTORS, LLC

## LOAN DOCUMENTS

1.  Loan and Security Agreement, dated as of August 30, 2016, between Hyundai Capital America and Nemet Motors, LLC

2.  Promissory Note dated August 30, 2016 by Nemet Motors, LLC to the order of Hyundai Capital America in the principal amount of $400,000.00.

3.  Inventory Loan and Security Agreement, dated as of September 5, 2014, by and between Hyundai Capital America and Nemet Motors, LLC, with all amendments and addenda thereto.

EXHIBIT C

to

LOAN AND SECURITY AGREEMENT

between

HYUNDAI CAPITAL AMERICA and

NEMET MOTORS, LLC

## OTHER DOCUMENTS

1. UCC search results regarding Dealer from the New York Secretary of State satisfactory to Lender.

2. Tax lien and judgment searches regarding Dealer reflecting the absence of tax liens and judgments.

3. Such documents and certifications as Lender may reasonably require to evidence that Dealer is duly organized or formed, and that Dealer is validly existing, in good standing and qualified to engage in business in the State of New York.

# PROMISSORY NOTE

$400,000.00

Irvine, California
Dated: August 30, 2016

FOR VALUE RECEIVED, NEMET MOTORS, LLC, a New York limited liability company  (the "Dealer"), promises to pay to the order of HYUNDAI CAPITAL AMERICA (the "Lender"), at 3161 Michelson Drive, Suite 1900, Irvine, California 92612, or at such other place as may be designated in writing by the holder of this Note, the principal sum of Four Hundred Thousand Dollars and No Cents ($400,000.00), with interest thereon, as provided in that certain Loan and Security Agreement between the Dealer and the Lender dated as of even date herewith (as the same may be supplemented, modified, amended, restated or replaced from time to time in the manner provided therein, the "Loan Agreement"). Capitalized terms used and not otherwise defined in this Note shall have the meanings respectively assigned to them in the Loan Agreement.

This Note is the Note referred to in the Loan Agreement.  Principal and interest shall be due and payable as provided in the Loan Agreement, and all of the terms and provisions of the Loan Agreement, including, without limitation, provision for prepayment and acceleration of maturity, are incorporated herein by reference and made a part hereof.  This Note is secured by the collateral described in Section 12 of the Loan Agreement.

Presentment for payment, notice of dishonor, protest, notice of protest, notice of acceleration and all similar notices are hereby expressly waived by the Dealer.  This Note has been made at Jamaica, New York and delivered in Irvine, California, where all advances and repayments shall be made (except as otherwise provided in the Loan Agreement).  This Note shall be governed by and construed in accordance with the laws of the State of New York.  This Note may only be enforced in accordance with the terms of the Loan Agreement. Each and every supplement, modification or amendment to this Note shall be in writing and signed by the Dealer and the Lender, each and every waiver of, or consent to or any departure from, any term or provision of this Note shall be in writing and signed by the Lender, and each and every restatement or replacement of this Note shall be in writing, shall be signed by the Dealer and shall require the written consent of the Lender.

NEMET MOTORS, LLC, a New York limited liability company

By:

Name:   Scott A. Perlstein, Sr.

Title:    Manager and President

# EXHIBIT D

Hyundai Capital

June 28, 2019

VIA FEDEX

Scott A. Perlstein, Sr.
Nemet Motors, LLC
144-02 & 153-03 Hillside Avenue
Jamaica, New York  11432

Re:   <u>**Termination of Inventory Loan and Security Agreement**</u>

Dear Mr. Perlstein:

Reference is made to (i) that certain Inventory Loan and Security Agreement, dated as of
September 5, 2014 (the "ILSA"; capitalized terms used in this letter without definition shall have
the meanings set forth in the ILSA), by and between Nemet Motors, LLC dba Nemet Hyundai
Kia ("Dealer") and Hyundai Capital America ("HCA") and (ii) that certain Loan and Security
Agreement, dated as of August 30, 2016, by and between HCA and Dealer (the "Working
Capital Loan Agreement").

Pursuant to Section 6(a)(ii) of the ILSA, **HCA hereby exercises its right to terminate the
ILSA, effective August 27, 2019.**  Termination of the ILSA is an event of default under Section
10(f) of the Working Capital Loan Agreement.  The Dealership must secure inventory financing
from another lender and pay all obligations outstanding under the ILSA and the Working Capital
Loan Agreement, including principal and interest, no later than August 27, 2019.

HCA requests that you correspond with HCA on a regular basis to (i) communicate your
progress with respect to securing alternative financing of all Dealer's obligations outstanding
under the ILSA and the Working Capital Loan Agreement, (ii) communicate your progress with
respect to any potential sale of Dealer's assets, whether related to HCA assets secured under
the ILSA or not, that may occur in the future, and (iii) continue to provide Dealer's Dealertrack
Report (Customer Contract Status Details) to HCA on a daily basis until further notice and
provide bank statements, dealer records, schedules and any other information that may be
requested by HCA.

HCA reserves the right to exercise any and all of its rights and remedies under the ILSA, the
Working Capital Loan Agreement, at law or in equity.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Scott Smith
Director, Commercial Credit

cc:   Scott A. Perlstein, Sr., Guarantor

# EXHIBIT E

[ Hyundai Capital ]

July 23, 2019

VIA EMAIL AND FEDEX

Scott A. Perlstein
Nemet Motors, LLC
144-02 & 153-03 Hillside Avenue
Jamaica, New York  11432

Re:    **Notice of Default**

Dear Mr. Perlstein:

Reference is made to (i) that certain Inventory Loan and Security Agreement, dated as of September 5, 2014 (the "ILSA"; capitalized terms used in this letter without definition shall have the meanings set forth in the ILSA), by and between Nemet Motors, LLC dba Nemet Hyundai and Nemet Kia ("Dealer") and Hyundai Capital America ("HCA") and (ii) that certain Loan and Security Agreement, dated as of August 30, 2016, by and between HCA and Dealer (the "Working Capital Loan Agreement").

We understand that Nissan Motor Acceptance Corporation ("NMAC") has filed a lawsuit against Dealer seeking, among other things, a writ of replevin for certain vehicles, appointment of a receiver for Dealer's property, and money damages in excess of $100,000 arising from a breach of Dealer's financing and security agreement with NMAC.  As a result of such lawsuit, an "Event of Default" has occurred under Sections 10(d), 10(g) and 10(o) of the ILSA and an "Event of Default" has occurred under Sections 10(d) and 10(i) of the Working Capital Loan Agreement.

In addition, on Friday, July 19, 2019 you advised HCA that Dealer sent a notice of voluntary termination to Nissan North America, Inc. ("Nissan") with respect to Dealer's dealer sales and service agreement with Nissan.  As a result of such termination, an "Event of Default" has occurred under Section 10(f) of the ILSA and an "Event of Default" has occurred under Section 10(d) of the Working Capital Loan Agreement.

This letter will serve to advise Dealer that, effective immediately, (i) HCA will not make any further Advances to Dealer, and (ii) the principal amount of all outstanding Obligations under the ILSA and the Loan Agreement shall bear interest at the Default Rate (as such term is defined in the ILSA and the Working Capital Loan Agreement, respectively).

Demand is hereby made for delivery to HCA of the keys, manufacturer's statements of origin, manufacturer's certificates of origin, certificates of title and other documents of title for all vehicles financed by HCA on or before 5:00 p.m. Eastern time on **July 24, 2019**.

Acceptance heretofore or hereafter of payments tendered by Dealer at any time in respect of payments made or due after the occurrence and during the continuance of an Event of Default shall not constitute a waiver of the right to receive payment of default interest and other fees, costs and other amounts which are due or become due under the ILSA, the Working Capital Loan Agreement, or any other Loan Document, and applicable law.

Neither this letter, nor any delay or failure by HCA to exercise at this time any of its other rights and remedies, shall impair any power, right or privilege granted to HCA in the ILSA, the Working Capital Loan Agreement, pursuant to any guaranty, or by law available to it or be construed to be a waiver of or acquiescence in any event of default under the ILSA or the Working Capital Loan Agreement.  Nothing in this letter shall be construed as a waiver by HCA of its rights to recover any additional sums due HCA by reason of any other obligations of Dealer to HCA, including, without limitation, the right to be reimbursed for attorneys' fees and other costs and expenses incurred in connection with HCA's exercise of any of its rights and remedies under the ILSA or the Working Capital Loan Agreement.  HCA expressly reserves all

Mr. Scott A. Perlstein
Nemet Motors, LLC
July 23, 2019
Page 2

of its rights and remedies under the ILSA, the Working Capital Loan Agreement and any other Loan Document, at law and in equity.

The holding of any discussions between or among any or all of HCA, Dealer and/or Guarantor regarding the administration of the Advances or proposals regarding amendments to, or modifications or restructurings of the ILSA, the Working Capital Loan Agreement or any other Loan Document shall not constitute any waiver of any Event of Default (including, without limitation, the Events of Default described above), or an agreement to forbear from the exercise of HCA's rights and remedies under the ILSA, the Working Capital Loan Agreement or any other Loan Document, or applicable law, nor shall it be construed as an undertaking by HCA to continue such discussions or to enter into any such amendments, modifications or restructurings.

Your immediate attention to this matter is appreciated.

Sincerely,


Scott Smith
Director, Commercial Credit


cc:     Scott A. Perlstein, Sr., Guarantor

Mr. Scott A. Perlstein
Nemet Motors, LLC
July 23, 2019
Page 2

# EXHIBIT F

Hyundai Capital

September 10, 2019

VIA EMAIL AND FEDEX

Scott A. Perlstein
Nemet Motors, LLC
144-02 & 153-03 Hillside Avenue
Jamaica, New York 11432

Re:     **Second Notice of Default and Notice of Acceleration**

Dear Mr. Perlstein:

Reference is made to (i) that certain Inventory Loan and Security Agreement, dated as of September 5, 2014 (the "ILSA"; capitalized terms used in this letter without definition shall have the meanings set forth in the ILSA), by and between Nemet Motors, LLC dba Nemet Hyundai and Nemet Kia ("Dealer") and Hyundai Capital America ("HCA"), (ii) that certain Loan and Security Agreement, dated as of August 30, 2016, by and between HCA and Dealer (the "Working Capital Loan Agreement"), (iii) that certain letter dated June 28, 2019 from HCA to Dealer (the "Termination Letter"), and (iv) that certain Notice of Default dated July 23, 2019 from HCA to Dealer (the "First Notice of Default"). Capitalized terms used herein without definition shall have the meanings set forth in the ILSA.

Since the date of the First Notice of Default, the ILSA terminated on August 27, 2019 pursuant to the Termination Letter, the Obligations created and outstanding under the ILSA, including principal, interest, charges, fees, costs, and expenses, are due and payable in full, and the Events of Default described in the First Notice of Default have not been cured. Dealer has advised HCA that it has failed to pay sales tax in the amount of approximately $1,200,000, which failure is a breach of Section 9(d) of the ILSA. Also, an interest payment in the amount of $42,076.29 was due today but not paid by Dealer. As a result of the failure to pay the amounts due under the ILSA and the default under Section 9(d) of the ILSA, an "Event of Default" has occurred under Section 10(a) of the ILSA and an "Event of Default" has occurred under Section 10(d) of the Working Capital Loan Agreement.

Pursuant to Section 11(a) of the ILSA, upon the occurrence of an Event of Default, HCA has the right to declare the unpaid principal amount of all outstanding Advances, all interest accrued and unpaid thereon, and all other amounts owing or payable under the ILSA or under any other Loan Document to be immediately due and payable. HCA hereby exercises its right to accelerate the unpaid principal amount of all outstanding Advances made by HCA under the ILSA, all interest accrued and unpaid thereon, and all other amounts owing or payable under the ILSA. As a result of such acceleration, the following amounts are immediately due and payable by Dealer as of the date of this letter:

**ILSA**

| | |
|---|---|
| Outstanding Principal: | $5,074,722.33 |
| Unpaid Interest through 9/10/19: | $51,275.11 |
| Total: | $5,125,997.44 |

In addition, HCA hereby exercises its right to accelerate any and all debt and other obligations of Dealer under the Working Capital Loan Agreement. As a result of the acceleration of the debt and other obligations of Dealer under the Working Capital Loan Agreement, the following amounts are immediately due and payable as of the date of this letter:

Mr. Scott A. Perlstein
Nemet Motors, LLC
September 10, 2019
Page 2

**Working Capital Loan Agreement**

| | |
|---|---|
| Outstanding Principal: | $ 159,998.88 |
| Unpaid Interest through 9/10/19: | $531.93 |
| Total: | $160,530.81 |

**Demand is hereby made for payment of $5,286,528.25 by wire transfer to HCA by 5:00 p.m. Eastern time on September 11, 2019.**  Wire instructions are enclosed with this letter.

Acceptance heretofore or hereafter of payments tendered by Dealer at any time in respect of payments made or due after the occurrence and during the continuance of an Event of Default shall not constitute a waiver of the right to receive payment of default interest and other fees, costs and other amounts which are due or become due under the ILSA, the Working Capital Loan Agreement, or any other Loan Document, and applicable law.

Neither this letter, nor any delay or failure by HCA to exercise at this time any of its other rights and remedies, shall impair any power, right or privilege granted to HCA in the ILSA, the Working Capital Loan Agreement, pursuant to any guaranty, or by law available to it or be construed to be a waiver of or acquiescence in any event of default under the ILSA or the Working Capital Loan Agreement.  Nothing in this letter shall be construed as a waiver by HCA of its rights to recover any additional sums due HCA by reason of any other obligations of Dealer to HCA, including, without limitation, the right to be reimbursed for attorneys' fees and other costs and expenses incurred in connection with HCA's exercise of any of its rights and remedies under the ILSA or the Working Capital Loan Agreement.  HCA expressly reserves all of its rights and remedies under the ILSA, the Working Capital Loan Agreement and any other Loan Document, at law and in equity.

The holding of any discussions between or among any or all of HCA, Dealer and/or Guarantor regarding the administration of the Advances or proposals regarding amendments to, or modifications or restructurings of the ILSA, the Working Capital Loan Agreement or any other Loan Document shall not constitute any waiver of any Event of Default (including, without limitation, the Events of Default described above), or an agreement to forbear from the exercise of HCA's rights and remedies under the ILSA, the Working Capital Loan Agreement or any other Loan Document, or applicable law, nor shall it be construed as an undertaking by HCA to continue such discussions or to enter into any such amendments, modifications or restructurings.

Your immediate attention to this matter is appreciated.

Sincerely,

*S. C.  Smith*

Scott Smith
Director, Commercial Credit

cc:     Scott A. Perlstein, Sr., Guarantor

# EXHIBIT G

| Company: 002 | | Hyundai Capital America | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Report ID: TRIAL2 | | **TRIAL BALANCE** | | | | | | | | | 10/03/2019 |
| | | As Of: 10/03/2019 | | | | | | | | | 16:45:35 |
| Cost Center: 44009 | | | | | | | | | | | |
| Dealer: KMNY097 - Nemet Kia | | | | | | | | | | | |

| | | | | | | | | Principal Balance: | | | 3,694,333.63 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LOANS FOR COLLATERAL TYPE: Service Loaners** | | | | | **Credit Limit:** | | **250,000.00 ** Sublimit **** | | | | | |
| | | Base Rate    PRIME    5.00000% | | Variance    2.00000% | | | | | | | | |
| | 3343360 | 5XXGT4L11HG 129117 | 2017 KIA | OPTIMA LX | 12/20/2017 | 24,440.00 | 0.00 | 10/09/2018 | 16,374.80 | 0.00 | 0.00 | 0.00 |
| | 3204267 | 5XXGT4L36HG 151602 | 2017 KIA | OPTIMA LX | 08/30/2017 | 22,714.00 | 0.00 | 10/09/2018 | 14,309.82 | 0.00 | 0.00 | 0.00 |
| | 3343361 | 5XYPG4A39HG 274555 | 2017 KIA | SORENTO LX | 12/20/2017 | 30,307.00 | 0.00 | 10/09/2018 | 20,305.69 | 0.00 | 0.00 | 0.00 |
| | 3976383 | 5XXGT4L30KG 280409 | 2019 KIA | OPTIMA LX | 05/16/2019 | 25,212.00 | 22,186.56 | 08/30/2019 | 2,521.20 | 0.00 | 8.50 | 0.00 |
| | 3976384 | 5XXGT4L30KG 282855 | 2019 KIA | OPTIMA LX | 05/16/2019 | 26,156.00 | 23,017.28 | 08/30/2019 | 2,615.60 | 0.00 | 8.82 | 0.00 |
| | 3976385 | 5XYPHDA58KG 451599 | 2019 KIA | SORENTO EX | 05/16/2019 | 36,262.80 | 28,204.40 | 08/30/2019 | 737.65 | 0.00 | 10.82 | 0.00 |
| | 3976386 | 5XYPGDA32KG 472613 | 2019 KIA | SORENTO LX | 05/16/2019 | 29,647.00 | 28,757.59 | 08/30/2019 | 296.47 | 0.00 | 11.04 | 0.00 |
| | 3976387 | KNDPMCAC8K7 527582 | 2019 KIA | SPORTAGE LX | 05/16/2019 | 25,910.00 | 22,800.80 | 08/30/2019 | 2,453.85 | 0.00 | 8.74 | 0.00 |
| **Subtotal Service Loaners** | | | | | **8 Items** | **220,648.80** | **124,966.63** | | | **0.00** | **47.92** | **0.00** |
| **LOANS FOR COLLATERAL TYPE: New Kia Vehicles** | | | | | **Credit Limit:** | | **8,300,000.00 ** Sublimit **** | | | | | |
| | | Base Rate    PRIME    5.00000% | | Variance    2.00000% | | | | | | | | |
| | 4059910 | 3KPF34AD4KE 000216 | 2019 KIA | FORTE GT LIN | 07/18/2019 | 21,726.00 | 0.00 | 09/20/2019 | 21,726.00 | 0.00 | 0.00 | 0.00 |
| | 4059909 | 3KPF54AD3KE 000217 | 2019 KIA | FORTE EX | 07/18/2019 | 22,419.00 | 22,419.00 | | 0.00 | 0.00 | 8.60 | 0.00 |
| | 3889596 | 5XYP3DHC5LG 001364 | 2020 KIA | TELLURIDE EX | 03/14/2019 | 39,765.00 | 0.00 | 03/28/2019 | 39,765.00 | 0.00 | 0.00 | 0.00 |
| | 3884069 | 5XYP3DHC3LG 001704 | 2020 KIA | TELLUEX | 03/11/2019 | 39,019.00 | 0.00 | 04/08/2019 | 39,019.00 | 0.00 | 0.00 | 0.00 |
| | 3775724 | KNDJN2A23K7 001817 | 2019 KIA | SOUL | 12/12/2018 | 18,823.00 | 0.00 | 05/17/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3775735 | KNDJN2A26K7 001830 | 2019 KIA | SOUL | 12/12/2018 | 18,823.00 | 0.00 | 05/04/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3876476 | KNDJ23AU8L7 001913 | 2020 KIA | SOUL LX | 03/04/2019 | 19,935.00 | 0.00 | 05/23/2019 | 1,556.79 | 0.00 | 0.00 | 0.00 |
| | 3905595 | 5XYP5DHC2LG 002658 | 2020 KIA | TELLURIDE SX | 03/26/2019 | 44,912.00 | 0.00 | 04/05/2019 | 44,912.00 | 0.00 | 0.00 | 0.00 |
| | 3889591 | 5XYP2DHC9LG 002889 | 2020 KIA | TELLURIDE LX | 03/14/2019 | 34,521.00 | 0.00 | 04/24/2019 | 34,521.00 | 0.00 | 0.00 | 0.00 |
| | 3879587 | 5XYP3DHC2LG 003170 | 2020 KIA | TELLURIDE EX | 03/06/2019 | 39,019.00 | 0.00 | 03/20/2019 | 39,019.00 | 0.00 | 0.00 | 0.00 |
| | 3876364 | 5XYP3DHC1LG 003340 | 2020 KIA | TELLURIDE EX | 03/04/2019 | 39,390.00 | 0.00 | 03/15/2019 | 39,390.00 | 0.00 | 0.00 | 0.00 |
| | 3921893 | KNDJ63AU1L7 003703 | 2020 KIA | SOUL GT LINE | 04/08/2019 | 20,996.00 | 0.00 | 06/06/2019 | 20,996.00 | 0.00 | 0.00 | 0.00 |
| | 3921894 | KNDJ63AU3L7 003721 | 2020 KIA | SOUL GT LINE | 04/08/2019 | 20,996.00 | 0.00 | 07/31/2019 | 124.42 | 0.00 | 0.00 | 0.00 |
| | 3920548 | KNDJ63AUXL7 003862 | 2020 KIA | SOUL GTL | 04/05/2019 | 20,996.00 | 0.00 | 09/12/2019 | 20,996.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page:  2

10/03/2019

16:45:35

| | | | | | | | Principal Balance: | | | 3,694,333.63 |
|---|---|---|---|---|---|---|---|---|---|---|

| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3876344 | 5XYP2DHC2LG 004063 | 2020 KIA | TELLURIDE LX | 03/04/2019 | 34,521.00 | 0.00 | 03/22/2019 | 34,521.00 | 0.00 | 0.00 | 0.00 |
| | 3893205 | 5XYP2DHC7LG 004382 | 2020 KIA | TELLURIDE LX | 03/18/2019 | 34,521.00 | 0.00 | 04/17/2019 | 34,521.00 | 0.00 | 0.00 | 0.00 |
| | 3920549 | KNDJ63AUXL7 004574 | 2020 KIA | SOUL GTL | 04/05/2019 | 20,996.00 | 0.00 | 05/29/2019 | 20,996.00 | 0.00 | 0.00 | 0.00 |
| | 3885402 | 5XYP6DHC2LG 004617 | 2020 KIA | TELLURIDE S | 03/12/2019 | 36,764.00 | 0.00 | 04/10/2019 | 36,764.00 | 0.00 | 0.00 | 0.00 |
| | 3893235 | 5XYP6DHC2LG 004889 | 2020 KIA | TELLURIDE S | 03/18/2019 | 36,764.00 | 0.00 | 04/10/2019 | 36,764.00 | 0.00 | 0.00 | 0.00 |
| | 3879596 | 5XYP6DHC0LG 004907 | 2020 KIA | TELLURIDE S | 03/06/2019 | 36,764.00 | 0.00 | 04/18/2019 | 36,764.00 | 0.00 | 0.00 | 0.00 |
| | 3893234 | 5XYP6DHC0LG 005006 | 2020 KIA | TELLURIDE S | 03/18/2019 | 36,488.00 | 0.00 | 04/16/2019 | 36,488.00 | 0.00 | 0.00 | 0.00 |
| | 3893238 | 5XYP6DHCXLG 005773 | 2020 KIA | TELLURIDE S | 03/18/2019 | 36,393.00 | 0.00 | 04/02/2019 | 36,393.00 | 0.00 | 0.00 | 0.00 |
| | 3793243 | KNDJP3A54K7 005837 | 2019 KIA | SOUL + | 12/24/2018 | 26,302.00 | 0.00 | 06/27/2019 | 26,302.00 | 0.00 | 0.00 | 0.00 |
| | 3971551 | KNDJ23AU6L7 006074 | 2020 KIA | SOUL LX | 05/13/2019 | 21,201.00 | 21,201.00 | | | 0.00 | 8.14 | 0.00 |
| | 3971552 | KNDJ23AU9L7 006084 | 2020 KIA | SOUL LX | 05/13/2019 | 21,201.00 | 21,201.00 | | 0.00 | 0.00 | 8.14 | 0.00 |
| | 3899292 | 5XYP6DHC6LG 007004 | 2020 KIA | TELLURIDE S | 03/21/2019 | 36,813.00 | 0.00 | 04/25/2019 | 36,813.00 | 0.00 | 0.00 | 0.00 |
| | 3929686 | 5XYP6DHC7LG 007254 | 2020 KIA | TELLURIDE S | 04/12/2019 | 36,348.00 | 0.00 | 04/25/2019 | 36,348.00 | 0.00 | 0.00 | 0.00 |
| | 3971550 | KNDJ23AU5L7 007264 | 2020 KIA | SOUL LX | 05/13/2019 | 20,878.00 | 20,878.00 | | 0.00 | 0.00 | 8.00 | 0.00 |
| | 3913624 | 5XYP3DHC8LG 008129 | 2020 KIA | TELLURIDE EX | 04/01/2019 | 39,387.00 | 0.00 | 04/22/2019 | 39,387.00 | 0.00 | 0.00 | 0.00 |
| | 3925720 | 5XYP3DHC2LG 008272 | 2020 KIA | TELLURIDE EX | 04/10/2019 | 39,016.00 | 0.00 | 04/25/2019 | 39,016.00 | 0.00 | 0.00 | 0.00 |
| | 3925718 | 5XYP3DHC0LG 008285 | 2020 KIA | TELLURIDE EX | 04/10/2019 | 39,016.00 | 0.00 | 04/30/2019 | 39,016.00 | 0.00 | 0.00 | 0.00 |
| | 3913610 | 5XYP2DHC1LG 008332 | 2020 KIA | TELLURIDE LX | 04/01/2019 | 34,105.00 | 0.00 | 04/30/2019 | 34,105.00 | 0.00 | 0.00 | 0.00 |
| | 3915811 | 5XYP5DHCXLG 008403 | 2020 KIA | TELLURIDE SX | 04/02/2019 | 45,334.00 | 0.00 | 04/15/2019 | 45,334.00 | 0.00 | 0.00 | 0.00 |
| | 3971548 | KNDCC3LGXK5 008644 | 2019 KIA | NIRO EX | 05/13/2019 | 39,691.00 | 0.00 | 09/23/2019 | 5,119.58 | 0.00 | 0.00 | 0.00 |
| | 3915769 | 5XYP2DHC2LG 008663 | 2020 KIA | TELLURIDE LX | 04/02/2019 | 34,105.00 | 0.00 | 05/04/2019 | 34,105.00 | 0.00 | 0.00 | 0.00 |
| | 3682839 | 3KPF24AD1KE 009085 | 2019 KIA | FORTE FE | 09/27/2018 | 19,432.00 | 0.00 | 03/12/2019 | 19,432.00 | 0.00 | 0.00 | 0.00 |
| | 3653731 | 3KPF24AD3KE 009153 | 2019 KIA | FORTE | 09/04/2018 | 19,117.00 | 0.00 | 10/05/2018 | 19,117.00 | 0.00 | 0.00 | 0.00 |
| | 3925738 | 5XYP6DHC5LG 010542 | 2020 KIA | TELLURIDE S | 04/10/2019 | 36,813.00 | 0.00 | 05/03/2019 | 36,813.00 | 0.00 | 0.00 | 0.00 |
| | 3929848 | 5XYP2DHC2LG 012048 | 2020 KIA | TELLURIDE LX | 04/12/2019 | 34,148.00 | 0.00 | 05/06/2019 | 1,011.40 | 0.00 | 0.00 | 0.00 |
| | 3931709 | 5XYP2DHCXLG 012444 | 2020 KIA | TELLURIDE LX | 04/15/2019 | 34,518.00 | 0.00 | 05/14/2019 | 34,518.00 | 0.00 | 0.00 | 0.00 |
| | 3942186 | 5XYP2DHC5LG 012674 | 2020 KIA | TELLURIDE LX | 04/22/2019 | 34,148.00 | 0.00 | 05/28/2019 | 34,148.00 | 0.00 | 0.00 | 0.00 |
| | 3951837 | 5XYP3DHC2LG 012676 | 2020 KIA | TELLURIDE EX | 04/26/2019 | 40,185.00 | 0.00 | 05/21/2019 | 40,185.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 3

10/03/2019

16:45:35

Principal Balance: 3,694,333.63

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3931733 | | 5XYP6DHC9LG 012827 | 2020 KIA | TELLURIDE S | 04/15/2019 | 36,718.00 | 0.00 | 05/02/2019 | 365.72 | 0.00 | 0.00 | 0.00 |
| 3969543 | | KNDJ23AU3L7 012866 | 2020 KIA | SOUL LX | 05/10/2019 | 20,878.00 | 0.00 | 08/28/2019 | 1,493.24 | 0.00 | 0.00 | 0.00 |
| 3929688 | | 5XYP6DHCXLG 012884 | 2020 KIA | TELLURIDE S | 04/12/2019 | 36,390.00 | 0.00 | 04/25/2019 | 36,390.00 | 0.00 | 0.00 | 0.00 |
| 3951838 | | 5XYP5DHC8LG 012904 | 2020 KIA | TELLURIDE SX | 04/26/2019 | 43,841.00 | 0.00 | 05/16/2019 | 43,841.00 | 0.00 | 0.00 | 0.00 |
| 3931715 | | 5XYP3DHC3LG 012945 | 2020 KIA | TELLURIDE EX | 04/15/2019 | 38,974.00 | 0.00 | 05/16/2019 | 38,974.00 | 0.00 | 0.00 | 0.00 |
| 3667896 | | 3KPF34AD6KE 014750 | 2019 KIA | FORTE GT LIN | 09/17/2018 | 20,515.00 | 0.00 | 10/11/2018 | 20,515.00 | 0.00 | 0.00 | 0.00 |
| 3681279 | | 3KPF34AD7KE 015051 | 2019 KIA | FORTE GT LIN | 09/26/2018 | 21,642.00 | 0.00 | 11/13/2018 | 21,642.00 | 0.00 | 0.00 | 0.00 |
| 3737290 | | 3KPF34AD7KE 015731 | 2019 KIA | FORTE GT LIN | 11/09/2018 | 21,497.00 | 0.00 | 12/10/2018 | 21,497.00 | 0.00 | 0.00 | 0.00 |
| 3979655 | | 5XYP2DHC0LG 016342 | 2020 KIA | TELLURIDE LX | 05/17/2019 | 34,476.00 | 0.00 | 05/24/2019 | 34,476.00 | 0.00 | 0.00 | 0.00 |
| 3971549 | | KNDJ23AU0L7 016437 | 2020 KIA | SOUL LX | 05/13/2019 | 20,878.00 | 0.00 | 06/05/2019 | 1,984.57 | 0.00 | 0.00 | 0.00 |
| 3682880 | | 3KPF34AD4KE 016612 | 2019 KIA | FORTE GT LIN | 09/27/2018 | 21,600.00 | 0.00 | 01/08/2019 | 21,600.00 | 0.00 | 0.00 | 0.00 |
| 3681254 | | 3KPF34AD1KE 016714 | 2019 KIA | FORTE GT LIN | 09/26/2018 | 21,914.00 | 0.00 | 02/08/2019 | 21,914.00 | 0.00 | 0.00 | 0.00 |
| 3979657 | | 5XYP3DHC7LG 017145 | 2020 KIA | TELLURIDE EX | 05/17/2019 | 39,844.00 | 0.00 | 06/06/2019 | 39,844.00 | 0.00 | 0.00 | 0.00 |
| 3964623 | | 5XYP6DHCXLG 017177 | 2020 KIA | TELLURIDE S | 05/07/2019 | 36,856.00 | 0.00 | 05/20/2019 | 36,856.00 | 0.00 | 0.00 | 0.00 |
| 3971546 | | 5XYP5DHC3LG 017296 | 2020 KIA | TELLURIDE SX | 05/13/2019 | 43,463.00 | 0.00 | 05/24/2019 | 4,200.41 | 0.00 | 0.00 | 0.00 |
| 3971545 | | 5XYP2DHC9LG 017537 | 2020 KIA | TELLURIDE LX | 05/13/2019 | 34,105.00 | 0.00 | 06/11/2019 | 34,105.00 | 0.00 | 0.00 | 0.00 |
| 3681255 | | 3KPF34AD1KE 017555 | 2019 KIA | FORTE GT LIN | 09/26/2018 | 21,642.00 | 0.00 | 10/23/2018 | 21,642.00 | 0.00 | 0.00 | 0.00 |
| 3971544 | | 5XYP2DHC6LG 017625 | 2020 KIA | TELLURIDE LX | 05/13/2019 | 34,105.00 | 0.00 | 06/05/2019 | 34,105.00 | 0.00 | 0.00 | 0.00 |
| 3971547 | | 5XYP6DHCXLG 017986 | 2020 KIA | TELLURIDE S | 05/13/2019 | 36,567.00 | 0.00 | 05/31/2019 | 36,567.00 | 0.00 | 0.00 | 0.00 |
| 3973839 | | 5XYP3DHC5LG 018195 | 2020 KIA | TELLURIDE EX | 05/14/2019 | 39,468.00 | 0.00 | 06/10/2019 | 39,468.00 | 0.00 | 0.00 | 0.00 |
| 3989451 | | 5XYP6DHC1LG 018539 | 2020 KIA | TELLURIDE S | 05/24/2019 | 36,761.00 | 0.00 | 06/11/2019 | 36,761.00 | 0.00 | 0.00 | 0.00 |
| 3681286 | | 3KPF34AD8KE 018542 | 2019 KIA | FORTE GT LIN | 09/26/2018 | 21,600.00 | 0.00 | 01/07/2019 | 21,600.00 | 0.00 | 0.00 | 0.00 |
| 3669724 | | 3KPF24ADXKE 018724 | 2019 KIA | FORTE FE | 09/18/2018 | 19,604.00 | 0.00 | 10/24/2018 | 19,604.00 | 0.00 | 0.00 | 0.00 |
| 3979656 | | 5XYP3DHC0LG 019366 | 2020 KIA | TELLURIDE EX | 05/17/2019 | 39,069.00 | 0.00 | 05/28/2019 | 39,069.00 | 0.00 | 0.00 | 0.00 |
| 4000780 | | 5XYP3DHC0LG 019593 | 2020 KIA | TELLURIDE EX | 06/04/2019 | 39,816.00 | 0.00 | 08/01/2019 | 39,816.00 | 0.00 | 0.00 | 0.00 |
| 3989452 | | 5XYP6DHC2LG 019604 | 2020 KIA | TELLURIDE S | 05/24/2019 | 36,390.00 | 0.00 | 06/28/2019 | 36,390.00 | 0.00 | 0.00 | 0.00 |
| 4000781 | | 5XYP3DHC3LG 019667 | 2020 KIA | TELLURIDE EX | 06/04/2019 | 39,816.00 | 0.00 | 05/27/2019 | 39,816.00 | 0.00 | 0.00 | 0.00 |
| 3989453 | | 5XYP6DHC6LG 019766 | 2020 KIA | TELLURIDE S | 05/24/2019 | 36,390.00 | 0.00 | 06/11/2019 | 36,390.00 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Page:   4
10/03/2019
16:45:35

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

Principal Balance:          3,694,333.63

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Principal | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3999165 | 5XYP6DHCXLG 019785 | 2020 KIA | TELLURIDE S | 06/03/2019 | 36,761.00 | 0.00 | 07/06/2019 | 36,761.00 | 0.00 | 0.00 | 0.00 |
| | 3997321 | 5XYP5DHCXLG 020017 | 2020 KIA | TELLURIDE SX | 05/31/2019 | 44,209.00 | 0.00 | 06/18/2019 | 44,209.00 | 0.00 | 0.00 | 0.00 |
| | 3687842 | 3KPF34AD8KE 020081 | 2019 KIA | FORTE GT LIN | 10/02/2018 | 21,600.00 | 0.00 | 01/28/2019 | 21,600.00 | 0.00 | 0.00 | 0.00 |
| | 3997322 | 5XYP6DHC5LG 020195 | 2020 KIA | TELLURIDE S | 05/31/2019 | 36,390.00 | 0.00 | 06/18/2019 | 36,390.00 | 0.00 | 0.00 | 0.00 |
| | 3681281 | 3KPF34AD7KE 020685 | 2019 KIA | FORTE GT LIN | 09/26/2018 | 21,600.00 | 0.00 | 12/28/2018 | 21,600.00 | 0.00 | 0.00 | 0.00 |
| | 3682895 | 3KPF34ADXKE 020941 | 2019 KIA | FORTE GT LIN | 09/27/2018 | 21,872.00 | 0.00 | 01/10/2019 | 21,872.00 | 0.00 | 0.00 | 0.00 |
| | 3669669 | 3KPF24AD0KE 021602 | 2019 KIA | FORTE FE | 09/18/2018 | 19,918.00 | 0.00 | 10/10/2018 | 19,918.00 | 0.00 | 0.00 | 0.00 |
| | 3669706 | 3KPF24AD7KE 021807 | 2019 KIA | FORTE FE | 09/18/2018 | 19,918.00 | 0.00 | 10/15/2018 | 19,918.00 | 0.00 | 0.00 | 0.00 |
| | 3831404 | KNDJN2A20K7 021992 | 2019 KIA | SOUL | 01/25/2019 | 18,878.00 | 0.00 | 05/01/2019 | 18,878.00 | 0.00 | 0.00 | 0.00 |
| | 4006967 | 5XYP6DHCXLG 023092 | 2020 KIA | TELLURIDE S | 06/10/2019 | 36,718.00 | 0.00 | 06/24/2019 | 36,718.00 | 0.00 | 0.00 | 0.00 |
| | 4009345 | 5XYP6DHC1LG 023238 | 2020 KIA | TELLURIDE S | 06/11/2019 | 36,348.00 | 0.00 | 06/25/2019 | 22,209.06 | 0.00 | 0.00 | 0.00 |
| | 4006966 | 5XYP6DHC8LG 023365 | 2020 KIA | TELLURIDE S | 08/10/2019 | 36,348.00 | 0.00 | 06/28/2019 | 36,348.00 | 0.00 | 0.00 | 0.00 |
| | 3702170 | 3KPF24AD1KE 023407 | 2019 KIA | FORTE FE | 10/15/2018 | 20,212.00 | 0.00 | 10/29/2018 | 20,212.00 | 0.00 | 0.00 | 0.00 |
| | 3691343 | 3KPF24AD5KE 023622 | 2019 KIA | FORTE FE | 10/04/2018 | 20,212.00 | 0.00 | 10/23/2018 | 20,212.00 | 0.00 | 0.00 | 0.00 |
| | 3691354 | 3KPF24AD9KE 023624 | 2019 KIA | FORTE FE | 10/04/2018 | 19,918.00 | 0.00 | 10/23/2018 | 19,918.00 | 0.00 | 0.00 | 0.00 |
| | 4027339 | 5XYP5DHC7LG 023702 | 2020 KIA | TELLURIDE SX | 08/24/2019 | 43,092.00 | 0.00 | 07/01/2019 | 43,092.00 | 0.00 | 0.00 | 0.00 |
| | 4027340 | 5XYP6DHC6LG 023753 | 2020 KIA | TELLURIDE S | 08/24/2019 | 36,718.00 | 0.00 | 08/01/2019 | 36,718.00 | 0.00 | 0.00 | 0.00 |
| | 3702175 | 3KPF24AD2KE 024114 | 2019 KIA | FORTE FE | 10/15/2018 | 19,647.00 | 0.00 | 10/31/2018 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3710842 | 3KPF24AD1KE 024119 | 2019 KIA | FORTE FE | 10/22/2018 | 19,941.00 | 0.00 | 11/06/2018 | 19,941.00 | 0.00 | 0.00 | 0.00 |
| | 3702168 | 3KPF24AD0KE 024127 | 2019 KIA | FORTE FE | 10/15/2018 | 19,941.00 | 0.00 | 11/01/2018 | 19,941.00 | 0.00 | 0.00 | 0.00 |
| | 3746727 | 3KPF24AD2KE 024226 | 2019 KIA | FORTE FE | 11/15/2018 | 19,876.00 | 0.00 | 12/03/2018 | 19,876.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: BACKERMAN, A. | | | | | | | | | | | |
| | 3702171 | 3KPF24AD1KE 024248 | 2019 KIA | FORTE FE | 10/15/2018 | 19,918.00 | 0.00 | 11/05/2018 | 19,918.00 | 0.00 | 0.00 | 0.00 |
| | 3711991 | KNAE55LC8J6 024407 | 2018 KIA | STINGER GT2 | 10/22/2018 | 49,638.00 | 0.00 | 12/07/2018 | 49,638.00 | 0.00 | 0.00 | 0.00 |
| | 3670004 | KNAE25LA9J6 024505 | 2018 KIA | STINGER PREM | 09/18/2018 | 38,589.00 | 0.00 | 10/10/2018 | 38,589.00 | 0.00 | 0.00 | 0.00 |
| | 3702183 | 3KPF24AD6KE 024682 | 2019 KIA | FORTE FE | 10/15/2018 | 19,941.00 | 0.00 | 10/29/2018 | 19,941.00 | 0.00 | 0.00 | 0.00 |
| | 3687795 | 3KPF24AD7KE 024691 | 2019 KIA | FORTE FE | 10/02/2018 | 19,941.00 | 0.00 | 10/29/2018 | 19,941.00 | 0.00 | 0.00 | 0.00 |
| | 4032057 | 5XYP6DHC1LG 024812 | 2020 KIA | TELLURIDE S | 06/26/2019 | 36,348.00 | 0.00 | 08/19/2019 | 36,348.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 5

10/03/2019

16:45:35

Principal Balance: 3,694,333.63

| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3677345 | KNAE55LC9J6 025095 | 2018 KIA | STINGER GT2 | 09/24/2018 | 50,052.00 | 0.00 | 01/08/2019 | 50,052.00 | 0.00 | 0.00 | 0.00 |
| | 4027341 | 5XYP6DHCXLG 025764 | 2020 KIA | TELLURIDE S | 06/24/2019 | 36,718.00 | 0.00 | 07/30/2019 | 36,718.00 | 0.00 | 0.00 | 0.00 |
| | 3665450 | KNAE25LA1J6 026376 | 2018 KIA | STINGER PREM | 09/13/2018 | 38,589.00 | 0.00 | 10/12/2018 | 38,589.00 | 0.00 | 0.00 | 0.00 |
| | 3660342 | KNAE25LA2J6 026645 | 2018 KIA | STINGER PREM | 09/10/2018 | 38,589.00 | 0.00 | 12/21/2018 | 38,589.00 | 0.00 | 0.00 | 0.00 |
| | 4037695 | 5XYP3DHC6LG 027360 | 2020 KIA | TELLURIDE EX | 07/01/2019 | 39,438.00 | 0.00 | 07/31/2019 | 3,532.35 | 0.00 | 0.00 | 0.00 |
| | 3710942 | 3KPF54AD0KE 027861 | 2019 KIA | FORTE EX | 10/22/2018 | 22,557.00 | 0.00 | 12/06/2018 | 22,557.00 | 0.00 | 0.00 | 0.00 |
| | 3512449 | KNAE45LC4J6 028053 | 2018 KIA | STINGER GT1 | 05/08/2018 | 46,260.00 | 0.00 | 12/11/2018 | 46,260.00 | 0.00 | 0.00 | 0.00 |
| | 3710927 | 3KPF34AD6KE 028079 | 2019 KIA | FORTE GT LIN | 10/22/2018 | 21,600.00 | 0.00 | 11/08/2018 | 21,600.00 | 0.00 | 0.00 | 0.00 |
| | 4045356 | 5XYP3DHC3LG 028837 | 2020 KIA | TELLURIDE EX | 07/08/2019 | 39,755.00 | 0.00 | 07/23/2019 | 39,755.00 | 0.00 | 0.00 | 0.00 |
| | 3710915 | 3KPF34AD4KE 028856 | 2019 KIA | FORTE GT LIN | 10/22/2018 | 21,642.00 | 0.00 | 02/20/2019 | 21,642.00 | 0.00 | 0.00 | 0.00 |
| | 4059907 | 5XYP3DHCXLG 028933 | 2020 KIA | TELLURIDE EX | 07/18/2019 | 40,831.00 | 0.00 | 07/29/2019 | 40,831.00 | 0.00 | 0.00 | 0.00 |
| | 3975812 | KNDJ23AU1L7 029195 | 2020 KIA | SOUL LX | 05/15/2019 | 20,878.00 | 0.00 | 07/02/2019 | 20,878.00 | 0.00 | 0.00 | 0.00 |
| | 3822031 | 3KPF34AD9KE 029422 | 2019 KIA | FORTE GT LIN | 01/17/2019 | 21,768.00 | 0.00 | 02/05/2019 | 21,768.00 | 0.00 | 0.00 | 0.00 |
| | 3710897 | 3KPF24ADXKE 030047 | 2019 KIA | FORTE FE | 10/22/2018 | 19,941.00 | 0.00 | 11/19/2018 | 19,941.00 | 0.00 | 0.00 | 0.00 |
| | 3710851 | 3KPF24AD2KE 030253 | 2019 KIA | FORTE FE | 10/22/2018 | 19,941.00 | 0.00 | 11/07/2018 | 19,941.00 | 0.00 | 0.00 | 0.00 |
| | 3710960 | 3KPF54ADXKE 030346 | 2019 KIA | FORTE EX | 10/22/2018 | 22,466.00 | 0.00 | 11/07/2018 | 22,466.00 | 0.00 | 0.00 | 0.00 |
| | 3940838 | KNDJ63AU1L7 030366 | 2020 KIA | SOUL GT LINE | 04/19/2019 | 20,673.00 | 0.00 | 05/01/2019 | 20,673.00 | 0.00 | 0.00 | 0.00 |
| | 3710952 | 3KPF54AD6KE 030408 | 2019 KIA | FORTE EX | 10/22/2018 | 22,286.00 | 0.00 | 12/05/2018 | 22,286.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: GONZALEZ, A. | | | | | | | | | | | |
| | 3710958 | 3KPF54AD9KE 030516 | 2019 KIA | FORTE EX | 10/22/2018 | 22,557.00 | 0.00 | 11/27/2018 | 22,557.00 | 0.00 | 0.00 | 0.00 |
| | 3710862 | 3KPF24AD4KE 030559 | 2019 KIA | FORTE FE | 10/22/2018 | 19,941.00 | 0.00 | 11/16/2018 | 19,941.00 | 0.00 | 0.00 | 0.00 |
| | 4053132 | 5XYP3DHC6LG 030846 | 2020 KIA | TELLURIDE EX | 07/12/2019 | 40,199.00 | 0.00 | 08/08/2019 | 40,199.00 | 0.00 | 0.00 | 0.00 |
| | 3710890 | 3KPF24AD9KE 030766 | 2019 KIA | FORTE FE | 10/22/2018 | 19,941.00 | 0.00 | 11/20/2018 | 19,941.00 | 0.00 | 0.00 | 0.00 |
| | 3710867 | 3KPF24AD5KE 031333 | 2019 KIA | FORTE FE | 10/22/2018 | 20,120.00 | 0.00 | 12/20/2018 | 20,120.00 | 0.00 | 0.00 | 0.00 |
| | 3512440 | KNAE15LA4J6 031364 | 2018 KIA | STINGER | 05/08/2018 | 31,579.00 | 0.00 | 01/08/2019 | 31,579.00 | 0.00 | 0.00 | 0.00 |
| | 3710845 | 3KPF24AD1KE 032253 | 2019 KIA | FORTE FE | 10/22/2018 | 20,120.00 | 0.00 | 01/08/2019 | 20,120.00 | 0.00 | 0.00 | 0.00 |
| | 3710840 | 3KPF24AD0KE 033023 | 2019 KIA | FORTE FE | 10/22/2018 | 19,876.00 | 0.00 | 11/09/2018 | 19,876.00 | 0.00 | 0.00 | 0.00 |
| | 3710869 | 3KPF24AD5KE 033194 | 2019 KIA | FORTE FE | 10/22/2018 | 19,876.00 | 0.00 | 11/09/2018 | 19,876.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hyundai Capital America | | | | | | | | Page: 6 |
| Report ID: TRIAL2 | | | **TRIAL BALANCE** | | | | | | | | 10/03/2019 |
| | | | As Of: 10/03/2019 | | | | | | | | 16:45:35 |
| Cost Center: 44009 | | | | | | | | | | | |
| Dealer: KMNY097 - Nemet Kia | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| | | | Principal Balance: | 3,694,333.63 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3660343 | KNAE25LA9J6 036069 | 2018 KIA | STINGER PREM | 09/10/2018 | 40,433.00 | 0.00 | 02/22/2019 | 40,433.00 | 0.00 | 0.00 | 0.00 |
| | 3611750 | KNAE55LC7J6 040288 | 2018 KIA | STINGER GT2 | 07/26/2018 | 50,052.00 | 0.00 | 11/05/2018 | 50,052.00 | 0.00 | 0.00 | 0.00 |
| | 3746925 | 3KPF24AD6KE 041983 | 2019 KIA | FORTE FE | 11/16/2018 | 19,647.00 | 0.00 | 12/10/2018 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: DESPOSITO, M. | | | | | | | | | | |
| | 3753299 | 3KPF24AD9KE 042674 | 2019 KIA | FORTE FE | 11/23/2018 | 19,647.00 | 0.00 | 12/19/2018 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3743430 | 3KPF24ADXKE 042781 | 2019 KIA | FORTE FE | 11/14/2018 | 19,826.00 | 0.00 | 12/12/2018 | 19,826.00 | 0.00 | 0.00 | 0.00 |
| | 3743420 | 3KPF24AD9KE 042786 | 2019 KIA | FORTE FE | 11/14/2018 | 19,826.00 | 0.00 | 12/18/2018 | 19,826.00 | 0.00 | 0.00 | 0.00 |
| | 3858868 | KNAE15LA2K6 043823 | 2019 KIA | STINGER | 02/19/2019 | 34,835.00 | 0.00 | 05/10/2019 | 290.49 | 0.00 | 0.00 | 0.00 |
| | 3743415 | 3KPF24AD8KE 044013 | 2019 KIA | FORTE FE | 11/14/2018 | 19,647.00 | 0.00 | 12/28/2018 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3743423 | 3KPF24AD9KE 044022 | 2019 KIA | FORTE FE | 11/14/2018 | 19,647.00 | 0.00 | 12/18/2018 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3743424 | 3KPF24AD9KE 044084 | 2019 KIA | FORTE FE | 11/14/2018 | 19,647.00 | 0.00 | 12/06/2018 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3770613 | 3KPF24AD0KE 044152 | 2019 KIA | FORTE FE | 12/10/2018 | 19,784.00 | 0.00 | 01/08/2019 | 19,784.00 | 0.00 | 0.00 | 0.00 |
| | 3749751 | 3KPF24AD7KE 044178 | 2019 KIA | FORTE FE | 11/20/2018 | 19,918.00 | 0.00 | 01/08/2019 | 19,918.00 | 0.00 | 0.00 | 0.00 |
| | 3743381 | 3KPF24AD0KE 044183 | 2019 KIA | FORTE FE | 11/14/2018 | 19,918.00 | 0.00 | 12/11/2018 | 19,918.00 | 0.00 | 0.00 | 0.00 |
| | 3749707 | 3KPF24AD2KE 044251 | 2019 KIA | FORTE FE | 11/20/2018 | 19,647.00 | 0.00 | 12/07/2018 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3743741 | KNAE55LC8K6 044494 | 2019 KIA | STINGER GT2 | 11/14/2018 | 51,356.00 | 0.00 | 12/18/2018 | 51,356.00 | 0.00 | 0.00 | 0.00 |
| | 4023490 | KNDJ33AU0L7 044557 | 2020 KIA | SOUL EX | 08/20/2019 | 22,988.00 | 22,988.00 | | 0.00 | 0.00 | 8.82 | 0.00 |
| | 3750015 | KNAE55LC3K6 044615 | 2019 KIA | STINGER GT2 | 11/20/2018 | 50,896.00 | 0.00 | 02/19/2019 | 50,896.00 | 0.00 | 0.00 | 0.00 |
| | 3743382 | 3KPF24AD0KE 044670 | 2019 KIA | FORTE FE | 11/14/2018 | 19,647.00 | 0.00 | 12/06/2018 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3743393 | 3KPF24AD2KE 044833 | 2019 KIA | FORTE FE | 11/14/2018 | 19,647.00 | 0.00 | 12/07/2018 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3775562 | 3KPF24ADXKE 044868 | 2019 KIA | FORTE FE | 12/12/2018 | 19,876.00 | 0.00 | 01/07/2019 | 19,876.00 | 0.00 | 0.00 | 0.00 |
| | 3775575 | 3KPF24AD5KE 045813 | 2019 KIA | FORTE GT LIN | 12/12/2018 | 21,914.00 | 0.00 | 02/13/2019 | 21,914.00 | 0.00 | 0.00 | 0.00 |
| | 3770623 | 3KPF24AD8KE 046182 | 2019 KIA | FORTE FE | 12/10/2018 | 19,784.00 | 0.00 | 01/08/2019 | 19,784.00 | 0.00 | 0.00 | 0.00 |
| | 3779507 | 3KPF34AD6KE 046260 | 2019 KIA | FORTE GT LIN | 12/14/2018 | 22,057.00 | 0.00 | 01/07/2019 | 22,057.00 | 0.00 | 0.00 | 0.00 |
| | 3781407 | 3KPF34AD1KE 046263 | 2019 KIA | FORTE GT LIN | 12/17/2018 | 22,057.00 | 0.00 | 01/15/2019 | 22,057.00 | 0.00 | 0.00 | 0.00 |
| | 3905701 | KNAE15LA9K6 046363 | 2019 KIA | STINGER | 03/26/2019 | 34,333.00 | 0.00 | 06/06/2019 | 358.20 | 0.00 | 0.00 | 0.00 |
| | 3770635 | 3KPF34AD4KE 046407 | 2019 KIA | FORTE GT LIN | 12/10/2018 | 22,014.00 | 0.00 | 01/08/2019 | 22,014.00 | 0.00 | 0.00 | 0.00 |
| | 3779487 | 3KPF34AD1KE 046408 | 2019 KIA | FORTE GT LIN | 12/14/2018 | 22,014.00 | 0.00 | 01/18/2019 | 22,014.00 | 0.00 | 0.00 | 0.00 |

| | | | | | Hyundai Capital America | | | | | | Page: 7 |

**Hyundai Capital America**
**TRIAL BALANCE**
As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

Page: 7
10/03/2019
16:45:35

Principal Balance: 3,694,333.63

| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3861741 | KNAE35LC0K6 046604 | 2019 KIA | STINGER GT | 02/20/2019 | 40,814.00 | 0.00 | 06/05/2019 | 1,552.18 | 0.00 | 0.00 | 0.00 |
| | 3861743 | KNAE45LC1K6 046799 | 2019 KIA | STINGER GT1 | 02/20/2019 | 46,039.00 | 0.00 | 06/19/2019 | 46,039.00 | 0.00 | 0.00 | 0.00 |
| | 3781430 | 3KPF34ADXKE 048075 | 2019 KIA | FORTE GT LIN | 12/17/2018 | 21,822.00 | 0.00 | 06/06/2019 | 523.89 | 0.00 | 0.00 | 0.00 |
| | 3770626 | 3KPF24ADXKE 048161 | 2019 KIA | FORTE FE | 12/10/2018 | 19,876.00 | 0.00 | 01/07/2019 | 19,876.00 | 0.00 | 0.00 | 0.00 |
| | 3775566 | 3KPF34AD0KE 048232 | 2019 KIA | FORTE GT LIN | 12/12/2018 | 21,822.00 | 0.00 | 04/10/2019 | 21,822.00 | 0.00 | 0.00 | 0.00 |
| | 4023491 | KNDJ33AU8L7 050462 | 2020 KIA | SOUL EX | 06/20/2019 | 23,311.00 | 23,311.00 | | 0.00 | 0.00 | 8.94 | 0.00 |
| | 3991718 | KNDJ33AU9L7 050633 | 2020 KIA | SOUL EX | 05/28/2019 | 22,988.00 | 0.00 | 08/12/2019 | 22,988.00 | 0.00 | 0.00 | 0.00 |
| | 3991719 | KNDJ33AUXL7 050785 | 2020 KIA | SOUL EX | 05/28/2019 | 23,311.00 | 0.00 | 09/05/2019 | 749.02 | 0.00 | 0.00 | 0.00 |
| | 3991717 | KNDJ33AU6L7 050847 | 2020 KIA | SOUL EX | 05/28/2019 | 22,988.00 | 0.00 | 07/30/2019 | 22,988.00 | 0.00 | 0.00 | 0.00 |
| | 3991715 | KNDJ33AU1L7 051064 | 2020 KIA | SOUL EX | 05/28/2019 | 22,988.00 | 0.00 | 07/05/2019 | 3,407.19 | 0.00 | 0.00 | 0.00 |
| | 4033704 | KNAE15LA1K6 051086 | 2019 KIA | STINGER | 06/27/2019 | 34,396.00 | 0.00 | 08/19/2019 | 1,201.55 | 0.00 | 0.00 | 0.00 |
| | 3991716 | KNDJ33AU4L7 051253 | 2020 KIA | SOUL EX | 05/28/2019 | 24,768.00 | 24,768.00 | | 0.00 | 0.00 | 9.50 | 0.00 |
| | 4059906 | KNDJ63AU2L7 052263 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,506.00 | 22,506.00 | | 0.00 | 0.00 | 8.64 | 0.00 |
| | 4059903 | KNDJ63AU3L7 052272 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,506.00 | 22,506.00 | | 0.00 | 0.00 | 8.64 | 0.00 |
| | 4059905 | KNDJ63AU2L7 052845 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,829.00 | 22,829.00 | | 0.00 | 0.00 | 8.76 | 0.00 |
| | 4059896 | KNDJ63AU9L7 053331 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,829.00 | 22,829.00 | | 0.00 | 0.00 | 8.76 | 0.00 |
| | 4049433 | KNAE35LC2K6 053649 | 2019 KIA | STINGER GT | 07/10/2019 | 40,834.00 | 40,834.00 | | 0.00 | 0.00 | 15.66 | 0.00 |
| | 4040511 | KNAE45LC4K6 053942 | 2019 KIA | STINGER GT1 | 07/02/2019 | 46,097.00 | 46,097.00 | | 0.00 | 0.00 | 17.68 | 0.00 |
| | 4049434 | KNAE55LC1K6 054477 | 2019 KIA | STINGER GT2 | 07/10/2019 | 51,192.00 | 51,192.00 | | 0.00 | 0.00 | 19.64 | 0.00 |
| | 4040512 | KNAE55LC9K6 056753 | 2019 KIA | STINGER GT2 | 07/02/2019 | 51,192.00 | 0.00 | 09/17/2019 | 51,192.00 | 0.00 | 0.00 | 0.00 |
| | 4059899 | KNDJ63AU7L7 057085 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,506.00 | 22,506.00 | | 0.00 | 0.00 | 8.64 | 0.00 |
| | 4059897 | KNDJ63AU8L7 057094 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,839.00 | 22,839.00 | | 0.00 | 0.00 | 8.76 | 0.00 |
| | 4059898 | KNDJ63AU7L7 057104 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,596.00 | 22,596.00 | | 0.00 | 0.00 | 8.66 | 0.00 |
| | 4059904 | KNDJ63AU2L7 057236 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,829.00 | 22,829.00 | | 0.00 | 0.00 | 8.76 | 0.00 |
| | 3901494 | 3KPF24AD7KE 057643 | 2019 KIA | FORTE FE | 03/22/2019 | 19,732.00 | 0.00 | 05/23/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3873399 | KNAE25LA5K6 058488 | 2019 KIA | STINGER PREM | 02/28/2019 | 40,664.00 | 0.00 | 05/22/2019 | 40,664.00 | 0.00 | 0.00 | 0.00 |
| | 3905712 | KNAE55LCXK6 058558 | 2019 KIA | STINGER GT2 | 03/26/2019 | 51,514.00 | 0.00 | 08/11/2019 | 51,514.00 | 0.00 | 0.00 | 0.00 |
| | 3901461 | 3KPF24AD3KE 058823 | 2019 KIA | FORTE FE | 03/22/2019 | 19,912.00 | 0.00 | 05/16/2019 | 19,912.00 | 0.00 | 0.00 | 0.00 |

| | | Hyundai Capital America | | | | | | | Page: 8 |
| | | **TRIAL BALANCE** | | | | | | | 10/03/2019 |
| Report ID: TRIAL2 | | As Of: 10/03/2019 | | | | | | | 16:45:35 |

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

| | | | | | | | | Principal Balance: | 3,694,333.63 |

| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3901486 | 3KPF24AD6KE 058881 | 2019 KIA | FORTE FE | 03/22/2019 | 19,732.00 | 0.00 | 05/09/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3770625 | 3KPF24AD8KE 058963 | 2019 KIA | FORTE FE | 12/10/2018 | 19,604.00 | 0.00 | 01/14/2019 | 19,604.00 | 0.00 | 0.00 | 0.00 |
| | 3866139 | 3KPF54AD6KE 059245 | 2019 KIA | FORTE EX | 02/22/2019 | 25,710.00 | 0.00 | 08/13/2019 | 25,710.00 | 0.00 | 0.00 | 0.00 |
| | 3901504 | 3KPF24AD0KE 059384 | 2019 KIA | FORTE FE | 03/22/2019 | 19,912.00 | 0.00 | 06/06/2019 | 578.27 | 0.00 | 0.00 | 0.00 |
| | 3850865 | 3KPF24ADXKE 059421 | 2019 KIA | FORTE FE | 02/11/2019 | 19,732.00 | 0.00 | 02/27/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3793086 | 3KPF24AD8KE 059514 | 2019 KIA | FORTE FE | 12/24/2018 | 19,918.00 | 0.00 | 01/14/2019 | 19,918.00 | 0.00 | 0.00 | 0.00 |
| | 3815320 | 3KPF24AD8KE 059515 | 2019 KIA | FORTE FE | 01/10/2019 | 19,918.00 | 0.00 | 02/05/2019 | 19,918.00 | 0.00 | 0.00 | 0.00 |
| | 3867603 | 3KPF24AD1KE 059606 | 2019 KIA | FORTE EX | 02/25/2019 | 25,710.00 | 0.00 | 08/05/2019 | 25,710.00 | 0.00 | 0.00 | 0.00 |
| | 3812537 | 3KPF24AD9KE 059734 | 2019 KIA | FORTE FE | 01/08/2019 | 19,647.00 | 0.00 | 02/08/2019 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3812464 | 3KPF24AD0KE 059735 | 2019 KIA | FORTE FE | 01/08/2019 | 19,647.00 | 0.00 | 02/04/2019 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3793071 | 3KPF24AD1KE 059937 | 2019 KIA | FORTE FE | 12/24/2018 | 19,647.00 | 0.00 | 01/09/2019 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3812486 | 3KPF24AD3KE 059938 | 2019 KIA | FORTE FE | 01/08/2019 | 19,647.00 | 0.00 | 02/04/2019 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3812543 | 3KPF24ADXKE 060083 | 2019 KIA | FORTE FE | 01/08/2019 | 19,647.00 | 0.00 | 02/06/2019 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3793072 | 3KPF24AD1KE 060084 | 2019 KIA | FORTE FE | 12/24/2018 | 19,647.00 | 0.00 | 01/14/2019 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3812471 | 3KPF24AD1KE 060425 | 2019 KIA | FORTE FE | 01/08/2019 | 19,647.00 | 0.00 | 01/30/2019 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3812487 | 3KPF24AD3KE 060426 | 2019 KIA | FORTE FE | 01/08/2019 | 19,647.00 | 0.00 | 02/07/2019 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3812521 | 3KPF24AD7KE 060428 | 2019 KIA | FORTE FE | 01/08/2019 | 19,647.00 | 0.00 | 02/05/2019 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3815321 | 3KPF24AD9KE 060429 | 2019 KIA | FORTE FE | 01/10/2019 | 19,647.00 | 0.00 | 02/12/2019 | 19,647.00 | 0.00 | 0.00 | 0.00 |
| | 3903319 | 3KPF24AD4KE 061682 | 2019 KIA | FORTE FE | 03/25/2019 | 20,004.00 | 0.00 | 05/23/2019 | 38.43 | 0.00 | 0.00 | 0.00 |
| | 3901497 | 3KPF24AD7KE 061689 | 2019 KIA | FORTE FE | 03/22/2019 | 20,004.00 | 0.00 | 05/03/2019 | 20,004.00 | 0.00 | 0.00 | 0.00 |
| | 3973836 | 3KPF34AD0KE 063250 | 2019 KIA | FORTE GT LIN | 05/14/2019 | 22,040.00 | 0.00 | 08/10/2019 | 22,040.00 | 0.00 | 0.00 | 0.00 |
| | 3858768 | 3KPF24AD3KE 064301 | 2019 KIA | FORTE FE | 02/19/2019 | 19,912.00 | 0.00 | 03/07/2019 | 19,912.00 | 0.00 | 0.00 | 0.00 |
| | 3903344 | 3KPF24AD6KE 067368 | 2019 KIA | FORTE FE | 03/25/2019 | 19,732.00 | 0.00 | 04/22/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3901505 | 3KPF24AD8KE 067369 | 2019 KIA | FORTE FE | 03/22/2019 | 19,732.00 | 0.00 | 05/14/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3866141 | 3KPF54ADXKE 070877 | 2019 KIA | FORTE EX | 02/22/2019 | 25,710.00 | 0.00 | 04/11/2019 | 25,710.00 | 0.00 | 0.00 | 0.00 |
| | 3861511 | 3KPF34AD3KE 070919 | 2019 KIA | FORTE GT LIN | 02/20/2019 | 20,599.00 | 0.00 | 06/12/2019 | 20,599.00 | 0.00 | 0.00 | 0.00 |
| | 3861513 | 3KPF34AD5KE 071229 | 2019 KIA | FORTE GT LIN | 02/20/2019 | 20,599.00 | 0.00 | 04/22/2019 | 20,599.00 | 0.00 | 0.00 | 0.00 |
| | 3858790 | 3KPF34AD3KE 071231 | 2019 KIA | FORTE GT LIN | 02/19/2019 | 20,599.00 | 0.00 | 03/20/2019 | 20,599.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

Report ID: TRIAL2

**TRIAL BALANCE**

As Of: 10/03/2019

**Cost Center: 44009**

**Dealer: KMNY097 - Nemet Kia**

Principal Balance: 3,694,333.63

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4059901 | KNDJ63AU5L7 071261 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,506.00 | 22,506.00 | | 0.00 | 0.00 | 8.64 | 0.00 |
| | 4059902 | KNDJ63AU3L7 071405 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,829.00 | 22,829.00 | | 0.00 | 0.00 | 8.76 | 0.00 |
| | 3858789 | 3KPF34AD1KE 071468 | 2019 KIA | FORTE GT LIN | 02/19/2019 | 20,599.00 | 0.00 | 04/10/2019 | 20,599.00 | 0.00 | 0.00 | 0.00 |
| | 4059895 | KNDJ63AU9L7 071618 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,506.00 | 22,506.00 | | 0.00 | 0.00 | 8.64 | 0.00 |
| | 4059900 | KNDJ63AU6L7 071656 | 2020 KIA | SOUL GT LINE | 07/18/2019 | 22,506.00 | 0.00 | 09/17/2019 | 22,506.00 | 0.00 | 0.00 | 0.00 |
| | 3858765 | 3KPF24AD0KE 072064 | 2019 KIA | FORTE FE | 02/19/2019 | 19,732.00 | 0.00 | 03/15/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3861512 | 3KPF34AD4KE 073361 | 2019 KIA | FORTE GT LIN | 02/20/2019 | 20,599.00 | 0.00 | 06/07/2019 | 23.47 | 0.00 | 0.00 | 0.00 |
| | 3850666 | 3KPF34ADXKE 073509 | 2019 KIA | FORTE GT LIN | 02/11/2019 | 20,599.00 | 0.00 | 03/04/2019 | 20,599.00 | 0.00 | 0.00 | 0.00 |
| | 3832955 | 3KPF34AD6KE 073636 | 2019 KIA | FORTE GT LIN | 01/28/2019 | 21,726.00 | 0.00 | 05/07/2019 | 21,726.00 | 0.00 | 0.00 | 0.00 |
| | 3903292 | 3KPF24AD0KE 074445 | 2019 KIA | FORTE FE | 03/25/2019 | 19,732.00 | 0.00 | 05/29/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3837114 | 3KPF34AD2KE 074654 | 2019 KIA | FORTE GT LIN | 01/30/2019 | 21,726.00 | 0.00 | 04/10/2019 | 21,726.00 | 0.00 | 0.00 | 0.00 |
| | 3964620 | 3KPF34AD3KE 079231 | 2019 KIA | FORTE GT LIN | 05/07/2019 | 22,040.00 | 0.00 | 06/17/2019 | 862.23 | 0.00 | 0.00 | 0.00 |
| | 3850662 | 3KPF24AD8KE 080204 | 2019 KIA | FORTE FE | 02/11/2019 | 19,732.00 | 0.00 | 03/05/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3858783 | 3KPF24AD8KE 080865 | 2019 KIA | FORTE FE | 02/19/2019 | 19,732.00 | 0.00 | 03/18/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3850664 | 3KPF24AD9KE 081118 | 2019 KIA | FORTE FE | 02/11/2019 | 19,732.00 | 0.00 | 03/04/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3858781 | 3KPF24AD7KE 081120 | 2019 KIA | FORTE FE | 02/19/2019 | 19,732.00 | 0.00 | 03/11/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3901465 | 3KPF24AD3KE 085181 | 2019 KIA | FORTE FE | 03/22/2019 | 19,732.00 | 0.00 | 04/16/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3873279 | 3KPF24AD5KE 085442 | 2019 KIA | FORTE FE | 02/28/2019 | 20,004.00 | 0.00 | 03/18/2019 | 20,004.00 | 0.00 | 0.00 | 0.00 |
| | 3873283 | 3KPF24AD7KE 085443 | 2019 KIA | FORTE FE | 02/28/2019 | 20,004.00 | 0.00 | 03/22/2019 | 20,004.00 | 0.00 | 0.00 | 0.00 |
| | 3903294 | 3KPF24AD0KE 085610 | 2019 KIA | FORTE FE | 03/25/2019 | 19,732.00 | 0.00 | 04/15/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3903393 | 3KPF54ADXKE 088666 | 2019 KIA | FORTE EX | 03/25/2019 | 22,967.00 | 0.00 | 05/15/2019 | 22,967.00 | 0.00 | 0.00 | 0.00 |
| | 3903389 | 3KPF54AD5KE 088865 | 2019 KIA | FORTE EX | 03/25/2019 | 22,967.00 | 0.00 | 05/31/2019 | 272.38 | 0.00 | 0.00 | 0.00 |
| | 3973837 | 3KPF34AD4KE 092962 | 2019 KIA | FORTE GT LIN | 05/14/2019 | 21,768.00 | 21,768.00 | | 0.00 | 0.00 | 8.34 | 0.00 |
| | 3973838 | 3KPF34AD2KE 092963 | 2019 KIA | FORTE GT LIN | 05/14/2019 | 21,768.00 | 0.00 | 07/01/2019 | 138.39 | 0.00 | 0.00 | 0.00 |
| | 3969539 | 3KPF34AD2KE 093043 | 2019 KIA | FORTE GT LIN | 05/10/2019 | 21,768.00 | 21,768.00 | | 0.00 | 0.00 | 8.34 | 0.00 |
| | 3971543 | 3KPF34AD3KE 093360 | 2019 KIA | FORTE GT LIN | 05/13/2019 | 21,768.00 | 0.00 | 06/15/2019 | 21,768.00 | 0.00 | 0.00 | 0.00 |
| | 3911439 | 3KPF24AD6KE 095803 | 2019 KIA | FORTE FE | 03/29/2019 | 19,732.00 | 0.00 | 08/06/2019 | 1,087.40 | 0.00 | 0.00 | 0.00 |
| | 3901491 | 3KPF24AD6KE 095932 | 2019 KIA | FORTE FE | 03/22/2019 | 19,732.00 | 0.00 | 05/20/2019 | 1,467.98 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 10

10/03/2019

16:45:35

Principal Balance: 3,694,333.63

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3911444 | 3KPF24AD7KE 096278 | 2019 KIA | FORTE FE | 03/29/2019 | 20,004.00 | 0.00 | 05/24/2019 | 145.04 | 0.00 | 0.00 | 0.00 |
| | 3901500 | 3KPF24AD7KE 096605 | 2019 KIA | FORTE FE | 03/22/2019 | 19,732.00 | 0.00 | 05/14/2019 | 1,611.42 | 0.00 | 0.00 | 0.00 |
| | 3903360 | 3KPF24AD7KE 096698 | 2019 KIA | FORTE FE | 03/25/2019 | 19,732.00 | 0.00 | 05/21/2019 | 1,193.68 | 0.00 | 0.00 | 0.00 |
| | 3901467 | 3KPF24AD3KE 096701 | 2019 KIA | FORTE FE | 03/22/2019 | 19,732.00 | 0.00 | 04/25/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3364623 | KNALC4J14J5 096820 | 2018 KIA | CADENZA | 01/10/2018 | 37,712.00 | 0.00 | 10/09/2018 | 37,712.00 | 0.00 | 0.00 | 0.00 |
| | 3364626 | KNALC4J16J5 096821 | 2018 KIA | CADENZA | 01/10/2018 | 37,712.00 | 0.00 | 02/04/2019 | 33,940.80 | 0.00 | 0.00 | 0.00 |
| | 3377167 | KNALC4J15J5 096938 | 2018 KIA | CADENZA | 01/19/2018 | 37,712.00 | 0.00 | 04/29/2019 | 30,169.60 | 0.00 | 0.00 | 0.00 |
| | 3364627 | KNALC4J16J5 097144 | 2018 KIA | CADENZA | 01/10/2018 | 42,676.00 | 0.00 | 04/10/2019 | 34,140.80 | 0.00 | 0.00 | 0.00 |
| | 4049430 | 3KPF24AD6KE 103222 | 2019 KIA | FORTE FE | 07/10/2019 | 19,732.00 | 0.00 | 08/08/2019 | 1,176.96 | 0.00 | 0.00 | 0.00 |
| | 4049425 | 3KPF24AD1KE 103225 | 2019 KIA | FORTE FE | 07/10/2019 | 19,732.00 | 0.00 | 08/16/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3971542 | 3KPF24AD1KE 103287 | 2019 KIA | FORTE FE | 05/13/2019 | 20,004.00 | 0.00 | 06/07/2019 | 429.44 | 0.00 | 0.00 | 0.00 |
| | 3973832 | 3KPF24AD2KE 103315 | 2019 KIA | FORTE FE | 05/14/2019 | 19,732.00 | 0.00 | 05/22/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3973833 | 3KPF24AD4KE 103316 | 2019 KIA | FORTE FE | 05/14/2019 | 19,732.00 | 0.00 | 06/03/2019 | 1,608.79 | 0.00 | 0.00 | 0.00 |
| | 3993928 | 3KPF24AD3KE 103839 | 2019 KIA | FORTE FE | 05/29/2019 | 19,732.00 | 0.00 | 08/26/2019 | 2,949.46 | 0.00 | 0.00 | 0.00 |
| | 3973834 | 3KPF24AD5KE 103891 | 2019 KIA | FORTE FE | 05/14/2019 | 20,004.00 | 0.00 | 08/19/2019 | 20,004.00 | 0.00 | 0.00 | 0.00 |
| | 3993926 | 3KPF24AD1KE 104388 | 2019 KIA | FORTE FE | 05/29/2019 | 19,732.00 | 0.00 | 09/16/2019 | 3,038.99 | 0.00 | 0.00 | 0.00 |
| | 3993930 | 3KPF24AD8KE 104971 | 2019 KIA | FORTE FE | 05/29/2019 | 19,732.00 | 0.00 | 07/01/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3973835 | 3KPF24AD7KE 105030 | 2019 KIA | FORTE FE | 05/14/2019 | 19,732.00 | 0.00 | 05/31/2019 | 477.53 | 0.00 | 0.00 | 0.00 |
| | 3964619 | 3KPF24AD4KE 105034 | 2019 KIA | FORTE FE | 05/07/2019 | 19,732.00 | 0.00 | 05/29/2019 | 19,732.00 | 0.00 | 0.00 | 0.00 |
| | 3993929 | 3KPF24AD6KE 105696 | 2019 KIA | FORTE FE | 05/29/2019 | 19,732.00 | 19,732.00 | | 0.00 | 0.00 | 7.56 | 0.00 |
| | 4049429 | 3KPF24AD5KE 105804 | 2019 KIA | FORTE FE | 07/10/2019 | 19,912.00 | 0.00 | 07/23/2019 | 2,435.13 | 0.00 | 0.00 | 0.00 |
| | 4033699 | 3KPF24ADXKE 106687 | 2019 KIA | FORTE FE | 06/27/2019 | 20,004.00 | 0.00 | 07/11/2019 | 20,004.00 | 0.00 | 0.00 | 0.00 |
| | 4049428 | 3KPF24AD3KE 106689 | 2019 KIA | FORTE FE | 07/10/2019 | 20,004.00 | 0.00 | 08/05/2019 | 2,211.86 | 0.00 | 0.00 | 0.00 |
| | 3993927 | 3KPF24AD1KE 107288 | 2019 KIA | FORTE FE | 05/29/2019 | 19,912.00 | 0.00 | 07/09/2019 | 561.52 | 0.00 | 0.00 | 0.00 |
| | 4049431 | 3KPF24AD8KE 107384 | 2019 KIA | FORTE FE | 07/10/2019 | 19,732.00 | 0.00 | 09/30/2019 | 19,732.00 | 0.00 | -3.78 | 0.00 |
| | 4049426 | 3KPF24AD1KE 107386 | 2019 KIA | FORTE FE | 07/10/2019 | 19,732.00 | 0.00 | 08/05/2019 | 503.25 | 0.00 | 0.00 | 0.00 |
| | 3364630 | KNALC4J1XJ5 114172 | 2018 KIA | CADENZA | 01/10/2018 | 35,160.00 | 0.00 | 03/07/2019 | 31,644.00 | 0.00 | 0.00 | 0.00 |
| | 3369518 | KNALC4J17J5 114176 | 2018 KIA | CADENZA | 01/16/2018 | 35,124.00 | 0.00 | 04/17/2019 | 28,099.20 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Page: 11

10/03/2019

16:45:35

**Cost Center: 44009**

**Dealer: KMNY097 - Nemet Kia**

Principal Balance: 3,694,333.63

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 |

| | | |
|---|---|---|
| Credit Limit | 9,050,000.00 |
| Commitments | 0.00 |
| Presold Amount | 0.00 |
| Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3377169 | KNALC4J19J5 114342 | 2018 KIA | CADENZA | 01/19/2018 | 35,124.00 | 0.00 | 10/11/2018 | 35,124.00 | 0.00 | 0.00 | 0.00 |
| | 3364624 | KNALC4J14J5 114345 | 2018 KIA | CADENZA | 01/10/2018 | 35,160.00 | 0.00 | 04/04/2019 | 28,128.00 | 0.00 | 0.00 | 0.00 |
| | 4033700 | 3KPF34AD4KE 114359 | 2019 KIA | FORTE GT LIN | 06/27/2019 | 20,641.00 | 20,641.00 | | 0.00 | 0.00 | 7.92 | 0.00 |
| | 3993931 | 3KPF34AD3KE 114367 | 2019 KIA | FORTE GT LIN | 05/29/2019 | 20,641.00 | 0.00 | 06/26/2019 | 1,481.41 | 0.00 | 0.00 | 0.00 |
| | 3385113 | KNALC4J17J5 114582 | 2018 KIA | CADENZA | 01/25/2018 | 35,124.00 | 0.00 | 07/10/2019 | 24,586.80 | 0.00 | 0.00 | 0.00 |
| | 4063295 | 3KPF34AD8KE 116163 | 2019 KIA | FORTE GT LIN | 07/22/2019 | 20,913.00 | 20,913.00 | | 0.00 | 0.00 | 8.02 | 0.00 |
| | 4033702 | 3KPF54AD1KE 119951 | 2019 KIA | FORTE EX | 06/27/2019 | 22,281.00 | 22,281.00 | | 0.00 | 0.00 | 8.54 | 0.00 |
| | 4033701 | 3KPF54AD0KE 122307 | 2019 KIA | FORTE EX | 06/27/2019 | 22,461.00 | 22,461.00 | | 0.00 | 0.00 | 8.62 | 0.00 |
| | 4033703 | 3KPF54AD3KE 123385 | 2019 KIA | FORTE EX | 06/27/2019 | 22,553.00 | 0.00 | 09/12/2019 | 22,553.00 | 0.00 | 0.00 | 0.00 |
| | 4063296 | 3KPF34ADXKE 124152 | 2019 KIA | FORTE GT LIN | 07/22/2019 | 20,913.00 | 0.00 | 09/23/2019 | 288.52 | 0.00 | 0.00 | 0.00 |
| | 4040505 | 3KPF24AD9KE 124288 | 2019 KIA | FORTE FE | 07/02/2019 | 19,775.00 | 0.00 | 09/04/2019 | 19,775.00 | 0.00 | 0.00 | 0.00 |
| | 4040509 | 3KPF24ADXKE 124347 | 2019 KIA | FORTE FE | 07/02/2019 | 19,775.00 | 0.00 | 07/31/2019 | 1,226.99 | 0.00 | 0.00 | 0.00 |
| | 4040502 | 3KPF24AD7KE 124564 | 2019 KIA | FORTE FE | 07/02/2019 | 19,775.00 | 0.00 | 08/07/2019 | 19,775.00 | 0.00 | 0.00 | 0.00 |
| | 4040506 | 3KPF24AD9KE 124601 | 2019 KIA | FORTE FE | 07/02/2019 | 20,046.00 | 20,046.00 | | 0.00 | 0.00 | 7.68 | 0.00 |
| | 4040500 | 3KPF24AD3KE 124626 | 2019 KIA | FORTE FE | 07/02/2019 | 19,775.00 | 0.00 | 09/30/2019 | 1,167.47 | 0.00 | 0.00 | 0.00 |
| | 4040503 | 3KPF24AD7KE 124631 | 2019 KIA | FORTE FE | 07/02/2019 | 19,775.00 | 19,775.00 | | 0.00 | 0.00 | 7.58 | 0.00 |
| | 4049427 | 3KPF24AD2KE 124651 | 2019 KIA | FORTE FE | 07/10/2019 | 19,775.00 | 0.00 | 08/22/2019 | 19,775.00 | 0.00 | 0.00 | 0.00 |
| | 4040498 | 3KPF24AD2KE 124889 | 2019 KIA | FORTE FE | 07/02/2019 | 20,046.00 | 0.00 | 07/22/2019 | 506.08 | 0.00 | 0.00 | 0.00 |
| | 4040507 | 3KPF24AD9KE 124890 | 2019 KIA | FORTE FE | 07/02/2019 | 20,046.00 | 20,046.00 | | 0.00 | 0.00 | 7.68 | 0.00 |
| | 4040499 | 3KPF24AD2KE 125122 | 2019 KIA | FORTE FE | 07/02/2019 | 19,954.00 | 0.00 | 09/05/2019 | 717.32 | 0.00 | 0.00 | 0.00 |
| | 4040504 | 3KPF24AD8KE 125125 | 2019 KIA | FORTE FE | 07/02/2019 | 19,954.00 | 0.00 | 08/15/2019 | 19,954.00 | 0.00 | 0.00 | 0.00 |
| | 4040510 | 3KPF24ADXKE 125126 | 2019 KIA | FORTE FE | 07/02/2019 | 19,954.00 | 19,954.00 | | 0.00 | 0.00 | 7.66 | 0.00 |
| | 4040497 | 3KPF24AD1KE 125211 | 2019 KIA | FORTE FE | 07/02/2019 | 19,775.00 | 19,775.00 | | 0.00 | 0.00 | 7.58 | 0.00 |
| | 4040501 | 3KPF24AD4KE 125400 | 2019 KIA | FORTE FE | 07/02/2019 | 19,775.00 | 19,775.00 | | 0.00 | 0.00 | 7.58 | 0.00 |
| | 4040508 | 3KPF24AD9KE 125439 | 2019 KIA | FORTE FE | 07/02/2019 | 19,775.00 | 19,775.00 | | 0.00 | 0.00 | 7.58 | 0.00 |
| | 4049432 | 3KPF24AD8KE 131054 | 2019 KIA | FORTE FE | 07/10/2019 | 19,775.00 | 19,775.00 | | 0.00 | 0.00 | 7.58 | 0.00 |
| | 4059911 | 3KPF24AD1KE 131056 | 2019 KIA | FORTE FE | 07/18/2019 | 19,775.00 | 0.00 | 08/07/2019 | 19,775.00 | 0.00 | 0.00 | 0.00 |
| | 3653907 | KNDCC3LC5J5 135491 | 2018 KIA | NIRO EX | 09/04/2018 | 28,372.00 | 0.00 | 11/06/2018 | 28,372.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page:  12

10/03/2019

16:45:35

Principal Balance:  3,694,333.63

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3645675 | 3KPA24ABXJE 144234 | 2018 KIA | RIO LX | 08/27/2018 | 16,666.00 | 0.00 | 10/15/2018 | 16,666.00 | 0.00 | 0.00 | 0.00 |
| | 3645652 | 3KPA24AB3JE 144236 | 2018 KIA | RIO LX | 08/27/2018 | 16,666.00 | 0.00 | 10/09/2018 | 16,666.00 | 0.00 | 0.00 | 0.00 |
| | 3645648 | 3KPA24AB0JE 144646 | 2018 KIA | RIO LX | 08/27/2018 | 16,843.00 | 0.00 | 10/12/2018 | 16,843.00 | 0.00 | 0.00 | 0.00 |
| | 3660349 | KNDCC3LC0J5 179737 | 2018 KIA | NIRO EX | 09/10/2018 | 28,372.00 | 0.00 | 11/27/2018 | 28,372.00 | 0.00 | 0.00 | 0.00 |
| | 3653904 | KNDCB3LC6J5 208166 | 2018 KIA | NIRO FE | 09/04/2018 | 24,401.00 | 0.00 | 10/11/2018 | 24,401.00 | 0.00 | 0.00 | 0.00 |
| | 3653906 | KNDCB3LC8J5 208170 | 2018 KIA | NIRO FE | 09/04/2018 | 24,401.00 | 0.00 | 10/09/2018 | 24,401.00 | 0.00 | 0.00 | 0.00 |
| | 3653902 | KNDCB3LC4J5 210507 | 2018 KIA | NIRO FE | 09/04/2018 | 24,401.00 | 0.00 | 10/17/2018 | 24,401.00 | 0.00 | 0.00 | 0.00 |
| | 3645836 | KNDCB3LC3J5 210935 | 2018 KIA | NIRO FE | 08/27/2018 | 24,473.00 | 0.00 | 10/04/2018 | 24,473.00 | 0.00 | 0.00 | 0.00 |
| | 3653903 | KNDCB3LC4J5 211026 | 2018 KIA | NIRO FE | 09/04/2018 | 24,401.00 | 0.00 | 08/09/2019 | 24,401.00 | 0.00 | 0.00 | 0.00 |
| | 3975807 | 3KPA25AB7KE 213842 | 2019 KIA | RIO S | 05/15/2019 | 17,032.00 | 0.00 | 07/23/2019 | 17,032.00 | 0.00 | 0.00 | 0.00 |
| | 3971541 | 3KPA25AB2KE 213991 | 2019 KIA | RIO S | 05/13/2019 | 17,209.00 | 0.00 | 05/23/2019 | 124.39 | 0.00 | 0.00 | 0.00 |
| | 3975806 | 3KPA25AB1KE 215571 | 2019 KIA | RIO S | 05/15/2019 | 17,032.00 | 0.00 | 08/15/2019 | 1,059.76 | 0.00 | 0.00 | 0.00 |
| | 3594365 | 5XXGU4L38JG 219806 | 2018 KIA | OPTIMA EX | 07/11/2018 | 27,599.00 | 0.00 | 10/09/2018 | 27,599.00 | 0.00 | 0.00 | 0.00 |
| | 4049423 | 3KPA24AB9KE 222567 | 2019 KIA | RIO S | 07/10/2019 | 16,742.00 | 0.00 | 08/16/2019 | 1,693.63 | 0.00 | 0.00 | 0.00 |
| | 4049424 | 3KPA25AB2KE 226840 | 2019 KIA | RIO S | 07/10/2019 | 17,032.00 | 0.00 | 07/23/2019 | 2,246.85 | 0.00 | 0.00 | 0.00 |
| | 4049422 | 3KPA24AB8KE 231535 | 2019 KIA | RIO S | 07/10/2019 | 16,742.00 | 0.00 | 07/23/2019 | 16,742.00 | 0.00 | 0.00 | 0.00 |
| | 3769499 | KNDCC3LCXK5 240786 | 2019 KIA | NIRO EX | 12/07/2018 | 26,593.00 | 0.00 | 06/13/2019 | 1,260.34 | 0.00 | 0.00 | 0.00 |
| | 3815368 | KNDCB3LC5K5 246093 | 2019 KIA | NIRO FE | 01/10/2019 | 24,619.00 | 0.00 | 06/24/2019 | 89.32 | 0.00 | 0.00 | 0.00 |
| | 3858878 | KNDCB3LC8K5 251708 | 2019 KIA | NIRO FE | 02/19/2019 | 24,364.00 | 0.00 | 04/10/2019 | 24,364.00 | 0.00 | 0.00 | 0.00 |
| | 3600053 | 3KPFK4A7XJE 270207 | 2018 KIA | FORTE LX | 07/17/2018 | 19,417.00 | 0.00 | 11/13/2018 | 19,417.00 | 0.00 | 0.00 | 0.00 |
| | 3647790 | 5XXGU4L18KG 271274 | 2018 KIA | OPTIMA EX | 08/28/2018 | 27,069.00 | 0.00 | 10/11/2018 | 27,069.00 | 0.00 | 0.00 | 0.00 |
| | 3598426 | 3KPFK4A74JE 272633 | 2018 KIA | FORTE LX | 07/16/2018 | 19,146.00 | 0.00 | 10/12/2018 | 19,146.00 | 0.00 | 0.00 | 0.00 |
| | 3615809 | 5XXGU4L38JG 273493 | 2018 KIA | OPTIMA EX | 07/31/2018 | 27,967.00 | 0.00 | 10/04/2018 | 27,967.00 | 0.00 | 0.00 | 0.00 |
| | 3628007 | 5XXGU4L36JG 274349 | 2018 KIA | OPTIMA EX | 08/10/2018 | 27,967.00 | 0.00 | 04/03/2019 | 27,967.00 | 0.00 | 0.00 | 0.00 |
| | 3656157 | 5XXGT4L35KG 280275 | 2019 KIA | OPTIMA LX | 09/05/2018 | 25,670.00 | 0.00 | 07/26/2019 | 25,670.00 | 0.00 | 0.00 | 0.00 |
| | 3645722 | 5XXGT4L38KG 280304 | 2019 KIA | OPTIMA LX | 08/27/2018 | 25,212.00 | 0.00 | 05/02/2019 | 25,212.00 | 0.00 | 0.00 | 0.00 |
| | 3638670 | 5XXGT4L30KG 280409 | 2019 KIA | OPTIMA LX | 08/21/2018 | 25,212.00 | 0.00 | 05/16/2019 | 25,212.00 | 0.00 | 0.00 | 0.00 |
| | 3635655 | 5XXGT4L3XKG 280451 | 2019 KIA | OPTIMA LX | 08/17/2018 | 26,156.00 | 0.00 | 10/09/2018 | 26,156.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of:  10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

Page:  13
10/03/2019
16:45:35

Principal Balance:  3,694,333.63

| | | | | |
|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3635626 | 5XXGT4L32KG 280590 | 2019 KIA | OPTIMA LX | 08/17/2018 | 25,212.00 | 0.00 | 10/10/2018 | 25,212.00 | 0.00 | 0.00 | 0.00 |
| | 3635633 | 5XXGT4L34KG 280753 | 2019 KIA | OPTIMA LX | 08/17/2018 | 26,614.00 | 0.00 | 11/13/2018 | 26,614.00 | 0.00 | 0.00 | 0.00 |
| | 3647778 | 5XXGT4L3XKG 281048 | 2019 KIA | OPTIMA LX | 08/28/2018 | 25,670.00 | 0.00 | 10/05/2018 | 25,670.00 | 0.00 | 0.00 | 0.00 |
| | 3638698 | 5XXGT4L33KG 282154 | 2019 KIA | OPTIMA LX | 08/21/2018 | 26,614.00 | 0.00 | 04/10/2019 | 26,614.00 | 0.00 | 0.00 | 0.00 |
| | 3645692 | 5XXGT4L31KG 282279 | 2019 KIA | OPTIMA LX | 08/27/2018 | 26,156.00 | 0.00 | 03/18/2019 | 26,156.00 | 0.00 | 0.00 | 0.00 |
| | 3645710 | 5XXGT4L35KG 282401 | 2019 KIA | OPTIMA LX | 08/27/2018 | 25,670.00 | 0.00 | 12/04/2018 | 25,670.00 | 0.00 | 0.00 | 0.00 |
| Customer Name: DELGADO, E. | | | | | | | | | | | | |
| | 3647684 | 5XXGT4L30KG 282547 | 2019 KIA | OPTIMA LX | 08/28/2018 | 25,212.00 | 0.00 | 10/11/2018 | 25,212.00 | 0.00 | 0.00 | 0.00 |
| | 3638672 | 5XXGT4L30KG 282855 | 2019 KIA | OPTIMA LX | 08/21/2018 | 26,156.00 | 0.00 | 05/16/2019 | 26,156.00 | 0.00 | 0.00 | 0.00 |
| | 3635652 | 5XXGT4L38KG 283705 | 2019 KIA | OPTIMA LX | 08/17/2018 | 25,212.00 | 0.00 | 02/13/2019 | 25,212.00 | 0.00 | 0.00 | 0.00 |
| | 3638763 | 5XXGT4L3XKG 283706 | 2019 KIA | OPTIMA LX | 08/21/2018 | 25,212.00 | 0.00 | 07/02/2019 | 475.38 | 0.00 | 0.00 | 0.00 |
| | 3647730 | 5XXGT4L35KG 284309 | 2019 KIA | OPTIMA LX | 08/28/2018 | 26,156.00 | 0.00 | 10/15/2018 | 26,156.00 | 0.00 | 0.00 | 0.00 |
| | 3647791 | 5XXGU4L18KG 285336 | 2019 KIA | OPTIMA EX | 08/28/2018 | 26,990.00 | 0.00 | 12/11/2018 | 26,990.00 | 0.00 | 0.00 | 0.00 |
| | 3647694 | 5XXGT4L31KG 285621 | 2019 KIA | OPTIMA LX | 08/28/2018 | 26,156.00 | 0.00 | 02/08/2019 | 26,156.00 | 0.00 | 0.00 | 0.00 |
| | 3664048 | 5XXGT4L37KG 286093 | 2019 KIA | OPTIMA LX | 09/12/2018 | 26,614.00 | 0.00 | 02/13/2019 | 26,614.00 | 0.00 | 0.00 | 0.00 |
| | 3656169 | 5XXGT4L37KG 286515 | 2019 KIA | OPTIMA LX | 09/05/2018 | 26,614.00 | 0.00 | 10/15/2018 | 26,614.00 | 0.00 | 0.00 | 0.00 |
| | 3647742 | 5XXGT4L36KG 286859 | 2019 KIA | OPTIMA LX | 08/28/2018 | 25,212.00 | 0.00 | 10/10/2018 | 25,212.00 | 0.00 | 0.00 | 0.00 |
| | 3656118 | 5XXGT4L31KG 286865 | 2019 KIA | OPTIMA LX | 09/05/2018 | 25,212.00 | 0.00 | 11/09/2018 | 25,212.00 | 0.00 | 0.00 | 0.00 |
| | 3656193 | 5XXGT4L3XKG 287254 | 2019 KIA | OPTIMA LX | 09/05/2018 | 23,387.00 | 0.00 | 10/24/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3638783 | 5XXGV4L20KG 288706 | 2019 KIA | OPTIMA SXL | 08/21/2018 | 35,603.00 | 0.00 | 11/02/2018 | 35,603.00 | 0.00 | 0.00 | 0.00 |
| | 3656211 | 5XXGU4L14KG 289111 | 2019 KIA | OPTIMA EX | 09/05/2018 | 26,990.00 | 0.00 | 01/14/2019 | 26,990.00 | 0.00 | 0.00 | 0.00 |
| | 3656179 | 5XXGT4L38KG 291917 | 2019 KIA | OPTIMA LX | 09/05/2018 | 26,156.00 | 0.00 | 07/02/2019 | 26,156.00 | 0.00 | 0.00 | 0.00 |
| | 3651300 | 5XXGV4L22KG 292269 | 2019 KIA | OPTIMA SXL | 08/30/2018 | 35,983.00 | 0.00 | 12/12/2018 | 35,983.00 | 0.00 | 0.00 | 0.00 |
| | 3679275 | 5XXGT4L37KG 297594 | 2019 KIA | OPTIMA LX | 09/25/2018 | 26,614.00 | 0.00 | 02/13/2019 | 26,614.00 | 0.00 | 0.00 | 0.00 |
| | 3701086 | 5XXGT4L35KG 299649 | 2019 KIA | OPTIMA LX | 10/12/2018 | 26,156.00 | 0.00 | 05/01/2019 | 26,156.00 | 0.00 | 0.00 | 0.00 |
| | 3682904 | 5XXGT4L31KG 299650 | 2019 KIA | OPTIMA LX | 09/27/2018 | 26,156.00 | 0.00 | 03/20/2019 | 26,156.00 | 0.00 | 0.00 | 0.00 |
| | 3692703 | 5XXGT4L34KG 300080 | 2019 KIA | OPTIMA LX | 10/05/2018 | 25,538.00 | 0.00 | 04/15/2019 | 25,538.00 | 0.00 | 0.00 | 0.00 |
| | 3693921 | 5XXGT4L31KG 300084 | 2019 KIA | OPTIMA LX | 10/09/2018 | 25,538.00 | 0.00 | 02/06/2019 | 25,538.00 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

**Hyundai Capital America**
**TRIAL BALANCE**
As Of: 10/03/2019

Page: 14
10/03/2019
16:45:35

Principal Balance: 3,694,333.63

| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3697076 | 5XXGT4L3XKG 300505 | 2019 KIA | OPTIMA LX | 10/10/2018 | 25,224.00 | 0.00 | 01/07/2019 | 25,224.00 | 0.00 | 0.00 | 0.00 |
| | 3690003 | 5XXGT4L30KG 300528 | 2019 KIA | OPTIMA LX | 10/03/2018 | 25,181.00 | 0.00 | 12/21/2018 | 25,181.00 | 0.00 | 0.00 | 0.00 |
| | 3679221 | 5XXGT4L32KG 300529 | 2019 KIA | OPTIMA LX | 09/25/2018 | 25,181.00 | 0.00 | 10/17/2018 | 25,181.00 | 0.00 | 0.00 | 0.00 |
| | 3699369 | 5XXGT4L35KG 300704 | 2019 KIA | OPTIMA LX | 10/11/2018 | 25,996.00 | 0.00 | 12/17/2018 | 25,996.00 | 0.00 | 0.00 | 0.00 |
| | 3699378 | 5XXGT4L37KG 300705 | 2019 KIA | OPTIMA LX | 10/11/2018 | 25,996.00 | 0.00 | 12/10/2018 | 25,996.00 | 0.00 | 0.00 | 0.00 |
| | 3699356 | 5XXGT4L31KG 300876 | 2019 KIA | OPTIMA LX | 10/11/2018 | 25,538.00 | 0.00 | 03/05/2019 | 25,538.00 | 0.00 | 0.00 | 0.00 |
| | 3699370 | 5XXGT4L35KG 300881 | 2019 KIA | OPTIMA LX | 10/11/2018 | 25,538.00 | 0.00 | 03/29/2019 | 25,538.00 | 0.00 | 0.00 | 0.00 |
| | 3701068 | 5XXGT4L32KG 300949 | 2019 KIA | OPTIMA LX | 10/12/2018 | 25,538.00 | 0.00 | 03/05/2019 | 25,538.00 | 0.00 | 0.00 | 0.00 |
| | 3687920 | 5XXGT4L39KG 300950 | 2019 KIA | OPTIMA LX | 10/02/2018 | 25,538.00 | 0.00 | 02/13/2019 | 25,538.00 | 0.00 | 0.00 | 0.00 |
| | 3693934 | 5XXGT4L38KG 301944 | 2019 KIA | OPTIMA LX | 10/09/2018 | 25,538.00 | 0.00 | 06/12/2019 | 1,880.98 | 0.00 | 0.00 | 0.00 |
| | 3701087 | 5XXGT4L35KG 301948 | 2019 KIA | OPTIMA LX | 10/12/2018 | 25,538.00 | 0.00 | 07/11/2019 | 25,538.00 | 0.00 | 0.00 | 0.00 |
| | 3702212 | 5XXGT4L34KG 302878 | 2019 KIA | OPTIMA LX | 10/15/2018 | 23,387.00 | 0.00 | 12/06/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: BARKER, R. | | | | | | | | | | |
| | 3699381 | 5XXGT4L38KG 302964 | 2019 KIA | OPTIMA LX | 10/11/2018 | 26,156.00 | 0.00 | 02/05/2019 | 26,156.00 | 0.00 | 0.00 | 0.00 |
| | 3697042 | 5XXGT4L35KG 302971 | 2019 KIA | OPTIMA LX | 10/10/2018 | 26,156.00 | 0.00 | 12/03/2018 | 26,156.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: RILEY, S | | | | | | | | | | |
| | 3697023 | 5XXGT4L32KG 303155 | 2019 KIA | OPTIMA LX | 10/10/2018 | 23,387.00 | 0.00 | 12/10/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: SANTIAGO, A. | | | | | | | | | | |
| | 3709548 | 5XXGT4L30KG 303297 | 2019 KIA | OPTIMA LX | 10/19/2018 | 23,387.00 | 0.00 | 12/28/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3701080 | 5XXGT4L34KG 304288 | 2019 KIA | OPTIMA LX | 10/12/2018 | 25,181.00 | 0.00 | 04/29/2019 | 25,181.00 | 0.00 | 0.00 | 0.00 |
| | 3702214 | 5XXGT4L34KG 304386 | 2019 KIA | OPTIMA LX | 10/15/2018 | 23,387.00 | 0.00 | 12/10/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3702229 | 5XXGT4L36KG 304843 | 2019 KIA | OPTIMA LX | 10/15/2018 | 25,181.00 | 0.00 | 06/27/2019 | 25,181.00 | 0.00 | 0.00 | 0.00 |
| | 3701063 | 5XXGT4L31KG 304989 | 2019 KIA | OPTIMA LX | 10/12/2018 | 23,387.00 | 0.00 | 11/27/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3702204 | 5XXGT4L31KG 305253 | 2019 KIA | OPTIMA LX | 10/15/2018 | 23,387.00 | 0.00 | 11/02/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3702209 | 5XXGT4L33KG 305447 | 2019 KIA | OPTIMA LX | 10/15/2018 | 23,387.00 | 0.00 | 12/05/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: YOO,D. | | | | | | | | | | |
| | 3709560 | 5XXGT4L34KG 305747 | 2019 KIA | OPTIMA LX | 10/19/2018 | 23,387.00 | 0.00 | 11/29/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: CHIRIAEVA, T. | | | | | | | | | | |
| | 3704014 | 5XXGT4L37KG 305984 | 2019 KIA | OPTIMA LX | 10/16/2018 | 23,846.00 | 0.00 | 11/01/2018 | 23,846.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Report ID: TRIAL2

Page: 15
10/03/2019
16:45:35

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Principal Balance: 3,694,333.63

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 |

| | | | | |
|---|---|---|---|---|
| Credit Limit | 9,050,000.00 | | | |
| Commitments | 0.00 | | | |
| Presold Amount | 0.00 | | | |
| Available Credit | 5,355,666.37 | | | |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3709568 | 5XXGT4L37KG 306004 | 2019 KIA | OPTIMA LX | 10/19/2018 | 23,846.00 | 0.00 | 11/05/2018 | 23,846.00 | 0.00 | 0.00 | 0.00 |
| | 3709559 | 5XXGT4L33KG 306419 | 2019 KIA | OPTIMA LX | 10/19/2018 | 23,387.00 | 0.00 | 12/07/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: TEUTONICO, G. | | | | | | | | | | | |
| | 3709552 | 5XXGT4L31KG 306869 | 2019 KIA | OPTIMA LX | 10/19/2018 | 23,387.00 | 0.00 | 12/04/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: WADE, J | | | | | | | | | | | |
| | 3767947 | 5XXGT4L34KG 307109 | 2019 KIA | OPTIMA LX | 12/05/2018 | 23,345.00 | 0.00 | 12/12/2018 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3704010 | 5XXGT4L36KG 307399 | 2019 KIA | OPTIMA LX | 10/16/2018 | 23,846.00 | 0.00 | 11/13/2018 | 23,846.00 | 0.00 | 0.00 | 0.00 |
| | 3709574 | 5XXGT4L38KG 307937 | 2019 KIA | OPTIMA LX | 10/19/2018 | 25,181.00 | 0.00 | 02/06/2019 | 25,181.00 | 0.00 | 0.00 | 0.00 |
| | 3709575 | 5XXGT4L38KG 307985 | 2019 KIA | OPTIMA LX | 10/19/2018 | 23,387.00 | 0.00 | 12/05/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: CORTES,R. | | | | | | | | | | | |
| | 3729211 | 5XXGT4L35KG 308219 | 2019 KIA | OPTIMA LX | 11/05/2018 | 23,387.00 | 0.00 | 12/19/2018 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3749877 | 5XXGW4L29KG 316368 | 2019 KIA | OPTIMA SX | 11/20/2018 | 31,978.00 | 0.00 | 03/29/2019 | 31,978.00 | 0.00 | 0.00 | 0.00 |
| | 3749878 | 5XXGW4L29KG 316547 | 2019 KIA | OPTIMA SX | 11/20/2018 | 31,978.00 | 0.00 | 01/11/2019 | 31,978.00 | 0.00 | 0.00 | 0.00 |
| | 3749879 | 5XXGW4L29KG 318900 | 2019 KIA | OPTIMA SX | 11/20/2018 | 32,436.00 | 0.00 | 04/10/2019 | 32,436.00 | 0.00 | 0.00 | 0.00 |
| | 3795008 | 5XXGT4L38KG 320333 | 2019 KIA | OPTIMA LX | 12/26/2018 | 23,345.00 | 0.00 | 04/29/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3791182 | 5XXGT4L36KG 320380 | 2019 KIA | OPTIMA LX | 12/21/2018 | 23,345.00 | 0.00 | 04/10/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3760357 | 5XXGW4L20KG 321619 | 2019 KIA | OPTIMA SX | 11/29/2018 | 31,978.00 | 0.00 | 12/17/2018 | 31,978.00 | 0.00 | 0.00 | 0.00 |
| | 3784145 | 5XXGT4L36KG 321738 | 2019 KIA | OPTIMA LX | 12/18/2018 | 23,345.00 | 0.00 | 03/18/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3787052 | 5XXGT4L38KG 322888 | 2019 KIA | OPTIMA LX | 12/19/2018 | 23,345.00 | 0.00 | 02/27/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3784190 | 5XXGT4L3XKG 322889 | 2019 KIA | OPTIMA LX | 12/18/2018 | 23,345.00 | 0.00 | 04/22/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3951835 | 5XXGT4L35KG 323366 | 2019 KIA | OPTIMA LX | 04/26/2019 | 25,261.00 | 0.00 | 06/10/2019 | 2,404.36 | 0.00 | 0.00 | 0.00 |
| | 3979654 | 5XXGW4L28KG 324254 | 2019 KIA | OPTIMA SXL | 05/17/2019 | 36,033.00 | 0.00 | 08/16/2019 | 1,010.01 | 0.00 | 0.00 | 0.00 |
| | 3787022 | 5XXGT4L32KG 325110 | 2019 KIA | OPTIMA LX | 12/19/2018 | 23,804.00 | 0.00 | 02/13/2019 | 23,804.00 | 0.00 | 0.00 | 0.00 |
| | 3787039 | 5XXGT4L34KG 325111 | 2019 KIA | OPTIMA LX | 12/19/2018 | 23,804.00 | 0.00 | 04/22/2019 | 23,804.00 | 0.00 | 0.00 | 0.00 |
| | 3824736 | 5XXGT4L37KG 325359 | 2019 KIA | OPTIMA LX | 01/22/2019 | 23,387.00 | 0.00 | 03/20/2019 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3824725 | 5XXGT4L32KG 325365 | 2019 KIA | OPTIMA LX | 01/22/2019 | 23,387.00 | 0.00 | 05/17/2019 | 800.54 | 0.00 | 0.00 | 0.00 |
| | 3800546 | 5XXGT4L34KG 325366 | 2019 KIA | OPTIMA LX | 12/28/2018 | 23,387.00 | 0.00 | 04/25/2019 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3791156 | 5XXGT4L31KG 325504 | 2019 KIA | OPTIMA LX | 12/21/2018 | 23,345.00 | 0.00 | 02/22/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3791167 | 5XXGT4L33KG 325505 | 2019 KIA | OPTIMA LX | 12/21/2018 | 23,345.00 | 0.00 | 05/01/2019 | 890.70 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 16
10/03/2019
16:45:35

Principal Balance: 3,694,333.63

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3800548 | 5XXGT4L35KG 325893 | 2019 KIA | OPTIMA LX | 12/28/2018 | 23,413.00 | 0.00 | 03/27/2019 | 23,413.00 | 0.00 | 0.00 | 0.00 |
| | 3832964 | 5XXGT4L38KG 325905 | 2019 KIA | OPTIMA LX | 01/28/2019 | 23,413.00 | 0.00 | 04/03/2019 | 23,413.00 | 0.00 | 0.00 | 0.00 |
| | 3824730 | 5XXGT4L35KG 326123 | 2019 KIA | OPTIMA LX | 01/22/2019 | 23,846.00 | 0.00 | 05/04/2019 | 23,846.00 | 0.00 | 0.00 | 0.00 |
| | 3824738 | 5XXGT4L37KG 326124 | 2019 KIA | OPTIMA LX | 01/22/2019 | 23,846.00 | 0.00 | 05/21/2019 | 1,523.23 | 0.00 | 0.00 | 0.00 |
| | 3800560 | 5XXGT4L3XKG 326540 | 2019 KIA | OPTIMA LX | 12/28/2018 | 23,413.00 | 0.00 | 06/03/2019 | 1,568.98 | 0.00 | 0.00 | 0.00 |
| | 3929627 | 5XXGT4L38KG 326879 | 2019 KIA | OPTIMA LX | 04/12/2019 | 25,261.00 | 0.00 | 07/11/2019 | 25,261.00 | 0.00 | 0.00 | 0.00 |
| | 3829712 | 5XXGT4L36KG 326972 | 2019 KIA | OPTIMA LX | 01/24/2019 | 23,413.00 | 0.00 | 05/09/2019 | 23,413.00 | 0.00 | 0.00 | 0.00 |
| | 3829711 | 5XXGT4L38KG 326977 | 2019 KIA | OPTIMA LX | 01/24/2019 | 23,413.00 | 0.00 | 04/16/2019 | 23,413.00 | 0.00 | 0.00 | 0.00 |
| | 3795012 | 5XXGT4L38KG 327539 | 2019 KIA | OPTIMA LX | 12/26/2018 | 23,804.00 | 0.00 | 04/25/2019 | 23,804.00 | 0.00 | 0.00 | 0.00 |
| | 3795000 | 5XXGT4L36KG 327541 | 2019 KIA | OPTIMA LX | 12/26/2018 | 23,804.00 | 0.00 | 04/29/2019 | 23,804.00 | 0.00 | 0.00 | 0.00 |
| | 3795013 | 5XXGT4L38KG 327542 | 2019 KIA | OPTIMA LX | 12/26/2018 | 23,804.00 | 0.00 | 06/21/2019 | 1,343.77 | 0.00 | 0.00 | 0.00 |
| | 3795026 | 5XXGT4L3XKG 327543 | 2019 KIA | OPTIMA LX | 12/26/2018 | 23,804.00 | 0.00 | 01/30/2019 | 23,804.00 | 0.00 | 0.00 | 0.00 |
| | 3794968 | 5XXGT4L33KG 327609 | 2019 KIA | OPTIMA LX | 12/26/2018 | 23,345.00 | 0.00 | 03/01/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3800562 | 5XXGT4L3XKG 327610 | 2019 KIA | OPTIMA LX | 12/28/2018 | 23,345.00 | 0.00 | 02/21/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3794957 | 5XXGT4L31KG 327611 | 2019 KIA | OPTIMA LX | 12/26/2018 | 23,345.00 | 0.00 | 04/01/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3791188 | 5XXGT4L36KG 328320 | 2019 KIA | OPTIMA LX | 12/21/2018 | 23,345.00 | 0.00 | 05/08/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3791160 | 5XXGT4L31KG 328323 | 2019 KIA | OPTIMA LX | 12/21/2018 | 23,345.00 | 0.00 | 02/27/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3798040 | 5XXGT4L34KG 329191 | 2019 KIA | OPTIMA LX | 12/27/2018 | 23,345.00 | 0.00 | 02/13/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3798051 | 5XXGT4L3XKG 329194 | 2019 KIA | OPTIMA LX | 12/27/2018 | 23,345.00 | 0.00 | 05/10/2019 | 1,583.54 | 0.00 | 0.00 | 0.00 |
| | 3834637 | 5XXGT4L30KG 329253 | 2019 KIA | OPTIMA LX | 01/29/2019 | 23,804.00 | 0.00 | 05/09/2019 | 481.98 | 0.00 | 0.00 | 0.00 |
| | 3798036 | 5XXGT4L32KG 329254 | 2019 KIA | OPTIMA LX | 12/27/2018 | 23,804.00 | 0.00 | 04/17/2019 | 23,804.00 | 0.00 | 0.00 | 0.00 |
| | 4058506 | 5XXGT4L30KG 329351 | 2019 KIA | OPTIMA LX | 07/17/2019 | 25,762.00 | 0.00 | 08/20/2019 | 25,762.00 | 0.00 | 0.00 | 0.00 |
| | 3798047 | 5XXGT4L38KG 329730 | 2019 KIA | OPTIMA LX | 12/27/2018 | 23,345.00 | 0.00 | 04/11/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3808106 | 5XXGT4L3XKG 329731 | 2019 KIA | OPTIMA LX | 01/03/2019 | 23,345.00 | 0.00 | 04/15/2019 | 23,345.00 | 0.00 | 0.00 | 0.00 |
| | 3942157 | 5XXGT4L38KG 329775 | 2019 KIA | OPTIMA LX | 04/22/2019 | 25,719.00 | 0.00 | 05/30/2019 | 25,719.00 | 0.00 | 0.00 | 0.00 |
| | 3803994 | 5XXGT4L35KG 330106 | 2019 KIA | OPTIMA LX | 01/02/2019 | 23,387.00 | 0.00 | 04/25/2019 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3808096 | 5XXGT4L35KG 330107 | 2019 KIA | OPTIMA LX | 01/03/2019 | 23,387.00 | 0.00 | 06/10/2019 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3808102 | 5XXGT4L39KG 330112 | 2019 KIA | OPTIMA LX | 01/03/2019 | 23,387.00 | 0.00 | 05/08/2019 | 23,387.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 17
10/03/2019
16:45:35

Principal Balance: 3,694,333.63

| | | | | | | |
|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3808091 | 5XXGT4L30KG 330113 | 2019 KIA | OPTIMA LX | 01/03/2019 | 23,387.00 | 0.00 | 06/17/2019 | 1,507.44 | 0.00 | 0.00 | 0.00 |
| | 3800550 | 5XXGT4L36KG 330116 | 2019 KIA | OPTIMA LX | 12/28/2018 | 23,387.00 | 0.00 | 05/15/2019 | 23,387.00 | 0.00 | 0.00 | 0.00 |
| | 3803995 | 5XXGT4L33KG 330509 | 2019 KIA | OPTIMA LX | 01/02/2019 | 23,846.00 | 0.00 | 05/23/2019 | 23,846.00 | 0.00 | 0.00 | 0.00 |
| | 4053136 | 5XXGT4L34KG 335329 | 2019 KIA | OPTIMA LX | 07/12/2019 | 25,303.00 | 0.00 | 07/17/2019 | 25,303.00 | 0.00 | 0.00 | 0.00 |
| | 4045355 | 5XXGU4L13KG 342168 | 2019 KIA | OPTIMA EX | 07/08/2019 | 30,599.00 | 30,599.00 | | 0.00 | 0.00 | 11.74 | 0.00 |
| | 3855714 | 5XXGV4L22KG 343589 | 2019 KIA | OPTIMA SXL | 02/14/2019 | 35,653.00 | 0.00 | 03/04/2019 | 35,653.00 | 0.00 | 0.00 | 0.00 |
| | 3959624 | 5XXGV4L26KG 344082 | 2019 KIA | OPTIMA SXL | 05/02/2019 | 35,574.00 | 35,574.00 | | 0.00 | 0.00 | 13.64 | 0.00 |
| | 3864302 | 5XXGT4L37KG 344123 | 2019 KIA | OPTIMA LX | 02/21/2019 | 23,480.00 | 0.00 | 07/10/2019 | 1,443.27 | 0.00 | 0.00 | 0.00 |
| | 3855689 | 5XXGT4L30KG 344125 | 2019 KIA | OPTIMA LX | 02/14/2019 | 23,480.00 | 0.00 | 06/17/2019 | 1,993.07 | 0.00 | 0.00 | 0.00 |
| | 3915744 | 5XXGU4L10KG 344296 | 2019 KIA | OPTIMA EX | 04/02/2019 | 30,426.00 | 0.00 | 04/30/2019 | 30,426.00 | 0.00 | 0.00 | 0.00 |
| | 3855695 | 5XXGT4L34KG 344435 | 2019 KIA | OPTIMA LX | 02/14/2019 | 23,480.00 | 0.00 | 06/08/2019 | 23,480.00 | 0.00 | 0.00 | 0.00 |
| | 3855701 | 5XXGT4L36KG 344436 | 2019 KIA | OPTIMA LX | 02/14/2019 | 23,480.00 | 0.00 | 06/19/2019 | 23,480.00 | 0.00 | 0.00 | 0.00 |
| | 3594481 | KNDMC5C11J6 347913 | 2018 KIA | SEDONA EX | 07/11/2018 | 36,532.00 | 0.00 | 11/13/2018 | 36,532.00 | 0.00 | 0.00 | 0.00 |
| | 3594480 | KNDMC5C10J6 348843 | 2018 KIA | SEDONA EX | 07/11/2018 | 36,166.00 | 0.00 | 10/15/2018 | 36,166.00 | 0.00 | 0.00 | 0.00 |
| | 3919027 | 5XXGU4L1XKG 352910 | 2019 KIA | OPTIMA EX | 04/04/2019 | 29,968.00 | 0.00 | 04/22/2019 | 29,968.00 | 0.00 | 0.00 | 0.00 |
| | 3915745 | 5XXGU4L10KG 353192 | 2019 KIA | OPTIMA EX | 04/02/2019 | 29,968.00 | 0.00 | 06/10/2019 | 2,140.15 | 0.00 | 0.00 | 0.00 |
| | 4053133 | 5XXGU4L10KG 353306 | 2019 KIA | OPTIMA EX | 07/12/2019 | 30,099.00 | 30,099.00 | | 0.00 | 0.00 | 11.54 | 0.00 |
| | 4053134 | 5XXGT4L39KG 353535 | 2019 KIA | OPTIMA LX | 07/12/2019 | 25,762.00 | 25,762.00 | | 0.00 | 0.00 | 9.88 | 0.00 |
| | 3969540 | 5XXGU4L12KG 356594 | 2019 KIA | OPTIMA EX | 05/10/2019 | 29,925.00 | 0.00 | 06/06/2019 | 889.96 | 0.00 | 0.00 | 0.00 |
| | 3929630 | 5XXGT4L36KG 359244 | 2019 KIA | OPTIMA LX | 04/12/2019 | 26,664.00 | 0.00 | 05/01/2019 | 606.86 | 0.00 | 0.00 | 0.00 |
| | 3598601 | KNDMB5C18J6 360497 | 2018 KIA | SEDONA LX | 07/16/2018 | 33,761.00 | 0.00 | 12/28/2018 | 33,761.00 | 0.00 | 0.00 | 0.00 |
| | 4032051 | 5XXGT4L32KG 360780 | 2019 KIA | OPTIMA LX | 08/26/2019 | 23,918.00 | 23,918.00 | | 0.00 | 0.00 | 9.18 | 0.00 |
| | 3929619 | 5XXGT4L31KG 360799 | 2019 KIA | OPTIMA LX | 04/12/2019 | 26,664.00 | 0.00 | 05/21/2019 | 61.67 | 0.00 | 0.00 | 0.00 |
| | 3925685 | 5XXGT4L39KG 360940 | 2019 KIA | OPTIMA LX | 04/10/2019 | 26,205.00 | 0.00 | 05/02/2019 | 26,205.00 | 0.00 | 0.00 | 0.00 |
| | 4009343 | 5XXGT4L36KG 361110 | 2019 KIA | OPTIMA LX | 06/11/2019 | 23,918.00 | 0.00 | 07/22/2019 | 23,918.00 | 0.00 | 0.00 | 0.00 |
| | 4035754 | 5XXGT4L35KG 361649 | 2019 KIA | OPTIMA LX | 06/28/2019 | 23,918.00 | 23,918.00 | | 0.00 | 0.00 | 9.18 | 0.00 |
| | 4005457 | 5XXGT4L30KG 361695 | 2019 KIA | OPTIMA LX | 06/07/2019 | 24,376.00 | 24,376.00 | | 0.00 | 0.00 | 9.34 | 0.00 |
| | 4005455 | 5XXGT4L30KG 361698 | 2019 KIA | OPTIMA LX | 06/07/2019 | 24,376.00 | 24,376.00 | | 0.00 | 0.00 | 9.34 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of:  10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Principal Balance:     3,694,333.63

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3964621 | 5XXGT4L36KG 361754 | 2019 KIA | OPTIMA LX | 05/07/2019 | 26,205.00 | 0.00 | 05/31/2019 | 254.57 | 0.00 | 0.00 | 0.00 |
| | 4006965 | 5XXGT4L33KG 362134 | 2019 KIA | OPTIMA LX | 06/10/2019 | 23,918.00 | 0.00 | 07/17/2019 | 1,667.10 | 0.00 | 0.00 | 0.00 |
| | 3594484 | KNDMC5C13J6 362915 | 2018 KIA | SEDONA EX | 07/11/2018 | 35,896.00 | 0.00 | 12/21/2018 | 35,896.00 | 0.00 | 0.00 | 0.00 |
| | 3959626 | 5XXGW4L29KG 363125 | 2019 KIA | OPTIMA SX | 05/02/2019 | 31,986.00 | 0.00 | 08/02/2019 | 31,986.00 | 0.00 | 0.00 | 0.00 |
| | 3598599 | KNDMB5C15J6 363227 | 2018 KIA | SEDONA LX | 07/16/2018 | 33,396.00 | 0.00 | 10/05/2018 | 33,396.00 | 0.00 | 0.00 | 0.00 |
| | 3959622 | 5XXGT4L34KG 364555 | 2019 KIA | OPTIMA LX | 05/02/2019 | 26,664.00 | 0.00 | 06/08/2019 | 26,664.00 | 0.00 | 0.00 | 0.00 |
| | 4053138 | 5XXGT4L32KG 364666 | 2019 KIA | OPTIMA LX | 07/12/2019 | 26,248.00 | 26,248.00 | | 0.00 | 0.00 | 10.06 | 0.00 |
| | 4056842 | 5XXGT4L34KG 365513 | 2019 KIA | OPTIMA LX | 07/16/2019 | 25,303.00 | 25,303.00 | | 0.00 | 0.00 | 9.70 | 0.00 |
| | 4056843 | 5XXGT4L3XKG 365631 | 2019 KIA | OPTIMA LX | 07/16/2019 | 26,706.00 | 26,706.00 | | 0.00 | 0.00 | 10.24 | 0.00 |
| | 3956397 | 5XXGW4L22KG 365914 | 2019 KIA | OPTIMA SX | 04/30/2019 | 32,444.00 | 0.00 | 07/08/2019 | 2,065.63 | 0.00 | 0.00 | 0.00 |
| | 3959625 | 5XXGW4L21KG 367041 | 2019 KIA | OPTIMA SX | 05/02/2019 | 31,986.00 | 0.00 | 08/17/2019 | 1,318.91 | 0.00 | 0.00 | 0.00 |
| | 4059908 | 5XXGT4L33KG 368240 | 2019 KIA | OPTIMA LX | 07/18/2019 | 26,248.00 | 0.00 | 08/14/2019 | 26,248.00 | 0.00 | 0.00 | 0.00 |
| | 3964622 | 5XXGU4L13KG 368267 | 2019 KIA | OPTIMA EX | 05/07/2019 | 27,456.00 | 0.00 | 05/21/2019 | 4,378.11 | 0.00 | 0.00 | 0.00 |
| | 4005456 | 5XXGT4L32KG 368510 | 2019 KIA | OPTIMA LX | 06/07/2019 | 23,918.00 | 23,918.00 | | 0.00 | 0.00 | 9.18 | 0.00 |
| | 4005458 | 5XXGT4L38KG 368866 | 2019 KIA | OPTIMA LX | 06/07/2019 | 23,918.00 | 23,918.00 | | 0.00 | 0.00 | 9.18 | 0.00 |
| | 3959623 | 5XXGU4L13KG 369578 | 2019 KIA | OPTIMA EX | 05/02/2019 | 29,925.00 | 0.00 | 06/25/2019 | 8,756.94 | 0.00 | 0.00 | 0.00 |
| | 3979853 | 5XXGU4L19KG 369617 | 2019 KIA | OPTIMA EX | 05/17/2019 | 29,925.00 | 0.00 | 08/12/2019 | 29,925.00 | 0.00 | 0.00 | 0.00 |
| | 4056841 | 5XXGT4L31KG 373987 | 2019 KIA | OPTIMA LX | 07/16/2019 | 26,706.00 | 0.00 | 09/04/2019 | 26,706.00 | 0.00 | 0.00 | 0.00 |
| | 4009344 | 5XXGT4L38KG 375512 | 2019 KIA | OPTIMA LX | 06/11/2019 | 23,438.00 | 0.00 | 09/05/2019 | 23,438.00 | 0.00 | 0.00 | 0.00 |
| | 4030251 | 5XXGT4L39KG 376202 | 2019 KIA | OPTIMA LX | 06/25/2019 | 23,438.00 | 0.00 | 09/12/2019 | 23,438.00 | 0.00 | 0.00 | 0.00 |
| | 4032052 | 5XXGT4L32KG 376901 | 2019 KIA | OPTIMA LX | 06/26/2019 | 23,896.00 | 23,896.00 | | 0.00 | 0.00 | 9.16 | 0.00 |
| | 4032050 | 5XXGT4L30KG 377237 | 2019 KIA | OPTIMA LX | 06/26/2019 | 23,896.00 | 23,896.00 | | 0.00 | 0.00 | 9.16 | 0.00 |
| | 4053135 | 5XXGT4L35KG 377363 | 2019 KIA | OPTIMA LX | 07/12/2019 | 26,290.00 | 0.00 | 08/29/2019 | 600.09 | 0.00 | 0.00 | 0.00 |
| | 4053137 | 5XXGT4L32KG 377370 | 2019 KIA | OPTIMA LX | 07/12/2019 | 26,248.00 | 26,248.00 | | 0.00 | 0.00 | 10.06 | 0.00 |
| | 4035753 | 5XXGT4L32KG 378082 | 2019 KIA | OPTIMA LX | 06/28/2019 | 23,918.00 | 23,918.00 | | 0.00 | 0.00 | 9.18 | 0.00 |
| | 4032054 | 5XXGT4L34KG 378083 | 2019 KIA | OPTIMA LX | 06/26/2019 | 23,918.00 | 23,918.00 | | 0.00 | 0.00 | 9.18 | 0.00 |
| | 4058505 | 5XXGT4L32KG 378454 | 2019 KIA | OPTIMA LX | 07/17/2019 | 26,268.00 | 0.00 | 08/08/2019 | 1,728.24 | 0.00 | 0.00 | 0.00 |
| | 4032056 | 5XXGT4L38KG 378815 | 2019 KIA | OPTIMA LX | 06/26/2019 | 23,438.00 | 23,438.00 | | 0.00 | 0.00 | 8.98 | 0.00 |

Report ID: TRIAL2

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

**Hyundai Capital America**
**TRIAL BALANCE**
As Of: 10/03/2019

Page: 19
10/03/2019
16:45:35

Principal Balance: 3,694,333.63

| | | | | |
|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4030252 | 5XXGT4L3XKG 378816 | 2019 KIA | OPTIMA LX | 06/25/2019 | 23,438.00 | 0.00 | 09/16/2019 | 546.10 | 0.00 | 0.00 | 0.00 |
| | 4032053 | 5XXGT4L33KG 378818 | 2019 KIA | OPTIMA LX | 06/26/2019 | 23,438.00 | 23,438.00 | | 0.00 | 0.00 | 8.98 | 0.00 |
| | 4032055 | 5XXGT4L35KG 378819 | 2019 KIA | OPTIMA LX | 06/26/2019 | 23,438.00 | 0.00 | 07/29/2019 | 23,438.00 | 0.00 | 0.00 | 0.00 |
| | 3595915 | KNDMB5C15J6 387818 | 2018 KIA | SEDONA LX | 07/12/2018 | 29,631.00 | 0.00 | 10/12/2018 | 29,631.00 | 0.00 | 0.00 | 0.00 |
| | 3598605 | KNDMC5C12J6 395842 | 2018 KIA | SEDONA EX | 07/16/2018 | 33,633.00 | 0.00 | 11/06/2018 | 33,633.00 | 0.00 | 0.00 | 0.00 |
| | 3595924 | KNDMC5C19J6 396888 | 2018 KIA | SEDONA EX | 07/12/2018 | 33,540.00 | 0.00 | 10/11/2018 | 33,540.00 | 0.00 | 0.00 | 0.00 |
| | 3483829 | KNDMC5C17J6 397439 | 2018 KIA | SEDONA EX | 04/16/2018 | 33,268.00 | 0.00 | 04/25/2019 | 29,941.20 | 0.00 | 0.00 | 0.00 |
| | 3595922 | KNDMC5C17J6 397442 | 2018 KIA | SEDONA EX | 07/12/2018 | 33,268.00 | 0.00 | 12/12/2018 | 33,268.00 | 0.00 | 0.00 | 0.00 |
| | 3594486 | KNDMC5C15J6 397844 | 2018 KIA | SEDONA EX | 07/11/2018 | 36,261.00 | 0.00 | 01/08/2019 | 36,261.00 | 0.00 | 0.00 | 0.00 |
| | 3598611 | KNDMC5C19J6 401250 | 2018 KIA | SEDONA EX | 07/16/2018 | 33,268.00 | 0.00 | 10/12/2018 | 33,268.00 | 0.00 | 0.00 | 0.00 |
| | 3687393 | KNDPNCAC7J7 428375 | 2018 KIA | SPORTAGE EX | 10/01/2018 | 29,946.00 | 0.00 | 08/30/2019 | 3,219.91 | 0.00 | 0.00 | 0.00 |
| | 3682990 | 5XYPGDA35KG 439301 | 2019 KIA | SORENTO LX | 09/27/2018 | 31,591.00 | 0.00 | 03/15/2019 | 31,591.00 | 0.00 | 0.00 | 0.00 |
| | 3679388 | 5XYPGDA30KG 439304 | 2019 KIA | SORENTO LX | 09/25/2018 | 31,591.00 | 31,591.00 | | 0.00 | 0.00 | 12.12 | 0.00 |
| | 3675284 | 5XYPGDA33KG 439684 | 2019 KIA | SORENTO LX | 09/20/2018 | 31,356.00 | 0.00 | 01/10/2019 | 31,356.00 | 0.00 | 0.00 | 0.00 |
| | 3499774 | 5XYPHDA58KG 451599 | 2019 KIA | SORENTO EX | 04/27/2018 | 40,292.00 | 0.00 | 05/16/2019 | 36,262.80 | 0.00 | 0.00 | 0.00 |
| | 3682995 | 5XYPGDA3XKG 452755 | 2019 KIA | SORENTO LX | 09/27/2018 | 31,809.00 | 0.00 | 12/04/2018 | 31,809.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: KOSARSKA, M. | | | | | | | | | | | |
| | 3679421 | 5XYPGDA39KG 452763 | 2019 KIA | SORENTO LX | 09/25/2018 | 31,809.00 | 0.00 | 11/06/2018 | 31,809.00 | 0.00 | 0.00 | 0.00 |
| | 3656459 | 5XYPHDA55KG 460048 | 2019 KIA | SORENTO EX | 09/05/2018 | 37,070.00 | 0.00 | 11/07/2018 | 37,070.00 | 0.00 | 0.00 | 0.00 |
| | 3626757 | 5XYPKDA55KG 467082 | 2019 KIA | SORENTO SX | 08/09/2018 | 41,568.00 | 0.00 | 02/19/2019 | 41,568.00 | 0.00 | 0.00 | 0.00 |
| | 3615919 | 5XYPKDA52KG 467105 | 2019 KIA | SORENTO SX | 07/31/2018 | 41,568.00 | 0.00 | 01/16/2019 | 41,568.00 | 0.00 | 0.00 | 0.00 |
| | 3615923 | 5XYPKDA56KG 467110 | 2019 KIA | SORENTO SX | 07/31/2018 | 41,568.00 | 0.00 | 11/29/2018 | 41,568.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: LEBERFELD, J. | | | | | | | | | | | |
| | 3656357 | 5XYPGDA32KG 472613 | 2019 KIA | SORENTO LX | 09/05/2018 | 29,647.00 | 0.00 | 05/16/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3662053 | 5XYPHDA59KG 474955 | 2019 KIA | SORENTO EX | 09/11/2018 | 37,384.00 | 0.00 | 12/28/2018 | 37,384.00 | 0.00 | 0.00 | 0.00 |
| | 3656458 | 5XYPHDA54KG 478590 | 2019 KIA | SORENTO EX | 09/05/2018 | 40,555.00 | 0.00 | 04/25/2019 | 40,555.00 | 0.00 | 0.00 | 0.00 |
| | 3833977 | 5XYPGDA35K7 480480 | 2019 KIA | SORENTO LX | 01/28/2019 | 30,130.00 | 0.00 | 02/21/2019 | 30,130.00 | 0.00 | 0.00 | 0.00 |
| | 3602242 | KNDPNCAC5K7 492416 | 2019 KIA | SPORTAGE EX | 07/18/2018 | 32,761.00 | 0.00 | 11/13/2018 | 32,761.00 | 0.00 | 0.00 | 0.00 |
| | 3647999 | 5XYPHDA53KG 492819 | 2019 KIA | SORENTO EX | 08/28/2018 | 40,555.00 | 0.00 | 10/11/2018 | 40,555.00 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Page: 20

10/03/2019

16:45:35

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Principal Balance: 3,694,333.63

| | | | |
|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3598686 | KNDPNCACXK7 494002 | 2019 KIA | SPORTAGE EX | 07/16/2018 | 28,497.00 | 0.00 | 12/06/2018 | 28,497.00 | 0.00 | 0.00 | 0.00 |
| | 3602245 | KNDPNCAC7K7 494975 | 2019 KIA | SPORTAGE EX | 07/18/2018 | 30,431.00 | 0.00 | 12/17/2018 | 30,431.00 | 0.00 | 0.00 | 0.00 |
| | 3602238 | KNDPNCAC1K7 495328 | 2019 KIA | SPORTAGE EX | 07/18/2018 | 30,066.00 | 0.00 | 11/14/2018 | 30,066.00 | 0.00 | 0.00 | 0.00 |
| | 3598671 | KNDPNCAC2K7 495337 | 2019 KIA | SPORTAGE EX | 07/16/2018 | 30,066.00 | 0.00 | 11/06/2018 | 30,066.00 | 0.00 | 0.00 | 0.00 |
| | 3579958 | KNDPNCAC1K7 495409 | 2019 KIA | SPORTAGE EX | 06/28/2018 | 30,431.00 | 0.00 | 02/05/2019 | 30,431.00 | 0.00 | 0.00 | 0.00 |
| | 3598657 | KNDPMCAC6K7 496672 | 2019 KIA | SPORTAGE LX | 07/16/2018 | 25,637.00 | 0.00 | 10/11/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3697208 | 5XYPHDA54KG 497379 | 2019 KIA | SORENTO EX | 10/10/2018 | 37,028.00 | 0.00 | 01/28/2019 | 37,028.00 | 0.00 | 0.00 | 0.00 |
| | 3674216 | 5XYPHDA54KG 497531 | 2019 KIA | SORENTO SX | 09/20/2018 | 43,557.00 | 0.00 | 11/06/2018 | 43,557.00 | 0.00 | 0.00 | 0.00 |
| | 3648002 | 5XYPHDA55KG 498802 | 2019 KIA | SORENTO EX | 08/28/2018 | 40,920.00 | 0.00 | 02/13/2019 | 40,920.00 | 0.00 | 0.00 | 0.00 |
| | 3711992 | KNDPNCAC4K7 499275 | 2019 KIA | SPORTAGE EX | 10/22/2018 | 32,761.00 | 0.00 | 11/27/2019 | 32,761.00 | 0.00 | 0.00 | 0.00 |
| | 3674201 | 5XYPHDA56KG 500363 | 2019 KIA | SORENTO EX | 09/20/2018 | 37,384.00 | 0.00 | 10/11/2018 | 37,384.00 | 0.00 | 0.00 | 0.00 |
| | 3611863 | KNDPNCACXK7 500512 | 2019 KIA | SPORTAGE EX | 07/26/2018 | 30,339.00 | 0.00 | 03/07/2019 | 30,339.00 | 0.00 | 0.00 | 0.00 |
| | 3675913 | 5XYPKDA55KG 500601 | 2019 KIA | SORENTO SX | 09/21/2018 | 41,202.00 | 0.00 | 12/18/2018 | 41,202.00 | 0.00 | 0.00 | 0.00 |
| | 3679461 | 5XYPKDA54KG 500606 | 2019 KIA | SORENTO SX | 09/25/2018 | 41,202.00 | 0.00 | 10/30/2018 | 41,202.00 | 0.00 | 0.00 | 0.00 |
| | 3602224 | KNDPMCAC2K7 501303 | 2019 KIA | SPORTAGE LX | 07/18/2018 | 27,216.00 | 0.00 | 12/18/2018 | 27,216.00 | 0.00 | 0.00 | 0.00 |
| | 3602225 | KNDPMCAC2K7 501432 | 2019 KIA | SPORTAGE LX | 07/18/2018 | 26,850.00 | 0.00 | 12/05/2018 | 26,850.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: DORMAN, T | | | | | | | | | | | |
| | 3656460 | 5XYPHDA56KG 501786 | 2019 KIA | SORENTO EX | 09/05/2018 | 40,555.00 | 0.00 | 12/12/2018 | 40,555.00 | 0.00 | 0.00 | 0.00 |
| | 3674215 | 5XYPKDA52KG 503343 | 2019 KIA | SORENTO SX | 09/20/2018 | 41,202.00 | 0.00 | 11/20/2018 | 41,202.00 | 0.00 | 0.00 | 0.00 |
| | 3668019 | 5XYPKDA55KG 503918 | 2019 KIA | SORENTO SX | 09/17/2018 | 41,202.00 | 0.00 | 10/17/2018 | 41,202.00 | 0.00 | 0.00 | 0.00 |
| | 3979858 | 5XYPKDA50KG 505141 | 2019 KIA | SORENTO SX | 05/17/2019 | 43,298.00 | 43,298.00 | | 0.00 | 16.60 | 0.00 | 0.00 |
| | 3753428 | KNDMB5C12K6 505728 | 2019 KIA | SEDONA LX | 11/23/2018 | 33,386.00 | 0.00 | 02/07/2019 | 33,386.00 | 0.00 | 0.00 | 0.00 |
| | 3989542 | 5XYPKDA56KG 506455 | 2019 KIA | SORENTO SX | 05/10/2019 | 40,943.00 | 0.00 | 07/12/2019 | 1,670.39 | 0.00 | 0.00 | 0.00 |
| | 3665435 | 5XYPHDA50KG 508281 | 2019 KIA | SORENTO EX | 09/13/2018 | 37,384.00 | 0.00 | 11/02/2018 | 37,384.00 | 0.00 | 0.00 | 0.00 |
| | 3662068 | 5XYPKDA59KG 510015 | 2019 KIA | SORENTO SX | 09/11/2018 | 41,568.00 | 0.00 | 11/13/2018 | 41,568.00 | 0.00 | 0.00 | 0.00 |
| | 3664139 | 5XYPHDA57KG 511369 | 2019 KIA | SORENTO SX | 09/12/2018 | 37,384.00 | 0.00 | 11/01/2018 | 37,384.00 | 0.00 | 0.00 | 0.00 |
| | 3656225 | 5XYPG4A30KG 511652 | 2019 KIA | SORENTO LX | 09/05/2018 | 27,818.00 | 0.00 | 10/11/2018 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| | 3779743 | KNDMB5C12K6 511948 | 2019 KIA | SEDONA LX | 12/14/2018 | 30,702.00 | 0.00 | 02/07/2019 | 30,702.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 21

10/03/2019

16:45:35

Principal Balance: 3,694,333.63

| | | | | |
|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3667940 | 5XYPG4A33KG 511953 | 2019 KIA | SORENTO LX | 09/17/2018 | 27,818.00 | 0.00 | 10/09/2018 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| | 3675899 | 5XYPGDA34KG 512190 | 2019 KIA | SORENTO LX | 09/21/2018 | 29,604.00 | 0.00 | 10/09/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3674184 | 5XYPGDA37KG 512720 | 2019 KIA | SORENTO LX | 09/20/2018 | 29,604.00 | 0.00 | 02/05/2019 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3679396 | 5XYPGDA32KG 512737 | 2019 KIA | SORENTO LX | 09/25/2018 | 29,604.00 | 0.00 | 11/27/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3791336 | 5XYPKDA52KG 514889 | 2019 KIA | SORENTO SX | 12/21/2018 | 41,245.00 | 41,245.00 | | 0.00 | 0.00 | 15.82 | 0.00 |
| | 3765165 | 5XYPHDA56KG 515249 | 2019 KIA | SORENTO EX | 12/04/2018 | 37,427.00 | 0.00 | 02/21/2019 | 37,427.00 | 0.00 | 0.00 | 0.00 |
| | 3679416 | 5XYPGDA38KG 515318 | 2019 KIA | SORENTO LX | 09/25/2018 | 31,486.00 | 0.00 | 12/18/2018 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| | 3679417 | 5XYPGDA38KG 515321 | 2019 KIA | SORENTO LX | 09/25/2018 | 31,486.00 | 0.00 | 06/11/2019 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| | 3674176 | 5XYPGDA32KG 515430 | 2019 KIA | SORENTO LX | 09/20/2018 | 29,604.00 | 0.00 | 11/13/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3679419 | 5XYPGDA38KG 515433 | 2019 KIA | SORENTO LX | 09/25/2018 | 29,604.00 | 0.00 | 10/29/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3674187 | 5XYPGDA39KG 515442 | 2019 KIA | SORENTO LX | 09/20/2018 | 29,604.00 | 0.00 | 12/13/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3679400 | 5XYPGDA33KG 515503 | 2019 KIA | SORENTO LX | 09/25/2018 | 29,604.00 | 0.00 | 12/07/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: BELL, SHAKIMA | | | | | | | | | | |
| | 3679397 | 5XYPGDA32KG 515508 | 2019 KIA | SORENTO LX | 09/25/2018 | 29,604.00 | 0.00 | 10/30/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3701166 | 5XYPGDA34KG 515512 | 2019 KIA | SORENTO LX | 10/12/2018 | 29,604.00 | 0.00 | 11/02/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3679405 | 5XYPGDA34KG 515607 | 2019 KIA | SORENTO LX | 09/25/2018 | 29,604.00 | 0.00 | 12/10/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: CARR, L. | | | | | | | | | | |
| | 3760402 | 5XYPHDA51KG 515739 | 2019 KIA | SORENTO EX | 11/29/2018 | 37,427.00 | 0.00 | 01/28/2019 | 37,427.00 | 0.00 | 0.00 | 0.00 |
| | 3682991 | 5XYPGDA35KG 515745 | 2019 KIA | SORENTO LX | 09/27/2018 | 29,604.00 | 0.00 | 12/10/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: ALTAMIRANO, A. | | | | | | | | | | |
| | 3682989 | 5XYPGDA34KG 515753 | 2019 KIA | SORENTO LX | 09/27/2018 | 29,604.00 | 0.00 | 11/06/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3679430 | 5XYPGDA3XKG 515756 | 2019 KIA | SORENTO LX | 09/25/2018 | 29,604.00 | 0.00 | 10/09/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3784605 | KNDMB5C16K6 515940 | 2019 KIA | SEDONA LX | 12/18/2018 | 33,386.00 | 0.00 | 03/15/2019 | 33,386.00 | 0.00 | 0.00 | 0.00 |
| | 3679393 | 5XYPGDA31KG 516195 | 2019 KIA | SORENTO LX | 09/25/2018 | 29,970.00 | 0.00 | 10/09/2018 | 29,970.00 | 0.00 | 0.00 | 0.00 |
| | 3781709 | KNDMB5C18K6 516622 | 2019 KIA | SEDONA LX | 12/17/2018 | 33,751.00 | 0.00 | 02/12/2019 | 33,751.00 | 0.00 | 0.00 | 0.00 |
| | 3679398 | 5XYPGDA32KG 516710 | 2019 KIA | SORENTO LX | 09/25/2018 | 29,604.00 | 0.00 | 11/13/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3679420 | 5XYPGDA38KG 516713 | 2019 KIA | SORENTO LX | 09/25/2018 | 29,604.00 | 0.00 | 10/05/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3781705 | KNDMB5C14K6 517170 | 2019 KIA | SEDONA LX | 12/17/2018 | 33,386.00 | 0.00 | 06/10/2019 | 730.89 | 0.00 | 0.00 | 0.00 |
| | 3784608 | KNDMB5C1XK6 517187 | 2019 KIA | SEDONA LX | 12/18/2018 | 33,751.00 | 0.00 | 02/20/2019 | 33,751.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

Page: 22
10/03/2019
16:45:35

Principal Balance: 3,694,333.63

| | | | | | | |
|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3781707 | KNDMB5C17K6 517194 | 2019 KIA | SEDONA LX | 12/17/2018 | 33,751.00 | 0.00 | 02/28/2019 | 33,751.00 | 0.00 | 0.00 | 0.00 |
| 3650059 | KNDPNCAC4K7 518570 | 2019 KIA | SPORTAGE EX | 08/29/2018 | 32,404.00 | 0.00 | 02/01/2019 | 32,404.00 | 0.00 | 0.00 | 0.00 |
| 3645962 | KNDPM3ACXK7 518575 | 2019 KIA | SPORTAGE LX | 08/27/2018 | 24,175.00 | 0.00 | 10/09/2018 | 24,175.00 | 0.00 | 0.00 | 0.00 |
| 3693962 | 5XYPGDA33KG 518756 | 2019 KIA | SORENTO LX | 10/09/2018 | 31,486.00 | 0.00 | 11/27/2018 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| 3692748 | 5XYPGDA34KG 518765 | 2019 KIA | SORENTO LX | 10/05/2018 | 31,486.00 | 0.00 | 11/06/2018 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| 3693973 | 5XYPGDA58KG 519161 | 2019 KIA | SORENTO LX | 10/09/2018 | 33,383.00 | 0.00 | 02/12/2019 | 33,383.00 | 0.00 | 0.00 | 0.00 |
| 3903479 | 5XYPHDA55KG 519731 | 2019 KIA | SORENTO EX | 03/25/2019 | 37,482.00 | 0.00 | 06/10/2019 | 37,482.00 | 0.00 | 0.00 | 0.00 |
| 3611860 | KNDPNCAC8K7 519799 | 2019 KIA | SPORTAGE EX | 07/26/2018 | 30,066.00 | 0.00 | 03/11/2019 | 30,066.00 | 0.00 | 0.00 | 0.00 |
| 3611862 | KNDPNCAC9K7 519990 | 2019 KIA | SPORTAGE EX | 07/26/2018 | 30,066.00 | 0.00 | 04/25/2019 | 30,066.00 | 0.00 | 0.00 | 0.00 |
| 3693965 | 5XYPGDA37KG 520218 | 2019 KIA | SORENTO LX | 10/09/2018 | 31,486.00 | 0.00 | 11/07/2018 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| 3697167 | 5XYPGDA34KG 520225 | 2019 KIA | SORENTO LX | 10/10/2018 | 31,486.00 | 0.00 | 12/05/2018 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| Customer Name: BAEZ, R. | | | | | | | | | | | |
| 3693961 | 5XYPGDA31KG 520229 | 2019 KIA | SORENTO LX | 10/09/2018 | 31,486.00 | 0.00 | 11/15/2018 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| 3697179 | 5XYPGDA39KG 520236 | 2019 KIA | SORENTO LX | 10/10/2018 | 31,486.00 | 0.00 | 11/07/2018 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| 3701144 | 5XYPG4A34KG 520399 | 2019 KIA | SORENTO LX | 10/12/2018 | 27,818.00 | 0.00 | 10/30/2018 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| 3702282 | 5XYPG4A39KG 520608 | 2019 KIA | SORENTO LX | 10/15/2018 | 28,183.00 | 0.00 | 11/15/2018 | 28,183.00 | 0.00 | 0.00 | 0.00 |
| 3712694 | 5XYPGDA32KG 520644 | 2019 KIA | SORENTO LX | 10/23/2018 | 29,604.00 | 0.00 | 11/29/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| Customer Name: GILLESPIE, R. | | | | | | | | | | | |
| 3704116 | 5XYPGDA34KG 520645 | 2019 KIA | SORENTO LX | 10/16/2018 | 29,604.00 | 0.00 | 11/27/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| 3701168 | 5XYPGDA38KG 520647 | 2019 KIA | SORENTO LX | 10/12/2018 | 29,604.00 | 0.00 | 11/07/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| 3693984 | 5XYPGDA35KG 520685 | 2019 KIA | SORENTO LX | 10/09/2018 | 31,486.00 | 0.00 | 12/27/2018 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| 3712703 | 5XYPGDA39KG 520687 | 2019 KIA | SORENTO LX | 10/23/2018 | 31,486.00 | 0.00 | 01/14/2019 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| 3702288 | 5XYPGDA31KG 520781 | 2019 KIA | SORENTO LX | 10/15/2018 | 31,486.00 | 0.00 | 12/10/2018 | 31,486.00 | 0.00 | 0.00 | 0.00 |
| 3697134 | 5XYPG4A35KG 520847 | 2019 KIA | SORENTO LX | 10/10/2018 | 27,818.00 | 0.00 | 10/31/2018 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| 3874999 | 5XYPKDA55KG 521478 | 2019 KIA | SORENTO SX | 03/01/2019 | 40,943.00 | 0.00 | 03/20/2019 | 40,943.00 | 0.00 | 0.00 | 0.00 |
| 3709608 | 5XYPG4A35KG 521741 | 2019 KIA | SORENTO LX | 10/19/2018 | 27,818.00 | 0.00 | 11/08/2018 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| 3693972 | 5XYPGDA57KG 522133 | 2019 KIA | SORENTO LX | 10/09/2018 | 33,383.00 | 0.00 | 11/06/2018 | 33,383.00 | 0.00 | 0.00 | 0.00 |
| 3693975 | 5XYPGDA59KG 522392 | 2019 KIA | SORENTO LX | 10/09/2018 | 33,383.00 | 0.00 | 11/16/2018 | 33,383.00 | 0.00 | 0.00 | 0.00 |
| 3697186 | 5XYPGDA52KG 522394 | 2019 KIA | SORENTO LX | 10/10/2018 | 33,383.00 | 0.00 | 12/18/2018 | 33,383.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 23
10/03/2019
16:45:35

Principal Balance: 3,694,333.63

| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3749991 | 5XYPHDA53KG 523048 | 2019 KIA | SORENTO EX | 11/20/2018 | 37,792.00 | 0.00 | 06/11/2019 | 5,449.91 | 0.00 | 0.00 | 0.00 |
| | 3800617 | 5XYPKDA58KG 523225 | 2019 KIA | SORENTO SX | 12/28/2018 | 41,245.00 | 0.00 | 02/07/2019 | 41,245.00 | 0.00 | 0.00 | 0.00 |
| | 3693970 | 5XYPGDA53KG 523263 | 2019 KIA | SORENTO LX | 10/09/2018 | 33,383.00 | 0.00 | 02/12/2019 | 33,383.00 | 0.00 | 0.00 | 0.00 |
| | 3697196 | 5XYPGDA59KG 523414 | 2019 KIA | SORENTO LX | 10/10/2018 | 33,791.00 | 0.00 | 02/28/2019 | 33,791.00 | 0.00 | 0.00 | 0.00 |
| | 3879623 | 5XYPHDA51KG 523470 | 2019 KIA | SORENTO EX | 03/06/2019 | 37,482.00 | 0.00 | 03/26/2019 | 37,482.00 | 0.00 | 0.00 | 0.00 |
| | 3709631 | 5XYPHDA58KG 523773 | 2019 KIA | SORENTO EX | 10/19/2018 | 40,198.00 | 0.00 | 05/13/2019 | 40,198.00 | 0.00 | 0.00 | 0.00 |
| | 3709622 | 5XYPG4A39KG 523833 | 2019 KIA | SORENTO LX | 10/19/2018 | 27,818.00 | 0.00 | 11/06/2018 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| | 3749992 | 5XYPHDA53KG 524281 | 2019 KIA | SORENTO EX | 11/20/2018 | 37,792.00 | 0.00 | 04/02/2019 | 37,792.00 | 0.00 | 0.00 | 0.00 |
| | 3701164 | 5XYPGDA31KG 524829 | 2019 KIA | SORENTO LX | 10/12/2018 | 29,604.00 | 0.00 | 12/07/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: TAVAREZ, J. | | | | | | | | | | | |
| | 3702290 | 5XYPGDA52KG 525053 | 2019 KIA | SORENTO LX | 10/15/2018 | 33,383.00 | 33,383.00 | | 0.00 | 0.00 | 12.80 | 0.00 |
| | 3979659 | 5XYPGDA58KG 525055 | 2019 KIA | SORENTO SX | 05/17/2019 | 43,298.00 | 0.00 | 09/17/2019 | 43,298.00 | 0.00 | 0.00 | 0.00 |
| | 3702291 | 5XYPGDA59KG 525065 | 2019 KIA | SORENTO LX | 10/15/2018 | 33,383.00 | 0.00 | 05/30/2019 | 1,632.77 | 0.00 | 0.00 | 0.00 |
| | 3712698 | 5XYPGDA35KG 525594 | 2019 KIA | SORENTO LX | 10/23/2018 | 29,604.00 | 0.00 | 11/20/2018 | 29,604.00 | 0.00 | 0.00 | 0.00 |
| | 3709640 | 5XYPKDA5XKG 525719 | 2019 KIA | SORENTO SX | 10/19/2018 | 45,732.00 | 0.00 | 01/11/2019 | 45,732.00 | 0.00 | 0.00 | 0.00 |
| | 3712709 | 5XYPGDA57KG 526750 | 2019 KIA | SORENTO LX | 10/23/2018 | 33,748.00 | 0.00 | 03/07/2019 | 33,748.00 | 0.00 | 0.00 | 0.00 |
| | 3712712 | 5XYPHDA56KG 526820 | 2019 KIA | SORENTO EX | 10/23/2018 | 40,241.00 | 0.00 | 05/21/2019 | 40,241.00 | 0.00 | 0.00 | 0.00 |
| | 3635816 | KNDPMCAC8K7 527582 | 2019 KIA | SPORTAGE LX | 08/17/2018 | 25,910.00 | 0.00 | 05/16/2019 | 25,910.00 | 0.00 | 0.00 | 0.00 |
| | 3850790 | KNDMB5C15K6 528338 | 2019 KIA | SEDONA LX | 02/11/2019 | 30,456.00 | 0.00 | 05/31/2019 | 1,110.85 | 0.00 | 0.00 | 0.00 |
| | 3837197 | KNDMB5C15K6 528341 | 2019 KIA | SEDONA LX | 01/30/2019 | 30,456.00 | 0.00 | 05/24/2019 | 643.35 | 0.00 | 0.00 | 0.00 |
| | 3760363 | 5XYPG4A31KG 529724 | 2019 KIA | SORENTO LX | 11/29/2018 | 27,818.00 | 0.00 | 12/12/2018 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| | 3650024 | KNDPMCAC1K7 530002 | 2019 KIA | SPORTAGE LX | 08/29/2018 | 25,595.00 | 0.00 | 10/09/2018 | 25,595.00 | 0.00 | 0.00 | 0.00 |
| | 3873394 | 5XYPKDA54KG 530480 | 2019 KIA | SORENTO SX | 02/28/2019 | 40,943.00 | 40,943.00 | | 0.00 | 0.00 | 15.70 | 0.00 |
| | 3760360 | 5XYPG4A30KG 531514 | 2019 KIA | SORENTO LX | 11/29/2018 | 27,818.00 | 0.00 | 01/03/2019 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| | 3808131 | 5XYPGDA37KG 531705 | 2019 KIA | SORENTO LX | 01/03/2019 | 31,528.00 | 0.00 | 02/05/2019 | 31,528.00 | 0.00 | 0.00 | 0.00 |
| | 3765146 | 5XYPGDA30KG 531769 | 2019 KIA | SORENTO LX | 12/04/2018 | 29,647.00 | 0.00 | 01/10/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3791335 | 5XYPKDA51KG 531991 | 2019 KIA | SORENTO SX | 12/21/2018 | 41,245.00 | 0.00 | 01/18/2019 | 41,245.00 | 0.00 | 0.00 | 0.00 |
| | 3879625 | 5XYPKDA52KG 531997 | 2019 KIA | SORENTO SX | 03/06/2019 | 41,300.00 | 41,300.00 | | 0.00 | 0.00 | 15.84 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

Page: 24
10/03/2019
16:45:35

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | | Principal Balance: | 3,694,333.63 |
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3876424 | 5XYPKDA59KG 532385 | 2019 KIA | SORENTO SX | 03/04/2019 | 40,943.00 | 40,943.00 | | 0.00 | 0.00 | 15.70 | 0.00 |
| | 3670137 | KNDPMCAC1K7 532395 | 2019 KIA | SPORTAGE LX | 09/18/2018 | 25,637.00 | 0.00 | 10/05/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3670149 | KNDPMCAC7K7 532398 | 2019 KIA | SPORTAGE LX | 09/18/2018 | 25,637.00 | 0.00 | 10/11/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3873395 | 5XYPKDA57KG 532403 | 2019 KIA | SORENTO SX | 02/28/2019 | 40,943.00 | 40,943.00 | | 0.00 | 0.00 | 15.70 | 0.00 |
| | 3873396 | 5XYPKDA57KG 532630 | 2019 KIA | SORENTO SX | 02/28/2019 | 41,300.00 | 0.00 | 08/12/2019 | 3,091.56 | 0.00 | 0.00 | 0.00 |
| | 3873456 | KNDMB5C11K6 532760 | 2019 KIA | SEDONA LX | 02/28/2019 | 34,005.00 | 0.00 | 07/09/2019 | 34,005.00 | 0.00 | 0.00 | 0.00 |
| | 3876538 | KNDMB5C15K6 532793 | 2019 KIA | SEDONA LX | 03/04/2019 | 33,733.00 | 0.00 | 06/07/2019 | 2,716.61 | 0.00 | 0.00 | 0.00 |
| | 3690153 | KNDPMCAC1K7 533353 | 2019 KIA | SPORTAGE LX | 10/03/2018 | 25,637.00 | 0.00 | 12/12/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3694078 | KNDPMCAC5K7 533355 | 2019 KIA | SPORTAGE LX | 10/09/2018 | 25,637.00 | 0.00 | 12/05/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: CHANDRABHAN,O. | | | | | | | | | | | |
| | 3761978 | 5XYPHDA55KG 533368 | 2019 KIA | SORENTO EX | 11/30/2018 | 37,427.00 | 0.00 | 06/12/2019 | 37,427.00 | 0.00 | 0.00 | 0.00 |
| | 3760382 | 5XYPGDA31KG 533451 | 2019 KIA | SORENTO LX | 11/29/2018 | 29,647.00 | 0.00 | 01/07/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3712874 | KNDPMCAC8K7 533625 | 2019 KIA | SPORTAGE LX | 10/23/2018 | 25,637.00 | 0.00 | 12/17/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3711096 | KNDPMCAC2K7 533765 | 2019 KIA | SPORTAGE LX | 10/22/2018 | 25,637.00 | 0.00 | 11/15/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3712875 | KNDPMCAC9K7 534492 | 2019 KIA | SPORTAGE LX | 10/23/2018 | 25,637.00 | 0.00 | 03/11/2019 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3711101 | KNDPMCAC4K7 534495 | 2019 KIA | SPORTAGE LX | 10/22/2018 | 25,637.00 | 0.00 | 02/13/2019 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3861786 | KNDMB5C12K6 534503 | 2019 KIA | SEDONA LX | 02/20/2019 | 30,864.00 | 0.00 | 04/16/2019 | 30,864.00 | 0.00 | 0.00 | 0.00 |
| | 3681452 | KNDPMCAC0K7 534574 | 2019 KIA | SPORTAGE LX | 09/26/2018 | 25,910.00 | 0.00 | 02/13/2019 | 25,910.00 | 0.00 | 0.00 | 0.00 |
| | 3681456 | KNDPMCAC6K7 534577 | 2019 KIA | SPORTAGE LX | 09/26/2018 | 25,910.00 | 0.00 | 02/08/2019 | 25,910.00 | 0.00 | 0.00 | 0.00 |
| | 3861794 | KNDMB5C18K6 535221 | 2019 KIA | SEDONA LX | 02/20/2019 | 30,771.00 | 0.00 | 04/29/2019 | 30,771.00 | 0.00 | 0.00 | 0.00 |
| | 4040515 | KNDMB5C11K6 535447 | 2019 KIA | SEDONA LX | 07/02/2019 | 33,913.00 | 0.00 | 08/30/2019 | 77.07 | 0.00 | 0.00 | 0.00 |
| | 3761974 | 5XYPGDA39KG 535643 | 2019 KIA | SORENTO LX | 11/30/2018 | 29,647.00 | 0.00 | 01/07/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3873457 | KNDMC5C16K6 535683 | 2019 KIA | SEDONA EX | 02/28/2019 | 42,713.00 | 0.00 | 10/01/2019 | 42,713.00 | 0.00 | 0.00 | 0.00 |
| | 3881041 | KNDMB5C19K6 535728 | 2019 KIA | SEDONA LX | 03/07/2019 | 30,499.00 | 0.00 | 04/24/2019 | 30,499.00 | 0.00 | 0.00 | 0.00 |
| | 3743721 | 5XYPHDA59KG 535737 | 2019 KIA | SORENTO EX | 11/14/2018 | 37,070.00 | 0.00 | 01/10/2019 | 37,070.00 | 0.00 | 0.00 | 0.00 |
| | 3760384 | 5XYPGDA32KG 536312 | 2019 KIA | SORENTO LX | 11/29/2018 | 29,647.00 | 0.00 | 12/20/2018 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3749997 | 5XYPHDA56KG 536585 | 2019 KIA | SORENTO EX | 11/20/2018 | 37,427.00 | 0.00 | 06/17/2019 | 1,758.75 | 0.00 | 0.00 | 0.00 |
| | 3873458 | KNDMC5C18K6 536883 | 2019 KIA | SEDONA EX | 02/28/2019 | 38,631.00 | 0.00 | 03/22/2019 | 38,631.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 25

10/03/2019

16:45:35

Principal Balance: 3,694,333.63

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3749926 | 5XYPG4A37KG 536936 | 2019 KIA | SORENTO LX | 11/20/2018 | 27,818.00 | 0.00 | 01/03/2019 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| | 3765160 | 5XYPGDA3XKG 537448 | 2019 KIA | SORENTO LX | 12/04/2018 | 29,647.00 | 0.00 | 12/21/2018 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3798112 | 5XYPGDA35KG 537499 | 2019 KIA | SORENTO LX | 12/27/2018 | 31,528.00 | 0.00 | 02/01/2019 | 31,528.00 | 0.00 | 0.00 | 0.00 |
| | 3751934 | 5XYPHDA59KG 537830 | 2019 KIA | SORENTO EX | 11/21/2018 | 37,792.00 | 0.00 | 12/21/2018 | 37,792.00 | 0.00 | 0.00 | 0.00 |
| | 3749993 | 5XYPHDA54KG 537833 | 2019 KIA | SORENTO EX | 11/20/2018 | 37,792.00 | 0.00 | 01/15/2019 | 37,792.00 | 0.00 | 0.00 | 0.00 |
| | 3749966 | 5XYPGDA38KG 538047 | 2019 KIA | SORENTO LX | 11/20/2018 | 29,647.00 | 0.00 | 12/11/2018 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3800610 | 5XYPGDA3XKG 538129 | 2019 KIA | SORENTO LX | 12/28/2018 | 31,528.00 | 0.00 | 03/13/2019 | 31,528.00 | 0.00 | 0.00 | 0.00 |
| | 3765156 | 5XYPGDA38KG 538509 | 2019 KIA | SORENTO LX | 12/04/2018 | 29,647.00 | 0.00 | 01/14/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3765153 | 5XYPGDA34KG 538515 | 2019 KIA | SORENTO LX | 12/04/2018 | 29,647.00 | 0.00 | 01/07/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3650060 | KNDPNCAC4K7 538558 | 2019 KIA | SPORTAGE EX | 08/29/2018 | 29,709.00 | 0.00 | 12/05/2018 | 29,709.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: BAUTISTA, E. | | | | | | | | | | |
| | 3769478 | 5XYPGDA31KG 538729 | 2019 KIA | SORENTO LX | 12/07/2018 | 30,012.00 | 0.00 | 01/07/2019 | 30,012.00 | 0.00 | 0.00 | 0.00 |
| | 3765157 | 5XYPGDA39KG 538736 | 2019 KIA | SORENTO LX | 12/04/2018 | 30,012.00 | 0.00 | 12/19/2018 | 30,012.00 | 0.00 | 0.00 | 0.00 |
| | 4040516 | KNDMB5C12K6 539166 | 2019 KIA | SEDONA LX | 07/02/2019 | 33,548.00 | 0.00 | 08/08/2019 | 549.65 | 0.00 | 0.00 | 0.00 |
| | 4040513 | KNDMB5C10K6 539196 | 2019 KIA | SEDONA LX | 07/02/2019 | 33,548.00 | 0.00 | 08/02/2019 | 5,200.98 | 0.00 | 0.00 | 0.00 |
| | 4037708 | KNDMB5C18K6 539205 | 2019 KIA | SEDONA LX | 07/01/2019 | 33,548.00 | 0.00 | 08/14/2019 | 453.77 | 0.00 | 0.00 | 0.00 |
| | 4040514 | KNDMB5C10K6 539215 | 2019 KIA | SEDONA LX | 07/02/2019 | 33,913.00 | 0.00 | 09/24/2019 | 33,913.00 | 0.00 | 0.00 | 0.00 |
| | 3760391 | 5XYPGDA3XKG 539846 | 2019 KIA | SORENTO LX | 11/29/2018 | 29,647.00 | 0.00 | 01/09/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3760390 | 5XYPGDA38KG 539859 | 2019 KIA | SORENTO LX | 11/29/2018 | 29,647.00 | 0.00 | 01/16/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3668095 | KNDPMCAC4K7 540426 | 2019 KIA | SPORTAGE LX | 09/17/2018 | 26,266.00 | 0.00 | 10/10/2018 | 26,266.00 | 0.00 | 0.00 | 0.00 |
| | 3881040 | KNDMB5C15K6 540568 | 2019 KIA | SEDONA LX | 03/07/2019 | 30,499.00 | 0.00 | 06/05/2019 | 30,499.00 | 0.00 | 0.00 | 0.00 |
| | 3650044 | KNDPMCAC7K7 540839 | 2019 KIA | SPORTAGE LX | 08/29/2018 | 25,637.00 | 0.00 | 10/10/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3791298 | 5XYPGDA31KG 540982 | 2019 KIA | SORENTO LX | 12/21/2018 | 31,528.00 | 0.00 | 01/09/2019 | 31,528.00 | 0.00 | 0.00 | 0.00 |
| | 3791305 | 5XYPGDA34KG 541043 | 2019 KIA | SORENTO LX | 12/21/2018 | 31,528.00 | 0.00 | 01/09/2019 | 31,528.00 | 0.00 | 0.00 | 0.00 |
| | 3873397 | 5XYPKDA5XKG 541404 | 2019 KIA | SORENTO SX | 02/28/2019 | 41,665.00 | 41,665.00 | | 0.00 | 0.00 | 15.98 | 0.00 |
| | 3873398 | 5XYPKDA7K7 541421 | 2019 KIA | SORENTO SX | 02/28/2019 | 41,665.00 | 41,665.00 | | 0.00 | 0.00 | 15.98 | 0.00 |
| | 3670150 | KNDPMCAC7K7 541442 | 2019 KIA | SPORTAGE LX | 09/18/2018 | 26,266.00 | 0.00 | 02/04/2019 | 26,266.00 | 0.00 | 0.00 | 0.00 |
| | 3760378 | 5XYPG4A39KG 541717 | 2019 KIA | SORENTO LX | 11/29/2018 | 27,818.00 | 0.00 | 12/17/2018 | 27,818.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 26

10/03/2019

16:45:35

| | | | | | | | | Principal Balance: | | 3,694,333.63 |

| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3798094 | 5XYPGDA30KG 541976 | 2019 KIA | SORENTO LX | 12/27/2018 | 31,894.00 | 0.00 | 03/08/2019 | 31,894.00 | 0.00 | 0.00 | 0.00 |
| | 3798117 | 5XYPGDA38KG 542003 | 2019 KIA | SORENTO LX | 12/27/2018 | 31,894.00 | 0.00 | 02/07/2019 | 31,894.00 | 0.00 | 0.00 | 0.00 |
| | 3749957 | 5XYPGDA34KG 542404 | 2019 KIA | SORENTO LX | 11/20/2018 | 30,012.00 | 0.00 | 01/07/2019 | 30,012.00 | 0.00 | 0.00 | 0.00 |
| | 3749953 | 5XYPGDA33KG 542412 | 2019 KIA | SORENTO LX | 11/20/2018 | 30,012.00 | 0.00 | 12/06/2018 | 30,012.00 | 0.00 | 0.00 | 0.00 |
| | 3899305 | 5XYPGDA32KG 542742 | 2019 KIA | SORENTO LX | 03/21/2019 | 32,096.00 | 0.00 | 05/30/2019 | 1,170.68 | 0.00 | 0.00 | 0.00 |
| | 3808122 | 5XYPG4A3XKG 544075 | 2019 KIA | SORENTO LX | 01/03/2019 | 27,775.00 | 0.00 | 03/08/2019 | 27,775.00 | 0.00 | 0.00 | 0.00 |
| | 3903473 | 5XYPGDA39KG 544231 | 2019 KIA | SORENTO LX | 03/25/2019 | 32,096.00 | 32,096.00 | | 0.00 | 0.00 | 12.32 | 0.00 |
| | 3903462 | 5XYPGDA34KG 544233 | 2019 KIA | SORENTO LX | 03/25/2019 | 32,096.00 | 0.00 | 05/20/2019 | 32,096.00 | 0.00 | 0.00 | 0.00 |
| | 3903465 | 5XYPGDA33KG 544421 | 2019 KIA | SORENTO LX | 03/25/2019 | 32,096.00 | 0.00 | 04/08/2019 | 32,096.00 | 0.00 | 0.00 | 0.00 |
| | 3804036 | 5XYPG4A3XKG 544495 | 2019 KIA | SORENTO LX | 01/02/2019 | 27,775.00 | 0.00 | 04/29/2019 | 650.51 | 0.00 | 0.00 | 0.00 |
| | 3804031 | 5XYPG4A38KG 546553 | 2019 KIA | SORENTO LX | 01/02/2019 | 27,775.00 | 0.00 | 03/06/2019 | 27,775.00 | 0.00 | 0.00 | 0.00 |
| | 3808136 | 5XYPGDA3XKG 547106 | 2019 KIA | SORENTO LX | 01/03/2019 | 31,528.00 | 0.00 | 03/07/2019 | 31,528.00 | 0.00 | 0.00 | 0.00 |
| | 3656691 | KNDPMCAC2K7 547455 | 2019 KIA | SPORTAGE LX | 09/05/2018 | 25,980.00 | 25,960.00 | | 0.00 | 0.00 | 9.96 | 0.00 |
| | 3683082 | KNDPMCAC2K7 547729 | 2019 KIA | SPORTAGE LX | 09/27/2018 | 25,637.00 | 0.00 | 10/15/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3683092 | KNDPMCAC7K7 547824 | 2019 KIA | SPORTAGE LX | 09/27/2018 | 25,637.00 | 0.00 | 11/09/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3684957 | KNDPMCAC8K7 547914 | 2019 KIA | SPORTAGE LX | 09/28/2018 | 25,637.00 | 0.00 | 12/19/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3683084 | KNDPMCAC3K7 547917 | 2019 KIA | SPORTAGE LX | 09/27/2018 | 25,637.00 | 0.00 | 10/30/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3800568 | 5XYPG4A31KG 548080 | 2019 KIA | SORENTO LX | 12/28/2018 | 27,775.00 | 0.00 | 03/13/2019 | 27,775.00 | 0.00 | 0.00 | 0.00 |
| | 3804045 | 5XYPGDA36KG 548222 | 2019 KIA | SORENTO LX | 01/02/2019 | 31,852.00 | 0.00 | 04/01/2019 | 31,852.00 | 0.00 | 0.00 | 0.00 |
| | 3690152 | KNDPMCAC0K7 548359 | 2019 KIA | SPORTAGE LX | 10/03/2018 | 25,637.00 | 0.00 | 12/05/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: MULLANEY, M | | | | | | | | | | | |
| | 3694081 | KNDPMCAC9K7 548361 | 2019 KIA | SPORTAGE LX | 10/09/2018 | 25,637.00 | 0.00 | 12/05/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: SENIIOR, R. | | | | | | | | | | | |
| | 3808133 | 5XYPGDA38KG 548593 | 2019 KIA | SORENTO LX | 01/03/2019 | 31,528.00 | 0.00 | 02/13/2019 | 31,528.00 | 0.00 | 0.00 | 0.00 |
| | 3798116 | 5XYPGDA37KG 548908 | 2019 KIA | SORENTO LX | 12/27/2018 | 31,528.00 | 0.00 | 02/21/2019 | 31,528.00 | 0.00 | 0.00 | 0.00 |
| | 3800607 | 5XYPGDA37KG 548911 | 2019 KIA | SORENTO LX | 12/28/2018 | 31,528.00 | 0.00 | 03/28/2019 | 31,528.00 | 0.00 | 0.00 | 0.00 |
| | 3654050 | KNDPNCAC9K7 549779 | 2019 KIA | SPORTAGE EX | 09/04/2018 | 29,709.00 | 0.00 | 10/29/2018 | 29,709.00 | 0.00 | 0.00 | 0.00 |
| | 3808127 | 5XYPGDA33KG 550302 | 2019 KIA | SORENTO LX | 01/03/2019 | 29,647.00 | 0.00 | 03/06/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3711103 | KNDPMCAC5K7 550303 | 2019 KIA | SPORTAGE LX | 10/22/2018 | 25,637.00 | 0.00 | 12/10/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 27

10/03/2019

16:45:35

Principal Balance: 3,694,333.63

| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3712870 | KNDPMCAC7K7 550304 | 2019 KIA | SPORTAGE LX | 10/23/2018 | 25,637.00 | 0.00 | 12/20/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3670192 | KNDPNCAC6K7 550632 | 2019 KIA | SPORTAGE EX | 09/18/2018 | 29,709.00 | 0.00 | 12/17/2018 | 29,709.00 | 0.00 | 0.00 | 0.00 |
| | 3690158 | KNDPMCAC6K7 550780 | 2019 KIA | SPORTAGE LX | 10/03/2018 | 25,637.00 | 0.00 | 11/07/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 4040518 | KNDMB5C14K6 550850 | 2019 KIA | SEDONA LX | 07/02/2019 | 30,901.00 | 0.00 | 07/26/2019 | 30,901.00 | 0.00 | 0.00 | 0.00 |
| | 3824793 | 5XYPGDA37KG 550934 | 2019 KIA | SORENTO LX | 01/22/2019 | 29,647.00 | 0.00 | 02/12/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3798108 | 5XYPGDA32KG 550968 | 2019 KIA | SORENTO LX | 12/27/2018 | 29,647.00 | 0.00 | 01/10/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 4040517 | KNDMB5C12K6 551110 | 2019 KIA | SEDONA LX | 07/02/2019 | 30,808.00 | 0.00 | 07/15/2019 | 30,808.00 | 0.00 | 0.00 | 0.00 |
| | 3681463 | KNDPMCAC9K7 551373 | 2019 KIA | SPORTAGE LX | 09/26/2018 | 25,637.00 | 0.00 | 01/30/2019 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3681460 | KNDPMCAC8K7 551400 | 2019 KIA | SPORTAGE LX | 09/26/2018 | 25,637.00 | 0.00 | 12/04/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: PEZZINO, S | | | | | | | | | | | |
| | 3690159 | KNDPMCAC9K7 551437 | 2019 KIA | SPORTAGE LX | 10/03/2018 | 25,637.00 | 0.00 | 10/29/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3876420 | 5XYPHDA57KG 551483 | 2019 KIA | SORENTO EX | 03/04/2019 | 37,482.00 | 0.00 | 04/04/2019 | 37,482.00 | 0.00 | 0.00 | 0.00 |
| | 3829744 | 5XYPGDA30KG 551830 | 2019 KIA | SORENTO LX | 01/24/2019 | 29,647.00 | 0.00 | 03/15/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3824785 | 5XYPGDA31KG 552274 | 2019 KIA | SORENTO LX | 01/22/2019 | 29,647.00 | 0.00 | 02/26/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3690160 | KNDPMCAC9K7 552295 | 2019 KIA | SPORTAGE LX | 10/03/2018 | 25,910.00 | 0.00 | 11/08/2018 | 25,910.00 | 0.00 | 0.00 | 0.00 |
| | 3702368 | KNDPMCAC2K7 552297 | 2019 KIA | SPORTAGE LX | 10/15/2018 | 25,910.00 | 0.00 | 02/12/2019 | 25,910.00 | 0.00 | 0.00 | 0.00 |
| | 4037709 | KNDMB5C1XK6 552506 | 2019 KIA | SEDONA LX | 07/01/2019 | 30,901.00 | 0.00 | 07/05/2019 | 30,901.00 | 0.00 | 0.00 | 0.00 |
| | 3829749 | 5XYPGDA3XKG 552516 | 2019 KIA | SORENTO LX | 01/24/2019 | 29,647.00 | 0.00 | 03/11/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3804048 | 5XYPGDA37KG 552859 | 2019 KIA | SORENTO LX | 01/02/2019 | 30,012.00 | 0.00 | 02/13/2019 | 30,012.00 | 0.00 | 0.00 | 0.00 |
| | 3824805 | 5XYPGDA3XKG 552953 | 2019 KIA | SORENTO LX | 01/22/2019 | 30,012.00 | 0.00 | 02/13/2019 | 30,012.00 | 0.00 | 0.00 | 0.00 |
| | 3804040 | 5XYPGDA30KG 553142 | 2019 KIA | SORENTO LX | 01/02/2019 | 29,647.00 | 0.00 | 02/13/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3879624 | 5XYPHDA52KG 553187 | 2019 KIA | SORENTO EX | 03/06/2019 | 37,482.00 | 0.00 | 06/05/2019 | 37,482.00 | 0.00 | 0.00 | 0.00 |
| | 3712871 | KNDPMCAC7K7 553347 | 2019 KIA | SPORTAGE LX | 10/23/2018 | 25,910.00 | 0.00 | 02/27/2019 | 25,910.00 | 0.00 | 0.00 | 0.00 |
| | 3712872 | KNDPMCAC7K7 553350 | 2019 KIA | SPORTAGE LX | 10/23/2018 | 25,910.00 | 0.00 | 03/06/2019 | 25,910.00 | 0.00 | 0.00 | 0.00 |
| | 3683091 | KNDPMCAC6K7 553579 | 2019 KIA | SPORTAGE LX | 09/27/2018 | 26,003.00 | 0.00 | 02/06/2019 | 26,003.00 | 0.00 | 0.00 | 0.00 |
| | 3804051 | 5XYPGDA39KG 553673 | 2019 KIA | SORENTO LX | 01/02/2019 | 29,647.00 | 0.00 | 02/13/2019 | 29,647.00 | 0.00 | 0.00 | 0.00 |
| | 3683100 | KNDPMCAC8K7 554113 | 2019 KIA | SPORTAGE LX | 09/27/2018 | 25,637.00 | 0.00 | 12/06/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3683097 | KNDPMCAC8K7 554524 | 2019 KIA | SPORTAGE LX | 09/27/2018 | 26,003.00 | 0.00 | 01/15/2019 | 26,003.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

Page: 28
10/03/2019
16:45:35

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Principal Balance: | | | | | | | | | | | 3,694,333.63 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3694079 | KNDPMCAC6K7 554795 | 2019 KIA | SPORTAGE LX | 10/09/2018 | 26,003.00 | 0.00 | 02/01/2019 | 26,003.00 | 0.00 | 0.00 | 0.00 |
| | 3694075 | KNDPMCAC3K7 554799 | 2019 KIA | SPORTAGE LX | 10/09/2018 | 26,003.00 | 0.00 | 02/13/2019 | 26,003.00 | 0.00 | 0.00 | 0.00 |
| | 3690164 | KNDPNCAC4K7 555053 | 2019 KIA | SPORTAGE EX | 10/03/2018 | 29,709.00 | 0.00 | 01/08/2019 | 29,709.00 | 0.00 | 0.00 | 0.00 |
| | 3683123 | KNDPNCAC9K7 555467 | 2019 KIA | SPORTAGE LX | 09/27/2018 | 29,709.00 | 0.00 | 04/08/2019 | 29,709.00 | 0.00 | 0.00 | 0.00 |
| | 3677405 | KNDPMCAC4K7 555895 | 2019 KIA | SPORTAGE LX | 09/24/2018 | 27,207.00 | 0.00 | 12/07/2018 | 27,207.00 | 0.00 | 0.00 | 0.00 |
| | 3683126 | KNDPMCACXK7 555896 | 2019 KIA | SPORTAGE EX | 09/27/2018 | 29,709.00 | 0.00 | 11/07/2018 | 29,709.00 | 0.00 | 0.00 | 0.00 |
| | 3677411 | KNDPMCAC9K7 555990 | 2019 KIA | SPORTAGE LX | 09/24/2018 | 27,207.00 | 0.00 | 11/07/2018 | 27,207.00 | 0.00 | 0.00 | 0.00 |
| | 3677403 | KNDPMCAC2K7 556415 | 2019 KIA | SPORTAGE LX | 09/24/2018 | 27,479.00 | 0.00 | 11/08/2018 | 27,479.00 | 0.00 | 0.00 | 0.00 |
| | 3677413 | KNDPMCACXK7 556467 | 2019 KIA | SPORTAGE LX | 09/24/2018 | 27,207.00 | 0.00 | 02/06/2019 | 27,207.00 | 0.00 | 0.00 | 0.00 |
| | 3677401 | KNDPMCAC1K7 556468 | 2019 KIA | SPORTAGE LX | 09/24/2018 | 27,207.00 | 0.00 | 01/10/2019 | 27,207.00 | 0.00 | 0.00 | 0.00 |
| | 3677408 | KNDPMCAC6K7 556546 | 2019 KIA | SPORTAGE LX | 09/24/2018 | 27,207.00 | 0.00 | 10/29/2018 | 27,207.00 | 0.00 | 0.00 | 0.00 |
| | 3675979 | KNDPMCAC1K7 556549 | 2019 KIA | SPORTAGE LX | 09/21/2018 | 27,207.00 | 0.00 | 10/12/2018 | 27,207.00 | 0.00 | 0.00 | 0.00 |
| | 3681461 | KNDPMCAC8K7 556631 | 2019 KIA | SPORTAGE LX | 09/26/2018 | 27,479.00 | 0.00 | 02/13/2019 | 27,479.00 | 0.00 | 0.00 | 0.00 |
| | 3675983 | KNDPMCAC5K7 556764 | 2019 KIA | SPORTAGE LX | 09/21/2018 | 27,207.00 | 0.00 | 10/11/2018 | 27,207.00 | 0.00 | 0.00 | 0.00 |
| | 3675980 | KNDPMCAC1K7 556776 | 2019 KIA | SPORTAGE LX | 09/21/2018 | 27,207.00 | 0.00 | 03/05/2019 | 27,207.00 | 0.00 | 0.00 | 0.00 |
| | 3683124 | KNDPNCAC9K7 557039 | 2019 KIA | SPORTAGE EX | 09/27/2018 | 29,982.00 | 0.00 | 03/07/2019 | 29,982.00 | 0.00 | 0.00 | 0.00 |
| | 3690166 | KNDPNCAC5K7 557104 | 2019 KIA | SPORTAGE EX | 10/03/2018 | 29,709.00 | 0.00 | 02/05/2019 | 29,709.00 | 0.00 | 0.00 | 0.00 |
| | 3889617 | 5XYPGDA32KG 557144 | 2019 KIA | SORENTO LX | 03/14/2019 | 32,096.00 | 0.00 | 04/09/2019 | 32,096.00 | 0.00 | 0.00 | 0.00 |
| | 3889624 | 5XYPGDA36KG 557146 | 2019 KIA | SORENTO LX | 03/14/2019 | 32,096.00 | 0.00 | 07/19/2019 | 32,096.00 | 0.00 | 0.00 | 0.00 |
| | 3743995 | KNDPNCAC9K7 557672 | 2019 KIA | SPORTAGE EX | 11/14/2018 | 29,777.00 | 0.00 | 04/12/2019 | 29,777.00 | 0.00 | 0.00 | 0.00 |
| | 3879626 | 5XYPKDA58KG 557844 | 2019 KIA | SORENTO SX | 03/06/2019 | 45,772.00 | 0.00 | 06/11/2019 | 2,580.90 | 0.00 | 0.00 | 0.00 |
| | 3750157 | KNDPNCAC6K7 557886 | 2019 KIA | SPORTAGE EX | 11/20/2018 | 29,777.00 | 0.00 | 03/07/2019 | 29,777.00 | 0.00 | 0.00 | 0.00 |
| | 3683099 | KNDPMCAC8K7 557939 | 2019 KIA | SPORTAGE LX | 09/27/2018 | 25,637.00 | 0.00 | 12/20/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3681454 | KNDPMCAC4K7 557940 | 2019 KIA | SPORTAGE LX | 09/26/2018 | 25,637.00 | 0.00 | 11/02/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3694076 | KNDPMCAC3K7 558271 | 2019 KIA | SPORTAGE LX | 10/09/2018 | 27,123.00 | 0.00 | 10/23/2018 | 27,123.00 | 0.00 | 0.00 | 0.00 |
| | 3750151 | KNDPNCAC3K7 558297 | 2019 KIA | SPORTAGE EX | 11/20/2018 | 29,777.00 | 0.00 | 01/10/2019 | 29,777.00 | 0.00 | 0.00 | 0.00 |
| | 3694080 | KNDPMCAC8K7 558332 | 2019 KIA | SPORTAGE LX | 10/09/2018 | 26,850.00 | 0.00 | 11/09/2018 | 26,850.00 | 0.00 | 0.00 | 0.00 |
| | 3686327 | KNDPMCAC3K7 558349 | 2019 KIA | SPORTAGE LX | 10/01/2018 | 27,207.00 | 0.00 | 12/06/2018 | 27,207.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 29
10/03/2019
16:45:35

| | | | | Principal Balance: | | | 3,694,333.63 |
|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3683087 | KNDPMCAC4K7 558439 | 2019 KIA | SPORTAGE LX | 09/27/2018 | 27,572.00 | 0.00 | 12/05/2018 | 27,572.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: FRAGUADO, F. | | | | | | | | | | | |
| | 3684953 | KNDPMCAC2K7 558455 | 2019 KIA | SPORTAGE LX | 09/28/2018 | 27,572.00 | 0.00 | 01/15/2019 | 27,572.00 | 0.00 | 0.00 | 0.00 |
| | 3743997 | KNDPMCACXK7 558488 | 2019 KIA | SPORTAGE EX | 11/14/2018 | 29,777.00 | 0.00 | 12/10/2018 | 29,777.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: PATEL, V. | | | | | | | | | | | |
| | 3684955 | KNDPMCAC4K7 558554 | 2019 KIA | SPORTAGE LX | 09/28/2018 | 27,207.00 | 0.00 | 12/05/2018 | 27,207.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: GONZALEZ, P | | | | | | | | | | | |
| | 3686325 | KNDPMCAC2K7 558598 | 2019 KIA | SPORTAGE LX | 10/01/2018 | 26,850.00 | 0.00 | 12/12/2018 | 26,850.00 | 0.00 | 0.00 | 0.00 |
| | 3686329 | KNDPMCAC6K7 558653 | 2019 KIA | SPORTAGE LX | 10/01/2018 | 27,216.00 | 0.00 | 01/07/2019 | 27,216.00 | 0.00 | 0.00 | 0.00 |
| | 3686348 | KNDPRCA67K7 558978 | 2019 KIA | SPORTAGE SX | 10/01/2018 | 34,436.00 | 0.00 | 12/07/2018 | 34,436.00 | 0.00 | 0.00 | 0.00 |
| | 3779827 | KNDPMCAC5K7 559080 | 2019 KIA | SPORTAGE LX | 12/14/2018 | 32,404.00 | 0.00 | 01/07/2019 | 32,404.00 | 0.00 | 0.00 | 0.00 |
| | 3750147 | KNDPMCAC0K7 559245 | 2019 KIA | SPORTAGE EX | 11/20/2018 | 32,472.00 | 0.00 | 12/10/2018 | 32,472.00 | 0.00 | 0.00 | 0.00 |
| | 3829746 | 5XYPGDA35KG 559776 | 2019 KIA | SORENTO LX | 01/24/2019 | 30,224.00 | 0.00 | 02/27/2019 | 30,224.00 | 0.00 | 0.00 | 0.00 |
| | 3686341 | KNDPMCAC2K7 560073 | 2019 KIA | SPORTAGE EX | 10/01/2018 | 28,132.00 | 0.00 | 11/09/2018 | 28,132.00 | 0.00 | 0.00 | 0.00 |
| | 3688200 | KNDPMCAC4K7 560109 | 2019 KIA | SPORTAGE LX | 10/02/2018 | 25,637.00 | 0.00 | 12/31/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3688207 | KNDPMCAC6K7 560113 | 2019 KIA | SPORTAGE LX | 10/02/2018 | 25,637.00 | 0.00 | 12/31/2018 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3857157 | 5XYPGDA35KG 560278 | 2019 KIA | SORENTO LX | 02/15/2019 | 29,858.00 | 0.00 | 03/11/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3712860 | KNDPMCAC3K7 560294 | 2019 KIA | SPORTAGE LX | 10/23/2018 | 26,003.00 | 0.00 | 03/07/2019 | 26,003.00 | 0.00 | 0.00 | 0.00 |
| | 3712858 | KNDPMCAC2K7 560464 | 2019 KIA | SPORTAGE LX | 10/23/2018 | 26,003.00 | 0.00 | 02/28/2019 | 26,003.00 | 0.00 | 0.00 | 0.00 |
| | 3857156 | 5XYPGDA32KG 560478 | 2019 KIA | SORENTO LX | 02/15/2019 | 29,858.00 | 0.00 | 03/12/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3694087 | KNDPMCAC4K7 560558 | 2019 KIA | SPORTAGE EX | 10/09/2018 | 28,132.00 | 0.00 | 10/29/2018 | 28,132.00 | 0.00 | 0.00 | 0.00 |
| | 3895783 | 5XYPGDA31KG 561248 | 2019 KIA | SORENTO LX | 03/19/2019 | 31,740.00 | 0.00 | 07/23/2019 | 31,740.00 | 0.00 | 0.00 | 0.00 |
| | 3903469 | 5XYPGDA35KG 561253 | 2019 KIA | SORENTO LX | 03/25/2019 | 31,740.00 | 0.00 | 08/29/2019 | 3,240.92 | 0.00 | 0.00 | 0.00 |
| | 3694074 | KNDPMCAC2K7 561677 | 2019 KIA | SPORTAGE LX | 10/09/2018 | 25,994.00 | 0.00 | 03/07/2019 | 25,994.00 | 0.00 | 0.00 | 0.00 |
| | 3879619 | 5XYPGDA32KG 561694 | 2019 KIA | SORENTO LX | 03/06/2019 | 29,858.00 | 0.00 | 04/22/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3876405 | 5XYPGDA31KG 561718 | 2019 KIA | SORENTO LX | 03/04/2019 | 29,858.00 | 0.00 | 04/08/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3694077 | KNDPMCAC4K7 562474 | 2019 KIA | SPORTAGE LX | 10/09/2018 | 25,994.00 | 0.00 | 01/25/2019 | 25,994.00 | 0.00 | 0.00 | 0.00 |
| | 3855740 | 5XYPGDA3XKG 562575 | 2019 KIA | SORENTO LX | 02/14/2019 | 30,224.00 | 0.00 | 03/21/2019 | 30,224.00 | 0.00 | 0.00 | 0.00 |
| | 3857159 | 5XYPGDA37KG 562579 | 2019 KIA | SORENTO LX | 02/15/2019 | 30,224.00 | 0.00 | 05/23/2019 | 30,224.00 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Page:  30
10/03/2019
16:45:35

Principal Balance:  3,694,333.63

| | | | | |
|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3855737 | 5XYPGDA38KG 563191 | 2019 KIA | SORENTO LX | 02/14/2019 | 29,858.00 | 0.00 | 03/04/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3873373 | 5XYPGDA30KG 563914 | 2019 KIA | SORENTO LX | 02/28/2019 | 29,858.00 | 0.00 | 03/29/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3899306 | 5XYPGDA32KG 563946 | 2019 KIA | SORENTO LX | 03/21/2019 | 29,858.00 | 0.00 | 05/29/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3903467 | 5XYPGDA33KG 564586 | 2019 KIA | SORENTO LX | 03/25/2019 | 32,096.00 | 0.00 | 04/24/2019 | 32,096.00 | 0.00 | 0.00 | 0.00 |
| | 3915871 | 5XYPGDA30KG 564609 | 2019 KIA | SORENTO LX | 04/02/2019 | 32,096.00 | 0.00 | 05/02/2019 | 2,083.94 | 0.00 | 0.00 | 0.00 |
| | 3861704 | 5XYPGDA32KG 564613 | 2019 KIA | SORENTO LX | 02/20/2019 | 29,858.00 | 0.00 | 03/18/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3913663 | 5XYPGDA32KG 564921 | 2019 KIA | SORENTO LX | 04/01/2019 | 29,858.00 | 0.00 | 05/01/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 4037710 | KNDMC5C12K6 565408 | 2019 KIA | SEDONA EX | 07/01/2019 | 38,353.00 | 38,353.00 | | 0.00 | 0.00 | 14.72 | 0.00 |
| | 4059894 | KNDMB5C11K6 565418 | 2019 KIA | SEDONA LX | 07/18/2019 | 30,535.00 | 0.00 | 08/13/2019 | 30,535.00 | 0.00 | 0.00 | 0.00 |
| | 3879627 | 5XYPKDA5XKG 565976 | 2019 KIA | SORENTO SX | 03/06/2019 | 45,772.00 | 0.00 | 03/19/2019 | 45,772.00 | 0.00 | 0.00 | 0.00 |
| | 3913664 | 5XYPGDA32KG 566247 | 2019 KIA | SORENTO LX | 04/01/2019 | 29,858.00 | 0.00 | 05/02/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3913670 | 5XYPGDA37KG 566258 | 2019 KIA | SORENTO LX | 04/01/2019 | 29,858.00 | 0.00 | 05/23/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3913665 | 5XYPGDA32KG 566264 | 2019 KIA | SORENTO LX | 04/01/2019 | 29,858.00 | 0.00 | 06/14/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3869600 | 5XYPKDA58KG 566589 | 2019 KIA | SORENTO SX | 02/26/2019 | 40,943.00 | 0.00 | 06/19/2019 | 40,943.00 | 0.00 | 0.00 | 0.00 |
| | 3899311 | 5XYPHDA5XKG 567421 | 2019 KIA | SORENTO EX | 03/21/2019 | 37,847.00 | 0.00 | 09/09/2019 | 37,847.00 | 0.00 | 0.00 | 0.00 |
| | 3879622 | 5XYPHDA50KG 567427 | 2019 KIA | SORENTO EX | 03/06/2019 | 37,847.00 | 0.00 | 07/17/2019 | 37,847.00 | 0.00 | 0.00 | 0.00 |
| | 3915898 | 5XYPGDA39KG 568139 | 2019 KIA | SORENTO LX | 04/02/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3907979 | 5XYPGDA36KG 568437 | 2019 KIA | SORENTO LX | 03/27/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3913667 | 5XYPGDA33KG 568573 | 2019 KIA | SORENTO LX | 04/01/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3903471 | 5XYPGDA37KG 568589 | 2019 KIA | SORENTO LX | 03/25/2019 | 30,224.00 | 0.00 | 05/06/2019 | 30,224.00 | 0.00 | 0.00 | 0.00 |
| | 3919101 | 5XYPGDA38KG 568617 | 2019 KIA | SORENTO LX | 04/04/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3895794 | 5XYPGDA38KG 568620 | 2019 KIA | SORENTO LX | 03/19/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3925782 | 5XYPGDA36KG 568695 | 2019 KIA | SORENTO LX | 04/10/2019 | 29,858.00 | 0.00 | 08/08/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3781739 | KNDPMCAC4K7 569070 | 2019 KIA | SPORTAGE LX | 12/17/2018 | 25,960.00 | 0.00 | 01/25/2019 | 25,960.00 | 0.00 | 0.00 | 0.00 |
| | 3903463 | 5XYPGDA32KG 569097 | 2019 KIA | SORENTO LX | 03/25/2019 | 32,462.00 | 0.00 | 06/11/2019 | 32,462.00 | 0.00 | 0.00 | 0.00 |
| | 3903474 | 5XYPGDA30KG 569100 | 2019 KIA | SORENTO LX | 03/25/2019 | 32,462.00 | 32,462.00 | | 0.00 | 0.00 | 12.46 | 0.00 |
| | 3931752 | 5XYPGDA31KG 569141 | 2019 KIA | SORENTO LX | 04/15/2019 | 29,858.00 | 0.00 | 08/16/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3929735 | 5XYPGDA37KG 569144 | 2019 KIA | SORENTO LX | 04/12/2019 | 29,858.00 | 0.00 | 08/24/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

Page: 31
10/03/2019
16:45:35

Principal Balance: 3,694,333.63

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3942243 | 5XYPGDA30KG 569146 | 2019 KIA | SORENTO LX | 04/22/2019 | 29,858.00 | 0.00 | 08/26/2019 | 991.17 | 0.00 | 0.00 | 0.00 |
| | 3779786 | KNDPMCAC2K7 569181 | 2019 KIA | SPORTAGE LX | 12/14/2018 | 25,595.00 | 0.00 | 01/07/2019 | 25,595.00 | 0.00 | 0.00 | 0.00 |
| | 3779803 | KNDPMCAC8K7 569251 | 2019 KIA | SPORTAGE LX | 12/14/2018 | 25,595.00 | 0.00 | 01/16/2019 | 25,595.00 | 0.00 | 0.00 | 0.00 |
| | 3895797 | 5XYPGDA39KG 570215 | 2019 KIA | SORENTO LX | 03/19/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3925778 | 5XYPGDA34KG 570381 | 2019 KIA | SORENTO LX | 04/10/2019 | 32,096.00 | 32,096.00 | | 0.00 | 0.00 | 12.32 | 0.00 |
| | 3910097 | 5XYPGDA35KG 570602 | 2019 KIA | SORENTO LX | 04/04/2019 | 32,096.00 | 0.00 | 07/17/2019 | 36.93 | 0.00 | 0.00 | 0.00 |
| | 3899307 | 5XYPGDA36KG 571130 | 2019 KIA | SORENTO LX | 03/21/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3903475 | 5XYPGDA39KG 571493 | 2019 KIA | SORENTO LX | 03/25/2019 | 29,858.00 | 0.00 | 06/19/2019 | 1,004.70 | 0.00 | 0.00 | 0.00 |
| | 3781737 | KNDPMCAC0K7 571902 | 2019 KIA | SPORTAGE LX | 12/17/2018 | 25,595.00 | 0.00 | 02/07/2019 | 25,595.00 | 0.00 | 0.00 | 0.00 |
| | 3781738 | KNDPMCAC2K7 571903 | 2019 KIA | SPORTAGE LX | 12/17/2018 | 25,595.00 | 0.00 | 01/11/2019 | 25,595.00 | 0.00 | 0.00 | 0.00 |
| | 3925779 | 5XYPGDA34KG 571904 | 2019 KIA | SORENTO LX | 04/10/2019 | 29,858.00 | 0.00 | 05/23/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3925780 | 5XYPGDA35KG 572205 | 2019 KIA | SORENTO LX | 04/10/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3929733 | 5XYPGDA36KG 573461 | 2019 KIA | SORENTO LX | 04/12/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3951839 | 5XYPGDA38KG 573462 | 2019 KIA | SORENTO LX | 04/26/2019 | 30,224.00 | 0.00 | 07/03/2019 | 30,224.00 | 0.00 | 0.00 | 0.00 |
| | 3929741 | 5XYPGDA3XKG 573463 | 2019 KIA | SORENTO LX | 04/12/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3901628 | 5XYPGDA38KG 573588 | 2019 KIA | SORENTO LX | 03/22/2019 | 29,858.00 | 0.00 | 04/08/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3903470 | 5XYPGDA36KG 573590 | 2019 KIA | SORENTO LX | 03/25/2019 | 29,858.00 | 0.00 | 05/30/2019 | 795.81 | 0.00 | 0.00 | 0.00 |
| | 3889626 | 5XYPGDA37KG 573596 | 2019 KIA | SORENTO LX | 03/14/2019 | 29,858.00 | 0.00 | 05/29/2019 | 29,858.00 | 0.00 | 0.00 | 0.00 |
| | 3876406 | 5XYPGDA32KG 573683 | 2019 KIA | SORENTO LX | 03/04/2019 | 32,106.00 | 0.00 | 07/17/2019 | 32,106.00 | 0.00 | 0.00 | 0.00 |
| | 3873381 | 5XYPGDA38KG 574059 | 2019 KIA | SORENTO LX | 02/28/2019 | 32,106.00 | 0.00 | 08/15/2019 | 32,106.00 | 0.00 | 0.00 | 0.00 |
| | 3743991 | KNDPNCAC8K7 574219 | 2019 KIA | SPORTAGE EX | 11/14/2018 | 32,837.00 | 0.00 | 03/13/2019 | 32,837.00 | 0.00 | 0.00 | 0.00 |
| | 4027342 | 5XYPGDA38KG 574370 | 2019 KIA | SORENTO LX | 06/24/2019 | 31,740.00 | 0.00 | 09/11/2019 | 1,120.60 | 0.00 | 0.00 | 0.00 |
| | 3752007 | KNDPNCAC8K7 574382 | 2019 KIA | SPORTAGE EX | 11/21/2018 | 32,837.00 | 0.00 | 04/11/2019 | 32,837.00 | 0.00 | 0.00 | 0.00 |
| | 3743984 | KNDPNCAC3K7 574418 | 2019 KIA | SPORTAGE EX | 11/14/2018 | 32,744.00 | 0.00 | 01/03/2019 | 32,744.00 | 0.00 | 0.00 | 0.00 |
| | 3903472 | 5XYPGDA37KG 574747 | 2019 KIA | SORENTO LX | 03/25/2019 | 30,224.00 | 30,224.00 | | 0.00 | 0.00 | 11.60 | 0.00 |
| | 3899304 | 5XYPGDA30KG 574752 | 2019 KIA | SORENTO LX | 03/21/2019 | 30,224.00 | 0.00 | 07/17/2019 | 844.00 | 0.00 | 0.00 | 0.00 |
| | 3925781 | 5XYPGDA35KG 575704 | 2019 KIA | SORENTO LX | 04/10/2019 | 29,858.00 | 0.00 | 07/08/2019 | 8,431.19 | 0.00 | 0.00 | 0.00 |
| | 3959632 | 5XYPGDA39KG 576578 | 2019 KIA | SORENTO LX | 05/02/2019 | 29,858.00 | 29,858.00 | | | 0.00 | 11.46 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 32

10/03/2019

16:45:35

Principal Balance: 3,694,333.63

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3969541 | 5XYPGDA35KG 576691 | 2019 KIA | SORENTO LX | 05/10/2019 | 29,858.00 | 0.00 | 07/17/2019 | 3,698.39 | 0.00 | 0.00 | 0.00 |
| | 3959629 | 5XYPGDA36KG 576859 | 2019 KIA | SORENTO LX | 05/02/2019 | 29,858.00 | 29,858.00 | | | 0.00 | 11.46 | 0.00 |
| | 3743989 | KNDPNCAC6K7 576924 | 2019 KIA | SPORTAGE EX | 11/14/2018 | 30,050.00 | 0.00 | 04/16/2019 | 30,050.00 | 0.00 | 0.00 | 0.00 |
| | 3747083 | KNDPNCACXK7 576957 | 2019 KIA | SPORTAGE EX | 11/16/2018 | 29,777.00 | 0.00 | 01/08/2019 | 29,777.00 | 0.00 | 0.00 | 0.00 |
| | 3750148 | KNDPNCAC1K7 577169 | 2019 KIA | SPORTAGE EX | 11/20/2018 | 30,143.00 | 0.00 | 03/07/2019 | 30,143.00 | 0.00 | 0.00 | 0.00 |
| | 3750149 | KNDPNCAC1K7 577172 | 2019 KIA | SPORTAGE EX | 11/20/2018 | 30,143.00 | 0.00 | 01/08/2019 | 30,143.00 | 0.00 | 0.00 | 0.00 |
| | 3750154 | KNDPNCAC5K7 577224 | 2019 KIA | SPORTAGE EX | 11/20/2018 | 29,777.00 | 0.00 | 02/04/2019 | 29,777.00 | 0.00 | 0.00 | 0.00 |
| | 3750150 | KNDPNCAC2K7 577620 | 2019 KIA | SPORTAGE EX | 11/20/2018 | 30,050.00 | 0.00 | 04/25/2019 | 30,050.00 | 0.00 | 0.00 | 0.00 |
| | 3779800 | KNDPMCAC7K7 577891 | 2019 KIA | SPORTAGE LX | 12/14/2018 | 25,595.00 | 0.00 | 01/18/2019 | 25,595.00 | 0.00 | 0.00 | 0.00 |
| | 3779794 | KNDPMCAC5K7 577985 | 2019 KIA | SPORTAGE LX | 12/14/2018 | 25,595.00 | 0.00 | 01/14/2019 | 25,595.00 | 0.00 | 0.00 | 0.00 |
| | 3775784 | KNDPMCAC7K7 577986 | 2019 KIA | SPORTAGE LX | 12/12/2018 | 25,595.00 | 0.00 | 01/10/2019 | 25,595.00 | 0.00 | 0.00 | 0.00 |
| | 3775777 | KNDPMCAC1K7 578129 | 2019 KIA | SPORTAGE LX | 12/12/2018 | 25,960.00 | 0.00 | 03/13/2019 | 25,960.00 | 0.00 | 0.00 | 0.00 |
| | 3779806 | KNDPMCAC9K7 578489 | 2019 KIA | SPORTAGE LX | 12/14/2018 | 25,595.00 | 0.00 | 01/15/2019 | 25,595.00 | 0.00 | 0.00 | 0.00 |
| | 3779801 | KNDPMCAC7K7 578491 | 2019 KIA | SPORTAGE LX | 12/14/2018 | 25,595.00 | 0.00 | 01/15/2019 | 25,595.00 | 0.00 | 0.00 | 0.00 |
| | 3743975 | KNDPNCAC0K7 579396 | 2019 KIA | SPORTAGE EX | 11/14/2018 | 32,472.00 | 0.00 | 02/05/2019 | 32,472.00 | 0.00 | 0.00 | 0.00 |
| | 3743982 | KNDPNCAC2K7 579397 | 2019 KIA | SPORTAGE EX | 11/14/2018 | 32,472.00 | 0.00 | 12/03/2018 | 32,472.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: SMITH, P | | | | | | | | | | | |
| | 3779826 | KNDPNCAC2K7 579528 | 2019 KIA | SPORTAGE EX | 12/14/2018 | 32,404.00 | 0.00 | 05/31/2019 | 32,404.00 | 0.00 | 0.00 | 0.00 |
| | 4027343 | 5XYPGDA54KG 583696 | 2019 KIA | SORENTO LX | 06/24/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 4027344 | 5XYPGDA54KG 583701 | 2019 KIA | SORENTO LX | 06/24/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 4045357 | 5XYPGDA50KG 584523 | 2019 KIA | SORENTO LX | 07/08/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 4037706 | 5XYPGDA54KG 584587 | 2019 KIA | SORENTO LX | 07/01/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 4032059 | 5XYPGDA53KG 584600 | 2019 KIA | SORENTO LX | 06/26/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 4027348 | 5XYPGDA58KG 584656 | 2019 KIA | SORENTO LX | 06/24/2019 | 35,141.00 | 35,141.00 | | 0.00 | 0.00 | 13.48 | 0.00 |
| | 4027345 | 5XYPGDA55KG 585019 | 2019 KIA | SORENTO LX | 06/24/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 4027349 | 5XYPGDA58KG 585239 | 2019 KIA | SORENTO LX | 06/24/2019 | 34,775.00 | 0.00 | 09/09/2019 | 34,775.00 | 0.00 | 0.00 | 0.00 |
| | 3959627 | 5XYPGDA35KG 589568 | 2019 KIA | SORENTO LX | 05/02/2019 | 32,106.00 | 32,106.00 | | 0.00 | 0.00 | 12.32 | 0.00 |
| | 3959628 | 5XYPGDA35KG 589571 | 2019 KIA | SORENTO LX | 05/02/2019 | 32,106.00 | 32,106.00 | | 0.00 | 0.00 | 12.32 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 33

10/03/2019

16:45:35

Principal Balance: 3,694,333.63

| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2018 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3769614 | KNDPMCAC1K7 589812 | 2019 KIA | SPORTAGE LX | 12/07/2018 | 27,148.00 | 0.00 | 01/08/2019 | 27,148.00 | 0.00 | 0.00 | 0.00 |
| | 3959630 | 5XYPGDA36KG 590566 | 2019 KIA | SORENTO LX | 05/02/2019 | 31,740.00 | 31,740.00 | | 0.00 | 0.00 | 12.18 | 0.00 |
| | 3964624 | 5XYPGDA38KG 590567 | 2019 KIA | SORENTO LX | 05/07/2019 | 31,740.00 | 0.00 | 07/11/2019 | 31,740.00 | 0.00 | 0.00 | 0.00 |
| | 3959631 | 5XYPGDA38KG 590889 | 2019 KIA | SORENTO LX | 05/02/2019 | 32,106.00 | 32,106.00 | | 0.00 | 0.00 | 12.32 | 0.00 |
| | 3964625 | 5XYPGDA39KG 590965 | 2019 KIA | SORENTO LX | 05/07/2019 | 31,740.00 | 31,740.00 | | 0.00 | 0.00 | 12.18 | 0.00 |
| | 3784649 | KNDPMCAC0K7 595004 | 2019 KIA | SPORTAGE LX | 12/18/2018 | 25,637.00 | 0.00 | 03/11/2019 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3781741 | KNDPMCAC4K7 595006 | 2019 KIA | SPORTAGE LX | 12/17/2018 | 25,637.00 | 0.00 | 03/15/2019 | 25,637.00 | 0.00 | 0.00 | 0.00 |
| | 3793299 | KNDPNCAC6K7 596462 | 2019 KIA | SPORTAGE EX | 12/24/2018 | 29,709.00 | 0.00 | 03/05/2019 | 29,709.00 | 0.00 | 0.00 | 0.00 |
| | 3793297 | KNDPNCAC3K7 596807 | 2019 KIA | SPORTAGE EX | 12/24/2018 | 29,709.00 | 0.00 | 02/13/2019 | 29,709.00 | 0.00 | 0.00 | 0.00 |
| | 3812802 | KNDPMCAC1K7 597022 | 2019 KIA | SPORTAGE LX | 01/08/2019 | 26,850.00 | 0.00 | 03/04/2019 | 26,850.00 | 0.00 | 0.00 | 0.00 |
| | 3793283 | KNDPMCAC8K7 597065 | 2019 KIA | SPORTAGE LX | 12/24/2018 | 26,850.00 | 0.00 | 01/15/2019 | 26,850.00 | 0.00 | 0.00 | 0.00 |
| | 3812851 | KNDPRCA63K7 597566 | 2019 KIA | SPORTAGE SX | 01/08/2019 | 34,725.00 | 0.00 | 01/22/2019 | 34,725.00 | 0.00 | 0.00 | 0.00 |
| | 3793272 | KNDPMCAC0K7 598100 | 2019 KIA | SPORTAGE LX | 12/24/2018 | 26,850.00 | 0.00 | 01/14/2019 | 26,850.00 | 0.00 | 0.00 | 0.00 |
| | 3793304 | KNDPRCA67K7 598638 | 2019 KIA | SPORTAGE SX | 12/24/2018 | 35,091.00 | 0.00 | 04/25/2019 | 35,091.00 | 0.00 | 0.00 | 0.00 |
| | 3815414 | KNDPMCAC1K7 601960 | 2019 KIA | SPORTAGE LX | 01/10/2019 | 26,850.00 | 0.00 | 02/05/2019 | 26,850.00 | 0.00 | 0.00 | 0.00 |
| | 4037707 | 5XYPGDA57KG 603021 | 2019 KIA | SORENTO LX | 07/01/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 4032058 | 5XYPGDA51KG 603094 | 2019 KIA | SORENTO LX | 06/26/2019 | 34,775.00 | 0.00 | 07/08/2019 | 3,134.54 | 0.00 | 0.00 | 0.00 |
| | 4027346 | 5XYPGDA57KG 603097 | 2019 KIA | SORENTO LX | 06/24/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 4032061 | 5XYPGDA58KG 603206 | 2019 KIA | SORENTO LX | 06/26/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 4027347 | 5XYPGDA57KG 603519 | 2019 KIA | SORENTO LX | 06/24/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 4032060 | 5XYPGDA54KG 603557 | 2019 KIA | SORENTO LX | 06/26/2019 | 34,775.00 | 34,775.00 | | 0.00 | 0.00 | 13.34 | 0.00 |
| | 3828060 | KNDPNCAC2K7 605173 | 2019 KIA | SPORTAGE EX | 01/23/2019 | 29,471.00 | 0.00 | 03/22/2019 | 29,471.00 | 0.00 | 0.00 | 0.00 |
| | 3828062 | KNDPNCAC7K7 605881 | 2019 KIA | SPORTAGE EX | 01/23/2019 | 29,106.00 | 0.00 | 03/04/2019 | 29,106.00 | 0.00 | 0.00 | 0.00 |
| | 3861893 | KNDPMCAC8K7 606492 | 2019 KIA | SPORTAGE LX | 02/20/2019 | 25,687.00 | 0.00 | 04/22/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3866266 | KNDPMCAC8K7 606735 | 2019 KIA | SPORTAGE LX | 02/22/2019 | 27,194.00 | 0.00 | 03/15/2019 | 27,194.00 | 0.00 | 0.00 | 0.00 |
| | 3861886 | KNDPMCAC5K7 608524 | 2019 KIA | SPORTAGE LX | 02/20/2019 | 25,687.00 | 0.00 | 04/10/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3873483 | KNDPMCAC9K7 609830 | 2019 KIA | SPORTAGE LX | 02/28/2019 | 25,687.00 | 0.00 | 03/20/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3828057 | KNDPNCAC1K7 611837 | 2019 KIA | SPORTAGE EX | 01/23/2019 | 29,471.00 | 0.00 | 03/05/2019 | 29,471.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Page: 34
10/03/2019
16:45:35

**Cost Center: 44009**
**Dealer: KMNY097 - Nemet Kia**

Principal Balance: 3,694,333.63

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3858950 | KNDPMCAC6K7 613554 | 2019 KIA | SPORTAGE LX | 02/19/2019 | 25,687.00 | 0.00 | 03/08/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3858924 | KNDPMCAC1K7 614126 | 2019 KIA | SPORTAGE LX | 02/19/2019 | 25,687.00 | 0.00 | 04/11/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3858932 | KNDPMCAC3K7 614130 | 2019 KIA | SPORTAGE LX | 02/19/2019 | 25,687.00 | 0.00 | 03/11/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3866255 | KNDPMCAC0K7 618460 | 2019 KIA | SPORTAGE LX | 02/22/2019 | 25,687.00 | 0.00 | 03/26/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3876582 | KNDPMCAC6K7 618463 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 25,645.00 | 0.00 | 04/16/2019 | 25,645.00 | 0.00 | 0.00 | 0.00 |
| | 3866267 | KNDPMCAC9K7 618554 | 2019 KIA | SPORTAGE LX | 02/22/2019 | 25,687.00 | 0.00 | 03/20/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3873486 | KNDPMCACXK7 618577 | 2019 KIA | SPORTAGE LX | 02/28/2019 | 25,645.00 | 0.00 | 04/15/2019 | 25,645.00 | 0.00 | 0.00 | 0.00 |
| | 3876568 | KNDPMCAC2K7 618590 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 26,053.00 | 0.00 | 04/15/2019 | 26,053.00 | 0.00 | 0.00 | 0.00 |
| | 3876574 | KNDPMCAC4K7 618591 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 26,053.00 | 0.00 | 05/01/2019 | 26,053.00 | 0.00 | 0.00 | 0.00 |
| | 3876583 | KNDPMCAC6K7 618785 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 26,053.00 | 0.00 | 04/15/2019 | 26,053.00 | 0.00 | 0.00 | 0.00 |
| | 3876579 | KNDPMCAC5K7 618857 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 26,053.00 | 0.00 | 04/11/2019 | 26,053.00 | 0.00 | 0.00 | 0.00 |
| | 3861888 | KNDPMCAC5K7 619040 | 2019 KIA | SPORTAGE LX | 02/20/2019 | 25,687.00 | 0.00 | 03/18/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3861876 | KNDPMCAC2K7 619156 | 2019 KIA | SPORTAGE LX | 02/20/2019 | 25,687.00 | 0.00 | 03/13/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3876559 | KNDPMCAC0K7 620323 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 25,687.00 | 0.00 | 04/03/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3876566 | KNDPMCAC2K7 620372 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 25,687.00 | 0.00 | 04/10/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3876584 | KNDPMCAC6K7 620715 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 25,960.00 | 0.00 | 03/18/2019 | 25,960.00 | 0.00 | 0.00 | 0.00 |
| | 3876593 | KNDPMCAC8K7 620716 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 25,960.00 | 0.00 | 06/05/2019 | 2,034.54 | 0.00 | 0.00 | 0.00 |
| | 3881051 | KNDPMCAC1K7 620864 | 2019 KIA | SPORTAGE LX | 03/07/2019 | 25,981.00 | 0.00 | 04/25/2019 | 25,981.00 | 0.00 | 0.00 | 0.00 |
| | 3876606 | KNDPMCACXK7 620894 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 25,645.00 | 0.00 | 04/01/2019 | 25,645.00 | 0.00 | 0.00 | 0.00 |
| | 3873480 | KNDPMCAC7K7 620898 | 2019 KIA | SPORTAGE LX | 02/28/2019 | 25,645.00 | 0.00 | 03/19/2019 | 25,645.00 | 0.00 | 0.00 | 0.00 |
| | 3881046 | KNDPMCAC0K7 621679 | 2019 KIA | SPORTAGE LX | 03/07/2019 | 25,981.00 | 0.00 | 04/22/2019 | 25,981.00 | 0.00 | 0.00 | 0.00 |
| | 3905848 | KNDPMCAC1K7 623280 | 2019 KIA | SPORTAGE LX | 03/26/2019 | 25,645.00 | 0.00 | 05/17/2019 | 25,645.00 | 0.00 | 0.00 | 0.00 |
| | 3881048 | KNDPMCAC0K7 623593 | 2019 KIA | SPORTAGE LX | 03/07/2019 | 25,687.00 | 0.00 | 04/03/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3905859 | KNDPMCAC8K7 623776 | 2019 KIA | SPORTAGE LX | 03/26/2019 | 25,981.00 | 0.00 | 04/11/2019 | 25,981.00 | 0.00 | 0.00 | 0.00 |
| | 3881062 | KNDPMCACXK7 624699 | 2019 KIA | SPORTAGE LX | 03/07/2019 | 25,981.00 | 0.00 | 05/16/2019 | 101.75 | 0.00 | 0.00 | 0.00 |
| | 3866271 | KNDPMCAC7K7 625349 | 2019 KIA | SPORTAGE LX | 02/22/2019 | 27,194.00 | 0.00 | 03/11/2019 | 27,194.00 | 0.00 | 0.00 | 0.00 |
| | 3866258 | KNDPMCAC4K7 625363 | 2019 KIA | SPORTAGE LX | 02/22/2019 | 27,194.00 | 0.00 | 03/15/2019 | 27,194.00 | 0.00 | 0.00 | 0.00 |
| | 3905849 | KNDPMCAC2K7 625653 | 2019 KIA | SPORTAGE LX | 03/26/2019 | 25,645.00 | 0.00 | 06/10/2019 | 25,645.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 35

10/03/2019

16:45:35

Principal Balance: 3,694,333.63

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3903586 | KNDPMCAC7K7 625826 | 2019 KIA | SPORTAGE LX | 03/25/2019 | 25,687.00 | 0.00 | 04/17/2019 | 25,687.00 | 0.00 | 0.00 | 0.00 |
| | 3876608 | KNDPMCACXK7 626839 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 27,173.00 | 0.00 | 05/02/2019 | 1,281.50 | 0.00 | 0.00 | 0.00 |
| | 3876570 | KNDPMCAC2K7 626950 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 27,173.00 | 0.00 | 04/04/2019 | 27,173.00 | 0.00 | 0.00 | 0.00 |
| | 3876589 | KNDPMCAC7K7 627155 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 27,173.00 | 0.00 | 03/19/2019 | 27,173.00 | 0.00 | 0.00 | 0.00 |
| | 3876561 | KNDPMCAC0K7 627160 | 2019 KIA | SPORTAGE LX | 03/04/2019 | 27,173.00 | 0.00 | 04/03/2019 | 27,173.00 | 0.00 | 0.00 | 0.00 |
| | 3606693 | KNDJP3A52K7 629359 | 2019 KIA | SOUL + | 07/23/2018 | 20,694.00 | 0.00 | 11/14/2018 | 20,694.00 | 0.00 | 0.00 | 0.00 |
| | 3946771 | KNDPMCAC2L7 629378 | 2020 KIA | SPORTAGE LX | 04/24/2019 | 25,917.00 | 0.00 | 06/07/2019 | 25,917.00 | 0.00 | 0.00 | 0.00 |
| | 3953621 | KNDPMCAC5L7 629424 | 2020 KIA | SPORTAGE LX | 04/29/2019 | 25,917.00 | 0.00 | 05/29/2019 | 25,917.00 | 0.00 | 0.00 | 0.00 |
| | 3953625 | KNDPMCAC8L7 629711 | 2020 KIA | SPORTAGE LX | 04/29/2019 | 25,917.00 | 0.00 | 08/26/2019 | 987.47 | 0.00 | 0.00 | 0.00 |
| | 3956400 | KNDPMCAC7L7 629716 | 2020 KIA | SPORTAGE LX | 04/30/2019 | 25,917.00 | 0.00 | 09/06/2019 | 252.74 | 0.00 | 0.00 | 0.00 |
| | 3953618 | KNDPMCAC3L7 629776 | 2020 KIA | SPORTAGE LX | 04/29/2019 | 25,917.00 | 0.00 | 07/31/2019 | 778.93 | 0.00 | 0.00 | 0.00 |
| | 3953622 | KNDPMCAC5L7 629777 | 2020 KIA | SPORTAGE LX | 04/29/2019 | 25,917.00 | 0.00 | 06/20/2019 | 1,774.59 | 0.00 | 0.00 | 0.00 |
| | 3953626 | KNDPMCAC9L7 629779 | 2020 KIA | SPORTAGE LX | 04/29/2019 | 25,917.00 | 0.00 | 06/11/2019 | 58.75 | 0.00 | 0.00 | 0.00 |
| | 3931881 | KNDPMCAC1L7 629923 | 2020 KIA | SPORTAGE LX | 04/15/2019 | 25,917.00 | 0.00 | 05/13/2019 | 25,917.00 | 0.00 | 0.00 | 0.00 |
| | 3953619 | KNDPMCAC3L7 629924 | 2020 KIA | SPORTAGE LX | 04/29/2019 | 25,917.00 | 0.00 | 06/25/2019 | 25,917.00 | 0.00 | 0.00 | 0.00 |
| | 3953623 | KNDPMCAC7L7 629926 | 2020 KIA | SPORTAGE LX | 04/29/2019 | 25,917.00 | 0.00 | 07/30/2019 | 25,917.00 | 0.00 | 0.00 | 0.00 |
| | 3956399 | KNDPMCAC6L7 630050 | 2020 KIA | SPORTAGE LX | 04/30/2019 | 25,917.00 | 0.00 | 08/16/2019 | 25,917.00 | 0.00 | 0.00 | 0.00 |
| | 3931875 | KNDPMCAC0L7 630111 | 2020 KIA | SPORTAGE LX | 04/15/2019 | 25,917.00 | 0.00 | 07/23/2019 | 25,917.00 | 0.00 | 0.00 | 0.00 |
| | 3946774 | KNDPMCAC6L7 630114 | 2020 KIA | SPORTAGE LX | 04/24/2019 | 25,917.00 | 0.00 | 06/14/2019 | 25,917.00 | 0.00 | 0.00 | 0.00 |
| | 3946777 | KNDPMCAC8L7 630115 | 2020 KIA | SPORTAGE LX | 04/24/2019 | 25,917.00 | 0.00 | 07/30/2019 | 25,917.00 | 0.00 | 0.00 | 0.00 |
| | 3953624 | KNDPMCAC7L7 630154 | 2020 KIA | SPORTAGE LX | 04/29/2019 | 25,917.00 | 0.00 | 07/31/2019 | 215.57 | 0.00 | 0.00 | 0.00 |
| | 3946778 | KNDPMCAC9L7 630155 | 2020 KIA | SPORTAGE LX | 04/24/2019 | 25,917.00 | 0.00 | 07/29/2019 | 25,917.00 | 0.00 | 0.00 | 0.00 |
| | 3984630 | KNDPMCAC9L7 630348 | 2020 KIA | SPORTAGE LX | 05/07/2019 | 25,917.00 | 0.00 | 06/11/2019 | 5.46 | 0.00 | 0.00 | 0.00 |
| | 3964629 | KNDPMCAC7L7 630459 | 2020 KIA | SPORTAGE LX | 05/07/2019 | 25,917.00 | 0.00 | 10/03/2019 | 568.37 | -4.86 | 5.08 | 0.00 |
| | 3969548 | KNDPMCAC9L7 630995 | 2020 KIA | SPORTAGE LX | 05/10/2019 | 25,917.00 | 25,917.00 | | 0.00 | 0.00 | 9.94 | 0.00 |
| | 3953620 | KNDPMCAC4L7 631018 | 2020 KIA | SPORTAGE LX | 04/29/2019 | 25,917.00 | 0.00 | 06/19/2019 | 1,113.26 | 0.00 | 0.00 | 0.00 |
| | 4023492 | KNDPMCAC8L7 631359 | 2020 KIA | SPORTAGE LX | 05/20/2019 | 25,869.00 | 0.00 | 08/08/2019 | 10,845.05 | 0.00 | 0.00 | 0.00 |
| | 3606694 | KNDJP3A53K7 631458 | 2019 KIA | SOUL + | 07/23/2018 | 20,694.00 | 0.00 | 11/15/2018 | 20,694.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 36

10/03/2019

16:45:35

Principal Balance: 3,694,333.63

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | | 5.0000 % | Credit Limit | | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | | 0.00 | Commitments | | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | | 0.00 | Presold Amount | | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | | 0.00 | Available Credit | | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3964627 | KNDP6CAC9L7 631624 | 2020 KIA | SPORTAGE S | 05/07/2019 | 30,951.00 | 0.00 | 07/23/2019 | 4,153.52 | 0.00 | 0.00 | 0.00 |
| | 3956404 | KNDPNCAC4L7 631713 | 2020 KIA | SPORTAGE EX | 04/30/2019 | 33,338.00 | 0.00 | 05/30/2019 | 33,338.00 | 0.00 | 0.00 | 0.00 |
| | 3940868 | KNDPNCAC2L7 631953 | 2020 KIA | SPORTAGE EX | 04/19/2019 | 33,338.00 | 0.00 | 09/05/2019 | 823.55 | 0.00 | 0.00 | 0.00 |
| | 3964628 | KNDPMCAC0L7 632084 | 2020 KIA | SPORTAGE LX | 05/07/2019 | 27,699.00 | 0.00 | 09/12/2019 | 1,134.43 | 0.00 | 0.00 | 0.00 |
| | 3946776 | KNDPMCAC7L7 632308 | 2020 KIA | SPORTAGE LX | 04/24/2019 | 27,699.00 | 0.00 | 06/08/2019 | 27,699.00 | 0.00 | 0.00 | 0.00 |
| | 3940865 | KNDPMCAC1L7 632353 | 2020 KIA | SPORTAGE LX | 04/19/2019 | 27,699.00 | 0.00 | 08/30/2019 | 27,699.00 | 0.00 | 0.00 | 0.00 |
| | 3956401 | KNDPMCAC9L7 632438 | 2020 KIA | SPORTAGE LX | 04/30/2019 | 27,699.00 | 27,699.00 | | 0.00 | 0.00 | 10.62 | 0.00 |
| | 3931877 | KNDPMCAC0L7 632439 | 2020 KIA | SPORTAGE LX | 04/15/2019 | 27,699.00 | 0.00 | 05/23/2019 | 1,201.41 | 0.00 | 0.00 | 0.00 |
| | 3940866 | KNDPMCAC3L7 632466 | 2020 KIA | SPORTAGE LX | 04/19/2019 | 27,699.00 | 0.00 | 05/21/2019 | 27,699.00 | 0.00 | 0.00 | 0.00 |
| | 3940875 | KNDPNCACXL7 632509 | 2020 KIA | SPORTAGE EX | 04/19/2019 | 33,338.00 | 0.00 | 06/17/2019 | 1,663.71 | 0.00 | 0.00 | 0.00 |
| | 3931878 | KNDPMCAC0L7 632523 | 2020 KIA | SPORTAGE LX | 04/15/2019 | 27,699.00 | 0.00 | 05/03/2019 | 240.94 | 0.00 | 0.00 | 0.00 |
| | 3940867 | KNDPMCAC9L7 632570 | 2020 KIA | SPORTAGE LX | 04/19/2019 | 27,699.00 | 0.00 | 06/26/2019 | 27,699.00 | 0.00 | 0.00 | 0.00 |
| | 3946790 | KNDPNCAC4L7 632585 | 2020 KIA | SPORTAGE EX | 04/24/2019 | 33,338.00 | 0.00 | 08/22/2019 | 33,338.00 | 0.00 | 0.00 | 0.00 |
| | 3946779 | KNDPMCAC9L7 632648 | 2020 KIA | SPORTAGE LX | 04/24/2019 | 27,699.00 | 0.00 | 06/12/2019 | 1,132.14 | 0.00 | 0.00 | 0.00 |
| | 3956398 | KNDP6CAC8L7 632666 | 2020 KIA | SPORTAGE S | 04/30/2019 | 30,951.00 | 30,951.00 | | 0.00 | 0.00 | 11.88 | 0.00 |
| | 3946773 | KNDPMCAC3L7 632676 | 2020 KIA | SPORTAGE LX | 04/24/2019 | 27,699.00 | 0.00 | 06/26/2019 | 27,699.00 | 0.00 | 0.00 | 0.00 |
| | 3931880 | KNDPMCAC0L7 632716 | 2020 KIA | SPORTAGE LX | 04/15/2019 | 27,699.00 | 0.00 | 05/02/2019 | 27,699.00 | 0.00 | 0.00 | 0.00 |
| | 3975821 | KNDPMCAC6L7 632722 | 2020 KIA | SPORTAGE LX | 05/15/2019 | 27,699.00 | 0.00 | 08/21/2019 | 916.53 | 0.00 | 0.00 | 0.00 |
| | 3946794 | KNDPNCAC9L7 632811 | 2020 KIA | SPORTAGE EX | 04/24/2019 | 33,338.00 | 0.00 | 05/17/2019 | 2,090.16 | 0.00 | 0.00 | 0.00 |
| | 3940859 | KNDP6CAC6L7 632858 | 2020 KIA | SPORTAGE S | 04/19/2019 | 30,951.00 | 0.00 | 06/24/2019 | 30,951.00 | 0.00 | 0.00 | 0.00 |
| | 4023494 | KNDPMCAC9L7 632889 | 2020 KIA | SPORTAGE LX | 06/20/2019 | 25,869.00 | 0.00 | 09/04/2019 | 25,869.00 | 0.00 | 0.00 | 0.00 |
| | 3971554 | KNDP6CACXL7 632944 | 2020 KIA | SPORTAGE S | 05/13/2019 | 29,089.00 | 0.00 | 10/01/2019 | 29,089.00 | 0.00 | 0.00 | 0.00 |
| | 3956405 | KNDPNCAC6L7 633320 | 2020 KIA | SPORTAGE EX | 04/30/2019 | 29,088.00 | 0.00 | 07/09/2019 | 29,088.00 | 0.00 | 0.00 | 0.00 |
| | 3956403 | KNDPNCAC3L7 633338 | 2020 KIA | SPORTAGE EX | 04/30/2019 | 29,088.00 | 0.00 | 07/02/2019 | 984.52 | 0.00 | 0.00 | 0.00 |
| | 3973840 | KNDP6CAC3L7 633501 | 2020 KIA | SPORTAGE S | 05/14/2019 | 29,089.00 | 0.00 | 05/29/2019 | 29,089.00 | 0.00 | 0.00 | 0.00 |
| | 3969545 | KNDP6CAC5L7 633516 | 2020 KIA | SPORTAGE S | 05/10/2019 | 29,089.00 | 29,089.00 | | 0.00 | 0.00 | 11.16 | 0.00 |
| | 3973841 | KNDP6CAC4L7 633605 | 2020 KIA | SPORTAGE S | 05/14/2019 | 29,089.00 | 0.00 | 06/17/2019 | 29,089.00 | 0.00 | 0.00 | 0.00 |
| | 3964631 | KNDPNCAC4L7 633607 | 2020 KIA | SPORTAGE EX | 05/07/2019 | 29,088.00 | 0.00 | 08/27/2019 | 29,088.00 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

Principal Balance: 3,694,333.63

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2014 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3964626 | KNDP6CAC7L7 633680 | 2020 KIA | SPORTAGE S | 05/07/2019 | 29,089.00 | 0.00 | 06/28/2019 | 29,089.00 | 0.00 | 0.00 | 0.00 |
| | 3940872 | KNDPNCAC6L7 633723 | 2020 KIA | SPORTAGE EX | 04/19/2019 | 29,088.00 | 29,088.00 | | | 0.00 | 11.16 | 0.00 |
| | 3969547 | KNDP6CAC9L7 633762 | 2020 KIA | SPORTAGE S | 05/10/2019 | 29,089.00 | 0.00 | 06/28/2019 | 29,089.00 | 0.00 | 0.00 | 0.00 |
| | 3956402 | KNDPNCAC2L7 633766 | 2020 KIA | SPORTAGE EX | 04/30/2019 | 29,088.00 | 0.00 | 06/14/2019 | 1,531.56 | 0.00 | 0.00 | 0.00 |
| | 3956406 | KNDPNCAC6L7 633835 | 2020 KIA | SPORTAGE EX | 04/30/2019 | 29,088.00 | 0.00 | 07/26/2019 | 29,088.00 | 0.00 | 0.00 | 0.00 |
| | 3971553 | KNDP6CAC9L7 633891 | 2020 KIA | SPORTAGE S | 05/13/2019 | 29,089.00 | 0.00 | 09/24/2019 | 1,643.34 | 0.00 | 0.00 | 0.00 |
| | 3969544 | KNDP6CAC2L7 634445 | 2020 KIA | SPORTAGE S | 05/10/2019 | 29,089.00 | 0.00 | 08/20/2019 | 29,089.00 | 0.00 | 0.00 | 0.00 |
| | 3969546 | KNDP6CAC6L7 634562 | 2020 KIA | SPORTAGE S | 05/10/2019 | 29,089.00 | 29,089.00 | | | 0.00 | 11.16 | 0.00 |
| | 4023495 | KNDPMCAC9L7 640748 | 2020 KIA | SPORTAGE LX | 06/20/2019 | 25,869.00 | 0.00 | 07/03/2019 | 25,869.00 | 0.00 | 0.00 | 0.00 |
| | 4033706 | KNDPMCAC9L7 642077 | 2020 KIA | SPORTAGE LX | 06/27/2019 | 25,869.00 | 0.00 | 07/08/2019 | 2,130.06 | 0.00 | 0.00 | 0.00 |
| | 4033707 | KNDPMCACXL7 643061 | 2020 KIA | SPORTAGE LX | 06/27/2019 | 25,869.00 | 0.00 | 07/18/2019 | 25,869.00 | 0.00 | 0.00 | 0.00 |
| | 4023496 | KNDPMCACXL7 643254 | 2020 KIA | SPORTAGE LX | 06/20/2019 | 25,869.00 | 0.00 | 07/30/2019 | 25,869.00 | 0.00 | 0.00 | 0.00 |
| | 3969549 | KNDPNCAC4L7 643960 | 2020 KIA | SPORTAGE EX | 05/10/2019 | 33,338.00 | 33,338.00 | | 0.00 | 0.00 | 12.78 | 0.00 |
| | 3614350 | KNDJP3A58K7 646358 | 2019 KIA | SOUL + | 07/30/2018 | 21,063.00 | 0.00 | 01/14/2019 | 21,063.00 | 0.00 | 0.00 | 0.00 |
| | 3931863 | KNDP6CAC3L7 647530 | 2020 KIA | SPORTAGE S | 04/15/2019 | 28,118.00 | 0.00 | 05/14/2019 | 28,118.00 | 0.00 | 0.00 | 0.00 |
| | 3931865 | KNDP6CAC4L7 648749 | 2020 KIA | SPORTAGE S | 04/15/2019 | 28,118.00 | 0.00 | 05/06/2019 | 1,435.04 | 0.00 | 0.00 | 0.00 |
| | 3964632 | KNDPRCA64L7 649045 | 2020 KIA | SPORTAGE SX | 05/07/2019 | 35,020.00 | 0.00 | 05/28/2019 | 1,557.08 | 0.00 | 0.00 | 0.00 |
| | 3931866 | KNDP6CAC4L7 650288 | 2020 KIA | SPORTAGE S | 04/15/2019 | 30,951.00 | 0.00 | 06/13/2019 | 30,951.00 | 0.00 | 0.00 | 0.00 |
| | 3931867 | KNDP6CAC7L7 650544 | 2020 KIA | SPORTAGE S | 04/15/2019 | 28,118.00 | 0.00 | 09/19/2019 | 681.66 | 0.00 | 0.00 | 0.00 |
| | 3940856 | KNDP6CAC1L7 651401 | 2020 KIA | SPORTAGE S | 04/19/2019 | 28,118.00 | 0.00 | 08/05/2019 | 139.13 | 0.00 | 0.00 | 0.00 |
| | 3621220 | KNDJP3A51K7 651482 | 2019 KIA | SOUL + | 08/03/2018 | 21,063.00 | 0.00 | 11/05/2018 | 21,063.00 | 0.00 | 0.00 | 0.00 |
| | 3634348 | KNDJX3AA1K7 653231 | 2019 KIA | SOUL ! | 08/16/2018 | 23,443.00 | 0.00 | 10/09/2018 | 23,443.00 | 0.00 | 0.00 | 0.00 |
| | 3641112 | KNDJN2A21K7 661029 | 2019 KIA | SOUL | 08/22/2018 | 18,823.00 | 0.00 | 10/09/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3645895 | KNDJN2A28K7 661349 | 2019 KIA | SOUL | 08/27/2018 | 18,823.00 | 0.00 | 10/30/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 4033705 | KNDPMCAC2L7 661618 | 2020 KIA | SPORTAGE LX | 06/27/2019 | 27,583.00 | 0.00 | 08/09/2019 | 27,583.00 | 0.00 | 0.00 | 0.00 |
| | 3743870 | KNDJP3A56K7 662560 | 2019 KIA | SOUL + | 11/14/2018 | 24,344.00 | 0.00 | 02/01/2019 | 24,344.00 | 0.00 | 0.00 | 0.00 |
| | 4023493 | KNDPMCAC8L7 662787 | 2020 KIA | SPORTAGE LX | 06/20/2019 | 27,583.00 | 0.00 | 08/27/2019 | 27,583.00 | 0.00 | 0.00 | 0.00 |
| | 3993932 | KNDPMCAC4L7 663032 | 2020 KIA | SPORTAGE LX | 05/29/2019 | 27,583.00 | 0.00 | 09/30/2019 | 1,418.35 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Page: 38

10/03/2019

16:45:35

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Principal Balance: | 3,694,333.63 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4040520 | KNDP6CAC1L7 663807 | 2020 KIA | SPORTAGE S | 07/02/2019 | 28,044.00 | 28,044.00 | | 0.00 | 0.00 | 10.76 | 0.00 |
| 4049439 | KNDP6CAC8L7 663898 | 2020 KIA | SPORTAGE S | 07/10/2019 | 28,044.00 | 28,044.00 | | 0.00 | 0.00 | 10.76 | 0.00 |
| 3653913 | KNDJN2A21K7 664044 | 2019 KIA | SOUL | 09/04/2018 | 18,823.00 | 0.00 | 11/13/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| 3656526 | KNDJN2A21K7 664903 | 2019 KIA | SOUL | 09/05/2018 | 18,823.00 | 0.00 | 10/29/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| 3653921 | KNDJN2A23K7 664904 | 2019 KIA | SOUL | 09/04/2018 | 18,823.00 | 0.00 | 10/11/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| 3648084 | KNDJN2A20K7 664942 | 2019 KIA | SOUL | 08/28/2018 | 18,823.00 | 0.00 | 11/27/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| 3969550 | KNDPRCA63L7 665088 | 2020 KIA | SPORTAGE SX | 05/10/2019 | 35,020.00 | 0.00 | 07/24/2019 | 35,020.00 | 0.00 | 0.00 | 0.00 |
| 4040519 | KNDP6CAC0L7 665239 | 2020 KIA | SPORTAGE S | 07/02/2019 | 28,044.00 | 0.00 | 08/30/2019 | 28,044.00 | 0.00 | 0.00 | 0.00 |
| 4040525 | KNDP6CAC5L7 665415 | 2020 KIA | SPORTAGE S | 07/02/2019 | 28,044.00 | 28,044.00 | | 0.00 | 0.00 | 10.76 | 0.00 |
| 3648103 | KNDJN2A23K7 665938 | 2019 KIA | SOUL | 08/28/2018 | 18,823.00 | 0.00 | 11/09/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| 3650000 | KNDJN2A2XK7 666391 | 2019 KIA | SOUL | 08/29/2018 | 18,823.00 | 0.00 | 12/11/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| 3645883 | KNDJN2A25K7 666394 | 2019 KIA | SOUL | 08/27/2018 | 18,823.00 | 0.00 | 11/07/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| 3993933 | KNDPMCAC8L7 666452 | 2020 KIA | SPORTAGE LX | 05/29/2019 | 27,583.00 | 0.00 | 08/21/2019 | 27,583.00 | 0.00 | 0.00 | 0.00 |
| 4040522 | KNDP6CAC2L7 666747 | 2020 KIA | SPORTAGE S | 07/02/2019 | 28,044.00 | 28,044.00 | | 0.00 | 0.00 | 10.76 | 0.00 |
| 4049435 | KNDP6CAC0L7 666939 | 2020 KIA | SPORTAGE S | 07/10/2019 | 28,044.00 | 28,044.00 | | 0.00 | 0.00 | 10.76 | 0.00 |
| 4040527 | KNDP6CACXL7 667337 | 2020 KIA | SPORTAGE S | 07/02/2019 | 28,044.00 | 28,044.00 | | 0.00 | 0.00 | 10.76 | 0.00 |
| 4040521 | KNDP6CAC1L7 667338 | 2020 KIA | SPORTAGE S | 07/02/2019 | 28,044.00 | 28,044.00 | | 0.00 | 0.00 | 10.76 | 0.00 |
| 3712834 | KNDJP3A53K7 671460 | 2019 KIA | SOUL + | 10/23/2018 | 21,063.00 | 0.00 | 11/13/2018 | 21,063.00 | 0.00 | 0.00 | 0.00 |
| 3743872 | KNDJP3A57K7 671851 | 2019 KIA | SOUL + | 11/14/2018 | 24,344.00 | 0.00 | 06/20/2019 | 1,150.87 | 0.00 | 0.00 | 0.00 |
| 3764288 | KNDJN2A28K7 676269 | 2019 KIA | SOUL | 12/03/2018 | 18,781.00 | 0.00 | 04/09/2019 | 18,781.00 | 0.00 | 0.00 | 0.00 |
| 4040524 | KNDP6CAC4L7 680214 | 2020 KIA | SPORTAGE S | 07/02/2019 | 30,877.00 | 0.00 | 07/16/2019 | 30,877.00 | 0.00 | 0.00 | 0.00 |
| 4049438 | KNDP6CAC7L7 680417 | 2020 KIA | SPORTAGE S | 07/10/2019 | 30,877.00 | 30,877.00 | | 0.00 | 0.00 | 11.84 | 0.00 |
| 4040526 | KNDP6CAC8L7 680877 | 2020 KIA | SPORTAGE S | 07/02/2019 | 30,877.00 | 30,877.00 | | 0.00 | 0.00 | 11.84 | 0.00 |
| 4040528 | KNDP6CACXL7 681433 | 2020 KIA | SPORTAGE S | 07/02/2019 | 30,877.00 | 30,877.00 | | 0.00 | 0.00 | 11.84 | 0.00 |
| 4049437 | KNDP6CAC6L7 681445 | 2020 KIA | SPORTAGE S | 07/10/2019 | 30,877.00 | 30,877.00 | | 0.00 | 0.00 | 11.84 | 0.00 |
| 4049436 | KNDP6CAC2L7 681460 | 2020 KIA | SPORTAGE S | 07/10/2019 | 30,877.00 | 30,877.00 | | 0.00 | 0.00 | 11.84 | 0.00 |
| 4059893 | KNDP6CAC6L7 681624 | 2020 KIA | SPORTAGE S | 07/18/2019 | 30,877.00 | 30,877.00 | | 0.00 | 0.00 | 11.84 | 0.00 |
| 4040523 | KNDP6CAC3L7 681676 | 2020 KIA | SPORTAGE S | 07/02/2019 | 30,877.00 | 30,877.00 | | 0.00 | 0.00 | 11.84 | 0.00 |

Report ID: TRIAL2

**Hyundai Capital America**
**TRIAL BALANCE**
As Of: 10/03/2019

Page: 39
10/03/2019
16:45:35

Cost Center: 44009
Dealer: KMNY097 - Nemet Kia

Principal Balance: 3,694,333.63

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 |

| | | | |
|---|---|---|---|
| Credit Limit | 9,050,000.00 | | |
| Commitments | 0.00 | | |
| Presold Amount | 0.00 | | |
| Available Credit | 5,355,666.37 | | |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4023497 | KNDPNCAC5L7 686770 | 2020 KIA | SPORTAGE EX | 06/20/2019 | 29,020.00 | 0.00 | 08/16/2019 | 29,020.00 | 0.00 | 0.00 | 0.00 |
| | 4023498 | KNDPNCACXL7 687381 | 2020 KIA | SPORTAGE EX | 06/20/2019 | 29,020.00 | 29,020.00 | | 0.00 | 0.00 | 11.14 | 0.00 |
| | 4059892 | KNDPNCAC5L7 687675 | 2020 KIA | SPORTAGE EX | 07/18/2019 | 29,020.00 | 29,020.00 | | 0.00 | 0.00 | 11.14 | 0.00 |
| | 3755827 | KNDJN2A22K7 691897 | 2019 KIA | SOUL | 11/27/2018 | 18,823.00 | 0.00 | 05/08/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3755854 | KNDJN2A27K7 693287 | 2019 KIA | SOUL | 11/27/2018 | 18,823.00 | 0.00 | 02/28/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3755846 | KNDJN2A26K7 693295 | 2019 KIA | SOUL | 11/27/2018 | 18,823.00 | 0.00 | 04/18/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3769520 | KNDJN2A22K7 693763 | 2019 KIA | SOUL | 12/07/2018 | 18,823.00 | 0.00 | 05/20/2019 | 112.06 | 0.00 | 0.00 | 0.00 |
| | 3755856 | KNDJN2A27K7 693774 | 2019 KIA | SOUL | 11/27/2018 | 18,823.00 | 0.00 | 05/20/2019 | 2,930.10 | 0.00 | 0.00 | 0.00 |
| | 3755869 | KNDJP3A52K7 693952 | 2019 KIA | SOUL + | 11/27/2018 | 26,302.00 | 0.00 | 03/18/2019 | 26,302.00 | 0.00 | 0.00 | 0.00 |
| | 3763313 | KNDJN2A29K7 694294 | 2019 KIA | SOUL | 12/03/2018 | 19,982.00 | 0.00 | 09/05/2019 | 4,212.27 | 0.00 | 0.00 | 0.00 |
| | 3763311 | KNDJN2A28K7 694898 | 2019 KIA | SOUL | 12/03/2018 | 19,982.00 | 0.00 | 03/04/2019 | 19,982.00 | 0.00 | 0.00 | 0.00 |
| | 3767016 | KNDJP3A58K7 695172 | 2019 KIA | SOUL + | 12/05/2018 | 26,302.00 | 0.00 | 05/16/2019 | 1,439.91 | 0.00 | 0.00 | 0.00 |
| | 3767012 | KNDJP3A56K7 696062 | 2019 KIA | SOUL + | 12/05/2018 | 20,694.00 | 0.00 | 05/17/2019 | 20,694.00 | 0.00 | 0.00 | 0.00 |
| | 3763315 | KNDJP3A51K7 696065 | 2019 KIA | SOUL + | 12/03/2018 | 20,694.00 | 0.00 | 01/18/2019 | 20,694.00 | 0.00 | 0.00 | 0.00 |
| | 3767008 | KNDJP3A54K7 696125 | 2019 KIA | SOUL + | 12/05/2018 | 20,694.00 | 0.00 | 01/07/2019 | 20,694.00 | 0.00 | 0.00 | 0.00 |
| | 3767018 | KNDJP3A5XK7 696128 | 2019 KIA | SOUL + | 12/05/2018 | 20,694.00 | 0.00 | 01/28/2019 | 20,694.00 | 0.00 | 0.00 | 0.00 |
| | 3606692 | KNDJP3A51K7 908348 | 2019 KIA | SOUL + | 07/23/2018 | 20,694.00 | 0.00 | 11/16/2018 | 20,694.00 | 0.00 | 0.00 | 0.00 |
| | 3614358 | KNDJX3AA4K7 908504 | 2019 KIA | SOUL I | 07/30/2018 | 23,443.00 | 0.00 | 11/06/2018 | 23,443.00 | 0.00 | 0.00 | 0.00 |
| | 3753390 | KNDJN2A24K7 917101 | 2019 KIA | SOUL | 11/23/2018 | 18,823.00 | 0.00 | 12/10/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: GENSTERBLUM, J | | | | | | | | | | | |
| | 3753401 | KNDJN2A26K7 917116 | 2019 KIA | SOUL | 11/23/2018 | 18,823.00 | 0.00 | 01/16/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3753388 | KNDJN2A23K7 917154 | 2019 KIA | SOUL | 11/23/2018 | 18,823.00 | 0.00 | 04/25/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3753375 | KNDJN2A20K7 917161 | 2019 KIA | SOUL | 11/23/2018 | 18,823.00 | 0.00 | 01/30/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3755832 | KNDJN2A22K7 917176 | 2019 KIA | SOUL | 11/27/2018 | 18,823.00 | 0.00 | 02/07/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3755835 | KNDJN2A23K7 917204 | 2019 KIA | SOUL | 11/27/2018 | 18,823.00 | 0.00 | 05/09/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3755825 | KNDJN2A21K7 917251 | 2019 KIA | SOUL | 11/27/2018 | 18,823.00 | 0.00 | 12/18/2018 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3753413 | KNDJN2A29K7 917319 | 2019 KIA | SOUL | 11/23/2018 | 18,823.00 | 0.00 | 03/01/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3763288 | KNDJN2A20K7 917323 | 2019 KIA | SOUL | 12/03/2018 | 18,823.00 | 0.00 | 05/08/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Page: 40
10/03/2019
16:45:35

Cost Center: 44009

Dealer: KMNY097 - Nemet Kia

Principal Balance: 3,694,333.63

| | | | | |
|---|---|---|---|---|
| Today's Interest | -4.86 | Past Due Interest | 32,699.53 | Base Rate | 5.0000 % | Credit Limit | 9,050,000.00 |
| Accrued Interest | 1,418.42 | Past Due Principal | 8,719.80 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 56,999.53 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:20 | Prepaid Items | 0.00 | Available Credit | 5,355,666.37 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3769543 | KNDJN2A23K7 917994 | 2019 KIA | SOUL | 12/07/2018 | 18,823.00 | 0.00 | 04/29/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3769580 | KNDJN2A29K7 917997 | 2019 KIA | SOUL | 12/07/2018 | 18,823.00 | 0.00 | 01/28/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3775752 | KNDJN2A29K7 918602 | 2019 KIA | SOUL | 12/12/2018 | 18,823.00 | 0.00 | 01/22/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| | 3775722 | KNDJN2A22K7 918604 | 2019 KIA | SOUL | 12/12/2018 | 18,823.00 | 0.00 | 02/13/2019 | 18,823.00 | 0.00 | 0.00 | 0.00 |
| **Subtotal New Kia Vehicles** | | | | **1058 Items** | | **29,580,285.00** | **3,569,367.00** | | | **-4.86** | **1,370.50** | **0.00** |

**LOANS FOR COLLATERAL TYPE: Program Vehicles**      **Credit Limit:**      **0.00 ** Sublimit **

Base Rate      PRIME      5.00000%      Variance      2.00000%

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3826982 | 5XXGT4L15GG 004426 | 2016 KIA | OPTIMA LX | 01/22/2019 | 13,848.00 | 0.00 | 02/13/2019 | 13,848.00 | 0.00 | 0.00 | 0.00 |
| | 3907467 | 5XYPG4A3XGG 006936 | 2016 KIA | SORENTO LX | 03/26/2019 | 13,340.00 | 0.00 | 04/08/2019 | 13,340.00 | 0.00 | 0.00 | 0.00 |
| | 3847582 | 5XXGU4L30GG 007376 | 2016 KIA | OPTIMA EX | 02/06/2019 | 14,686.00 | 0.00 | 02/21/2019 | 14,686.00 | 0.00 | 0.00 | 0.00 |
| | 3834179 | 5XXGT4L33GG 026362 | 2016 KIA | OPTIMA LX | 01/28/2019 | 13,067.00 | 0.00 | 02/13/2019 | 13,067.00 | 0.00 | 0.00 | 0.00 |
| | 3897335 | 5XXGU4L34GG 054412 | 2016 KIA | OPTIMA EX | 03/19/2019 | 17,475.00 | 0.00 | 04/02/2019 | 17,475.00 | 0.00 | 0.00 | 0.00 |
| | 3890851 | 5XYPGDA33GG 107641 | 2016 KIA | SORENTO LX | 03/14/2019 | 17,005.00 | 0.00 | 04/10/2019 | 17,005.00 | 0.00 | 0.00 | 0.00 |
| | 3808989 | 5XYPKDA5XGG 116899 | 2016 KIA | SORENTO SX | 01/03/2019 | 28,569.00 | 0.00 | 06/05/2019 | 28,569.00 | 0.00 | 0.00 | 0.00 |
| | 3936363 | KNDMC5C1XG6 169699 | 2016 KIA | SEDONA EX | 04/16/2019 | 17,161.00 | 0.00 | 04/25/2019 | 17,161.00 | 0.00 | 0.00 | 0.00 |
| | 3691185 | KNDJP3A5XG7 277395 | 2016 KIA | | 10/03/2019 | 11,990.00 | 0.00 | 10/11/2018 | 11,990.00 | 0.00 | 0.00 | 0.00 |
| | 3918478 | KNDJP3A59G7 350515 | 2016 KIA | SOUL + | 04/03/2019 | 18,954.00 | 0.00 | 04/17/2019 | 18,954.00 | 0.00 | 0.00 | 0.00 |
| | 3943757 | 5XXGN4A73FG 494882 | 2015 KIA | OPTIMA EX | 04/22/2019 | 10,986.00 | 0.00 | 04/29/2019 | 10,986.00 | 0.00 | 0.00 | 0.00 |
| | 3738876 | 5XXGM4A76FG 497035 | 2015 KIA | OPTIMA LX | 11/09/2018 | 10,625.00 | 0.00 | 11/27/2018 | 10,625.00 | 0.00 | 0.00 | 0.00 |
| | 3914975 | 5XXGR4A66FG 508074 | 2015 KIA | OPTIMA SX | 04/01/2019 | 20,242.00 | 0.00 | 04/03/2019 | 20,242.00 | 0.00 | 0.00 | 0.00 |
| | 3860851 | KNDPBCACXF7 705715 | 2015 KIA | SPORTAGE LX | 02/19/2019 | 11,938.00 | 0.00 | 03/12/2019 | 11,938.00 | 0.00 | 0.00 | 0.00 |
| | 3758248 | KNDJX3A55G7 824461 | 2016 KIA | SOUL ! | 11/27/2018 | 14,729.00 | 0.00 | 12/18/2018 | 14,729.00 | 0.00 | 0.00 | 0.00 |
| **Subtotal Program Vehicles** | | | | **15 Items** | | **234,615.00** | **0.00** | | | **0.00** | **0.00** | **0.00** |
| **Dealer Totals:** | | | | **1081 Items** | | **30,035,548.80** | **3,694,333.63** | | | **-4.86** | **1,418.42** | **0.00** |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 41

10/03/2019

16:45:35

Principal Balance: 509,164.70

| | | | | |
|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LOANS FOR COLLATERAL TYPE: Service Loaners** | | | | | **Credit Limit:** | **150,000.00 ** Sublimit **** | | | | | | |
| | | Base Rate | PRIME | 5.00000% | Variance | 2.00000% | | | | | | |
| | 3630681 | 5NPE34AF6JH 602221 | 2018 HYUN | SEL284B2 | 08/13/2018 | 21,482.10 | 0.00 | 01/10/2019 | 16,708.30 | 0.00 | 0.00 | 0.00 |
| | 3976076 | 5NPE24AFXKH 728957 | 2019 HYUN | SE 284H2 | 05/15/2019 | 22,722.00 | 22,040.34 | 08/12/2019 | 227.22 | 0.00 | 8.46 | 0.00 |
| | 3976077 | 5NPE24AF5KH 731667 | 2019 HYUN | SE 284H2 | 05/15/2019 | 22,722.00 | 19,995.36 | 08/12/2019 | 2,272.20 | 0.00 | 7.66 | 0.00 |
| **Subtotal Service Loaners** | | | | | **3 Items** | 66,926.10 | 42,035.70 | | | 0.00 | 16.12 | 0.00 |
| **LOANS FOR COLLATERAL TYPE: New Hyundai Vehicles** | | | | | **Credit Limit:** | **5,800,000.00 ** Sublimit **** | | | | | | |
| | | Base Rate | PRIME | 5.00000% | Variance | 2.00000% | | | | | | |
| | 3808730 | KMHT36AH8KU 001108 | 2019 HYUN | VELOSTER N | 01/02/2019 | 27,221.00 | 0.00 | 07/03/2019 | 27,221.00 | 0.00 | 0.00 | 0.00 |
| | 3987679 | KM8J3CAL1KU 001218 | 2019 HYUN | TUCSON LIMIT | 05/23/2019 | 27,712.00 | 0.00 | 06/21/2019 | 5,771.82 | 0.00 | 0.00 | 0.00 |
| | 3991720 | KM8J2CA46KU 001484 | 2019 HYUN | TUCSON SE | 05/24/2019 | 25,513.00 | 0.00 | 06/25/2019 | 703.26 | 0.00 | 0.00 | 0.00 |
| | 3608672 | 5NMS2CAD6KH 002098 | 2019 HYUN | SANTA FE SE | 07/23/2018 | 27,790.00 | 0.00 | 11/05/2018 | 27,790.00 | 0.00 | 0.00 | 0.00 |
| | 3987680 | KM8J3CAL7KU 003748 | 2019 HYUN | TUCSON LIMIT | 05/23/2019 | 27,771.00 | 0.00 | 06/19/2019 | 2,490.30 | 0.00 | 0.00 | 0.00 |
| | 3991721 | KM8J3CA40KU 005057 | 2019 HYUN | TUCSON LIMIT | 05/24/2019 | 26,977.00 | 0.00 | 06/25/2019 | 2,696.84 | 0.00 | 0.00 | 0.00 |
| | 3991722 | KM8J3CA41KU 005178 | 2019 HYUN | TUCSON SE | 05/24/2019 | 26,943.00 | 0.00 | 06/19/2019 | 1,844.03 | 0.00 | 0.00 | 0.00 |
| | 3984066 | KM8J2CA48KU 005844 | 2019 HYUN | TUCSON SE | 05/21/2019 | 25,567.00 | 0.00 | 07/10/2019 | 25,567.00 | 0.00 | 0.00 | 0.00 |
| | 3443073 | 3KPC24A36JE 006076 | 2018 HYUN | ACCENT SEL | 03/12/2018 | 16,798.00 | 0.00 | 11/28/2018 | 16,798.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: PELAN, K. | | | | | | | | | | | |
| | 3984077 | KM8J3CA45KU 006348 | 2019 HYUN | TUCSON LIMIT | 05/20/2019 | 26,908.00 | 0.00 | 05/31/2019 | 26,908.00 | 0.00 | 0.00 | 0.00 |
| | 3607026 | 5NMS2CAD3KH 006350 | 2019 HYUN | SANTA FE SEL | 07/20/2018 | 31,669.00 | 0.00 | 08/08/2019 | 28,502.10 | 0.00 | 0.00 | 0.00 |
| | 3984076 | KM8J3CA42KU 006419 | 2019 HYUN | TUCSON LIMIT | 05/20/2019 | 26,796.00 | 0.00 | 05/28/2019 | 26,796.00 | 0.00 | 0.00 | 0.00 |
| | 3608749 | 5NMS2CAD7KH 007291 | 2019 HYUN | SANTA FE SEL | 07/23/2018 | 29,671.00 | 0.00 | 01/22/2019 | 29,671.00 | 0.00 | 0.00 | 0.00 |
| | 4005461 | KM8J3CAL8KU 008960 | 2019 HYUN | TUCSON LIMIT | 06/05/2019 | 27,749.00 | 0.00 | 08/21/2019 | 1,013.52 | 0.00 | 0.00 | 0.00 |
| | 3984068 | KM8J3CAL5KU 008995 | 2019 HYUN | TUCSON LIMIT | 05/21/2019 | 27,818.00 | 0.00 | 06/17/2019 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| | 4027358 | KM8J3CAL7KU 009002 | 2019 HYUN | TUCSON LIMIT | 06/21/2019 | 32,128.00 | 0.00 | 08/15/2019 | 3,026.66 | 0.00 | 0.00 | 0.00 |
| | 3712004 | KMHTH6AB8KU 009612 | 2019 HYUN | VELOSTER TUR | 10/22/2018 | 25,548.00 | 0.00 | 11/09/2018 | 25,548.00 | 0.00 | 0.00 | 0.00 |
| | 4019834 | KM8J3CA4XKU 012100 | 2019 HYUN | TUCSON LIMIT | 06/17/2019 | 26,802.00 | 0.00 | 07/23/2019 | 2,850.04 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 42

10/03/2019

16:45:35

Principal Balance: 509,164.70

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3683976 | KMHTG6AF0KU 012168 | 2019 HYUN | VELOSTER BAS | 09/26/2018 | 20,093.00 | 0.00 | 09/06/2019 | 20,093.00 | 0.00 | 0.00 | 0.00 |
| | 3682127 | KMHTG6AF8KU 012239 | 2019 HYUN | VELOSTER BAS | 09/25/2018 | 20,093.00 | 0.00 | 04/19/2019 | 20,093.00 | 0.00 | 0.00 | 0.00 |
| | 3952124 | KMHTH6ABXKU 012463 | 2019 HYUN | VELOSTER TUR | 04/26/2019 | 27,969.00 | 0.00 | 05/03/2019 | 27,969.00 | 0.00 | 0.00 | 0.00 |
| | 3984064 | KM8J2CA42KU 012725 | 2019 HYUN | TUCSON SE | 05/21/2019 | 25,521.00 | 0.00 | 06/14/2019 | 25,521.00 | 0.00 | 0.00 | 0.00 |
| | 3984065 | KM8J2CA44KU 012919 | 2019 HYUN | TUCSON SE | 05/21/2019 | 25,509.00 | 0.00 | 06/19/2019 | 25,509.00 | 0.00 | 0.00 | 0.00 |
| | 3619001 | 5NMS5CAA5KH 012957 | 2019 HYUN | SANTA FE LIM | 07/31/2018 | 35,726.00 | 0.00 | 10/29/2018 | 35,726.00 | 0.00 | 0.00 | 0.00 |
| | 3997324 | KM8J2CA47KU 013000 | 2019 HYUN | TUCSON SE | 05/31/2019 | 25,522.00 | 0.00 | 07/25/2019 | 25,522.00 | 0.00 | 0.00 | 0.00 |
| | 3997325 | KM8J3CA47KU 013091 | 2019 HYUN | TUCSON LIMIT | 05/31/2019 | 26,860.00 | 0.00 | 07/12/2019 | 26,860.00 | 0.00 | 0.00 | 0.00 |
| | 3705607 | KMHTG6AF4KU 013694 | 2019 HYUN | VELOSTER BAS | 10/15/2018 | 20,093.00 | 0.00 | 01/10/2019 | 20,093.00 | 0.00 | 0.00 | 0.00 |
| | 3705609 | KMHTG6AF4KU 013730 | 2019 HYUN | VELOSTER BAS | 10/15/2018 | 23,093.00 | 0.00 | 03/25/2019 | 23,093.00 | 0.00 | 0.00 | 0.00 |
| | 3984067 | KM8J2CA49KU 013869 | 2019 HYUN | TUCSON SE | 05/21/2019 | 25,522.00 | 0.00 | 06/17/2019 | 956.65 | 0.00 | 0.00 | 0.00 |
| | 3751183 | KMHTH6AB5KU 014119 | 2019 HYUN | VELOSTER TUR | 11/19/2018 | 25,491.00 | 0.00 | 04/05/2019 | 25,491.00 | 0.00 | 0.00 | 0.00 |
| | 3744663 | KMHTH6AB9KU 014334 | 2019 HYUN | VELOSTER TUR | 11/13/2018 | 25,491.00 | 0.00 | 12/17/2018 | 25,491.00 | 0.00 | 0.00 | 0.00 |
| | 3744657 | KMHTG6AF9KU 014341 | 2019 HYUN | VELOSTER BAS | 11/13/2018 | 20,093.00 | 0.00 | 05/31/2019 | 20,093.00 | 0.00 | 0.00 | 0.00 |
| | 3744656 | KMHTG6AF7KU 014452 | 2019 HYUN | VELOSTER BAS | 11/13/2018 | 23,093.00 | 0.00 | 03/22/2019 | 23,093.00 | 0.00 | 0.00 | 0.00 |
| | 3997323 | KM8J2CA46KU 014722 | 2019 HYUN | TUCSON SE | 05/31/2019 | 25,403.00 | 0.00 | 09/11/2019 | 311.03 | 0.00 | 0.00 | 0.00 |
| | 3620249 | 5NMS5CAAXKH 017135 | 2019 HYUN | SANTA FE LIM | 08/01/2018 | 38,746.00 | 0.00 | 11/26/2018 | 38,746.00 | 0.00 | 0.00 | 0.00 |
| | 3634692 | 5NMS5CAD9KH 017868 | 2019 HYUN | SANTA FE SEL | 08/15/2018 | 29,646.00 | 0.00 | 03/26/2019 | 29,646.00 | 0.00 | 0.00 | 0.00 |
| | 4027359 | KM8J3CAL8KU 018890 | 2019 HYUN | TUCSON LIMIT | 06/21/2019 | 32,304.00 | 0.00 | 07/24/2019 | 1,726.04 | 0.00 | 0.00 | 0.00 |
| | 4033710 | KM8J3CA44KU 020015 | 2019 HYUN | TUCSON LIMIT | 06/26/2019 | 26,802.00 | 26,802.00 | | 0.00 | 0.00 | 10.28 | 0.00 |
| | 4005460 | KM8J2CA44KU 020177 | 2019 HYUN | TUCSON SE | 06/06/2019 | 25,403.00 | 0.00 | 07/18/2019 | 25,403.00 | 0.00 | 0.00 | 0.00 |
| | 4027360 | KMHTH6AB9KU 020425 | 2019 HYUN | VELOSTER TUR | 06/21/2019 | 25,669.00 | 0.00 | 07/06/2019 | 25,669.00 | 0.00 | 0.00 | 0.00 |
| | 3639519 | 5NMS5CAD7KH 020698 | 2019 HYUN | SANTA FE LIM | 08/20/2018 | 36,918.00 | 0.00 | 11/07/2018 | 36,918.00 | 0.00 | 0.00 | 0.00 |
| | 4053131 | KMHTG6AF9LU 020951 | 2020 HYUN | VELOSTER BAS | 07/11/2019 | 20,331.00 | 20,331.00 | | 0.00 | 0.00 | 7.80 | 0.00 |
| | 3637582 | 5NMS5CAA7KH 021854 | 2019 HYUN | SANTA FE LIM | 08/17/2018 | 38,746.00 | 0.00 | 11/29/2018 | 38,746.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: TAGLIAFERRO, J | | | | | | | | | | |
| | 4051226 | KMHTH6AB0LU 022260 | 2020 HYUN | VELOSTER TUR | 07/10/2019 | 23,377.00 | 0.00 | 07/29/2019 | 23,377.00 | 0.00 | 0.00 | 0.00 |
| | 4005459 | KM8J2CA42KU 022445 | 2019 HYUN | TUCSON SE | 06/06/2019 | 25,542.00 | 0.00 | 09/13/2019 | 1,258.69 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of:  10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page:  43

10/03/2019

16:45:35

Principal Balance: 509,164.70

| | | | | |
|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3651589 | 5NMS3CAD5KH 022498 | 2019 HYUN | SANTA FE SEL | 08/29/2018 | 29,646.00 | 0.00 | 12/03/2018 | 29,646.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: RODRIGUEZ DIAZ, J | | | | | | | | | | |
| | 3639488 | 5NMS5CAA3KH 022645 | 2019 HYUN | SANTA FE LIM | 08/20/2018 | 38,491.00 | 0.00 | 11/09/2018 | 38,491.00 | 0.00 | 0.00 | 0.00 |
| | 3665736 | 5NMS3CADXKH 022710 | 2019 HYUN | SANTA FE SEL | 09/12/2018 | 29,646.00 | 0.00 | 05/15/2019 | 651.49 | 0.00 | 0.00 | 0.00 |
| | 3975897 | KM8K33AG9KU 023913 | 2019 HYUN | KONA LIMITED | 05/14/2019 | 42,046.00 | 42,046.00 | | 0.00 | 0.00 | 16.12 | 0.00 |
| | 3868463 | KM8K33AG3KU 024832 | 2019 HYUN | KONA LIMITED | 02/22/2019 | 41,641.00 | 41,641.00 | | 0.00 | 0.00 | 15.98 | 0.00 |
| | 3975896 | KM8K33AG8KU 024986 | 2019 HYUN | KONA LIMITED | 05/14/2019 | 42,046.00 | 0.00 | 06/11/2019 | 2,241.07 | 0.00 | 0.00 | 0.00 |
| | 4027353 | KM8J3CA43KU 025089 | 2019 HYUN | TUCSON LIMIT | 06/21/2019 | 26,800.00 | 0.00 | 07/26/2019 | 6,412.07 | 0.00 | 0.00 | 0.00 |
| | 4027354 | KM8J3CA46KU 025314 | 2019 HYUN | TUCSON LIMIT | 06/21/2019 | 26,912.00 | 0.00 | 07/17/2019 | 1,012.69 | 0.00 | 0.00 | 0.00 |
| | 3975898 | KM8K53AGXKU 025356 | 2019 HYUN | KONA ULTIMAT | 05/14/2019 | 45,187.00 | 0.00 | 08/01/2019 | 45,187.00 | 0.00 | 0.00 | 0.00 |
| | 3651591 | 5NMS3CAD6KH 025488 | 2019 HYUN | SANTA FE SEL | 08/29/2018 | 29,646.00 | 0.00 | 03/05/2019 | 29,646.00 | 0.00 | 0.00 | 0.00 |
| | 4027356 | KM8J3CAL1KU 025910 | 2019 HYUN | TUCSON LIMIT | 06/21/2019 | 33,236.00 | 0.00 | 07/19/2019 | 33,236.00 | 0.00 | 0.00 | 0.00 |
| | 3651587 | 5NMS3CAD1KH 026421 | 2019 HYUN | SANTA FE SEL | 08/29/2018 | 31,768.00 | 0.00 | 03/01/2019 | 31,768.00 | 0.00 | 0.00 | 0.00 |
| | 3659620 | 5NMS3CAD4KH 026794 | 2019 HYUN | SANTA FE LIM | 09/06/2018 | 34,438.00 | 0.00 | 10/11/2018 | 34,438.00 | 0.00 | 0.00 | 0.00 |
| | 4027357 | KM8J3CAL4KU 027120 | 2019 HYUN | TUCSON LIMIT | 06/21/2019 | 30,678.00 | 0.00 | 07/25/2019 | 1,831.82 | 0.00 | 0.00 | 0.00 |
| | 4027355 | KM8J3CA49KU 027395 | 2019 HYUN | TUCSON LIMIT | 06/21/2019 | 26,915.00 | 0.00 | 07/29/2019 | 1,180.09 | 0.00 | 0.00 | 0.00 |
| | 3677668 | 5NMS2CADXKH 027585 | 2019 HYUN | SANTA FE SE | 09/21/2018 | 27,704.00 | 0.00 | 11/14/2018 | 27,704.00 | 0.00 | 0.00 | 0.00 |
| | 3677686 | 5NMS3CAD0KH 027706 | 2019 HYUN | SANTA FE SEL | 09/21/2018 | 29,609.00 | 0.00 | 01/04/2019 | 29,609.00 | 0.00 | 0.00 | 0.00 |
| | 4051213 | KM8J3CAL2KU 027858 | 2019 HYUN | TUCSON LIMIT | 07/10/2019 | 32,280.00 | 0.00 | 07/30/2019 | 2,290.26 | 0.00 | 0.00 | 0.00 |
| | 4033711 | KM8J3CAL8KU 028058 | 2019 HYUN | TUCSON LIMIT | 06/26/2019 | 30,523.00 | 0.00 | 07/10/2019 | 1,821.94 | 0.00 | 0.00 | 0.00 |
| | 4059889 | KM8R2DHE2LU 030036 | 2020 HYUN | PALISADE SEL | 07/17/2019 | 35,130.00 | 0.00 | 09/17/2019 | 35,130.00 | 0.00 | 0.00 | 0.00 |
| | 3991725 | KM8K33AG4KU 030333 | 2019 HYUN | KONA LIMITED | 05/24/2019 | 42,022.00 | 0.00 | 08/16/2019 | 3,851.84 | 0.00 | 0.00 | 0.00 |
| | 3683504 | 5NMS5CAA5KH 030424 | 2019 HYUN | SANTA FE LIM | 09/26/2018 | 38,671.00 | 0.00 | 12/27/2018 | 38,671.00 | 0.00 | 0.00 | 0.00 |
| | 4033714 | KM8J3CALXKU 030507 | 2019 HYUN | TUCSON LIMIT | 08/26/2019 | 30,577.00 | 0.00 | 07/18/2019 | 30,577.00 | 0.00 | 0.00 | 0.00 |
| | 4056850 | KM8J3CAL8KU 030523 | 2019 HYUN | TUCSON LIMIT | 07/15/2019 | 30,523.00 | 0.00 | 08/02/2019 | 30,523.00 | 0.00 | 0.00 | 0.00 |
| | 3991726 | KM8K33AG7KU 030665 | 2019 HYUN | KONA LIMITED | 05/24/2019 | 42,022.00 | 0.00 | 06/19/2019 | 42,022.00 | 0.00 | 0.00 | 0.00 |
| | 4005463 | KM8K33AG5KU 030924 | 2019 HYUN | KONA LIMITED | 06/06/2019 | 42,046.00 | 42,046.00 | | 0.00 | 0.00 | 16.12 | 0.00 |
| | 4056849 | KM8J3CAL2KU 031165 | 2019 HYUN | TUCSON LIMIT | 07/15/2019 | 33,056.00 | 0.00 | 08/26/2019 | 1,444.06 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Page:  44

10/03/2019

16:45:35

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Principal Balance:   509,164.70

| | | | | |
|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3984081 | KM8K23AG5KU 031610 | 2019 HYUN | KONA SEL | 05/20/2019 | 37,836.00 | 0.00 | 07/08/2019 | 2,720.60 | 0.00 | 0.00 | 0.00 |
| | 3672745 | 5NMS3CAD4KH 033315 | 2019 HYUN | SANTA FE SEL | 09/18/2018 | 31,727.00 | 0.00 | 07/25/2019 | 58.45 | 0.00 | 0.00 | 0.00 |
| | 3672779 | 5NMS5CADXKH 033538 | 2019 HYUN | SANTA FE LIM | 09/18/2018 | 37,073.00 | 0.00 | 10/10/2018 | 37,073.00 | 0.00 | 0.00 | 0.00 |
| | 3674471 | 5NMS3CAD0KH 033876 | 2019 HYUN | SANTA FE SEL | 09/19/2018 | 29,646.00 | 0.00 | 02/12/2019 | 29,646.00 | 0.00 | 0.00 | 0.00 |
| | 3674476 | 5NMS3CAD4KH 034092 | 2019 HYUN | SANTA FE SEL | 09/19/2018 | 29,646.00 | 0.00 | 02/01/2019 | 29,646.00 | 0.00 | 0.00 | 0.00 |
| | 4061472 | KM8R5DHE6LU 034114 | 2020 HYUN | PALISADE LIM | 07/18/2019 | 45,818.00 | 0.00 | 07/31/2019 | 45,818.00 | 0.00 | 0.00 | 0.00 |
| | 4033712 | KM8J3CAL8KU 034474 | 2019 HYUN | TUCSON LIMIT | 06/26/2019 | 33,081.00 | 0.00 | 08/02/2019 | 509.58 | 0.00 | 0.00 | 0.00 |
| | 3583298 | 3KPC24A3XJE 034592 | 2018 HYUN | ACCENT SEL | 06/29/2018 | 16,798.00 | 0.00 | 11/07/2018 | 16,798.00 | 0.00 | 0.00 | 0.00 |
| | 3594531 | 3KPC24A32JE 034618 | 2018 HYUN | ACCENT SE | 07/10/2018 | 16,798.00 | 0.00 | 12/07/2018 | 16,798.00 | 0.00 | 0.00 | 0.00 |
| | 3674473 | 5NMS3CAD1KH 034745 | 2019 HYUN | SANTA FE SEL | 09/19/2018 | 29,588.00 | 0.00 | 10/16/2018 | 29,588.00 | 0.00 | 0.00 | 0.00 |
| | 3676160 | 5NMS3CAD1KH 035278 | 2019 HYUN | SANTA FE SEL | 09/20/2018 | 29,588.00 | 0.00 | 11/16/2018 | 29,588.00 | 0.00 | 0.00 | 0.00 |
| | 3695322 | KMHC75LH4KU 035896 | 2019 HYUN | IONIQ | 10/05/2018 | 30,031.00 | 0.00 | 08/05/2019 | 1,687.72 | 0.00 | 0.00 | 0.00 |
| | 4056848 | KM8J3CA47KU 037407 | 2019 HYUN | TUCSON LIMIT | 07/15/2019 | 26,708.00 | 0.00 | 08/06/2019 | 15,385.82 | 0.00 | 0.00 | 0.00 |
| | 4033709 | KM8J2CA43KU 037567 | 2019 HYUN | TUCSON SE | 06/26/2019 | 25,367.00 | 0.00 | 08/07/2019 | 25,367.00 | 0.00 | 0.00 | 0.00 |
| | 4051212 | KM8J3CA40KU 037801 | 2019 HYUN | TUCSON LIMIT | 07/10/2019 | 26,759.00 | 0.00 | 08/06/2019 | 2,151.23 | 0.00 | 0.00 | 0.00 |
| | 4005465 | KMHC05LH5KU 037824 | 2019 HYUN | IONIQ LIMITE | 06/06/2019 | 36,438.00 | 36,438.00 | | 0.00 | 0.00 | 13.98 | 0.00 |
| | 4056852 | KM8R4DHE1LU 038140 | 2020 HYUN | PALISADE SEL | 07/15/2019 | 41,532.00 | 0.00 | 08/06/2019 | 41,532.00 | 0.00 | 0.00 | 0.00 |
| | 4061463 | KM8J3CA42KU 038299 | 2019 HYUN | TUCSON LIMIT | 07/18/2019 | 26,860.00 | 0.00 | 09/17/2019 | 1,835.00 | 0.00 | 0.00 | 0.00 |
| | 4056845 | KM8J3CA42KU 038898 | 2019 HYUN | TUCSON LIMIT | 07/15/2019 | 26,759.00 | 0.00 | 09/16/2019 | 1,533.88 | 0.00 | 0.00 | 0.00 |
| | 4056847 | KM8J3CA46KU 038919 | 2019 HYUN | TUCSON LIMIT | 07/15/2019 | 26,691.00 | 0.00 | 09/05/2019 | 26,691.00 | 0.00 | 0.00 | 0.00 |
| | 3690344 | 5NMS3CAD9KH 039112 | 2019 HYUN | SANTA FE SEL | 10/02/2018 | 29,688.00 | 0.00 | 01/10/2019 | 29,688.00 | 0.00 | 0.00 | 0.00 |
| | 3608623 | 3KPC24A37KE 039640 | 2019 HYUN | ACCENT SE | 07/23/2018 | 16,867.00 | 0.00 | 10/09/2018 | 16,867.00 | 0.00 | 0.00 | 0.00 |
| | 4059890 | KM8R4DHE5LU 039775 | 2020 HYUN | PALISADE SEL | 07/17/2019 | 41,620.00 | 0.00 | 08/03/2019 | 41,620.00 | 0.00 | 0.00 | 0.00 |
| | 4051211 | KM8J2CA43KU 039884 | 2019 HYUN | TUCSON SE | 07/10/2019 | 25,294.00 | 0.00 | 08/09/2019 | 25,294.00 | 0.00 | 0.00 | 0.00 |
| | 4056846 | KM8J3CA45KU 040113 | 2019 HYUN | TUCSON LIMIT | 07/15/2019 | 26,691.00 | 0.00 | 09/03/2019 | 102.90 | 0.00 | 0.00 | 0.00 |
| | 4061471 | KM8R4DHE3LU 040276 | 2020 HYUN | PALISADE SEL | 07/18/2019 | 40,450.00 | 0.00 | 09/06/2019 | 728.63 | 0.00 | 0.00 | 0.00 |
| | 3713136 | 5NMS3CAD4KH 041625 | 2019 HYUN | SANTA FE SEL | 10/22/2018 | 31,710.00 | 0.00 | 04/05/2019 | 31,710.00 | 0.00 | 0.00 | 0.00 |
| | 3701374 | 5NMS3CADXKH 041970 | 2019 HYUN | SANTA FE SEL | 10/11/2018 | 29,688.00 | 0.00 | 05/09/2019 | 29,688.00 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Page: 45

10/03/2019

16:45:35

Principal Balance: 509,164.70

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3702625 | 5NMS3CAD6KH 042128 | 2019 HYUN | SANTA FE SEL | 10/12/2018 | 31,686.00 | 0.00 | 01/10/2019 | 31,686.00 | 0.00 | 0.00 | 0.00 |
| | 3611911 | 3KPC24A34KE 042351 | 2019 HYUN | ACCENT SE | 07/25/2018 | 18,151.00 | 0.00 | 01/09/2019 | 18,151.00 | 0.00 | 0.00 | 0.00 |
| | 3704614 | 5NMS3CADXKH 042844 | 2019 HYUN | SANTA FE SEL | 10/15/2018 | 31,686.00 | 0.00 | 01/14/2019 | 31,686.00 | 0.00 | 0.00 | 0.00 |
| | 3701372 | 5NMS3CAD4KH 043150 | 2019 HYUN | SANTA FE SEL | 10/11/2018 | 31,686.00 | 0.00 | 01/15/2019 | 31,686.00 | 0.00 | 0.00 | 0.00 |
| | 3702570 | 5NMS2CAD0KH 044248 | 2019 HYUN | SANTA FE SE | 10/12/2018 | 27,728.00 | 0.00 | 01/30/2019 | 27,728.00 | 0.00 | 0.00 | 0.00 |
| | 3702592 | 5NMS2CADXKH 044340 | 2019 HYUN | SANTA FE SE | 10/12/2018 | 27,728.00 | 0.00 | 01/11/2019 | 27,728.00 | 0.00 | 0.00 | 0.00 |
| | 3702621 | 5NMS3CAD4KH 044458 | 2019 HYUN | SANTA FE SEL | 10/12/2018 | 29,688.00 | 0.00 | 02/27/2019 | 29,688.00 | 0.00 | 0.00 | 0.00 |
| | 4059883 | KM8J2CA41KU 044503 | 2019 HYUN | TUCSON SE | 07/17/2019 | 25,325.00 | 0.00 | 09/11/2019 | 799.40 | 0.00 | 0.00 | 0.00 |
| | 3706761 | 5NMS3CAD0KH 044733 | 2019 HYUN | SANTA FE SEL | 10/16/2018 | 31,686.00 | 0.00 | 11/13/2018 | 31,686.00 | 0.00 | 0.00 | 0.00 |
| | 4051209 | KM8J2CA41KU 045599 | 2019 HYUN | TUCSON SE | 07/10/2019 | 25,318.00 | 0.00 | 08/28/2019 | 25,318.00 | 0.00 | 0.00 | 0.00 |
| | 4056844 | KM8J2CA40KU 045710 | 2019 HYUN | TUCSON SE | 07/15/2019 | 25,301.00 | 0.00 | 09/12/2019 | 25,301.00 | 0.00 | 0.00 | 0.00 |
| | 4051210 | KM8J2CA42KU 046079 | 2019 HYUN | TUCSON SE | 07/10/2019 | 25,301.00 | 0.00 | 08/02/2019 | 1,733.83 | 0.00 | 0.00 | 0.00 |
| | 4053123 | KM8J2CA49KU 046080 | 2019 HYUN | TUCSON SE | 07/11/2019 | 25,325.00 | 0.00 | 08/02/2019 | 25,325.00 | 0.00 | 0.00 | 0.00 |
| | 3706767 | 5NMS3CAD5KH 046185 | 2019 HYUN | SANTA FE SEL | 10/16/2018 | 31,728.00 | 0.00 | 02/26/2019 | 31,728.00 | 0.00 | 0.00 | 0.00 |
| | 3709901 | 5NMS5CAD4KH 046530 | 2019 HYUN | SANTA FE LIM | 10/18/2018 | 34,356.00 | 0.00 | 01/07/2019 | 34,356.00 | 0.00 | 0.00 | 0.00 |
| | 4051216 | KMHC75LH0KU 046541 | 2019 HYUN | IONIQ | 07/10/2019 | 30,548.00 | 30,548.00 | | 0.00 | 0.00 | 11.72 | 0.00 |
| | 3706809 | 5NMS5CAD8KH 046711 | 2019 HYUN | SANTA FE LIM | 10/16/2018 | 34,356.00 | 0.00 | 04/08/2019 | 34,356.00 | 0.00 | 0.00 | 0.00 |
| | 3773059 | 5NMS2CAD6KH 046876 | 2019 HYUN | SANTA FE SE | 12/10/2018 | 27,786.00 | 0.00 | 01/14/2019 | 27,786.00 | 0.00 | 0.00 | 0.00 |
| | 3709866 | 5NMS3CAD7KH 047144 | 2019 HYUN | SANTA FE SEL | 10/18/2018 | 29,794.00 | 0.00 | 02/27/2019 | 29,794.00 | 0.00 | 0.00 | 0.00 |
| | 3706730 | 5NMS2CAD6KH 047199 | 2019 HYUN | SANTA FE SE | 10/16/2018 | 27,693.00 | 0.00 | 12/18/2018 | 27,693.00 | 0.00 | 0.00 | 0.00 |
| | 3713054 | 5NMS2CAD5KH 048604 | 2019 HYUN | SANTA FE SE | 10/22/2018 | 27,693.00 | 0.00 | 01/30/2019 | 27,693.00 | 0.00 | 0.00 | 0.00 |
| | 3713211 | 5NMS5CAA8KH 048674 | 2019 HYUN | SANTA FE LIM | 10/22/2018 | 35,947.00 | 0.00 | 05/10/2019 | 35,947.00 | 0.00 | 0.00 | 0.00 |
| | 3717008 | 5NMS5CAD1KH 050292 | 2019 HYUN | SANTA FE LIM | 10/24/2018 | 37,173.00 | 0.00 | 02/28/2019 | 37,173.00 | 0.00 | 0.00 | 0.00 |
| | 3773103 | 5NMS3CAD4KH 050356 | 2019 HYUN | SANTA FE SEL | 12/10/2018 | 29,894.00 | 0.00 | 04/22/2019 | 29,894.00 | 0.00 | 0.00 | 0.00 |
| | 3773114 | 5NMS3CAD7KH 050769 | 2019 HYUN | SANTA FE SEL | 12/10/2018 | 29,894.00 | 0.00 | 03/01/2019 | 29,894.00 | 0.00 | 0.00 | 0.00 |
| | 4053125 | KM8J3CA40KU 050905 | 2019 HYUN | TUCSON LIMIT | 07/11/2019 | 26,698.00 | 0.00 | 08/21/2019 | 1.84 | 0.00 | 0.00 | 0.00 |
| | 4059885 | KM8J3CA44KU 050941 | 2019 HYUN | TUCSON LIMIT | 07/17/2019 | 26,708.00 | 0.00 | 09/06/2019 | 122.69 | 0.00 | 0.00 | 0.00 |
| | 3721755 | 5NMS3CAD0KH 050970 | 2019 HYUN | SANTA FE SEL | 10/29/2018 | 29,630.00 | 0.00 | 03/05/2019 | 29,630.00 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

**Hyundai Capital America**
**TRIAL BALANCE**
As Of: 10/03/2019

Page: 46
10/03/2019
16:45:35

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Principal Balance: 509,164.70

| | | | | |
|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3724509 | 5NMS5CAA1KH 051450 | 2019 HYUN | SANTA FE LIM | 10/30/2018 | 35,939.00 | 0.00 | 01/09/2019 | 35,939.00 | 0.00 | 0.00 | 0.00 |
| | 4061464 | KM8J3CA45KU 051919 | 2019 HYUN | TUCSON LIMIT | 07/18/2019 | 26,860.00 | 0.00 | 08/13/2019 | 26,860.00 | 0.00 | 0.00 | 0.00 |
| | 4053124 | KM8J2CA49KU 051960 | 2019 HYUN | TUCSON SE | 07/11/2019 | 25,451.00 | 0.00 | 08/28/2019 | 25,451.00 | 0.00 | 0.00 | 0.00 |
| | 4061460 | KM8J3CA40KU 052153 | 2019 HYUN | TUCSON LIMIT | 07/18/2019 | 26,708.00 | 0.00 | 08/06/2019 | 613.55 | 0.00 | 0.00 | 0.00 |
| | 4061468 | KM8J3CA48KU 052207 | 2019 HYUN | TUCSON LIMIT | 07/18/2019 | 26,691.00 | 0.00 | 08/15/2019 | 26,691.00 | 0.00 | 0.00 | 0.00 |
| | 4059887 | KM8J3CA45KU 052326 | 2019 HYUN | TUCSON LIMIT | 07/17/2019 | 26,698.00 | 26,698.00 | | 0.00 | 0.00 | 10.24 | 0.00 |
| | 4061461 | KM8J3CA40KU 052346 | 2019 HYUN | TUCSON LIMIT | 07/18/2019 | 26,698.00 | 0.00 | 08/06/2019 | 26,698.00 | 0.00 | 0.00 | 0.00 |
| | 4059886 | KM8J3CA44KU 052432 | 2019 HYUN | TUCSON LIMIT | 07/17/2019 | 26,698.00 | 0.00 | 08/14/2019 | 26,698.00 | 0.00 | 0.00 | 0.00 |
| | 3726209 | 5NMS3CAD5KH 052942 | 2019 HYUN | SANTA FE SEL | 10/31/2018 | 29,712.00 | 0.00 | 04/01/2019 | 29,712.00 | 0.00 | 0.00 | 0.00 |
| | 3750372 | 5NMS5CAA4KH 054469 | 2019 HYUN | SANTA FE LIM | 11/19/2018 | 35,939.00 | 0.00 | 05/16/2019 | 3,752.90 | 0.00 | 0.00 | 0.00 |
| | 4061469 | KM8J3CA4XKU 054704 | 2019 HYUN | TUCSON LIMIT | 07/18/2019 | 26,755.00 | 0.00 | 09/05/2019 | 26,755.00 | 0.00 | 0.00 | 0.00 |
| | 4061466 | KM8J3CA47KU 055695 | 2019 HYUN | TUCSON LIMIT | 07/18/2019 | 26,755.00 | 26,755.00 | | 0.00 | 0.00 | 10.26 | 0.00 |
| | 3737557 | 5NMS2CAD5KH 056606 | 2019 HYUN | SANTA FE SE | 11/08/2018 | 27,693.00 | 0.00 | 01/25/2019 | 27,693.00 | 0.00 | 0.00 | 0.00 |
| | 4061467 | KM8J3CA47KU 056832 | 2019 HYUN | TUCSON LIMIT | 07/18/2019 | 26,860.00 | 0.00 | 08/28/2019 | 26,860.00 | 0.00 | 0.00 | 0.00 |
| | 4061465 | KM8J3CA45KU 057185 | 2019 HYUN | TUCSON LIMIT | 07/18/2019 | 26,755.00 | 26,755.00 | | 0.00 | 0.00 | 10.26 | 0.00 |
| | 3739344 | 5NMS2CADXKH 057394 | 2019 HYUN | SANTA FE SE | 11/13/2018 | 27,848.00 | 0.00 | 12/12/2018 | 27,848.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: ACOSTA-ALMONTE, P. | | | | | | | | | | | |
| | 4061462 | KM8J3CA40KU 059992 | 2019 HYUN | TUCSON LIMIT | 07/18/2019 | 26,698.00 | 0.00 | 08/16/2019 | 26,698.00 | 0.00 | 0.00 | 0.00 |
| | 4059884 | KM8J3CA41KU 059998 | 2019 HYUN | TUCSON LIMIT | 07/17/2019 | 26,860.00 | 26,860.00 | | 0.00 | 0.00 | 10.30 | 0.00 |
| | 3859003 | 3KPC24A39KE 066788 | 2019 HYUN | ACCENT SE | 02/19/2019 | 16,667.00 | 0.00 | 04/09/2019 | 16,667.00 | 0.00 | 0.00 | 0.00 |
| | 3859001 | 3KPC24A38KE 067253 | 2019 HYUN | ACCENT SE | 02/19/2019 | 16,667.00 | 0.00 | 03/01/2019 | 16,667.00 | 0.00 | 0.00 | 0.00 |
| | 3600479 | KMHH35LE5JU 070677 | 2018 HYUN | ELANTRA GT | 07/17/2018 | 22,623.00 | 0.00 | 12/17/2018 | 22,623.00 | 0.00 | 0.00 | 0.00 |
| | 3600480 | KMHH35LE5JU 070680 | 2018 HYUN | ELANTRA GT | 07/17/2018 | 20,904.00 | 0.00 | 10/17/2018 | 20,904.00 | 0.00 | 0.00 | 0.00 |
| | 3600478 | KMHH35LE2JU 070703 | 2018 HYUN | ELANTRA GT | 07/17/2018 | 20,904.00 | 0.00 | 10/11/2018 | 20,904.00 | 0.00 | 0.00 | 0.00 |
| | 3622935 | KMHH55LC5JU 073281 | 2018 HYUN | ELANTRA GT S | 08/03/2018 | 28,413.00 | 0.00 | 10/22/2018 | 28,413.00 | 0.00 | 0.00 | 0.00 |
| | 3620540 | KMHH55LC9JU 073414 | 2018 HYUN | ELANTRA GT S | 08/01/2018 | 24,753.00 | 0.00 | 12/07/2018 | 24,753.00 | 0.00 | 0.00 | 0.00 |
| | 3630229 | KMHH35LE4JU 075076 | 2018 HYUN | ELANTRA GT | 08/10/2018 | 20,922.00 | 0.00 | 04/16/2019 | 20,922.00 | 0.00 | 0.00 | 0.00 |
| | 3508443 | KMHE34L39JA 079055 | 2018 HYUN | SONATA HYBRI | 05/02/2018 | 33,732.00 | 0.00 | 11/30/2018 | 33,732.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: DASCAL, J. | | | | | | | | | | | |

Hyundai Capital America

**TRIAL BALANCE**

As Of:  10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Principal Balance: 509,164.70

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3744654 | KMHE24L32JA 087307 | 2018 HYUN | SONATA HYBRI | 11/13/2018 | 25,628.00 | 0.00 | 12/07/2018 | 25,628.00 | 0.00 | 0.00 | 0.00 |
| | 3502745 | KMHC75LC4JU 090805 | 2018 HYUN | IONIQ SEL | 04/27/2018 | 24,465.00 | 0.00 | 12/03/2018 | 24,465.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: GONZALEZ, R. | | | | | | | | | | | |
| | 3922605 | KMHE24L33KA 091190 | 2019 HYUN | SONATA HYBRI | 04/05/2019 | 25,983.00 | 0.00 | 06/19/2019 | 25,983.00 | 0.00 | 0.00 | 0.00 |
| | 3921292 | KMHE24L32KA 091195 | 2019 HYUN | SONATA HYBRI | 04/04/2019 | 25,983.00 | 0.00 | 06/19/2019 | 25,983.00 | 0.00 | 0.00 | 0.00 |
| | 3346601 | 5NMZUDLA4JH 092576 | 2018 HYUN | SANTA FE SPO | 12/26/2017 | 33,377.00 | 0.00 | 10/09/2018 | 33,377.00 | 0.00 | 0.00 | 0.00 |
| | 3903819 | 5NMS2CAD1KH 094317 | 2019 HYUN | SANTA FE SE | 03/22/2019 | 27,859.00 | 0.00 | 06/19/2019 | 27,859.00 | 0.00 | 0.00 | 0.00 |
| | 3901846 | 5NMS5CAA1KH 095691 | 2019 HYUN | SANTA FE LIM | 03/21/2019 | 38,915.00 | 0.00 | 04/19/2019 | 38,915.00 | 0.00 | 0.00 | 0.00 |
| | 3908129 | 5NMS2CAD2KH 095993 | 2019 HYUN | SANTA FE SE | 03/26/2019 | 27,993.00 | 0.00 | 05/29/2019 | 27,993.00 | 0.00 | 0.00 | 0.00 |
| | 3896105 | 5NMS2CADXKH 096048 | 2019 HYUN | SANTA FE SE | 03/18/2019 | 27,993.00 | 0.00 | 05/13/2019 | 27,993.00 | 0.00 | 0.00 | 0.00 |
| | 3952122 | 5NMS5CAA1KH 104468 | 2019 HYUN | SANTA FE LIM | 04/26/2019 | 38,826.00 | 0.00 | 05/01/2019 | 1,974.58 | 0.00 | 0.00 | 0.00 |
| | 3975900 | KMHH35LE1KU 104566 | 2019 HYUN | ELANTRA GT | 05/14/2019 | 20,993.00 | 0.00 | 06/26/2019 | 20,993.00 | 0.00 | 0.00 | 0.00 |
| | 3967809 | KMHH35LE4KU 104609 | 2019 HYUN | ELANTRA GT | 05/09/2019 | 23,764.00 | 0.00 | 07/12/2019 | 2,642.59 | 0.00 | 0.00 | 0.00 |
| | 4032355 | KMHH55LC0KU 104924 | 2019 HYUN | ELANTRA GT S | 06/26/2019 | 24,766.00 | 0.00 | 08/19/2019 | 24,766.00 | 0.00 | 0.00 | 0.00 |
| | 3508349 | KM8K1CAAXJU 108422 | 2018 HYUN | KONA SE | 05/02/2018 | 21,567.00 | 0.00 | 10/09/2018 | 21,567.00 | 0.00 | 0.00 | 0.00 |
| | 3962806 | 5NMS2CAD0KH 109034 | 2019 HYUN | SANTA FE SE | 05/03/2019 | 28,144.00 | 0.00 | 06/24/2019 | 28,144.00 | 0.00 | 0.00 | 0.00 |
| | 3984073 | 5NMS5CAA0KH 111704 | 2019 HYUN | SANTA FE LIM | 05/20/2019 | 36,176.00 | 0.00 | 07/24/2019 | 21,178.28 | 0.00 | 0.00 | 0.00 |
| | 3989455 | 5NMS5CAAXKH 115243 | 2019 HYUN | SANTA FE LIM | 05/23/2019 | 39,025.00 | 0.00 | 06/11/2019 | 39,025.00 | 0.00 | 0.00 | 0.00 |
| | 3989454 | 5NMS5CAA7KH 117970 | 2019 HYUN | SANTA FE LIM | 05/23/2019 | 36,269.00 | 0.00 | 08/21/2019 | 322.95 | 0.00 | 0.00 | 0.00 |
| | 4012755 | 5NMS3CAD2KH 123076 | 2019 HYUN | SANTA FE SEL | 08/12/2019 | 29,768.00 | 0.00 | 08/02/2019 | 312.31 | 0.00 | 0.00 | 0.00 |
| | 4006988 | 5NMS2CAD5KH 124015 | 2019 HYUN | SANTA FE SE | 08/07/2019 | 28,352.00 | 0.00 | 07/17/2019 | 28,352.00 | 0.00 | 0.00 | 0.00 |
| | 4012754 | 5NMS3CAD0KH 124713 | 2019 HYUN | SANTA FE SEL | 08/12/2019 | 29,768.00 | 0.00 | 07/23/2019 | 474.14 | 0.00 | 0.00 | 0.00 |
| | 4030254 | 5NMS3CADXKH 127960 | 2019 HYUN | SANTA FE SEL | 08/24/2019 | 29,768.00 | 0.00 | 07/31/2019 | 29,768.00 | 0.00 | 0.00 | 0.00 |
| | 3597712 | KM8K1CAA7JU 128711 | 2018 HYUN | KONA SE | 07/12/2018 | 21,438.00 | 0.00 | 10/11/2018 | 21,438.00 | 0.00 | 0.00 | 0.00 |
| | 3814806 | KMHC05LC1KU 130389 | 2019 HYUN | IONIQ LIMITE | 01/08/2019 | 30,779.00 | 0.00 | 04/03/2019 | 30,779.00 | 0.00 | 0.00 | 0.00 |
| | 4030253 | 5NMS3CAD1KH 130696 | 2019 HYUN | SANTA FE SEL | 06/24/2019 | 32,074.00 | 0.00 | 07/30/2019 | 32,074.00 | 0.00 | 0.00 | 0.00 |
| | 3594933 | KM8K1CAA9JU 130878 | 2018 HYUN | KONA SE | 07/10/2018 | 21,438.00 | 0.00 | 11/27/2018 | 21,438.00 | 0.00 | 0.00 | 0.00 |
| | 4016977 | 5NMS3CAD4KH 131048 | 2019 HYUN | SANTA FE SEL | 06/14/2019 | 29,768.00 | 0.00 | 07/19/2019 | 29,768.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page:  48

10/03/2019

16:45:35

Principal Balance:  509,164.70

| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3814811 | KMHC65LC9KU 131630 | 2019 HYUN | IONIQ BLUE | 01/08/2019 | 23,086.00 | 0.00 | 07/08/2019 | 1,644.78 | 0.00 | 0.00 | 0.00 |
| | 3832347 | KMHC85LC2KU 133830 | 2019 HYUN | IONIQ LIMITE | 01/24/2019 | 28,623.00 | 0.00 | 07/02/2019 | 28,623.00 | 0.00 | 0.00 | 0.00 |
| | 3859377 | KMHC75LC2KU 134396 | 2019 HYUN | IONIQ SEL | 02/19/2019 | 25,277.00 | 0.00 | 08/30/2019 | 25,277.00 | 0.00 | 0.00 | 0.00 |
| | 3832329 | KMHC65LC7KU 134431 | 2019 HYUN | IONIQ BLUE | 01/24/2019 | 23,086.00 | 0.00 | 05/08/2019 | 23,086.00 | 0.00 | 0.00 | 0.00 |
| | 3832346 | KMHC75LC8KU 134600 | 2019 HYUN | IONIQ SEL | 01/24/2019 | 25,277.00 | 0.00 | 05/28/2019 | 25,277.00 | 0.00 | 0.00 | 0.00 |
| | 3736810 | KM8K3CA52JU 134915 | 2018 HYUN | KONA LIMITED | 11/08/2018 | 26,287.00 | 0.00 | 11/27/2018 | 26,287.00 | 0.00 | 0.00 | 0.00 |
| | 3833868 | KMHC05LC4KU 135943 | 2019 HYUN | IONIQ LIMITE | 01/25/2019 | 30,779.00 | 30,779.00 | | 0.00 | 0.00 | 11.80 | 0.00 |
| | 4059881 | 5NMS2CAD3LH 139677 | 2020 HYUN | SANTA FE SE | 07/17/2019 | 28,390.00 | 0.00 | 09/19/2019 | 28,390.00 | 0.00 | 0.00 | 0.00 |
| | 4059882 | 5NMS5CADXLH 142373 | 2020 HYUN | SANTA FE LIM | 07/17/2019 | 37,495.00 | 0.00 | 08/06/2019 | 37,495.00 | 0.00 | 0.00 | 0.00 |
| | 3975899 | KMHC65LD8KU 143776 | 2019 HYUN | IONIQ | 05/14/2019 | 25,931.00 | 25,931.00 | | 0.00 | 0.00 | 9.94 | 0.00 |
| | 3594930 | KM8K1CAA5JU 147502 | 2018 HYUN | KONA SE | 07/10/2019 | 21,438.00 | 0.00 | 10/17/2018 | 21,438.00 | 0.00 | 0.00 | 0.00 |
| | 3609867 | KM8K1CAA9JU 153609 | 2018 HYUN | KONA SE | 07/23/2018 | 21,662.00 | 0.00 | 10/29/2018 | 21,662.00 | 0.00 | 0.00 | 0.00 |
| | 3600474 | KM8K1CAA1JU 153779 | 2018 HYUN | KONA SE | 07/17/2018 | 21,760.00 | 0.00 | 10/29/2018 | 21,760.00 | 0.00 | 0.00 | 0.00 |
| | 3597716 | KM8K1CAA9JU 158163 | 2018 HYUN | KONA SE | 07/12/2018 | 21,621.00 | 0.00 | 10/10/2018 | 21,621.00 | 0.00 | 0.00 | 0.00 |
| | 3613695 | KM8K3CA55JU 168282 | 2018 HYUN | KONA LIMITED | 07/26/2018 | 26,508.00 | 0.00 | 10/04/2018 | 26,508.00 | 0.00 | 0.00 | 0.00 |
| | 3622891 | KM8K3CA52JU 168627 | 2018 HYUN | KONA LIMITED | 08/03/2018 | 26,495.00 | 0.00 | 10/16/2018 | 26,495.00 | 0.00 | 0.00 | 0.00 |
| | 3636539 | KM8K1CAA3JU 179414 | 2018 HYUN | KONA SE | 08/16/2018 | 21,851.00 | 0.00 | 12/03/2018 | 21,851.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: SAMSON, S. | | | | | | | | | | | |
| | 3764291 | KM8K2CAA4KU 191781 | 2019 HYUN | KONA SEL | 12/03/2018 | 23,810.00 | 0.00 | 01/04/2019 | 23,810.00 | 0.00 | 0.00 | 0.00 |
| | 3736809 | KM8K2CAA7KU 207990 | 2019 HYUN | KONA SEL | 11/08/2018 | 23,842.00 | 0.00 | 12/10/2018 | 23,842.00 | 0.00 | 0.00 | 0.00 |
| | 3705757 | KM8K2CAA9KU 210616 | 2019 HYUN | SEL Q0422 | 10/15/2018 | 23,808.00 | 0.00 | 12/21/2018 | 23,808.00 | 0.00 | 0.00 | 0.00 |
| | 3764290 | KM8K2CAA3KU 210658 | 2019 HYUN | KONA SEL | 12/03/2018 | 23,789.00 | 0.00 | 01/11/2019 | 23,789.00 | 0.00 | 0.00 | 0.00 |
| | 3764289 | KM8K2CAA2KU 210795 | 2019 HYUN | KONA SEL | 12/03/2018 | 23,739.00 | 0.00 | 12/18/2018 | 23,739.00 | 0.00 | 0.00 | 0.00 |
| | 3745235 | KM8K1CAA6KU 215033 | 2019 HYUN | KONA SE | 11/14/2018 | 22,109.00 | 0.00 | 11/27/2018 | 22,109.00 | 0.00 | 0.00 | 0.00 |
| | 3747656 | KM8K5CA54KU 225700 | 2019 HYUN | KONA ULTIMAT | 11/15/2018 | 29,235.00 | 0.00 | 02/05/2019 | 29,235.00 | 0.00 | 0.00 | 0.00 |
| | 3764292 | KM8K2CAA6KU 230239 | 2019 HYUN | KONA SEL | 12/03/2018 | 23,808.00 | 0.00 | 12/31/2018 | 23,808.00 | 0.00 | 0.00 | 0.00 |
| | 3764293 | KM8K3CA54KU 233513 | 2019 HYUN | KONA LIMITED | 12/03/2018 | 27,376.00 | 0.00 | 12/20/2018 | 27,376.00 | 0.00 | 0.00 | 0.00 |
| | 3797537 | KM8K2CAA1KU 235106 | 2019 HYUN | KONA SEL | 12/26/2018 | 23,756.00 | 0.00 | 01/10/2019 | 23,756.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 49
10/03/2019
16:45:35

Principal Balance: 509,164.70

| | | | | |
|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3781009 | KM8K1CAA6KU 241129 | 2019 HYUN | KONA SE | 12/14/2018 | 22,353.00 | 0.00 | 01/15/2019 | 22,353.00 | 0.00 | 0.00 | 0.00 |
| | 3797539 | KM8K6CAA5KU 241477 | 2019 HYUN | KONA SEL | 12/26/2018 | 25,335.00 | 0.00 | 01/11/2019 | 25,335.00 | 0.00 | 0.00 | 0.00 |
| | 3166483 | KM8SRDHF2HU 242237 | 2017 HYUN | SANTA FE SE | 07/27/2017 | 42,704.00 | 0.00 | 01/10/2019 | 29,892.80 | 0.00 | 0.00 | 0.00 |
| | 3764137 | KM8K3CA58KU 245373 | 2019 HYUN | KONA LIMITED | 11/30/2018 | 27,385.00 | 0.00 | 02/05/2019 | 27,385.00 | 0.00 | 0.00 | 0.00 |
| | 3814776 | KM8K3CA50KU 246677 | 2019 HYUN | KONA LIMITED | 01/08/2019 | 27,348.00 | 0.00 | 02/08/2019 | 27,348.00 | 0.00 | 0.00 | 0.00 |
| | 3799618 | KM8K3CA55KU 247324 | 2019 HYUN | KONA LIMITED | 12/26/2018 | 27,290.00 | 0.00 | 03/01/2019 | 27,290.00 | 0.00 | 0.00 | 0.00 |
| | 3808679 | KM8K5CA54KU 247762 | 2019 HYUN | KONA ULTIMAT | 01/02/2019 | 29,207.00 | 0.00 | 03/01/2019 | 29,207.00 | 0.00 | 0.00 | 0.00 |
| | 3768328 | KM8K1CAA9KU 249449 | 2019 HYUN | KONA SE | 12/06/2018 | 22,299.00 | 0.00 | 12/27/2018 | 22,299.00 | 0.00 | 0.00 | 0.00 |
| | 3822792 | KM8K3CA54KU 251932 | 2019 HYUN | KONA LIMITED | 01/17/2019 | 27,415.00 | 0.00 | 01/28/2019 | 27,415.00 | 0.00 | 0.00 | 0.00 |
| | 3148275 | KM8SRDHF6HU 253886 | 2017 HYUN | SANTA FE SE | 07/13/2017 | 42,551.00 | 0.00 | 11/29/2018 | 29,785.70 | 0.00 | 0.00 | 0.00 |
| | Customer Name: SINGH, L | | | | | | | | | | | |
| | 3143671 | KM8SRDHFXHU 254443 | 2017 HYUN | SANTA FE SE | 07/10/2017 | 42,192.00 | 0.00 | 01/10/2019 | 29,534.40 | 0.00 | 0.00 | 0.00 |
| | 3170596 | KM8SRDHFXHU 257147 | 2017 HYUN | SANTA FE SE | 07/31/2017 | 42,192.00 | 0.00 | 01/10/2019 | 29,534.40 | 0.00 | 0.00 | 0.00 |
| | 3222696 | KM8SRDHFXJU 261530 | 2018 HYUN | SANTA FE SE | 09/15/2017 | 42,597.00 | 0.00 | 11/08/2018 | 38,337.30 | 0.00 | 0.00 | 0.00 |
| | 3228057 | KM8SMDHF9JU 264871 | 2018 HYUN | SANTA FE SE | 09/19/2017 | 33,127.00 | 0.00 | 10/30/2018 | 29,814.30 | 0.00 | 0.00 | 0.00 |
| | 3261955 | KM8SRDHF5JU 265971 | 2018 HYUN | SANTA FE SE | 10/13/2017 | 42,933.00 | 0.00 | 02/08/2019 | 34,346.40 | 0.00 | 0.00 | 0.00 |
| | 3284943 | KM8SRDHF7JU 267656 | 2018 HYUN | SANTA FE SE | 10/31/2017 | 42,627.00 | 0.00 | 11/30/2018 | 38,364.30 | 0.00 | 0.00 | 0.00 |
| | Customer Name: PERSAUD, N | | | | | | | | | | | |
| | 3396920 | KM8SMDHF1JU 268154 | 2018 HYUN | SANTA FE SE | 02/01/2018 | 32,998.00 | 0.00 | 11/27/2018 | 32,998.00 | 0.00 | 0.00 | 0.00 |
| | 3320112 | KM8SMDHF9JU 268158 | 2018 HYUN | SANTA FE SE | 11/30/2017 | 33,063.00 | 0.00 | 01/02/2019 | 29,756.70 | 0.00 | 0.00 | 0.00 |
| | 3320135 | KM8SRDHF8JU 271943 | 2018 HYUN | SANTA FE SE | 11/30/2017 | 42,685.00 | 0.00 | 05/10/2019 | 29,879.50 | 0.00 | 0.00 | 0.00 |
| | 3823362 | KM8K5CA54KU 272368 | 2019 HYUN | KONA ULTIMAT | 01/18/2019 | 29,235.00 | 0.00 | 03/12/2019 | 29,235.00 | 0.00 | 0.00 | 0.00 |
| | 3229484 | KM8SR4HF3JU 273177 | 2018 HYUN | SANTA FE SE | 09/20/2017 | 39,257.00 | 0.00 | 03/11/2019 | 27,479.90 | 0.00 | 0.00 | 0.00 |
| | 3464786 | KM8SRDHF2JU 274160 | 2018 HYUN | SANTA FE SE | 03/28/2018 | 42,582.00 | 0.00 | 07/08/2019 | 9,244.92 | 0.00 | 0.00 | 0.00 |
| | 3823360 | KM8K3CA59KU 274591 | 2019 HYUN | KONA LIMITED | 01/18/2019 | 27,383.00 | 0.00 | 02/28/2019 | 27,383.00 | 0.00 | 0.00 | 0.00 |
| | 3415429 | KM8SMDHF9JU 277152 | 2018 HYUN | SANTA FE SE | 02/20/2018 | 33,110.00 | 0.00 | 01/10/2019 | 33,110.00 | 0.00 | 0.00 | 0.00 |
| | 3821368 | KM8K1CAAXKU 277731 | 2019 HYUN | KONA SE | 01/15/2019 | 22,260.00 | 0.00 | 02/05/2019 | 22,260.00 | 0.00 | 0.00 | 0.00 |
| | 3292924 | KM8SRDHFXJU 278439 | 2018 HYUN | SANTA FE SE | 11/06/2017 | 40,907.00 | 0.00 | 10/29/2018 | 40,907.00 | 0.00 | 0.00 | 0.00 |
| | 3396923 | KM8SMDHF8JU 279071 | 2018 HYUN | SANTA FE SE | 02/01/2018 | 32,998.00 | 0.00 | 03/21/2019 | 29,698.20 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 50

10/03/2019

16:45:35

Principal Balance: 509,164.70

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3500890 | KM8SRDHF8JU 279122 | 2018 HYUN | SANTA FE SE | 04/26/2018 | 42,830.00 | 0.00 | 07/10/2019 | 34,264.00 | 0.00 | 0.00 | 0.00 |
| | 3464781 | KM8SMDHF5JU 280601 | 2018 HYUN | SANTA FE SE | 03/28/2018 | 33,075.00 | 0.00 | 01/09/2019 | 33,075.00 | 0.00 | 0.00 | 0.00 |
| | 3534263 | KM8SMDHFXJU 280805 | 2018 HYUN | SANTA FE SE | 05/23/2018 | 32,862.00 | 0.00 | 12/03/2018 | 32,862.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: CANDELARIA, R | | | | | | | | | | | |
| | 3323974 | KM8SMDHFXJU 285048 | 2018 HYUN | SANTA FE SE | 12/04/2017 | 33,040.00 | 0.00 | 12/17/2018 | 29,736.00 | 0.00 | 0.00 | 0.00 |
| | 3323969 | KM8SMDHF2JU 285898 | 2018 HYUN | SANTA FE SE | 12/04/2017 | 33,127.00 | 0.00 | 10/04/2018 | 33,127.00 | 0.00 | 0.00 | 0.00 |
| | 3323972 | KM8SMDHF5JU 289170 | 2018 HYUN | SANTA FE SE | 12/04/2017 | 33,039.00 | 0.00 | 10/19/2018 | 33,039.00 | 0.00 | 0.00 | 0.00 |
| | 3747669 | KM8SMDHF8KU 302334 | 2019 HYUN | SANTA FE XL | 11/15/2018 | 32,800.00 | 0.00 | 01/03/2019 | 32,800.00 | 0.00 | 0.00 | 0.00 |
| | 3751044 | KM8SRDHF6KU 302348 | 2019 HYUN | SANTA FE XL | 11/19/2018 | 42,589.00 | 0.00 | 04/25/2019 | 42,589.00 | 0.00 | 0.00 | 0.00 |
| | 3747674 | KM8SNDHF4KU 302957 | 2019 HYUN | SANTA FE XL | 11/15/2018 | 36,055.00 | 0.00 | 03/21/2019 | 36,055.00 | 0.00 | 0.00 | 0.00 |
| | 3747668 | KM8SMDHF5KU 304137 | 2019 HYUN | SANTA FE XL | 11/15/2018 | 32,726.00 | 0.00 | 07/06/2019 | 32,726.00 | 0.00 | 0.00 | 0.00 |
| | 3747670 | KM8SMDHF9KU 305095 | 2019 HYUN | SANTA FE XL | 11/15/2018 | 32,800.00 | 0.00 | 12/05/2018 | 32,800.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: SCOUFARAS, G | | | | | | | | | | | |
| | 3754304 | KM8SRDHF6KU 305699 | 2019 HYUN | SANTA FE XL | 11/21/2018 | 42,439.00 | 0.00 | 02/05/2019 | 42,439.00 | 0.00 | 0.00 | 0.00 |
| | 3754293 | KM8SNDHF3KU 306286 | 2019 HYUN | SANTA FE XL | 11/21/2018 | 36,150.00 | 0.00 | 02/06/2019 | 36,150.00 | 0.00 | 0.00 | 0.00 |
| | 3764181 | KM8SNDHF3KU 306725 | 2019 HYUN | SANTA FE XL | 11/30/2018 | 36,019.00 | 0.00 | 05/30/2019 | 36,019.00 | 0.00 | 0.00 | 0.00 |
| | 3808682 | KM8SMDHF5KU 306860 | 2019 HYUN | SANTA FE XL | 01/02/2019 | 32,661.00 | 0.00 | 08/26/2019 | 2,248.30 | 0.00 | 0.00 | 0.00 |
| | 3808683 | KM8SMDHF5KU 306907 | 2019 HYUN | SANTA FE XL | 01/02/2019 | 32,650.00 | 0.00 | 04/25/2019 | 32,650.00 | 0.00 | 0.00 | 0.00 |
| | 3814798 | KM8SNDHF4KU 307219 | 2019 HYUN | SANTA FE XL | 01/08/2019 | 36,019.00 | 0.00 | 05/29/2019 | 36,019.00 | 0.00 | 0.00 | 0.00 |
| | 3780771 | KM8SRDHF7KU 307820 | 2019 HYUN | SANTA FE XL | 12/13/2018 | 42,565.00 | 0.00 | 03/04/2019 | 42,565.00 | 0.00 | 0.00 | 0.00 |
| | 3814805 | KM8SRDHF6KU 310398 | 2019 HYUN | SANTA FE XL | 01/08/2019 | 40,649.00 | 0.00 | 02/08/2019 | 40,649.00 | 0.00 | 0.00 | 0.00 |
| | 3958076 | KM8K5CA51KU 310719 | 2019 HYUN | KONA ULTIMAT | 04/30/2019 | 32,351.00 | 0.00 | 07/29/2019 | 32,351.00 | 0.00 | 0.00 | 0.00 |
| | 3958077 | KM8K5CA55KU 316362 | 2019 HYUN | KONA ULTIMAT | 04/30/2019 | 32,351.00 | 32,351.00 | | | 0.00 | 12.40 | 0.00 |
| | 3907049 | KM8K2CAA6KU 319650 | 2019 HYUN | KONA SEL | 03/25/2019 | 23,810.00 | 0.00 | 04/25/2019 | 23,810.00 | 0.00 | 0.00 | 0.00 |
| | 3904439 | KM8K2CAA1KU 320026 | 2019 HYUN | KONA SEL | 03/22/2019 | 23,810.00 | 0.00 | 04/25/2019 | 23,810.00 | 0.00 | 0.00 | 0.00 |
| | 3952123 | KM8K6CAA5KU 320521 | 2019 HYUN | KONA SEL | 04/26/2019 | 25,281.00 | 0.00 | 05/02/2019 | 25,281.00 | 0.00 | 0.00 | 0.00 |
| | 3904442 | KM8K6CAA0KU 320961 | 2019 HYUN | KONA SEL | 03/22/2019 | 25,333.00 | 0.00 | 04/11/2019 | 25,333.00 | 0.00 | 0.00 | 0.00 |
| | 3921226 | KM8K2CAA4KU 323373 | 2019 HYUN | KONA SEL | 04/04/2019 | 23,810.00 | 0.00 | 05/07/2019 | 324.30 | 0.00 | 0.00 | 0.00 |
| | 3921246 | KM8K6CAA4KU 323393 | 2019 HYUN | KONA SEL | 04/04/2019 | 25,333.00 | 0.00 | 06/14/2019 | 2,161.14 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of:  10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page:  51

10/03/2019

16:45:35

Principal Balance:  509,164.70

| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3914528 | KM8K6CAA8KU 324238 | 2019 HYUN | KONA SEL | 03/29/2019 | 25,333.00 | 0.00 | 04/25/2019 | 25,333.00 | 0.00 | 0.00 | 0.00 |
| | 3914432 | KM8K1CAA2KU 324427 | 2019 HYUN | KONA SE | 03/29/2019 | 22,202.00 | 0.00 | 04/23/2019 | 22,202.00 | 0.00 | 0.00 | 0.00 |
| | 3914482 | KM8K1CAA9KU 324442 | 2019 HYUN | KONA SE | 03/29/2019 | 22,206.00 | 0.00 | 04/11/2019 | 22,206.00 | 0.00 | 0.00 | 0.00 |
| | 3921245 | KM8K6CAA3KU 324860 | 2019 HYUN | KONA SEL | 04/04/2019 | 25,306.00 | 0.00 | 07/02/2019 | 25,306.00 | 0.00 | 0.00 | 0.00 |
| | 3921176 | KM8K12AA5KU 324948 | 2019 HYUN | KONA SE | 04/04/2019 | 21,150.00 | 0.00 | 05/14/2019 | 21,150.00 | 0.00 | 0.00 | 0.00 |
| | 3921243 | KM8K6CAA1KU 325070 | 2019 HYUN | KONA SEL | 04/04/2019 | 25,333.00 | 0.00 | 05/17/2019 | 25,333.00 | 0.00 | 0.00 | 0.00 |
| | 3921253 | KM8K6CAAXKU 325133 | 2019 HYUN | KONA SEL | 04/04/2019 | 25,200.00 | 0.00 | 06/20/2019 | 261.87 | 0.00 | 0.00 | 0.00 |
| | 3914449 | KM8K1CAA4KU 325210 | 2019 HYUN | KONA SE | 03/29/2019 | 22,299.00 | 0.00 | 04/09/2019 | 22,299.00 | 0.00 | 0.00 | 0.00 |
| | 3958078 | KM8K5CA5XKU 329561 | 2019 HYUN | KONA ULTIMAT | 04/30/2019 | 29,325.00 | 0.00 | 05/17/2019 | 1,500.72 | 0.00 | 0.00 | 0.00 |
| | 3984082 | KM8K5CA55KU 329676 | 2019 HYUN | KONA ULTIMAT | 05/20/2019 | 29,366.00 | 0.00 | 06/27/2019 | 29,366.00 | 0.00 | 0.00 | 0.00 |
| | 3958079 | KM8K5CA5XKU 330774 | 2019 HYUN | KONA ULTIMAT | 04/30/2019 | 29,330.00 | 0.00 | 05/29/2019 | 29,330.00 | 0.00 | 0.00 | 0.00 |
| | 3958075 | KM8K2CAA5KU 334846 | 2019 HYUN | KONA SEL | 04/30/2019 | 23,907.00 | 0.00 | 05/23/2019 | 1,498.20 | 0.00 | 0.00 | 0.00 |
| | 3967808 | KM8K3CA50KU 336136 | 2019 HYUN | KONA LIMITED | 05/09/2019 | 27,507.00 | 0.00 | 06/11/2019 | 27,507.00 | 0.00 | 0.00 | 0.00 |
| | 3958080 | KM8K6CAAXKU 337072 | 2019 HYUN | KONA SEL | 04/30/2019 | 25,433.00 | 0.00 | 06/19/2019 | 5,821.66 | 0.00 | 0.00 | 0.00 |
| | 3967812 | KM8K2CAAXKU 339738 | 2019 HYUN | KONA SEL | 05/09/2019 | 23,810.00 | 0.00 | 05/28/2019 | 1,169.38 | 0.00 | 0.00 | 0.00 |
| | 4002832 | KM8K2CAA9KU 341433 | 2019 HYUN | KONA SEL | 06/05/2019 | 23,875.00 | 0.00 | 06/26/2019 | 2,041.60 | 0.00 | 0.00 | 0.00 |
| | 3967813 | KM8K6CAA3KU 341514 | 2019 HYUN | KONA SEL | 05/09/2019 | 25,433.00 | 0.00 | 07/02/2019 | 25,433.00 | 0.00 | 0.00 | 0.00 |
| | 3967807 | KM8K2CAA0KU 343278 | 2019 HYUN | KONA SEL | 05/09/2019 | 23,907.00 | 0.00 | 07/16/2019 | 23,907.00 | 0.00 | 0.00 | 0.00 |
| | 3975895 | KM8K2CAA6KU 343477 | 2019 HYUN | KONA SEL | 05/14/2019 | 23,931.00 | 0.00 | 08/14/2019 | 1,264.78 | 0.00 | 0.00 | 0.00 |
| | 3975894 | KM8K2CAA4KU 343753 | 2019 HYUN | KONA SEL | 05/14/2019 | 23,931.00 | 0.00 | 06/07/2019 | 658.13 | 0.00 | 0.00 | 0.00 |
| | 3559585 | 5NPD84LF0JH 344966 | 2018 HYUN | ELANTRA SEL | 08/13/2018 | 19,654.00 | 0.00 | 10/29/2018 | 19,654.00 | 0.00 | 0.00 | 0.00 |
| | 3984071 | KM8K6CAA0KU 350574 | 2019 HYUN | KONA SEL | 05/21/2019 | 25,514.00 | 0.00 | 07/01/2019 | 12,446.00 | 0.00 | 0.00 | 0.00 |
| | 3984072 | KM8K6CAA4KU 350867 | 2019 HYUN | KONA SEL | 05/21/2019 | 25,498.00 | 0.00 | 06/26/2019 | 3,084.40 | 0.00 | 0.00 | 0.00 |
| | 3987681 | KM8K1CAA7KU 352238 | 2019 HYUN | KONA SE | 05/23/2019 | 22,399.00 | 0.00 | 06/14/2019 | 599.20 | 0.00 | 0.00 | 0.00 |
| | 3991723 | KM8K2CAA1KU 352359 | 2019 HYUN | KONA SEL | 05/24/2019 | 23,931.00 | 0.00 | 06/25/2019 | 23,931.00 | 0.00 | 0.00 | 0.00 |
| | 3984080 | KM8K1CAA7KU 353079 | 2019 HYUN | KONA SE | 05/20/2019 | 22,472.00 | 0.00 | 06/12/2019 | 22,472.00 | 0.00 | 0.00 | 0.00 |
| | 3984078 | KM8K1CAA2KU 353118 | 2019 HYUN | KONA SE | 05/20/2019 | 22,399.00 | 0.00 | 06/11/2019 | 22,399.00 | 0.00 | 0.00 | 0.00 |
| | 3987684 | KM8K2CAAXKU 353333 | 2019 HYUN | KONA SEL | 05/23/2019 | 23,931.00 | 0.00 | 07/08/2019 | 10,903.39 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 52

10/03/2019

16:45:35

Principal Balance: 509,164.70

| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3987682 | KM8K22AA3KU 353720 | 2019 HYUN | KONA SEL | 05/23/2019 | 22,576.00 | 0.00 | 07/18/2019 | 22,576.00 | 0.00 | 0.00 | 0.00 |
| | 3984079 | KM8K1CAA2KU 354933 | 2019 HYUN | KONA SE | 05/20/2019 | 22,423.00 | 0.00 | 05/30/2019 | 22,423.00 | 0.00 | 0.00 | 0.00 |
| | 4033716 | KM8K1CAA7KU 355575 | 2019 HYUN | KONA SE | 06/26/2019 | 22,423.00 | 0.00 | 07/19/2019 | 22,423.00 | 0.00 | 0.00 | 0.00 |
| | 4000782 | KM8K1CAA3KU 356481 | 2019 HYUN | KONA SE | 06/03/2019 | 22,399.00 | 0.00 | 07/10/2019 | 22,399.00 | 0.00 | 0.00 | 0.00 |
| | 3984070 | KM8K1CAA6KU 356765 | 2019 HYUN | KONA SE | 05/21/2019 | 22,175.00 | 0.00 | 06/26/2019 | 22,175.00 | 0.00 | 0.00 | 0.00 |
| | 3991724 | KM8K2CAA5KU 357192 | 2019 HYUN | KONA SEL | 05/24/2019 | 23,976.00 | 0.00 | 07/10/2019 | 2,019.49 | 0.00 | 0.00 | 0.00 |
| | 4060037 | KM8K2CAA6KU 357945 | 2019 HYUN | KONA SEL | 07/18/2019 | 23,770.00 | 0.00 | 08/06/2019 | 23,770.00 | 0.00 | 0.00 | 0.00 |
| | 3984069 | KM8K1CAA3KU 358215 | 2019 HYUN | KONA SE | 05/21/2019 | 22,240.00 | 0.00 | 06/17/2019 | 22,240.00 | 0.00 | 0.00 | 0.00 |
| | 3563782 | 5NPD84LF5JH 359379 | 2018 HYUN | ELANTRA SEL | 06/15/2018 | 19,646.00 | 0.00 | 02/28/2019 | 19,646.00 | 0.00 | 0.00 | 0.00 |
| | 3987683 | KM8K2CAA1KU 360090 | 2019 HYUN | KONA SEL | 05/23/2019 | 23,976.00 | 0.00 | 07/02/2019 | 23,976.00 | 0.00 | 0.00 | 0.00 |
| | 3563861 | 5NPD84LF8JH 360395 | 2018 HYUN | ELANTRA SEL | 06/15/2018 | 19,620.00 | 0.00 | 01/16/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3607155 | 5NPD84LF5JH 361505 | 2018 HYUN | ELANTRA SEL | 07/20/2018 | 19,670.00 | 0.00 | 04/10/2019 | 19,670.00 | 0.00 | 0.00 | 0.00 |
| | 3997326 | KM8K1CAA5KU 364355 | 2019 HYUN | KONA SE | 05/31/2019 | 22,475.00 | 0.00 | 06/17/2019 | 1,717.90 | 0.00 | 0.00 | 0.00 |
| | 4033715 | KM8K1CAA6KU 365000 | 2019 HYUN | KONA SE | 06/26/2019 | 22,475.00 | 0.00 | 07/09/2019 | 22,475.00 | 0.00 | 0.00 | 0.00 |
| | 4000783 | KM8K2CAA5KU 366345 | 2019 HYUN | KONA SEL | 06/03/2019 | 23,996.00 | 0.00 | 07/23/2019 | 1,608.59 | 0.00 | 0.00 | 0.00 |
| | 4005462 | KM8K1CAA2KU 366905 | 2019 HYUN | KONA SE | 06/06/2019 | 22,475.00 | 0.00 | 06/19/2019 | 1,622.60 | 0.00 | 0.00 | 0.00 |
| | 3587586 | 5NPD84LFXJH 366909 | 2018 HYUN | ELANTRA SEL | 07/03/2018 | 19,670.00 | 0.00 | 01/22/2019 | 19,670.00 | 0.00 | 0.00 | 0.00 |
| | 4005464 | KM8K5CA50KU 366960 | 2019 HYUN | KONA ULTIMAT | 06/06/2019 | 29,378.00 | 0.00 | 06/21/2019 | 2,341.54 | 0.00 | 0.00 | 0.00 |
| | 3610665 | 5NPD74LF6JH 367185 | 2018 HYUN | ELANTRA SE | 07/24/2018 | 19,166.00 | 0.00 | 10/22/2018 | 19,166.00 | 0.00 | 0.00 | 0.00 |
| | 3566296 | 5NPD84LF5JH 367434 | 2018 HYUN | ELANTRA SEL | 06/18/2018 | 19,646.00 | 0.00 | 10/31/2018 | 19,646.00 | 0.00 | 0.00 | 0.00 |
| | 3608846 | 5NPD74LF5JH 367887 | 2018 HYUN | ELANTRA SE | 07/23/2018 | 19,166.00 | 0.00 | 10/17/2018 | 19,166.00 | 0.00 | 0.00 | 0.00 |
| | 3607102 | 5NPD74LF6JH 368532 | 2018 HYUN | ELANTRA SE | 07/20/2018 | 19,150.00 | 0.00 | 11/05/2018 | 19,150.00 | 0.00 | 0.00 | 0.00 |
| | 3610686 | 5NPD84LF1JH 372517 | 2018 HYUN | ELANTRA SEL | 07/24/2018 | 19,604.00 | 0.00 | 03/08/2019 | 19,604.00 | 0.00 | 0.00 | 0.00 |
| | 3608911 | 5NPD84LF1JH 373103 | 2018 HYUN | ELANTRA SEL | 07/23/2018 | 19,604.00 | 0.00 | 11/28/2018 | 19,604.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: LONGMORE , D | | | | | | | | | | |
| | 3581802 | 5NPD84LF6JH 373999 | 2018 HYUN | ELANTRA SEL | 06/28/2018 | 19,673.00 | 0.00 | 01/09/2019 | 19,673.00 | 0.00 | 0.00 | 0.00 |
| | 3581861 | 5NPD84LFXJH 374234 | 2018 HYUN | ELANTRA SEL | 06/28/2018 | 19,670.00 | 0.00 | 02/27/2019 | 19,670.00 | 0.00 | 0.00 | 0.00 |
| | 3578535 | 5NPD84LF3JH 374494 | 2018 HYUN | ELANTRA SEL | 06/26/2018 | 19,673.00 | 0.00 | 02/08/2019 | 19,673.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 53

10/03/2019

16:45:35

Principal Balance: 509,164.70

| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3619114 | 5NPD84LF7JH 375082 | 2018 HYUN | ELANTRA SEL | 07/31/2018 | 19,593.00 | 0.00 | 01/30/2019 | 19,593.00 | 0.00 | 0.00 | 0.00 |
| | 3639833 | 5NPD84LF7JH 375485 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 19,604.00 | 0.00 | 03/26/2019 | 19,604.00 | 0.00 | 0.00 | 0.00 |
| | 3607133 | 5NPD84LF2JH 375619 | 2018 HYUN | ELANTRA SEL | 07/20/2018 | 19,604.00 | 0.00 | 03/06/2019 | 19,604.00 | 0.00 | 0.00 | 0.00 |
| | 3612015 | 5NPD84LF4JH 375668 | 2018 HYUN | ELANTRA SEL | 07/25/2018 | 19,572.00 | 0.00 | 01/18/2019 | 19,572.00 | 0.00 | 0.00 | 0.00 |
| | 3610746 | 5NPD84LF9JH 376153 | 2018 HYUN | ELANTRA SEL | 07/24/2018 | 19,604.00 | 0.00 | 01/28/2019 | 19,604.00 | 0.00 | 0.00 | 0.00 |
| | 4053129 | KM8K2CAA9KU 376585 | 2019 HYUN | KONA SEL | 07/11/2019 | 24,054.00 | 0.00 | 07/31/2019 | 1,337.15 | 0.00 | 0.00 | 0.00 |
| | 3583508 | 5NPD84LF9JH 376721 | 2018 HYUN | ELANTRA SEL | 06/29/2018 | 19,670.00 | 0.00 | 02/20/2019 | 19,670.00 | 0.00 | 0.00 | 0.00 |
| | 3612079 | 5NPD84LFXJH 376825 | 2018 HYUN | ELANTRA SEL | 07/25/2018 | 22,461.00 | 0.00 | 10/09/2018 | 22,461.00 | 0.00 | 0.00 | 0.00 |
| | 4053130 | KM8K5CA56KU 377011 | 2019 HYUN | KONA ULTIMAT | 07/11/2019 | 29,431.00 | 0.00 | 07/31/2019 | 29,431.00 | 0.00 | 0.00 | 0.00 |
| | 3608848 | 5NPD74LF5JH 377397 | 2018 HYUN | ELANTRA SE | 07/23/2018 | 19,200.00 | 0.00 | 12/07/2018 | 19,200.00 | 0.00 | 0.00 | 0.00 |
| | 4053128 | KM8K2CAA5KU 377894 | 2019 HYUN | KONA SEL | 07/11/2019 | 24,054.00 | 0.00 | 08/21/2019 | 703.80 | 0.00 | 0.00 | 0.00 |
| | 4053127 | KM8K2CAA1KU 378038 | 2019 HYUN | KONA SEL | 07/11/2019 | 24,054.00 | 0.00 | 08/28/2019 | 24,054.00 | 0.00 | 0.00 | 0.00 |
| | 4051215 | KM8K2CAAXKU 378118 | 2019 HYUN | KONA SEL | 07/10/2019 | 24,054.00 | 0.00 | 08/01/2019 | 1,759.96 | 0.00 | 0.00 | 0.00 |
| | 3607171 | 5NPD84LF7JH 378807 | 2018 HYUN | ELANTRA SEL | 07/20/2018 | 19,593.00 | 0.00 | 02/21/2019 | 19,593.00 | 0.00 | 0.00 | 0.00 |
| | 3609096 | 5NPD84LF8JH 378881 | 2018 HYUN | ELANTRA SEL | 07/23/2018 | 19,604.00 | 0.00 | 01/16/2019 | 19,604.00 | 0.00 | 0.00 | 0.00 |
| | 3607142 | 5NPD84LF3JH 379050 | 2018 HYUN | ELANTRA SEL | 07/20/2018 | 19,649.00 | 0.00 | 03/15/2019 | 19,649.00 | 0.00 | 0.00 | 0.00 |
| | 3608897 | 5NPD84LF0JH 379233 | 2018 HYUN | ELANTRA SEL | 07/23/2018 | 19,670.00 | 0.00 | 03/15/2019 | 19,670.00 | 0.00 | 0.00 | 0.00 |
| | 4051214 | KM8K1CAA0KU 379460 | 2019 HYUN | KONA SE | 07/10/2019 | 22,472.00 | 0.00 | 08/01/2019 | 22,472.00 | 0.00 | 0.00 | 0.00 |
| | 4053126 | KM8K1CAA4KU 379722 | 2019 HYUN | KONA SE | 07/11/2019 | 22,472.00 | 0.00 | 08/16/2019 | 1,270.07 | 0.00 | 0.00 | 0.00 |
| | 3614634 | 5NPD84LF6JH 379978 | 2018 HYUN | ELANTRA SEL | 07/27/2018 | 19,596.00 | 0.00 | 02/12/2019 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3608825 | 5NPD74LF2JH 380192 | 2018 HYUN | ELANTRA SE | 07/23/2018 | 19,147.00 | 0.00 | 12/07/2018 | 19,147.00 | 0.00 | 0.00 | 0.00 |
| | 3614655 | 5NPD84LF9JH 380204 | 2018 HYUN | ELANTRA SEL | 07/27/2018 | 20,555.00 | 0.00 | 02/12/2019 | 20,555.00 | 0.00 | 0.00 | 0.00 |
| | 3617027 | 5NPD84LFXJH 380292 | 2018 HYUN | ELANTRA SEL | 07/30/2018 | 19,620.00 | 0.00 | 01/25/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3614623 | 5NPD84LF5JH 380362 | 2018 HYUN | ELANTRA SEL | 07/27/2018 | 19,620.00 | 0.00 | 02/28/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3609140 | 5NPD84LFXJH 380440 | 2018 HYUN | ELANTRA SEL | 07/23/2018 | 19,604.00 | 0.00 | 03/18/2019 | 19,604.00 | 0.00 | 0.00 | 0.00 |
| | 3619048 | 5NPD74LF7JH 381659 | 2018 HYUN | ELANTRA SE | 07/31/2018 | 19,123.00 | 0.00 | 11/09/2018 | 19,123.00 | 0.00 | 0.00 | 0.00 |
| | 3620306 | 5NPD84LF5JH 382189 | 2018 HYUN | ELANTRA SEL | 08/01/2018 | 19,593.00 | 0.00 | 03/11/2019 | 19,593.00 | 0.00 | 0.00 | 0.00 |
| | 3608994 | 5NPD84LF4JH 382961 | 2018 HYUN | ELANTRA SEL | 07/23/2018 | 19,613.00 | 0.00 | 01/28/2019 | 19,613.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Page: 54
10/03/2019
16:45:35

**Cost Center: 44009**
**Dealer: NY055 - Nemet Hyundai**

Principal Balance: 509,164.70

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 |

| | Credit Limit | 6,350,000.00 |
|---|---|---|
| | Commitments | 0.00 |
| | Presold Amount | 0.00 |
| | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3610695 | 5NPD84LF2JH 383803 | 2018 HYUN | ELANTRA SEL | 07/24/2018 | 19,621.00 | 0.00 | 01/04/2019 | 19,621.00 | 0.00 | 0.00 | 0.00 |
| | 3612082 | 5NPD84LFXJH 384262 | 2018 HYUN | ELANTRA SEL | 07/25/2018 | 19,641.00 | 0.00 | 03/21/2019 | 19,641.00 | 0.00 | 0.00 | 0.00 |
| | 3612029 | 5NPD84LF5JH 384511 | 2018 HYUN | ELANTRA SEL | 07/25/2018 | 19,641.00 | 0.00 | 03/15/2019 | 19,641.00 | 0.00 | 0.00 | 0.00 |
| | 3619044 | 5NPD74LF5JH 384642 | 2018 HYUN | ELANTRA SE | 07/31/2018 | 19,166.00 | 0.00 | 12/18/2018 | 19,166.00 | 0.00 | 0.00 | 0.00 |
| | 3612072 | 5NPD84LF9JH 384902 | 2018 HYUN | ELANTRA SEL | 07/25/2018 | 19,641.00 | 0.00 | 03/21/2019 | 19,641.00 | 0.00 | 0.00 | 0.00 |
| | 3624293 | 5NPD84LF5JH 385786 | 2018 HYUN | ELANTRA SEL | 08/06/2018 | 19,641.00 | 0.00 | 03/15/2019 | 19,641.00 | 0.00 | 0.00 | 0.00 |
| | 3617015 | 5NPD84LF9JH 385810 | 2018 HYUN | ELANTRA SEL | 07/30/2018 | 19,641.00 | 0.00 | 04/09/2019 | 19,641.00 | 0.00 | 0.00 | 0.00 |
| | 3624236 | 5NPD84LF2JH 385972 | 2018 HYUN | ELANTRA SEL | 08/08/2018 | 20,555.00 | 0.00 | 01/25/2019 | 20,555.00 | 0.00 | 0.00 | 0.00 |
| | 3616929 | 5NPD84LF4JH 387089 | 2018 HYUN | ELANTRA SEL | 07/30/2018 | 19,641.00 | 0.00 | 04/03/2019 | 19,641.00 | 0.00 | 0.00 | 0.00 |
| | 3625713 | 5NPD84LF0JH 387204 | 2018 HYUN | ELANTRA SEL | 08/07/2018 | 20,555.00 | 0.00 | 02/08/2019 | 20,555.00 | 0.00 | 0.00 | 0.00 |
| | 3624237 | 5NPD84LF4JH 387267 | 2018 HYUN | ELANTRA SEL | 08/06/2018 | 20,579.00 | 0.00 | 11/28/2018 | 20,579.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: FURONE, E. | | | | | | | | | | | |
| | 3631912 | 5NPD84LF8JH 387449 | 2018 HYUN | ELANTRA SEL | 08/13/2018 | 19,620.00 | 0.00 | 03/04/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3625784 | 5NPD84LF8JH 387628 | 2018 HYUN | ELANTRA SEL | 08/07/2018 | 19,620.00 | 0.00 | 03/05/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3625776 | 5NPD84LF7JH 387653 | 2018 HYUN | ELANTRA SEL | 08/07/2018 | 19,572.00 | 0.00 | 10/15/2018 | 19,572.00 | 0.00 | 0.00 | 0.00 |
| | 3625730 | 5NPD84LF2JH 387835 | 2018 HYUN | ELANTRA SEL | 08/07/2018 | 20,538.00 | 0.00 | 10/04/2018 | 20,538.00 | 0.00 | 0.00 | 0.00 |
| | 3631896 | 5NPD84LF7JH 387863 | 2018 HYUN | ELANTRA SEL | 08/13/2018 | 19,620.00 | 0.00 | 10/17/2018 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3619146 | 5NPD84LFXJH 387873 | 2018 HYUN | ELANTRA SEL | 07/31/2018 | 19,620.00 | 0.00 | 12/07/2018 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: RICE, K | | | | | | | | | | | |
| | 3625792 | 5NPD84LF9JH 387881 | 2018 HYUN | ELANTRA SEL | 08/07/2018 | 19,620.00 | 0.00 | 03/15/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3620295 | 5NPD84LF2JH 387897 | 2018 HYUN | ELANTRA SEL | 08/01/2018 | 19,620.00 | 0.00 | 03/12/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3625743 | 5NPD84LF3JH 387990 | 2018 HYUN | ELANTRA SEL | 08/07/2018 | 19,620.00 | 0.00 | 03/19/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3646564 | 5NPD84LF9JH 388383 | 2018 HYUN | ELANTRA SEL | 08/24/2018 | 20,578.00 | 0.00 | 12/27/2018 | 20,578.00 | 0.00 | 0.00 | 0.00 |
| | 3624161 | 5NPD74LF2JH 388552 | 2018 HYUN | ELANTRA SE | 08/06/2018 | 19,166.00 | 0.00 | 11/19/2018 | 19,166.00 | 0.00 | 0.00 | 0.00 |
| | 3627123 | 5NPD84LF9JH 388643 | 2018 HYUN | ELANTRA SEL | 08/08/2018 | 19,641.00 | 0.00 | 04/03/2019 | 19,641.00 | 0.00 | 0.00 | 0.00 |
| | 3629839 | 5NPD74LF9JH 389570 | 2018 HYUN | ELANTRA SE | 08/10/2018 | 19,166.00 | 0.00 | 11/02/2018 | 19,166.00 | 0.00 | 0.00 | 0.00 |
| | 3629891 | 5NPD84LF5JH 389594 | 2018 HYUN | ELANTRA SEL | 08/10/2018 | 19,641.00 | 0.00 | 02/28/2019 | 19,641.00 | 0.00 | 0.00 | 0.00 |
| | 3631863 | 5NPD84LF5JH 389899 | 2018 HYUN | ELANTRA SEL | 08/13/2018 | 19,620.00 | 0.00 | 03/26/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3631948 | 5NPD84LFXJH 389932 | 2018 HYUN | ELANTRA SEL | 08/13/2018 | 19,613.00 | 0.00 | 03/21/2019 | 19,613.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Page: 55

10/03/2019

16:45:35

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Principal Balance: 509,164.70

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3631742 | 5NPD74LF6JH 390031 | 2018 HYUN | ELANTRA SE | 08/13/2018 | 19,166.00 | 0.00 | 12/05/2018 | 19,166.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: BAKER, S. | | | | | | | | | | | |
| | 3631903 | 5NPD84LF7JH 390066 | 2018 HYUN | ELANTRA SEL | 08/13/2018 | 19,620.00 | 0.00 | 03/15/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 4056851 | KM8K5CA54KU 390162 | 2019 HYUN | KONA ULTIMAT | 07/15/2019 | 29,460.00 | 0.00 | 08/14/2019 | 389.67 | 0.00 | 0.00 | 0.00 |
| | 3631774 | 5NPD74LFXJH 390226 | 2018 HYUN | ELANTRA SE | 08/13/2018 | 19,166.00 | 0.00 | 11/01/2018 | 19,166.00 | 0.00 | 0.00 | 0.00 |
| | 3642807 | 5NPD84LF6JH 390365 | 2018 HYUN | ELANTRA SEL | 08/22/2018 | 19,613.00 | 0.00 | 03/19/2019 | 19,613.00 | 0.00 | 0.00 | 0.00 |
| | 3631811 | 5NPD84LF1JH 390371 | 2018 HYUN | ELANTRA SEL | 08/13/2018 | 19,596.00 | 0.00 | 03/05/2019 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3631842 | 5NPD84LF3JH 390582 | 2018 HYUN | ELANTRA SEL | 08/13/2018 | 19,593.00 | 0.00 | 01/31/2019 | 19,593.00 | 0.00 | 0.00 | 0.00 |
| | 3637650 | 5NPD84LF6JH 390866 | 2018 HYUN | ELANTRA SEL | 08/17/2018 | 19,620.00 | 0.00 | 03/22/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3639840 | 5NPD84LF7JH 390911 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 19,613.00 | 0.00 | 03/25/2019 | 19,613.00 | 0.00 | 0.00 | 0.00 |
| | 3642834 | 5NPD84LFXJH 391003 | 2018 HYUN | ELANTRA SEL | 08/22/2018 | 19,596.00 | 0.00 | 11/29/2018 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3639889 | 5NPD84LF9JH 391011 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 19,613.00 | 0.00 | 02/21/2019 | 19,613.00 | 0.00 | 0.00 | 0.00 |
| | 3646493 | 5NPD84LF1JH 391066 | 2018 HYUN | ELANTRA SEL | 08/24/2018 | 19,620.00 | 0.00 | 01/14/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3639911 | 5NPD84LFXJH 391227 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 20,527.00 | 0.00 | 01/11/2019 | 20,527.00 | 0.00 | 0.00 | 0.00 |
| | 3639912 | 5NPD84LFXJH 391406 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 19,596.00 | 0.00 | 10/17/2018 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3646513 | 5NPD84LF4JH 391420 | 2018 HYUN | ELANTRA SEL | 08/24/2018 | 20,538.00 | 0.00 | 02/04/2019 | 20,538.00 | 0.00 | 0.00 | 0.00 |
| | 3639809 | 5NPD84LF6JH 391743 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 19,569.00 | 0.00 | 11/19/2018 | 19,569.00 | 0.00 | 0.00 | 0.00 |
| | 3646526 | 5NPD84LF5JH 391913 | 2018 HYUN | ELANTRA SEL | 08/24/2018 | 19,596.00 | 0.00 | 12/27/2018 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3639714 | 5NPD84LF2JH 391979 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 20,578.00 | 0.00 | 12/17/2018 | 20,578.00 | 0.00 | 0.00 | 0.00 |
| | 3644910 | 5NPD84LF8JH 392084 | 2018 HYUN | ELANTRA SEL | 08/23/2018 | 20,636.00 | 0.00 | 12/17/2018 | 20,636.00 | 0.00 | 0.00 | 0.00 |
| | 3639770 | 5NPD84LF4JH 392101 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 19,572.00 | 0.00 | 01/04/2019 | 19,572.00 | 0.00 | 0.00 | 0.00 |
| | 3639734 | 5NPD84LF3JH 392106 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 19,596.00 | 0.00 | 01/03/2019 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3639892 | 5NPD84LF9JH 392109 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 20,636.00 | 0.00 | 02/06/2019 | 20,636.00 | 0.00 | 0.00 | 0.00 |
| | 3646566 | 5NPD84LF9JH 392157 | 2018 HYUN | ELANTRA SEL | 08/24/2018 | 19,569.00 | 0.00 | 10/22/2018 | 19,569.00 | 0.00 | 0.00 | 0.00 |
| | 3639845 | 5NPD84LF7JH 392187 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 19,620.00 | 0.00 | 02/22/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3637620 | 5NPD84LF0KH 392189 | 2018 HYUN | ELANTRA SEL | 08/17/2018 | 19,620.00 | 0.00 | 04/03/2019 | 19,620.00 | 0.00 | 0.00 | 0.00 |
| | 3639846 | 5NPD84LF7JH 392190 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 20,470.00 | 0.00 | 01/03/2019 | 20,470.00 | 0.00 | 0.00 | 0.00 |
| | 3646507 | 5NPD84LF3JH 392199 | 2018 HYUN | ELANTRA SEL | 08/24/2018 | 20,636.00 | 0.00 | 01/28/2019 | 20,636.00 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Page: 56
10/03/2019
16:45:35

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Principal Balance: 509,164.70

| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3639735 | 5NPD84LF3JH 392218 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 19,596.00 | 0.00 | 01/02/2019 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| 3641401 | 5NPD84LF0JH 392239 | 2018 HYUN | ELANTRA SEL | 08/21/2018 | 20,513.00 | 0.00 | 12/11/2018 | 20,513.00 | 0.00 | 0.00 | 0.00 |
| 3641402 | 5NPD84LF0JH 392242 | 2018 HYUN | ELANTRA SEL | 08/21/2018 | 20,513.00 | 0.00 | 01/10/2019 | 20,513.00 | 0.00 | 0.00 | 0.00 |
| 4061470 | KM8K6CAA7KU 392353 | 2019 HYUN | KONA SEL | 07/18/2019 | 25,523.00 | 0.00 | 07/29/2019 | 901.70 | 0.00 | 0.00 | 0.00 |
| 3639847 | 5NPD84LF7JH 392383 | 2018 HYUN | ELANTRA SEL | 08/20/2018 | 19,613.00 | 0.00 | 03/15/2019 | 19,613.00 | 0.00 | 0.00 | 0.00 |
| 3641422 | 5NPD84LF3JH 392462 | 2018 HYUN | ELANTRA SEL | 08/21/2018 | 19,613.00 | 0.00 | 12/12/2018 | 19,613.00 | 0.00 | 0.00 | 0.00 |
| 3637638 | 5NPD84LF4JH 392535 | 2018 HYUN | ELANTRA SEL | 08/17/2018 | 19,596.00 | 0.00 | 10/15/2018 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| 3639923 | 5NPD84LA2JH 392759 | 2018 HYUN | ELANTRA ECO | 08/20/2018 | 21,157.00 | 0.00 | 04/10/2019 | 21,157.00 | 0.00 | 0.00 | 0.00 |
| 3651632 | 5NPD74LF4JH 392988 | 2018 HYUN | ELANTRA SE | 08/29/2018 | 19,173.00 | 0.00 | 11/08/2018 | 19,173.00 | 0.00 | 0.00 | 0.00 |
| 4059888 | KM8K3CA56KU 392999 | 2019 HYUN | KONA LIMITED | 07/17/2019 | 27,600.00 | 0.00 | 08/22/2019 | 27,600.00 | 0.00 | 0.00 | 0.00 |
| 3634842 | 5NPD84LF8JH 393381 | 2018 HYUN | ELANTRA SEL | 08/15/2018 | 19,527.00 | 0.00 | 01/03/2019 | 19,527.00 | 0.00 | 0.00 | 0.00 |
| 3637626 | 5NPD84LF1JH 393559 | 2018 HYUN | ELANTRA SEL | 08/17/2018 | 20,531.00 | 0.00 | 10/17/2018 | 20,531.00 | 0.00 | 0.00 | 0.00 |
| 3651695 | 5NPD84LF7JH 393856 | 2018 HYUN | ELANTRA SEL | 08/29/2018 | 20,531.00 | 0.00 | 01/25/2019 | 20,531.00 | 0.00 | 0.00 | 0.00 |
| 3646542 | 5NPD84LF7JH 393937 | 2018 HYUN | ELANTRA SEL | 08/24/2018 | 20,555.00 | 0.00 | 01/08/2019 | 20,555.00 | 0.00 | 0.00 | 0.00 |
| 3644897 | 5NPD84LF4JH 394320 | 2018 HYUN | ELANTRA SEL | 08/23/2018 | 19,621.00 | 0.00 | 03/04/2019 | 19,621.00 | 0.00 | 0.00 | 0.00 |
| 3637652 | 5NPD84LF6JH 394335 | 2018 HYUN | ELANTRA SEL | 08/17/2018 | 19,739.00 | 0.00 | 04/01/2019 | 19,739.00 | 0.00 | 0.00 | 0.00 |
| 3646482 | 5NPD84LF0JH 394363 | 2018 HYUN | ELANTRA SEL | 08/24/2018 | 20,531.00 | 0.00 | 01/15/2019 | 20,531.00 | 0.00 | 0.00 | 0.00 |
| 3646516 | 5NPD84LF4JH 394480 | 2018 HYUN | ELANTRA SEL | 08/24/2018 | 19,596.00 | 0.00 | 01/08/2019 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| 3646483 | 5NPD84LF0JH 394489 | 2018 HYUN | ELANTRA SEL | 08/24/2018 | 19,614.00 | 0.00 | 01/25/2019 | 19,614.00 | 0.00 | 0.00 | 0.00 |
| 3637627 | 5NPD84LF1JH 395019 | 2018 HYUN | ELANTRA SEL | 08/17/2018 | 19,527.00 | 0.00 | 11/30/2018 | 19,527.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: SANTOLI, V | | | | | | | | | | |
| 3651677 | 5NPD84LF5JH 395013 | 2018 HYUN | ELANTRA SEL | 08/29/2018 | 20,531.00 | 0.00 | 11/27/2018 | 20,531.00 | 0.00 | 0.00 | 0.00 |
| 3651665 | 5NPD84LF4JH 396262 | 2018 HYUN | ELANTRA SEL | 08/29/2018 | 19,596.00 | 0.00 | 11/06/2018 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| 3658467 | 5NPD84LF7JH 396854 | 2018 HYUN | ELANTRA SEL | 09/05/2018 | 20,552.00 | 0.00 | 11/09/2018 | 20,552.00 | 0.00 | 0.00 | 0.00 |
| 3690387 | 5NPD84LF3JH 399248 | 2018 HYUN | ELANTRA SEL | 10/02/2018 | 19,739.00 | 0.00 | 01/11/2019 | 19,739.00 | 0.00 | 0.00 | 0.00 |
| 3672860 | 5NPD84LF7JH 399334 | 2018 HYUN | ELANTRA SEL | 09/18/2018 | 19,556.00 | 0.00 | 12/20/2018 | 19,556.00 | 0.00 | 0.00 | 0.00 |
| 3665765 | 5NPD74LF8JH 400011 | 2018 HYUN | ELANTRA SE | 09/12/2018 | 19,252.00 | 0.00 | 11/15/2018 | 19,252.00 | 0.00 | 0.00 | 0.00 |
| 3664412 | 5NPD74LF3JH 400207 | 2018 HYUN | ELANTRA SE | 09/11/2018 | 19,252.00 | 0.00 | 10/17/2018 | 19,252.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of:  10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Page:  57
10/03/2019
16:45:35

Principal Balance: 509,164.70

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3676268 | 5NPD84LF5JH 400318 | 2018 HYUN | ELANTRA SEL | 09/20/2018 | 20,513.00 | 0.00 | 02/13/2019 | 20,513.00 | 0.00 | 0.00 | 0.00 |
| | 3665776 | 5NPD84LF4JH 402190 | 2018 HYUN | ELANTRA SEL | 09/12/2018 | 20,527.00 | 0.00 | 01/25/2019 | 20,527.00 | 0.00 | 0.00 | 0.00 |
| | 3702681 | 5NPD84LF0KH 405329 | 2019 HYUN | ELANTRA SEL | 10/12/2018 | 21,090.00 | 0.00 | 05/09/2019 | 2,870.66 | 0.00 | 0.00 | 0.00 |
| | 3702958 | 5NPD84LFXKH 406228 | 2019 HYUN | ELANTRA SEL | 10/12/2018 | 21,090.00 | 0.00 | 04/15/2019 | 21,090.00 | 0.00 | 0.00 | 0.00 |
| | 3782143 | 5NPD74LF7KH 407128 | 2019 HYUN | ELANTRA SE | 12/14/2018 | 18,968.00 | 0.00 | 03/27/2019 | 18,968.00 | 0.00 | 0.00 | 0.00 |
| | 3709997 | 5NPD84LF8KH 407975 | 2019 HYUN | ELANTRA SEL | 10/18/2018 | 20,039.00 | 0.00 | 02/28/2019 | 20,039.00 | 0.00 | 0.00 | 0.00 |
| | 3709988 | 5NPD84LF7KH 408485 | 2019 HYUN | ELANTRA SEL | 10/18/2018 | 19,997.00 | 0.00 | 04/02/2019 | 19,997.00 | 0.00 | 0.00 | 0.00 |
| | 3707000 | 5NPD84LF8KH 408706 | 2019 HYUN | ELANTRA SEL | 10/16/2018 | 19,997.00 | 0.00 | 01/08/2019 | 19,997.00 | 0.00 | 0.00 | 0.00 |
| | 3702933 | 5NPD84LF9KH 408777 | 2019 HYUN | ELANTRA SEL | 10/12/2018 | 19,997.00 | 0.00 | 04/05/2019 | 19,997.00 | 0.00 | 0.00 | 0.00 |
| | 3706885 | 5NPD84LF2KH 408880 | 2019 HYUN | ELANTRA SEL | 10/16/2018 | 20,090.00 | 0.00 | 04/09/2019 | 20,090.00 | 0.00 | 0.00 | 0.00 |
| | 3710016 | 5NPD84LFXKH 409436 | 2019 HYUN | ELANTRA SEL | 10/18/2018 | 20,132.00 | 0.00 | 04/23/2019 | 20,132.00 | 0.00 | 0.00 | 0.00 |
| | 3701561 | 5NPD84LF7KH 409538 | 2019 HYUN | ELANTRA SEL | 10/11/2018 | 21,115.00 | 0.00 | 04/29/2019 | 21,115.00 | 0.00 | 0.00 | 0.00 |
| | 3699856 | 5NPD84LF5KH 409831 | 2019 HYUN | ELANTRA SEL | 10/10/2018 | 21,090.00 | 0.00 | 05/02/2019 | 21,090.00 | 0.00 | 0.00 | 0.00 |
| | 3709958 | 5NPD84LF3KH 410153 | 2019 HYUN | ELANTRA SEL | 10/18/2018 | 20,021.00 | 0.00 | 04/25/2019 | 20,021.00 | 0.00 | 0.00 | 0.00 |
| | 3706947 | 5NPD84LF5KH 410588 | 2019 HYUN | ELANTRA SEL | 10/16/2018 | 20,039.00 | 0.00 | 04/23/2019 | 20,039.00 | 0.00 | 0.00 | 0.00 |
| | 3699730 | 5NPD84LF0KH 411079 | 2019 HYUN | ELANTRA SEL | 10/10/2018 | 20,039.00 | 0.00 | 12/18/2018 | 20,039.00 | 0.00 | 0.00 | 0.00 |
| | 3699802 | 5NPD84LF3KH 411089 | 2019 HYUN | ELANTRA SEL | 10/10/2018 | 19,997.00 | 0.00 | 04/25/2019 | 19,997.00 | 0.00 | 0.00 | 0.00 |
| | 3706856 | 5NPD84LF1KH 411320 | 2019 HYUN | ELANTRA SEL | 10/16/2018 | 20,039.00 | 0.00 | 02/20/2019 | 20,039.00 | 0.00 | 0.00 | 0.00 |
| | 3701534 | 5NPD84LF6KH 411345 | 2019 HYUN | ELANTRA SEL | 10/11/2018 | 20,956.00 | 0.00 | 05/10/2019 | 20,956.00 | 0.00 | 0.00 | 0.00 |
| | 3701511 | 5NPD84LF5KH 411353 | 2019 HYUN | ELANTRA SEL | 10/11/2018 | 20,021.00 | 0.00 | 05/07/2019 | 20,021.00 | 0.00 | 0.00 | 0.00 |
| | 3702702 | 5NPD84LF0KH 411552 | 2019 HYUN | ELANTRA SEL | 10/12/2018 | 19,997.00 | 0.00 | 04/29/2019 | 19,997.00 | 0.00 | 0.00 | 0.00 |
| | 3709999 | 5NPD84LF2KH 411640 | 2019 HYUN | ELANTRA SEL | 10/18/2018 | 20,039.00 | 0.00 | 04/29/2019 | 20,039.00 | 0.00 | 0.00 | 0.00 |
| | 3702746 | 5NPD84LF2KH 411732 | 2019 HYUN | ELANTRA SEL | 10/12/2018 | 20,039.00 | 0.00 | 09/05/2019 | 20,039.00 | 0.00 | 0.00 | 0.00 |
| | 3701497 | 5NPD84LF4KH 411845 | 2019 HYUN | ELANTRA SEL | 10/11/2018 | 20,021.00 | 0.00 | 04/05/2019 | 20,021.00 | 0.00 | 0.00 | 0.00 |
| | 3701476 | 5NPD84LF3KH 412081 | 2019 HYUN | ELANTRA SEL | 10/11/2018 | 19,997.00 | 0.00 | 03/19/2019 | 19,997.00 | 0.00 | 0.00 | 0.00 |
| | 3701512 | 5NPD84LF5KH 412101 | 2019 HYUN | ELANTRA SEL | 10/11/2018 | 19,997.00 | 0.00 | 11/30/2018 | 19,997.00 | 0.00 | 0.00 | 0.00 |
| | 3710017 | 5NPD84LFXKH 412532 | 2019 HYUN | ELANTRA SEL | 10/18/2018 | 20,132.00 | 0.00 | 04/15/2019 | 20,132.00 | 0.00 | 0.00 | 0.00 |
| | 3709960 | 5NPD84LF3KH 413148 | 2019 HYUN | ELANTRA SEL | 10/18/2018 | 20,115.00 | 0.00 | 05/06/2019 | 3,144.44 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Page: 58
10/03/2019
16:45:35

Principal Balance: 509,164.70

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 |

| | Credit Limit | 6,350,000.00 |
|---|---|---|
| | Commitments | 0.00 |
| | Presold Amount | 0.00 |
| | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3722138 | 5NPD84LF5KH 414138 | 2019 HYUN | ELANTRA SEL | 10/29/2018 | 20,997.00 | 0.00 | 04/09/2019 | 20,997.00 | 0.00 | 0.00 | 0.00 |
| | 3715699 | 5NPD84LFXKH 415432 | 2019 HYUN | ELANTRA SEL | 10/23/2018 | 20,997.00 | 0.00 | 05/02/2019 | 20,997.00 | 0.00 | 0.00 | 0.00 |
| | 3727751 | 5NPD84LF0KH 417626 | 2019 HYUN | ELANTRA SEL | 11/01/2018 | 20,997.00 | 0.00 | 01/10/2019 | 20,997.00 | 0.00 | 0.00 | 0.00 |
| | 3726265 | 5NPD84LF2KH 419071 | 2019 HYUN | ELANTRA SEL | 10/31/2018 | 20,956.00 | 0.00 | 01/14/2019 | 20,956.00 | 0.00 | 0.00 | 0.00 |
| | 3732045 | 5NPD84LFXKH 421781 | 2019 HYUN | ELANTRA SEL | 11/05/2018 | 21,073.00 | 0.00 | 02/19/2019 | 21,073.00 | 0.00 | 0.00 | 0.00 |
| | 3744256 | 5NPD84LFXKH 423787 | 2019 HYUN | ELANTRA SEL | 11/13/2018 | 20,997.00 | 0.00 | 03/14/2019 | 20,997.00 | 0.00 | 0.00 | 0.00 |
| | 3760641 | 5NPD74LF2KH 427013 | 2019 HYUN | ELANTRA SE | 11/28/2018 | 18,845.00 | 0.00 | 04/24/2019 | 18,845.00 | 0.00 | 0.00 | 0.00 |
| | 3748642 | 5NPD94LA5KH 427053 | 2019 HYUN | ELANTRA ECO | 11/16/2018 | 21,700.00 | 0.00 | 05/17/2019 | 21,700.00 | 0.00 | 0.00 | 0.00 |
| | 4002830 | 5NPD74LF0KH 427785 | 2019 HYUN | ELANTRA SE | 06/05/2019 | 18,751.00 | 0.00 | 08/26/2019 | 7,017.34 | 0.00 | 0.00 | 0.00 |
| | 3831610 | 5NPD74LF7KH 438394 | 2019 HYUN | ELANTRA SE | 01/24/2019 | 18,927.00 | 0.00 | 04/09/2019 | 18,927.00 | 0.00 | 0.00 | 0.00 |
| | 3188999 | KMHD74LF1JU 442585 | 2018 HYUN | ELANTRA SE | 08/16/2017 | 18,750.00 | 0.00 | 02/11/2019 | 13,125.00 | 0.00 | 0.00 | 0.00 |
| | 3206971 | KMHD84LF9JU 443268 | 2018 HYUN | ELANTRA SEL | 08/31/2017 | 26,585.00 | 0.00 | 10/09/2018 | 23,926.50 | 0.00 | 0.00 | 0.00 |
| | 3831662 | 5NPD84LFXKH 443926 | 2019 HYUN | ELANTRA SEL | 01/24/2019 | 21,038.00 | 0.00 | 04/29/2019 | 21,038.00 | 0.00 | 0.00 | 0.00 |
| | 3844693 | 5NPD74LF1KH 444420 | 2019 HYUN | ELANTRA SE | 02/04/2019 | 18,927.00 | 0.00 | 03/01/2019 | 18,927.00 | 0.00 | 0.00 | 0.00 |
| | 3826066 | 5NPD74LF0KH 444814 | 2019 HYUN | ELANTRA SE | 01/18/2019 | 18,834.00 | 0.00 | 04/11/2019 | 18,834.00 | 0.00 | 0.00 | 0.00 |
| | 3831597 | 5NPD74LF3KH 445682 | 2019 HYUN | ELANTRA SE | 01/24/2019 | 18,834.00 | 0.00 | 05/09/2019 | 18,834.00 | 0.00 | 0.00 | 0.00 |
| | 3200146 | KMHD04LB1JU 447058 | 2018 HYUN | ELANTRA SPOR | 08/25/2017 | 25,456.00 | 0.00 | 02/11/2019 | 17,819.20 | 0.00 | 0.00 | 0.00 |
| | 3196074 | KMHD84LF2JU 447095 | 2018 HYUN | ELANTRA SEL | 08/22/2017 | 22,464.00 | 0.00 | 02/11/2019 | 15,724.80 | 0.00 | 0.00 | 0.00 |
| | 3947279 | 5NPD84LF5KH 486800 | 2019 HYUN | ELANTRA SEL | 04/23/2019 | 20,447.00 | 0.00 | 05/01/2019 | 1,079.18 | 0.00 | 0.00 | 0.00 |
| | 3949836 | 5NPD84LF9KH 487772 | 2019 HYUN | ELANTRA SEL | 04/24/2019 | 20,447.00 | 0.00 | 05/13/2019 | 574.62 | 0.00 | 0.00 | 0.00 |
| | 3962807 | 5NPD84LF8KH 489867 | 2019 HYUN | ELANTRA SEL | 05/03/2019 | 20,447.00 | 0.00 | 08/06/2019 | 20,447.00 | 0.00 | 0.00 | 0.00 |
| | 4033708 | 5NPD84LF5LH 492873 | 2020 HYUN | ELANTRA SEL | 06/26/2019 | 20,422.00 | 0.00 | 07/16/2019 | 20,422.00 | 0.00 | 0.00 | 0.00 |
| | 4021665 | 5NPD74LF8LH 495169 | 2020 HYUN | ELANTRA SE | 06/18/2019 | 19,610.00 | 0.00 | 08/21/2019 | 19,610.00 | 0.00 | 0.00 | 0.00 |
| | 4035755 | 5NPD74LF5LH 498319 | 2020 HYUN | ELANTRA SE | 06/27/2019 | 19,610.00 | 0.00 | 07/16/2019 | 19,610.00 | 0.00 | 0.00 | 0.00 |
| | 4021669 | 5NPD84LF6LH 498374 | 2020 HYUN | ELANTRA SEL | 06/18/2019 | 26,304.00 | 0.00 | 07/29/2019 | 26,304.00 | 0.00 | 0.00 | 0.00 |
| | 4025584 | 5NPD84LF6LH 499167 | 2020 HYUN | ELANTRA SEL | 06/20/2019 | 21,284.00 | 0.00 | 07/10/2019 | 21,284.00 | 0.00 | 0.00 | 0.00 |
| | 4019832 | 5NPD84LF4LH 502261 | 2020 HYUN | ELANTRA SEL | 06/17/2019 | 20,422.00 | 0.00 | 07/10/2019 | 20,422.00 | 0.00 | 0.00 | 0.00 |
| | 4016979 | 5NPD84LF7LH 502349 | 2020 HYUN | ELANTRA SEL | 06/14/2019 | 20,422.00 | 0.00 | 06/28/2019 | 84.33 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of:  10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page:  59

10/03/2019

16:45:35

Principal Balance: 509,164.70

| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000% | Credit Limit | 6,350,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4023499 | 5NPD74LF2LH 503878 | 2020 HYUN | ELANTRA SE | 06/19/2019 | 19,610.00 | 0.00 | 07/10/2019 | 7,229.17 | 0.00 | 0.00 | 0.00 |
| | 4015571 | 5NPD74LF5LH 503938 | 2020 HYUN | ELANTRA SE | 06/13/2019 | 19,610.00 | 0.00 | 07/05/2019 | 4,786.81 | 0.00 | 0.00 | 0.00 |
| | 4016978 | 5NPD74LF5LH 504006 | 2020 HYUN | ELANTRA SE | 06/14/2019 | 19,610.00 | 0.00 | 07/05/2019 | 2,220.54 | 0.00 | 0.00 | 0.00 |
| | 4019833 | 5NPD84LF7LH 504019 | 2020 HYUN | ELANTRA SEL | 06/17/2019 | 26,304.00 | 0.00 | 06/24/2019 | 26,304.00 | 0.00 | 0.00 | 0.00 |
| | 4030255 | 5NPD84LF7LH 504327 | 2020 HYUN | ELANTRA SEL | 06/24/2019 | 20,422.00 | 0.00 | 07/29/2019 | 20,422.00 | 0.00 | 0.00 | 0.00 |
| | 4030256 | 5NPD84LFXLH 505911 | 2020 HYUN | ELANTRA SEL | 06/24/2019 | 23,212.00 | 0.00 | 08/20/2019 | 23,212.00 | 0.00 | 0.00 | 0.00 |
| | 4047627 | 5NPD84LF9LH 508024 | 2020 HYUN | ELANTRA SEL | 07/08/2019 | 20,487.00 | 0.00 | 07/17/2019 | 43.87 | 0.00 | 0.00 | 0.00 |
| | 3170322 | 5XYZWDLA8JG 518208 | 2018 HYUN | SANTA FE SPO | 07/31/2017 | 38,901.00 | 0.00 | 01/10/2019 | 27,230.70 | 0.00 | 0.00 | 0.00 |
| | 3264701 | 5XYZUDLB8JG 541647 | 2018 HYUN | SANTA FE SPO | 10/16/2017 | 34,837.00 | 0.00 | 12/21/2018 | 27,869.60 | 0.00 | 0.00 | 0.00 |
| | 3264725 | 5XYZWDLA6JG 542720 | 2018 HYUN | SANTA FE SPO | 10/16/2017 | 37,295.00 | 0.00 | 04/30/2019 | 26,106.50 | 0.00 | 0.00 | 0.00 |
| | 3278567 | 5XYZWDLA8JG 543285 | 2018 HYUN | SANTA FE SPO | 10/25/2017 | 38,763.00 | 0.00 | 04/09/2019 | 27,134.10 | 0.00 | 0.00 | 0.00 |
| | 3292703 | 5XYZWDLA9JG 547359 | 2018 HYUN | SANTA FE SPO | 11/06/2017 | 37,295.00 | 0.00 | 11/13/2018 | 33,565.50 | 0.00 | 0.00 | 0.00 |
| | 3535498 | 5XYZWDLA4JG 568314 | 2018 HYUN | SANTA FE SPO | 05/24/2018 | 38,935.00 | 31,148.00 | 07/10/2019 | 3,893.50 | 0.00 | 11.94 | 0.00 |
| | 3558233 | 5XYZWDLA5JG 568726 | 2018 HYUN | SANTA FE SPO | 06/12/2018 | 38,868.00 | 0.00 | 07/22/2019 | 34,981.20 | 0.00 | 0.00 | 0.00 |
| | 3163347 | 5NPE34AF9JH 598178 | 2018 HYUN | SONATA | 07/25/2017 | 23,869.00 | 0.00 | 10/30/2018 | 19,095.20 | 0.00 | 0.00 | 0.00 |
| | 3163297 | 5NPE24AFXJH 601284 | 2018 HYUN | SONATA SE | 07/25/2017 | 22,519.00 | 0.00 | 10/31/2018 | 18,015.20 | 0.00 | 0.00 | 0.00 |
| | 3156283 | 5NPE34AF0JH 611318 | 2018 HYUN | SEL284B2 | 07/19/2017 | 23,869.00 | 0.00 | 01/10/2019 | 16,708.30 | 0.00 | 0.00 | 0.00 |
| | 3144295 | 5NPE34AF8JH 611891 | 2018 HYUN | SEL284B2 | 07/10/2017 | 23,869.00 | 0.00 | 01/10/2019 | 16,708.30 | 0.00 | 0.00 | 0.00 |
| | 3202305 | 5NPE34AF9JH 638355 | 2018 HYUN | SONATA | 08/28/2017 | 23,938.00 | 0.00 | 12/06/2018 | 19,150.40 | 0.00 | 0.00 | 0.00 |
| | 3402025 | 5NPE34AF6JH 657803 | 2018 HYUN | SONATA | 02/06/2018 | 24,877.00 | 0.00 | 01/10/2019 | 24,877.00 | 0.00 | 0.00 | 0.00 |
| | 3430634 | 5NPE24AF2JH 662757 | 2018 HYUN | SONATA SE | 02/28/2018 | 22,564.00 | 0.00 | 01/28/2019 | 22,564.00 | 0.00 | 0.00 | 0.00 |
| | 3475599 | 5NPE24AF9JH 666501 | 2018 HYUN | SONATA SE | 04/06/2018 | 22,576.00 | 0.00 | 11/13/2018 | 22,576.00 | 0.00 | 0.00 | 0.00 |
| | 3401989 | 5NPE24AF7JH 683233 | 2018 HYUN | SONATA SE | 02/05/2018 | 22,585.00 | 0.00 | 01/18/2019 | 22,585.00 | 0.00 | 0.00 | 0.00 |
| | 3781008 | KM8J3CA46JU 683424 | 2018 HYUN | TUCSON SEL | 12/14/2018 | 28,619.00 | 0.00 | 01/08/2019 | 28,619.00 | 0.00 | 0.00 | 0.00 |
| | 3470206 | KM8J3CA25JU 688435 | 2018 HYUN | TUCSON LIMIT | 04/02/2018 | 30,864.00 | 0.00 | 10/09/2018 | 30,864.00 | 0.00 | 0.00 | 0.00 |
| | 3563912 | 5NPE24AF0JH 691576 | 2018 HYUN | SONATA SE | 06/15/2018 | 22,519.00 | 0.00 | 11/27/2018 | 22,519.00 | 0.00 | 0.00 | 0.00 |
| | 3781010 | KM8J3CA29JU 691841 | 2018 HYUN | TUCSON | 12/14/2018 | 28,269.00 | 0.00 | 01/04/2019 | 28,269.00 | 0.00 | 0.00 | 0.00 |
| | 3509607 | 5NPE34AF4JH 696146 | 2018 HYUN | SONATA | 05/03/2018 | 25,443.00 | 0.00 | 11/07/2018 | 25,443.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Page: 60

10/03/2019

16:45:35

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Principal Balance: 509,164.70

| | | | | |
|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3500509 | KM8J3CA27JU 697380 | 2018 HYUN | TUCSON | 04/26/2018 | 33,353.00 | 0.00 | 10/04/2018 | 33,353.00 | 0.00 | 0.00 | 0.00 |
| | 3484223 | KM8J2CA46JU 698962 | 2018 HYUN | TUCSON | 04/13/2018 | 24,591.00 | 0.00 | 10/30/2018 | 24,591.00 | 0.00 | 0.00 | 0.00 |
| | 3491338 | KM8J2CA49JU 699846 | 2018 HYUN | TUCSON SE | 04/19/2018 | 24,591.00 | 0.00 | 12/17/2018 | 24,591.00 | 0.00 | 0.00 | 0.00 |
| | 3508162 | KM8J2CA43JU 701140 | 2018 HYUN | TUCSON SE | 05/02/2018 | 24,629.00 | 0.00 | 11/29/2018 | 24,629.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: DE LA ROSA, E | | | | | | | | | | |
| | 3675285 | 5NPE34AF3JH 702731 | 2018 HYUN | SONATA | 09/20/2018 | 27,348.00 | 0.00 | 10/12/2018 | 27,348.00 | 0.00 | 0.00 | 0.00 |
| | 3594998 | KMHD84LF2JU 704272 | 2018 HYUN | ELANTRA SEL | 07/10/2018 | 19,572.00 | 0.00 | 10/31/2018 | 19,572.00 | 0.00 | 0.00 | 0.00 |
| | 3609765 | KMHD04LB6JU 705851 | 2018 HYUN | ELANTRA SPOR | 07/23/2018 | 23,338.00 | 0.00 | 10/29/2018 | 23,338.00 | 0.00 | 0.00 | 0.00 |
| | 3513329 | KM8J2CA4XJU 708618 | 2018 HYUN | TUCSON | 05/07/2018 | 24,725.00 | 0.00 | 01/08/2019 | 24,725.00 | 0.00 | 0.00 | 0.00 |
| | 3566549 | 5NPE24AF2JH 708958 | 2018 HYUN | SONATA SE | 06/18/2018 | 22,519.00 | 0.00 | 01/02/2019 | 22,519.00 | 0.00 | 0.00 | 0.00 |
| | 3513325 | KM8J2CA49JU 709145 | 2018 HYUN | TUCSON SE | 05/07/2018 | 24,629.00 | 0.00 | 12/11/2018 | 24,629.00 | 0.00 | 0.00 | 0.00 |
| | 3617266 | 5NPE34AF7JH 709441 | 2018 HYUN | SONATA | 07/30/2018 | 27,383.00 | 0.00 | 02/05/2019 | 27,383.00 | 0.00 | 0.00 | 0.00 |
| | 3508164 | KM8J2CA44JU 709537 | 2018 HYUN | TUCSON SE | 05/02/2018 | 24,742.00 | 0.00 | 12/04/2018 | 24,742.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: ORTEGA, R | | | | | | | | | | |
| | 3563924 | 5NPE24AF1JH 709941 | 2018 HYUN | SONATA SE | 06/15/2018 | 22,519.00 | 0.00 | 12/03/2018 | 22,519.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: GILESPIE, A | | | | | | | | | | |
| | 3610848 | 5NPE34AF4JH 712264 | 2018 HYUN | SONATA | 07/24/2018 | 27,351.00 | 0.00 | 10/05/2018 | 27,351.00 | 0.00 | 0.00 | 0.00 |
| | 3614759 | 5NPE34AF9JH 715581 | 2018 HYUN | SONATA | 07/27/2018 | 23,857.00 | 0.00 | 11/08/2018 | 23,857.00 | 0.00 | 0.00 | 0.00 |
| | 3610830 | 5NPE34AF2JH 715941 | 2018 HYUN | SONATA | 07/24/2018 | 23,851.00 | 0.00 | 10/29/2018 | 23,851.00 | 0.00 | 0.00 | 0.00 |
| | 3610831 | 5NPE34AF2JH 716037 | 2018 HYUN | SONATA | 07/24/2018 | 24,889.00 | 0.00 | 11/27/2018 | 24,889.00 | 0.00 | 0.00 | 0.00 |
| | 3610832 | 5NPE34AF2JH 716541 | 2018 HYUN | SONATA | 07/24/2018 | 24,889.00 | 0.00 | 01/15/2019 | 24,889.00 | 0.00 | 0.00 | 0.00 |
| | 3609427 | 5NPE34AF8JH 716558 | 2018 HYUN | SONATA | 07/23/2018 | 23,857.00 | 0.00 | 12/11/2018 | 23,857.00 | 0.00 | 0.00 | 0.00 |
| | 3609227 | 5NPE24AF5JH 717217 | 2018 HYUN | SONATA SE | 07/23/2018 | 22,525.00 | 0.00 | 12/19/2018 | 22,525.00 | 0.00 | 0.00 | 0.00 |
| | 3712003 | 5NPE24AF5JH 717219 | 2018 HYUN | SONATA SE | 10/22/2018 | 22,525.00 | 0.00 | 12/20/2018 | 22,525.00 | 0.00 | 0.00 | 0.00 |
| | 3609270 | 5NPE24AF9JH 717334 | 2018 HYUN | SONATA SE | 07/23/2018 | 22,525.00 | 0.00 | 12/10/2018 | 22,525.00 | 0.00 | 0.00 | 0.00 |
| | | Customer Name: CANNIZZARO, A | | | | | | | | | | |
| | 3613500 | 5NPE34AF7JH 719046 | 2018 HYUN | SONATA | 07/26/2018 | 24,895.00 | 0.00 | 12/19/2018 | 24,895.00 | 0.00 | 0.00 | 0.00 |
| | 3508165 | KM8J2CA45JU 719221 | 2018 HYUN | TUCSON SE | 05/02/2018 | 24,746.00 | 0.00 | 10/30/2018 | 24,746.00 | 0.00 | 0.00 | 0.00 |
| | 3614749 | 5NPE34AF7JH 719399 | 2018 HYUN | SONATA | 07/27/2018 | 24,324.00 | 0.00 | 01/03/2019 | 24,324.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

## TRIAL BALANCE
As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 61

10/03/2019

16:45:35

Principal Balance: 509,164.70

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Credit Limit | 6,350,000.00 |
| Commitments | 0.00 |
| Presold Amount | 0.00 |
| Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3509715 | KM8J2CA49JU 719447 | 2018 HYUN | TUCSON SE | 05/03/2018 | 24,742.00 | 0.00 | 10/09/2018 | 24,742.00 | 0.00 | 0.00 | 0.00 |
| | 3612354 | KMHD84LF0JU 720177 | 2018 HYUN | ELANTRA SEL | 07/25/2018 | 19,596.00 | 0.00 | 02/28/2019 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3612355 | KMHD84LF1JU 720186 | 2018 HYUN | ELANTRA SEL | 07/25/2018 | 19,572.00 | 0.00 | 02/06/2019 | 19,572.00 | 0.00 | 0.00 | 0.00 |
| | 3610868 | 5NPE34AF7JH 720973 | 2018 HYUN | SONATA | 07/24/2018 | 24,895.00 | 0.00 | 11/16/2018 | 24,895.00 | 0.00 | 0.00 | 0.00 |
| | 3621768 | KMHD84LF1JU 722388 | 2018 HYUN | ELANTRA SEL | 08/02/2018 | 19,596.00 | 0.00 | 01/10/2019 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3607208 | 5NPE24AF1JH 722673 | 2018 HYUN | SONATA SE | 07/20/2018 | 22,525.00 | 0.00 | 12/27/2018 | 22,525.00 | 0.00 | 0.00 | 0.00 |
| | 3622932 | KMHD84LFXJU 723314 | 2018 HYUN | ELANTRA SEL | 08/03/2018 | 19,596.00 | 0.00 | 02/13/2019 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3633119 | KMHD84LF8JU 723442 | 2018 HYUN | ELANTRA SEL | 08/15/2018 | 19,596.00 | 0.00 | 03/21/2019 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3630223 | KMHD84LF8JU 723506 | 2018 HYUN | ELANTRA SEL | 08/10/2018 | 19,593.00 | 0.00 | 01/08/2019 | 19,593.00 | 0.00 | 0.00 | 0.00 |
| | 3610886 | 5NPE34AFXJH 723771 | 2018 HYUN | SONATA | 07/24/2018 | 24,898.00 | 0.00 | 02/08/2019 | 24,898.00 | 0.00 | 0.00 | 0.00 |
| | 3622931 | KMHD84LF8JU 723974 | 2018 HYUN | ELANTRA SEL | 08/03/2018 | 19,596.00 | 0.00 | 11/27/2018 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3764294 | KMHD84LF8JU 723974 | 2018 HYUN | ELANTRA SEL | 12/03/2018 | 19,596.00 | 0.00 | 02/04/2019 | 19,596.00 | 0.00 | 0.00 | 0.00 |
| | 3622925 | KMHD04LB7JU 724005 | 2018 HYUN | ELANTRA SPOR | 08/03/2018 | 23,338.00 | 0.00 | 11/27/2018 | 23,338.00 | 0.00 | 0.00 | 0.00 |
| | 3617244 | 5NPE34AF4JH 724172 | 2018 HYUN | SONATA | 07/30/2018 | 25,455.00 | 0.00 | 10/16/2018 | 25,455.00 | 0.00 | 0.00 | 0.00 |
| | 3620516 | KMHD04LB8JU 724272 | 2018 HYUN | ELANTRA SPOR | 08/01/2018 | 23,338.00 | 0.00 | 10/10/2018 | 23,338.00 | 0.00 | 0.00 | 0.00 |
| | 3522257 | KM8J3CA26JU 724438 | 2018 HYUN | TUCSON | 05/14/2018 | 28,474.00 | 0.00 | 10/09/2018 | 28,474.00 | 0.00 | 0.00 | 0.00 |
| | 3622728 | 5NPE34AF8JH 725759 | 2018 HYUN | SONATA | 08/03/2018 | 24,451.00 | 0.00 | 01/04/2019 | 24,451.00 | 0.00 | 0.00 | 0.00 |
| | 3622697 | 5NPE34AF1JH 726087 | 2018 HYUN | SONATA | 08/03/2018 | 23,876.00 | 0.00 | 11/02/2019 | 23,876.00 | 0.00 | 0.00 | 0.00 |
| | 3620396 | 5NPE34AF8JH 726734 | 2018 HYUN | SONATA | 08/01/2018 | 24,442.00 | 0.00 | 11/20/2018 | 24,442.00 | 0.00 | 0.00 | 0.00 |
| | 3667455 | 5NPE34AF9KH 726839 | 2019 HYUN | SEL284J2 | 09/13/2018 | 24,145.00 | 0.00 | 04/25/2019 | 24,145.00 | 0.00 | 0.00 | 0.00 |
| | 3664659 | 5NPE34AF3KH 726948 | 2019 HYUN | SEL284J2 | 09/11/2018 | 24,729.00 | 0.00 | 06/11/2019 | 24,729.00 | 0.00 | 0.00 | 0.00 |
| | 3628615 | 5NPE34AF4JH 726973 | 2018 HYUN | SONATA | 08/09/2018 | 24,895.00 | 0.00 | 10/16/2018 | 24,895.00 | 0.00 | 0.00 | 0.00 |
| | 3630000 | 5NPE34AF8JH 727348 | 2018 HYUN | SONATA | 08/10/2018 | 27,366.00 | 0.00 | 05/21/2019 | 27,366.00 | 0.00 | 0.00 | 0.00 |
| | 3629985 | 5NPE34AF4JH 727394 | 2018 HYUN | SONATA | 08/10/2018 | 27,348.00 | 0.00 | 11/15/2018 | 27,348.00 | 0.00 | 0.00 | 0.00 |
| | 3632038 | 5NPE34AF3JH 727418 | 2018 HYUN | SONATA | 08/13/2018 | 24,324.00 | 0.00 | 01/03/2019 | 24,324.00 | 0.00 | 0.00 | 0.00 |
| | 3632061 | 5NPE34AF6JH 727672 | 2018 HYUN | SONATA | 08/13/2018 | 23,860.00 | 0.00 | 12/21/2018 | 23,860.00 | 0.00 | 0.00 | 0.00 |
| | 3632081 | 5NPE34AF9JH 727701 | 2018 HYUN | SONATA | 08/13/2018 | 23,857.00 | 0.00 | 12/17/2018 | 23,857.00 | 0.00 | 0.00 | 0.00 |
| | 3640020 | 5NPE34AF9JH 727861 | 2018 HYUN | SONATA | 08/20/2018 | 23,857.00 | 0.00 | 01/15/2019 | 23,857.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 62

10/03/2019

16:45:35

Principal Balance: 509,164.70

| | | | | |
|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3636349 | 5NPE34AF4JH 727878 | 2018 HYUN | SONATA | 08/16/2018 | 23,857.00 | 0.00 | 10/17/2018 | 23,857.00 | 0.00 | 0.00 | 0.00 |
| | 3641501 | 5NPE34AF9JH 727990 | 2018 HYUN | SONATA | 08/21/2018 | 23,857.00 | 0.00 | 12/31/2018 | 23,857.00 | 0.00 | 0.00 | 0.00 |
| | 3646597 | 5NPE34AF6JH 728207 | 2018 HYUN | SONATA | 08/24/2018 | 23,851.00 | 0.00 | 11/29/2018 | 23,851.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: SABHARWAL, A | | | | | | | | | | | |
| | 3641502 | 5NPE34AF9JH 728217 | 2018 HYUN | SONATA | 08/21/2018 | 24,417.00 | 0.00 | 01/10/2019 | 24,417.00 | 0.00 | 0.00 | 0.00 |
| | 3636376 | 5NPE34AFXJH 728243 | 2018 HYUN | SONATA | 08/16/2018 | 23,901.00 | 0.00 | 01/08/2019 | 23,901.00 | 0.00 | 0.00 | 0.00 |
| | 3636377 | 5NPE34AFXJH 728288 | 2018 HYUN | SONATA | 08/16/2018 | 23,901.00 | 0.00 | 04/03/2019 | 23,901.00 | 0.00 | 0.00 | 0.00 |
| | 3640032 | 5NPE34AF9JH 728307 | 2018 HYUN | SONATA | 08/20/2018 | 23,857.00 | 0.00 | 02/05/2019 | 23,857.00 | 0.00 | 0.00 | 0.00 |
| | 3639959 | 5NPE34AF0JH 728414 | 2018 HYUN | SONATA | 08/20/2018 | 27,348.00 | 0.00 | 04/25/2019 | 27,348.00 | 0.00 | 0.00 | 0.00 |
| | 3636331 | 5NPE34AF1JH 728535 | 2018 HYUN | SONATA | 08/16/2018 | 23,851.00 | 0.00 | 11/19/2018 | 23,851.00 | 0.00 | 0.00 | 0.00 |
| | 3666062 | 5NPE24AFXKH 728957 | 2019 HYUN | SE 284H2 | 09/12/2018 | 22,722.00 | 0.00 | 05/15/2019 | 22,722.00 | 0.00 | 0.00 | 0.00 |
| | 3664649 | 5NPE34AF0KH 728978 | 2019 HYUN | SEL284J2 | 09/11/2018 | 24,145.00 | 0.00 | 03/06/2019 | 24,145.00 | 0.00 | 0.00 | 0.00 |
| | 3655208 | 5NPE34AF5KH 728992 | 2019 HYUN | LIM284L2 | 09/04/2018 | 27,535.00 | 0.00 | 03/27/2019 | 27,535.00 | 0.00 | 0.00 | 0.00 |
| | 3676650 | 5NPE34AB2KH 728994 | 2019 HYUN | LIM284M2 | 09/20/2018 | 31,673.00 | 0.00 | 11/15/2018 | 31,673.00 | 0.00 | 0.00 | 0.00 |
| | 3667446 | 5NPE34AF3KH 729008 | 2019 HYUN | LIM284L2 | 09/13/2018 | 27,502.00 | 0.00 | 05/29/2019 | 27,502.00 | 0.00 | 0.00 | 0.00 |
| | 3667439 | 5NPE34AF2KH 729016 | 2019 HYUN | SEL284J2 | 09/13/2018 | 24,145.00 | 0.00 | 06/19/2019 | 2,665.32 | 0.00 | 0.00 | 0.00 |
| | 3664650 | 5NPE34AF0KH 729029 | 2019 HYUN | SEL284J2 | 09/11/2018 | 24,174.00 | 0.00 | 02/13/2019 | 24,174.00 | 0.00 | 0.00 | 0.00 |
| | 3651870 | 5NPE34AFXKH 729104 | 2019 HYUN | SEL284J2 | 08/29/2018 | 24,712.00 | 0.00 | 06/08/2019 | 24,712.00 | 0.00 | 0.00 | 0.00 |
| | 3651862 | 5NPE34AF7KH 729108 | 2019 HYUN | SEL284J2 | 08/29/2018 | 24,145.00 | 0.00 | 06/11/2019 | 24,145.00 | 0.00 | 0.00 | 0.00 |
| | 3673325 | 5NPE34AF0KH 729161 | 2019 HYUN | SEL284J2 | 09/18/2018 | 24,052.00 | 0.00 | 02/13/2019 | 24,052.00 | 0.00 | 0.00 | 0.00 |
| | 3655224 | 5NPE34AF8KH 729229 | 2019 HYUN | SEL284J2 | 09/04/2018 | 24,174.00 | 0.00 | 06/07/2019 | 3,996.76 | 0.00 | 0.00 | 0.00 |
| | 3664675 | 5NPE34AFXKH 729250 | 2019 HYUN | SEL284J2 | 09/11/2018 | 24,187.00 | 0.00 | 06/07/2019 | 24,187.00 | 0.00 | 0.00 | 0.00 |
| | 3655232 | 5NPE34AF9KH 729563 | 2019 HYUN | SEL284J2 | 09/04/2018 | 24,174.00 | 0.00 | 05/28/2019 | 6,673.53 | 0.00 | 0.00 | 0.00 |
| | 3664664 | 5NPE34AF5KH 730306 | 2019 HYUN | SEL284J2 | 09/11/2018 | 24,154.00 | 0.00 | 06/05/2019 | 24,154.00 | 0.00 | 0.00 | 0.00 |
| | 3651848 | 5NPE34AB1KH 731207 | 2019 HYUN | LIM284M2 | 08/29/2018 | 31,645.00 | 0.00 | 03/21/2019 | 31,645.00 | 0.00 | 0.00 | 0.00 |
| | 3686876 | 5NPE34AF1KH 731498 | 2019 HYUN | SONATA LIMIT | 09/28/2018 | 27,494.00 | 0.00 | 04/12/2019 | 27,494.00 | 0.00 | 0.00 | 0.00 |
| | 3651846 | 5NPE24AF5KH 731667 | 2019 HYUN | SE 284H2 | 08/29/2018 | 22,722.00 | 0.00 | 05/15/2019 | 22,722.00 | 0.00 | 0.00 | 0.00 |
| | 3682176 | 5NPE24AF4KH 731806 | 2019 HYUN | SE 284H2 | 09/25/2018 | 22,880.00 | 0.00 | 06/11/2019 | 22,880.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 63

10/03/2019

16:45:35

Principal Balance: 509,164.70

| | | | | |
|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3666081 | 5NPE34AF6KH 731884 | 2019 HYUN | SEL284J2 | 09/12/2018 | 24,740.00 | 0.00 | 05/22/2019 | 24,740.00 | 0.00 | 0.00 | 0.00 |
| | 3663240 | 5NPE24AF5KH 731894 | 2019 HYUN | SE 284H2 | 09/10/2018 | 22,722.00 | 0.00 | 03/28/2019 | 22,722.00 | 0.00 | 0.00 | 0.00 |
| | 3673328 | 5NPE34AF2KH 731980 | 2019 HYUN | LIM284L2 | 09/18/2018 | 27,535.00 | 0.00 | 03/11/2019 | 27,535.00 | 0.00 | 0.00 | 0.00 |
| | 3651853 | 5NPE34AF2KH 732210 | 2019 HYUN | SEL284J2 | 08/29/2018 | 24,712.00 | 0.00 | 11/13/2018 | 24,712.00 | 0.00 | 0.00 | 0.00 |
| | 3675003 | 5NPE34AF2KH 732272 | 2019 HYUN | LIM284L2 | 09/19/2018 | 27,522.00 | 0.00 | 03/13/2019 | 27,522.00 | 0.00 | 0.00 | 0.00 |
| | 3676646 | 5NPE24AFXKH 732443 | 2019 HYUN | SE 284H2 | 09/20/2018 | 22,815.00 | 0.00 | 09/05/2019 | 22,815.00 | 0.00 | 0.00 | 0.00 |
| | 3651857 | 5NPE34AF4KH 732970 | 2019 HYUN | SEL284J2 | 08/29/2018 | 24,753.00 | 0.00 | 05/28/2019 | 705.46 | 0.00 | 0.00 | 0.00 |
| | 3676643 | 5NPE34AF9KH 732983 | 2019 HYUN | SE 284H2 | 09/20/2018 | 22,722.00 | 0.00 | 05/08/2019 | 22,722.00 | 0.00 | 0.00 | 0.00 |
| | 3682231 | 5NPE34AF9KH 733578 | 2019 HYUN | SEL284J2 | 09/25/2018 | 24,145.00 | 0.00 | 11/29/2018 | 24,145.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: BATTISTE, C | | | | | | | | | | | |
| | 3682226 | 5NPE34AF6KH 733585 | 2019 HYUN | SEL284J2 | 09/25/2018 | 24,187.00 | 0.00 | 05/30/2019 | 24,187.00 | 0.00 | 0.00 | 0.00 |
| | 3664667 | 5NPE34AF6KH 733652 | 2019 HYUN | SPO284K2 | 09/11/2018 | 24,947.00 | 0.00 | 03/08/2019 | 24,947.00 | 0.00 | 0.00 | 0.00 |
| | 3684109 | 5NPE34AF5KH 733867 | 2019 HYUN | SEL284J2 | 09/26/2018 | 24,154.00 | 0.00 | 03/14/2019 | 24,154.00 | 0.00 | 0.00 | 0.00 |
| | 3690456 | 5NPE34AF1KH 734160 | 2019 HYUN | SONATA LIMIT | 10/02/2018 | 24,052.00 | 0.00 | 02/13/2019 | 24,052.00 | 0.00 | 0.00 | 0.00 |
| | 3666084 | 5NPE34AF7KH 734163 | 2019 HYUN | SEL284J2 | 09/12/2018 | 24,088.00 | 0.00 | 03/14/2019 | 24,088.00 | 0.00 | 0.00 | 0.00 |
| | 3666093 | 5NPE34AFXKH 734206 | 2019 HYUN | SEL284J2 | 09/12/2018 | 24,145.00 | 0.00 | 04/25/2019 | 24,145.00 | 0.00 | 0.00 | 0.00 |
| | 3676653 | 5NPE34AF0KH 734795 | 2019 HYUN | SEL284J2 | 09/20/2018 | 24,729.00 | 0.00 | 01/07/2019 | 24,729.00 | 0.00 | 0.00 | 0.00 |
| | 3667447 | 5NPE34AF3KH 734886 | 2019 HYUN | SEL284J2 | 09/13/2018 | 24,720.00 | 0.00 | 03/22/2019 | 24,720.00 | 0.00 | 0.00 | 0.00 |
| | 3673316 | 5NPE24AF8KH 734918 | 2019 HYUN | SE 284H2 | 09/18/2018 | 22,722.00 | 0.00 | 06/19/2019 | 22,722.00 | 0.00 | 0.00 | 0.00 |
| | 3673320 | 5NPE24AFXKH 734936 | 2019 HYUN | SE 284H2 | 09/18/2018 | 22,722.00 | 0.00 | 04/29/2019 | 22,722.00 | 0.00 | 0.00 | 0.00 |
| | 3673313 | 5NPE24AF7KH 734988 | 2019 HYUN | SE 284H2 | 09/18/2018 | 22,722.00 | 0.00 | 11/13/2018 | 22,722.00 | 0.00 | 0.00 | 0.00 |
| | 3690465 | 5NPE34AF3KH 735178 | 2019 HYUN | SONATA LIMIT | 10/02/2018 | 24,088.00 | 0.00 | 05/02/2019 | 24,088.00 | 0.00 | 0.00 | 0.00 |
| | 3690414 | 5NPE24AF3KH 735359 | 2019 HYUN | SONATA SE | 10/02/2018 | 22,722.00 | 0.00 | 04/25/2019 | 22,722.00 | 0.00 | 0.00 | 0.00 |
| | 3676663 | 5NPE34AF6KH 735823 | 2019 HYUN | SEL284J2 | 09/20/2018 | 24,052.00 | 0.00 | 05/14/2019 | 24,052.00 | 0.00 | 0.00 | 0.00 |
| | 3684094 | 5NPE34AF3KH 736041 | 2019 HYUN | SPO284K2 | 09/26/2018 | 24,889.00 | 0.00 | 04/30/2019 | 24,889.00 | 0.00 | 0.00 | 0.00 |
| | 3684096 | 5NPE34AF3KH 736864 | 2019 HYUN | LIM284L2 | 09/26/2018 | 29,671.00 | 0.00 | 06/10/2019 | 1,119.50 | 0.00 | 0.00 | 0.00 |
| | 3684029 | 5NPE24AF5KH 738201 | 2019 HYUN | SE 284H2 | 09/26/2018 | 22,799.00 | 0.00 | 04/25/2019 | 22,799.00 | 0.00 | 0.00 | 0.00 |
| | 3690421 | 5NPE24AF4KH 738321 | 2019 HYUN | SONATA SE | 10/02/2018 | 22,757.00 | 0.00 | 04/29/2019 | 22,757.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Page: 64
10/03/2019
16:45:35

Principal Balance: 509,164.70

| | | | | | |
|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3690405 | 5NPE24AF0KH 738929 | 2019 HYUN | SONATA SE | 10/02/2018 | 22,757.00 | 0.00 | 04/23/2019 | 22,757.00 | 0.00 | 0.00 | 0.00 |
| 3690435 | 5NPE24AF8KH 739018 | 2019 HYUN | SONATA SE | 10/02/2018 | 22,799.00 | 0.00 | 05/08/2019 | 22,799.00 | 0.00 | 0.00 | 0.00 |
| 3690424 | 5NPE24AF5KH 739297 | 2019 HYUN | SONATA SE | 10/02/2018 | 22,757.00 | 0.00 | 04/29/2019 | 22,757.00 | 0.00 | 0.00 | 0.00 |
| 3686867 | 5NPE24AF8KH 740248 | 2019 HYUN | SONATA SE | 09/28/2018 | 22,757.00 | 0.00 | 04/03/2019 | 22,757.00 | 0.00 | 0.00 | 0.00 |
| 3691862 | 5NPE24AF3KH 740416 | 2019 HYUN | SONATA SE | 10/03/2018 | 22,757.00 | 0.00 | 12/11/2018 | 22,757.00 | 0.00 | 0.00 | 0.00 |
| 3686865 | 5NPE24AF7KH 740547 | 2019 HYUN | SONATA SE | 09/28/2018 | 22,799.00 | 0.00 | 04/25/2019 | 22,799.00 | 0.00 | 0.00 | 0.00 |
| 3774267 | 5NPE34AF9KH 740868 | 2019 HYUN | SONATA LIMIT | 12/10/2018 | 24,840.00 | 0.00 | 02/04/2019 | 24,840.00 | 0.00 | 0.00 | 0.00 |
| 3700033 | 5NPE24AF9KH 741618 | 2019 HYUN | SONATA SE | 10/10/2018 | 22,799.00 | 0.00 | 04/23/2019 | 22,799.00 | 0.00 | 0.00 | 0.00 |
| 3700023 | 5NPE24AF6KH 742886 | 2019 HYUN | SONATA SE | 10/10/2018 | 22,757.00 | 0.00 | 07/31/2019 | 1,193.27 | 0.00 | 0.00 | 0.00 |
| 3701619 | 5NPE24AF1KH 743721 | 2019 HYUN | SONATA SE | 10/11/2018 | 22,705.00 | 0.00 | 05/01/2019 | 22,705.00 | 0.00 | 0.00 | 0.00 |
| 3700030 | 5NPE24AF8KH 744087 | 2019 HYUN | SONATA SE | 10/10/2018 | 22,705.00 | 0.00 | 03/15/2019 | 22,705.00 | 0.00 | 0.00 | 0.00 |
| 3700034 | 5NPE24AF9KH 744213 | 2019 HYUN | SONATA SE | 10/10/2018 | 22,664.00 | 0.00 | 05/14/2019 | 22,664.00 | 0.00 | 0.00 | 0.00 |
| 3700024 | 5NPE24AF6KH 744489 | 2019 HYUN | SONATA SE | 10/10/2018 | 22,705.00 | 0.00 | 12/05/2018 | 22,705.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: KADOSCH, H | | | | | | | | | | |
| 3700031 | 5NPE24AF8KH 744588 | 2019 HYUN | SONATA SE | 10/10/2018 | 22,705.00 | 0.00 | 04/09/2019 | 22,705.00 | 0.00 | 0.00 | 0.00 |
| 3710023 | 5NPE24AF2KH 744621 | 2019 HYUN | SONATA SE | 10/18/2018 | 22,705.00 | 0.00 | 05/20/2019 | 22,705.00 | 0.00 | 0.00 | 0.00 |
| 3707246 | KMHD84LF9KU 759058 | 2019 HYUN | ELANTRA SEL | 10/16/2018 | 20,132.00 | 0.00 | 02/13/2019 | 20,132.00 | 0.00 | 0.00 | 0.00 |
| 3705590 | KMHD84LF8KU 759195 | 2019 HYUN | ELANTRA SEL | 10/15/2018 | 19,997.00 | 0.00 | 04/12/2019 | 19,997.00 | 0.00 | 0.00 | 0.00 |
| 3705584 | KMHD84LF0KU 762883 | 2019 HYUN | ELANTRA SEL | 10/15/2018 | 20,956.00 | 0.00 | 04/23/2019 | 20,956.00 | 0.00 | 0.00 | 0.00 |
| 3597509 | KM8J2CA40JU 767225 | 2018 HYUN | TUCSON SE | 07/12/2018 | 24,576.00 | 0.00 | 10/09/2018 | 24,576.00 | 0.00 | 0.00 | 0.00 |
| 3744650 | KMHD84LF9KU 784848 | 2019 HYUN | ELANTRA SEL | 11/13/2018 | 20,997.00 | 0.00 | 04/23/2019 | 20,997.00 | 0.00 | 0.00 | 0.00 |
| 3613578 | KM8J2CA48JU 786346 | 2018 HYUN | TUCSON SE | 07/26/2018 | 24,677.00 | 0.00 | 11/07/2018 | 24,677.00 | 0.00 | 0.00 | 0.00 |
| 3751142 | KMHD84LF1KU 786691 | 2019 HYUN | ELANTRA SEL | 11/19/2018 | 21,073.00 | 0.00 | 12/27/2018 | 21,073.00 | 0.00 | 0.00 | 0.00 |
| 3620418 | KM8J2CA43JU 787940 | 2018 HYUN | TUCSON SE | 08/01/2018 | 24,698.00 | 0.00 | 12/11/2018 | 24,698.00 | 0.00 | 0.00 | 0.00 |
| 3780805 | KMHD84LF3KU 788734 | 2019 HYUN | ELANTRA SEL | 12/13/2018 | 20,039.00 | 0.00 | 04/25/2019 | 20,039.00 | 0.00 | 0.00 | 0.00 |
| 3780807 | KMHD84LF7KU 789840 | 2019 HYUN | ELANTRA SEL | 12/13/2018 | 20,156.00 | 0.00 | 05/01/2019 | 20,156.00 | 0.00 | 0.00 | 0.00 |
| 3768338 | KMHD74LF7KU 791350 | 2019 HYUN | ELANTRA SE | 12/06/2018 | 18,793.00 | 0.00 | 01/03/2019 | 18,793.00 | 0.00 | 0.00 | 0.00 |
| 3761228 | KMHD84LF6KU 791370 | 2019 HYUN | ELANTRA SEL | 11/28/2018 | 19,997.00 | 0.00 | 05/02/2019 | 19,997.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Page:  65
10/03/2019
16:45:35

Principal Balance:  509,164.70

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3630030 | KM8J2CA45JU 791939 | 2018 HYUN | TUCSON SE | 08/10/2018 | 24,677.00 | 0.00 | 12/03/2018 | 24,677.00 | 0.00 | 0.00 | 0.00 |
| | 3630029 | KM8J2CA43JU 793480 | 2018 HYUN | TUCSON SE | 08/10/2018 | 24,556.00 | 0.00 | 10/31/2018 | 24,556.00 | 0.00 | 0.00 | 0.00 |
| | 3641527 | KM8J2CA44JU 793827 | 2018 HYUN | TUCSON SE | 08/21/2018 | 24,600.00 | 0.00 | 10/09/2018 | 24,600.00 | 0.00 | 0.00 | 0.00 |
| | 3764221 | KMHD84LF4KU 793862 | 2019 HYUN | ELANTRA SEL | 11/30/2018 | 20,090.00 | 0.00 | 03/25/2019 | 20,090.00 | 0.00 | 0.00 | 0.00 |
| | 4025585 | 5NPE24AF2KH 796069 | 2019 HYUN | SONATA SE | 06/20/2019 | 23,208.00 | 0.00 | 07/31/2019 | 989.72 | 0.00 | 0.00 | 0.00 |
| | 4030257 | 5NPE24AF2KH 796427 | 2019 HYUN | SONATA SE | 06/24/2019 | 23,208.00 | 0.00 | 07/18/2019 | 23,208.00 | 0.00 | 0.00 | 0.00 |
| | 3633107 | KM8J3CA47JU 796492 | 2018 HYUN | TUCSON SEL | 08/15/2018 | 28,726.00 | 0.00 | 01/03/2019 | 28,726.00 | 0.00 | 0.00 | 0.00 |
| | 4002401 | 5NPE24AF9KH 796926 | 2019 HYUN | SONATA SE | 06/04/2019 | 23,208.00 | 0.00 | 07/16/2019 | 23,208.00 | 0.00 | 0.00 | 0.00 |
| | 3764228 | KMHD84LF8KU 797011 | 2019 HYUN | ELANTRA SEL | 11/30/2018 | 20,090.00 | 0.00 | 04/25/2019 | 20,090.00 | 0.00 | 0.00 | 0.00 |
| | 4030260 | 5NPE24AF5KH 798320 | 2019 HYUN | SONATA SE | 06/24/2019 | 23,208.00 | 0.00 | 07/30/2019 | 7,763.84 | 0.00 | 0.00 | 0.00 |
| | 4032354 | 5NPE24AF0KH 801365 | 2019 HYUN | SONATA SE | 06/26/2019 | 23,208.00 | 0.00 | 07/15/2019 | 23,208.00 | 0.00 | 0.00 | 0.00 |
| | 3641533 | KM8J2CA48JU 801525 | 2018 HYUN | TUCSON SE | 08/21/2018 | 24,556.00 | 0.00 | 12/19/2018 | 24,556.00 | 0.00 | 0.00 | 0.00 |
| | 3633106 | KM8J3CA45JU 802368 | 2018 HYUN | TUCSON SEL | 08/15/2018 | 25,791.00 | 0.00 | 11/16/2018 | 25,791.00 | 0.00 | 0.00 | 0.00 |
| | 3636404 | KM8J2CA48JU 802481 | 2018 HYUN | TUCSON SE | 08/16/2018 | 24,556.00 | 0.00 | 12/05/2018 | 24,556.00 | 0.00 | 0.00 | 0.00 |
| | 4030258 | 5NPE24AF2KH 803280 | 2019 HYUN | SONATA SE | 06/24/2019 | 23,293.00 | 0.00 | 07/16/2019 | 23,293.00 | 0.00 | 0.00 | 0.00 |
| | 4030259 | 5NPE24AF3KH 803630 | 2019 HYUN | SONATA SE | 06/24/2019 | 23,293.00 | 0.00 | 07/19/2019 | 23,293.00 | 0.00 | 0.00 | 0.00 |
| | 4030261 | 5NPE24AF9KH 803700 | 2019 HYUN | SONATA SE | 06/24/2019 | 23,208.00 | 0.00 | 07/25/2019 | 23,208.00 | 0.00 | 0.00 | 0.00 |
| | 3636412 | KM8J2CA4XJU 804183 | 2018 HYUN | TUCSON SE | 08/16/2018 | 24,651.00 | 0.00 | 10/22/2018 | 24,651.00 | 0.00 | 0.00 | 0.00 |
| | 4030262 | 5NPE24AB3KH 804383 | 2019 HYUN | SONATA LIMIT | 06/24/2019 | 32,036.00 | 0.00 | 07/05/2019 | 2,641.26 | 0.00 | 0.00 | 0.00 |
| | 4040529 | 5NPE24F2KH 804977 | 2019 HYUN | SONATA SE | 07/01/2019 | 23,293.00 | 0.00 | 07/19/2019 | 23,293.00 | 0.00 | 0.00 | 0.00 |
| | 3664219 | KM8J2CA43JU 805711 | 2018 HYUN | TUCSON SE | 09/12/2018 | 24,600.00 | 0.00 | 12/21/2018 | 24,600.00 | 0.00 | 0.00 | 0.00 |
| | 4043873 | 5NPE34AF3KH 806749 | 2019 HYUN | SONATA LIMIT | 07/05/2019 | 25,338.00 | 0.00 | 07/31/2019 | 25,338.00 | 0.00 | 0.00 | 0.00 |
| | 4068308 | 5NPE24AF7KH 807227 | 2019 HYUN | SONATA SE | 07/24/2019 | 23,293.00 | 0.00 | 08/02/2019 | 23,293.00 | 0.00 | 0.00 | 0.00 |
| | 4051208 | 5NPE24AF1KH 808034 | 2019 HYUN | SONATA SE | 07/10/2019 | 23,173.00 | 0.00 | 08/01/2019 | 23,173.00 | 0.00 | 0.00 | 0.00 |
| | 3786163 | KMHD84LF5KU 808112 | 2019 HYUN | ELANTRA SEL | 12/17/2018 | 21,079.00 | 0.00 | 03/12/2019 | 21,079.00 | 0.00 | 0.00 | 0.00 |
| | 3664218 | KM8J2CA42JU 809698 | 2018 HYUN | TUCSON SE | 09/12/2018 | 24,651.00 | 0.00 | 10/29/2018 | 24,651.00 | 0.00 | 0.00 | 0.00 |
| | 3664221 | KM8J2CA45JU 811350 | 2018 HYUN | TUCSON SE | 09/12/2018 | 24,708.00 | 0.00 | 11/01/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3664220 | KM8J2CA43JU 811363 | 2018 HYUN | TUCSON SE | 09/12/2018 | 24,708.00 | 0.00 | 11/15/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America
**TRIAL BALANCE**
As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Page: 66
10/03/2019
16:45:35

Principal Balance: 509,164.70

| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
|---|---|---|---|---|---|---|---|
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3799665 | KMHD84LF2KU 811968 | 2019 HYUN | ELANTRA SEL | 12/26/2018 | 22,877.00 | 0.00 | 03/08/2019 | 22,877.00 | 0.00 | 0.00 | 0.00 |
| | 3677842 | KM8J3CA45JU 813290 | 2018 HYUN | TUCSON SEL | 09/21/2018 | 28,710.00 | 0.00 | 10/16/2018 | 28,710.00 | 0.00 | 0.00 | 0.00 |
| | 3674672 | KM8J2CA44JU 816068 | 2018 HYUN | TUCSON SE | 09/19/2018 | 24,708.00 | 0.00 | 01/02/2019 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3676374 | KM8J2CA48JU 816221 | 2018 HYUN | TUCSON SE | 09/20/2018 | 24,708.00 | 0.00 | 12/12/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3670773 | KM8J2CA44JU 816281 | 2018 HYUN | TUCSON SE | 09/17/2018 | 24,697.00 | 0.00 | 11/16/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | 3688887 | KM8J2CA42JU 816294 | 2018 HYUN | TUCSON SE | 10/01/2018 | 24,774.00 | 0.00 | 01/07/2019 | 24,774.00 | 0.00 | 0.00 | 0.00 |
| | 3680057 | KM8J2CA46JU 816296 | 2018 HYUN | TUCSON SE | 09/24/2018 | 24,697.00 | 0.00 | 12/27/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | 3676366 | KM8J2CA46JU 816343 | 2018 HYUN | TUCSON SE | 09/20/2018 | 24,695.00 | 0.00 | 12/17/2018 | 24,695.00 | 0.00 | 0.00 | 0.00 |
| | 3668561 | KM8J2CA46JU 816377 | 2018 HYUN | TUCSON SE | 09/14/2018 | 24,697.00 | 0.00 | 12/11/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | 3668564 | KM8J2CA49JU 816549 | 2018 HYUN | TUCSON SE | 09/14/2018 | 24,708.00 | 0.00 | 10/31/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3676373 | KM8J2CA46JU 816640 | 2018 HYUN | TUCSON SE | 09/20/2018 | 24,708.00 | 0.00 | 12/14/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3680058 | KM8J2CA47JU 816646 | 2018 HYUN | TUCSON SE | 09/24/2018 | 24,774.00 | 0.00 | 11/30/2018 | 24,774.00 | 0.00 | 0.00 | 0.00 |
| | 3668562 | KM8J2CA46JU 816654 | 2018 HYUN | TUCSON SE | 09/14/2018 | 24,708.00 | 0.00 | 11/01/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3668563 | KM8J2CA47JU 816677 | 2018 HYUN | TUCSON SE | 09/14/2018 | 24,708.00 | 0.00 | 11/01/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3668559 | KM8J2CA42JU 816702 | 2018 HYUN | TUCSON SE | 09/14/2018 | 24,708.00 | 0.00 | 11/07/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3676368 | KM8J2CA43JU 816725 | 2018 HYUN | TUCSON SE | 09/20/2018 | 24,708.00 | 0.00 | 12/21/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3676367 | KM8J2CA40JU 816732 | 2018 HYUN | TUCSON SE | 09/20/2018 | 24,708.00 | 0.00 | 12/27/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3680056 | KM8J2CA45JU 816855 | 2018 HYUN | TUCSON SE | 09/24/2018 | 24,673.00 | 0.00 | 10/09/2018 | 24,673.00 | 0.00 | 0.00 | 0.00 |
| | 3677790 | KM8J2CA47JU 818137 | 2018 HYUN | TUCSON SE | 09/21/2018 | 24,708.00 | 0.00 | 12/03/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: HIRAPERSAUD, B | | | | | | | | | | | |
| | 3676375 | KM8J2CA49JU 818141 | 2018 HYUN | TUCSON SE | 09/20/2018 | 24,724.00 | 0.00 | 11/29/2018 | 24,724.00 | 0.00 | 0.00 | 0.00 |
| | 3680163 | KM8J3CA4XJU 818162 | 2018 HYUN | TUCSON SEL | 09/24/2018 | 28,710.00 | 0.00 | 11/07/2018 | 28,710.00 | 0.00 | 0.00 | 0.00 |
| | 3677783 | KM8J2CA40JU 818335 | 2018 HYUN | TUCSON SE | 09/21/2018 | 24,691.00 | 0.00 | 12/20/2018 | 24,691.00 | 0.00 | 0.00 | 0.00 |
| | 3677846 | KM8J3CA49JU 818900 | 2018 HYUN | TUCSON SEL | 09/21/2018 | 28,710.00 | 0.00 | 10/16/2018 | 28,710.00 | 0.00 | 0.00 | 0.00 |
| | 3677844 | KM8J3CA46JU 819888 | 2018 HYUN | TUCSON SEL | 09/21/2018 | 28,710.00 | 0.00 | 10/16/2018 | 28,710.00 | 0.00 | 0.00 | 0.00 |
| | 3677788 | KM8J2CA45JU 820047 | 2018 HYUN | TUCSON SE | 09/21/2018 | 24,708.00 | 0.00 | 11/29/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3674673 | KM8J2CA46JU 820087 | 2018 HYUN | TUCSON SE | 09/19/2018 | 24,708.00 | 0.00 | 12/12/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3677792 | KM8J2CA48JU 820155 | 2018 HYUN | TUCSON SE | 09/21/2018 | 24,708.00 | 0.00 | 12/06/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: WATSON, T. | | | | | | | | | | | |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Page: 67
10/03/2019
16:45:35

Principal Balance: 509,164.70

| | | | | |
|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate 5.0000 % | Credit Limit 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance 0.00 | Commitments 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest 0.00 | Presold Amount 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items 0.00 | Available Credit 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3676372 | KM8J2CA45JU 820159 | 2018 HYUN | TUCSON SE | 09/20/2018 | 24,697.00 | 0.00 | 12/11/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | 3677785 | KM8J2CA41JU 820191 | 2018 HYUN | TUCSON SE | 09/21/2018 | 24,697.00 | 0.00 | 11/15/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | 3681758 | KM8J2CA42JU 820197 | 2018 HYUN | TUCSON SE | 09/25/2018 | 24,697.00 | 0.00 | 11/26/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | 3683621 | KM8J2CA49JU 820245 | 2018 HYUN | TUCSON SE | 09/26/2018 | 24,708.00 | 0.00 | 12/05/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: ALADIMIR, V. | | | | | | | | | | | |
| | 3680059 | KM8J2CA48JU 820253 | 2018 HYUN | TUCSON SE | 09/24/2018 | 24,708.00 | 0.00 | 11/13/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | 3677789 | KM8J2CA45JU 820307 | 2018 HYUN | TUCSON SE | 09/21/2018 | 24,697.00 | 0.00 | 11/08/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | 3836340 | KMHD04LB8KU 821022 | 2019 HYUN | ELANTRA SPOR | 01/28/2019 | 24,122.00 | 0.00 | 03/01/2019 | 24,122.00 | 0.00 | 0.00 | 0.00 |
| | 3684985 | KM8J2CA4XJU 821193 | 2018 HYUN | TUCSON SE | 09/28/2018 | 24,673.00 | 0.00 | 11/26/2018 | 24,673.00 | 0.00 | 0.00 | 0.00 |
| | 3684992 | KM8J3CA45JU 821292 | 2018 HYUN | TUCSON SEL | 09/28/2018 | 28,710.00 | 0.00 | 11/01/2018 | 28,710.00 | 0.00 | 0.00 | 0.00 |
| | 3691907 | KM8J2CA43JU 821309 | 2018 HYUN | TUCSON SE | 10/03/2018 | 24,637.00 | 0.00 | 12/12/2018 | 24,637.00 | 0.00 | 0.00 | 0.00 |
| | 3683609 | KM8J2CA44JU 821349 | 2018 HYUN | TUCSON SE | 09/26/2018 | 24,708.00 | 0.00 | 11/29/2018 | 24,708.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: VELASCO , A | | | | | | | | | | | |
| | 3684991 | KM8J3CA44JU 822370 | 2018 HYUN | TUCSON SEL | 09/28/2018 | 28,559.00 | 0.00 | 11/27/2018 | 28,559.00 | 0.00 | 0.00 | 0.00 |
| | 3683667 | KM8J3CA46JU 822421 | 2018 HYUN | TUCSON SEL | 09/26/2018 | 28,587.00 | 0.00 | 10/15/2018 | 28,587.00 | 0.00 | 0.00 | 0.00 |
| | 3684984 | KM8J2CA40JU 823969 | 2018 HYUN | TUCSON SE | 09/28/2018 | 24,697.00 | 0.00 | 11/01/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | 3688893 | KM8J2CA46JU 823992 | 2018 HYUN | TUCSON SE | 10/01/2018 | 24,697.00 | 0.00 | 11/14/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | 3695229 | KM8J2CA4XJU 824000 | 2018 HYUN | TUCSON SE | 10/05/2018 | 24,697.00 | 0.00 | 10/31/2018 | 24,697.00 | 0.00 | 0.00 | 0.00 |
| | 3695220 | KM8J2CA44JU 824073 | 2018 HYUN | TUCSON SE | 10/05/2018 | 24,673.00 | 0.00 | 11/07/2018 | 24,673.00 | 0.00 | 0.00 | 0.00 |
| | 3695224 | KM8J2CA47JU 824567 | 2018 HYUN | TUCSON SE | 10/05/2018 | 24,633.00 | 0.00 | 11/27/2018 | 24,633.00 | 0.00 | 0.00 | 0.00 |
| | 3684989 | KM8J3CA22JU 825024 | 2018 HYUN | TUCSON | 09/28/2018 | 28,401.00 | 0.00 | 11/16/2018 | 28,401.00 | 0.00 | 0.00 | 0.00 |
| | 3693209 | KM8J2CA42JU 825559 | 2018 HYUN | TUCSON SE | 10/04/2018 | 24,724.00 | 0.00 | 01/03/2019 | 24,724.00 | 0.00 | 0.00 | 0.00 |
| | 3691905 | KM8J2CA41JU 825567 | 2018 HYUN | TUCSON SE | 10/03/2018 | 24,691.00 | 0.00 | 12/14/2018 | 24,691.00 | 0.00 | 0.00 | 0.00 |
| | 3695222 | KM8J2CA44JU 825577 | 2018 HYUN | TUCSON SE | 10/05/2018 | 24,724.00 | 0.00 | 12/03/2018 | 24,724.00 | 0.00 | 0.00 | 0.00 |
| | 3691953 | KM8J3CA49JU 827998 | 2018 HYUN | TUCSON SEL | 10/03/2018 | 25,930.00 | 0.00 | 11/07/2018 | 25,930.00 | 0.00 | 0.00 | 0.00 |
| | 3695259 | KM8J3CA0JU 830739 | 2018 HYUN | TUCSON SEL | 10/05/2018 | 25,893.00 | 0.00 | 11/15/2018 | 25,893.00 | 0.00 | 0.00 | 0.00 |
| | 3691936 | KM8J3CA21JU 831607 | 2018 HYUN | TUCSON | 10/03/2018 | 33,291.00 | 0.00 | 10/31/2018 | 33,291.00 | 0.00 | 0.00 | 0.00 |
| | 3691945 | KM8J3CA40JU 831650 | 2018 HYUN | TUCSON SEL | 10/03/2018 | 25,807.00 | 0.00 | 11/02/2018 | 25,807.00 | 0.00 | 0.00 | 0.00 |
| | 3746109 | KM8J3CA2XJU 831721 | 2018 HYUN | TUCSON | 11/14/2018 | 31,008.00 | 0.00 | 11/29/2018 | 31,008.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: NITU, S | | | | | | | | | | | |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Page: 68
10/03/2019
16:45:35

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Principal Balance: 509,164.70

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3705459 | KM8J3CA24JU 832640 | 2018 HYUN | TUCSON | 10/15/2018 | 33,219.00 | 0.00 | 11/20/2018 | 33,219.00 | 0.00 | 0.00 | 0.00 |
| | 3705453 | KM8J3CA22JU 833995 | 2018 HYUN | TUCSON | 10/15/2018 | 28,285.00 | 0.00 | 11/08/2018 | 28,285.00 | 0.00 | 0.00 | 0.00 |
| | 3842195 | KMHD74LF0KU 834989 | 2019 HYUN | ELANTRA SE | 02/04/2019 | 18,851.00 | 0.00 | 04/25/2019 | 18,851.00 | 0.00 | 0.00 | 0.00 |
| | 3872541 | KMHD74LF5KU 835085 | 2019 HYUN | ELANTRA SE | 02/26/2019 | 19,293.00 | 0.00 | 04/15/2019 | 19,293.00 | 0.00 | 0.00 | 0.00 |
| | 3705456 | KM8J3CA23JU 835237 | 2018 HYUN | TUCSON | 10/15/2018 | 33,177.00 | 0.00 | 11/13/2018 | 33,177.00 | 0.00 | 0.00 | 0.00 |
| | 3705457 | KM8J3CA23JU 835318 | 2018 HYUN | TUCSON | 10/15/2018 | 33,332.00 | 0.00 | 11/09/2018 | 33,332.00 | 0.00 | 0.00 | 0.00 |
| | 3836335 | KMHD04LB4KU 835855 | 2019 HYUN | ELANTRA SPOR | 01/28/2019 | 26,144.00 | 0.00 | 06/18/2019 | 26,144.00 | 0.00 | 0.00 | 0.00 |
| | 3859390 | KMHD04LB1KU 836929 | 2019 HYUN | ELANTRA SPOR | 02/19/2019 | 26,144.00 | 0.00 | 04/11/2019 | 26,144.00 | 0.00 | 0.00 | 0.00 |
| | 3747615 | KM8J3CALXKU 837335 | 2019 HYUN | TUCSON LIMIT | 11/15/2018 | 33,101.00 | 0.00 | 12/20/2018 | 33,101.00 | 0.00 | 0.00 | 0.00 |
| | 3746134 | KM8J3CAL0KU 839353 | 2019 HYUN | TUCSON LIMIT | 11/14/2018 | 33,084.00 | 0.00 | 11/29/2018 | 33,084.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: DELLOLIO, P | | | | | | | | | | | |
| | 3747608 | KM8J3CAL8KU 839391 | 2019 HYUN | TUCSON LIMIT | 11/15/2018 | 30,433.00 | 0.00 | 01/08/2019 | 30,433.00 | 0.00 | 0.00 | 0.00 |
| | 3747612 | KM8J3CAL9KU 839433 | 2019 HYUN | TUCSON LIMIT | 11/15/2018 | 30,593.00 | 0.00 | 04/10/2019 | 30,593.00 | 0.00 | 0.00 | 0.00 |
| | 4002831 | KM8J3CAL9KU 839433 | 2019 HYUN | TUCSON LIMIT | 06/05/2019 | 30,593.00 | 0.00 | 06/24/2019 | 30,593.00 | 0.00 | 0.00 | 0.00 |
| | 3746162 | KM8J3CAL6KU 839549 | 2019 HYUN | TUCSON LIMIT | 11/14/2018 | 30,686.00 | 0.00 | 03/06/2019 | 30,686.00 | 0.00 | 0.00 | 0.00 |
| | 3746149 | KM8J3CAL3KU 840738 | 2019 HYUN | TUCSON LIMIT | 11/14/2018 | 33,032.00 | 0.00 | 01/10/2019 | 33,032.00 | 0.00 | 0.00 | 0.00 |
| | 3746139 | KM8J3CAL1KU 840768 | 2019 HYUN | TUCSON LIMIT | 11/14/2018 | 33,032.00 | 0.00 | 12/06/2018 | 33,032.00 | 0.00 | 0.00 | 0.00 |
| | 3746163 | KM8J3CAL6KU 840829 | 2019 HYUN | TUCSON LIMIT | 11/14/2018 | 33,043.00 | 0.00 | 01/10/2019 | 33,043.00 | 0.00 | 0.00 | 0.00 |
| | 3747609 | KM8J3CAL8KU 840864 | 2019 HYUN | TUCSON LIMIT | 11/15/2018 | 33,181.00 | 0.00 | 11/26/2018 | 33,181.00 | 0.00 | 0.00 | 0.00 |
| | 3746157 | KM8J3CAL5KU 844807 | 2019 HYUN | TUCSON LIMIT | 11/14/2018 | 30,531.00 | 0.00 | 01/31/2019 | 30,531.00 | 0.00 | 0.00 | 0.00 |
| | 3746137 | KM8J3CAL0KU 849865 | 2019 HYUN | TUCSON LIMIT | 11/14/2018 | 33,032.00 | 0.00 | 12/04/2018 | 33,032.00 | 0.00 | 0.00 | 0.00 |
| | Customer Name: PANEPINTO, R | | | | | | | | | | | |
| | 3746158 | KM8J3CAL5KU 850302 | 2019 HYUN | TUCSON LIMIT | 11/14/2018 | 30,593.00 | 0.00 | 11/30/2018 | 30,593.00 | 0.00 | 0.00 | 0.00 |
| | 3859426 | KMHD74LFXKU 850469 | 2019 HYUN | ELANTRA SE | 02/19/2019 | 18,927.00 | 0.00 | 04/25/2019 | 18,927.00 | 0.00 | 0.00 | 0.00 |
| | 3781007 | KM8J3CAL8KU 851735 | 2019 HYUN | TUCSON LIMIT | 12/14/2018 | 29,564.00 | 0.00 | 01/09/2019 | 29,564.00 | 0.00 | 0.00 | 0.00 |
| | 3868512 | KMHD84LF8KU 854954 | 2019 HYUN | ELANTRA SEL | 02/22/2019 | 26,383.00 | 0.00 | 04/29/2019 | 26,383.00 | 0.00 | 0.00 | 0.00 |
| | 3797538 | KM8J3CAL6KU 857498 | 2019 HYUN | TUCSON LIMIT | 12/26/2018 | 27,732.00 | 0.00 | 02/13/2019 | 27,732.00 | 0.00 | 0.00 | 0.00 |
| | 3872559 | KMHD84LF2KU 865710 | 2019 HYUN | ELANTRA SEL | 02/26/2019 | 26,368.00 | 0.00 | 07/25/2019 | 26,368.00 | 0.00 | 0.00 | 0.00 |
| | 3780473 | KM8J2CA49KU 865932 | 2019 HYUN | TUCSON SE | 12/13/2018 | 25,529.00 | 0.00 | 01/09/2019 | 25,529.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 69

10/03/2019

16:45:35

Principal Balance: 509,164.70

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3822791 | KM8J2CA49KU 865946 | 2019 HYUN | TUCSON SE | 01/17/2019 | 25,574.00 | 0.00 | 02/13/2019 | 25,574.00 | 0.00 | 0.00 | 0.00 |
| | 3757658 | KM8J2CA49KU 868149 | 2019 HYUN | TUCSON SE | 11/26/2018 | 25,338.00 | 0.00 | 01/31/2019 | 25,338.00 | 0.00 | 0.00 | 0.00 |
| | 3754193 | KM8J3CA42KU 868720 | 2019 HYUN | TUCSON LIMIT | 11/21/2018 | 26,780.00 | 0.00 | 01/25/2019 | 26,780.00 | 0.00 | 0.00 | 0.00 |
| | 3768325 | KM8J2CA42KU 869790 | 2019 HYUN | TUCSON SE | 12/06/2018 | 25,341.00 | 0.00 | 01/14/2019 | 25,341.00 | 0.00 | 0.00 | 0.00 |
| | 3764127 | KM8J3CALXKU 870089 | 2019 HYUN | TUCSON LIMIT | 11/30/2018 | 29,646.00 | 0.00 | 06/20/2019 | 29,646.00 | 0.00 | 0.00 | 0.00 |
| | 3799401 | KM8J3CALXKU 873137 | 2019 HYUN | TUCSON LIMIT | 12/26/2018 | 29,642.00 | 0.00 | 03/27/2019 | 29,642.00 | 0.00 | 0.00 | 0.00 |
| | 3907099 | KMHD84LF3KU 877767 | 2019 HYUN | ELANTRA SEL | 03/25/2019 | 21,312.00 | 0.00 | 04/18/2019 | 21,312.00 | 0.00 | 0.00 | 0.00 |
| | 3785755 | KM8J3CAL3KU 885470 | 2019 HYUN | TUCSON LIMIT | 12/17/2018 | 27,788.00 | 0.00 | 03/11/2019 | 27,788.00 | 0.00 | 0.00 | 0.00 |
| | 4000784 | KMHD04LB4KU 887227 | 2019 HYUN | ELANTRA SPOR | 06/03/2019 | 26,187.00 | 0.00 | 07/08/2019 | 5,047.60 | 0.00 | 0.00 | 0.00 |
| | 3799394 | KM8J3CAL3KU 888952 | 2019 HYUN | TUCSON LIMIT | 12/26/2018 | 27,854.00 | 0.00 | 02/26/2019 | 27,854.00 | 0.00 | 0.00 | 0.00 |
| | 3799398 | KM8J3CAL6KU 892283 | 2019 HYUN | TUCSON LIMIT | 12/26/2018 | 27,854.00 | 0.00 | 03/18/2019 | 27,854.00 | 0.00 | 0.00 | 0.00 |
| | 3822793 | KM8J3CAL7KU 893393 | 2019 HYUN | TUCSON LIMIT | 01/17/2019 | 33,003.00 | 0.00 | 01/31/2019 | 33,003.00 | 0.00 | 0.00 | 0.00 |
| | 4000785 | KMHD74LF3LU 896131 | 2020 HYUN | ELANTRA SE | 06/03/2019 | 19,668.00 | 0.00 | 08/23/2019 | 19,668.00 | 0.00 | 0.00 | 0.00 |
| | 3997327 | KMHD84LF6LU 896508 | 2020 HYUN | ELANTRA SEL | 05/31/2019 | 20,386.00 | 0.00 | 06/27/2019 | 20,386.00 | 0.00 | 0.00 | 0.00 |
| | 4019835 | KMHD84LF2LU 897820 | 2020 HYUN | ELANTRA SEL | 06/17/2019 | 21,349.00 | 0.00 | 07/26/2019 | 1,004.45 | 0.00 | 0.00 | 0.00 |
| | 3808637 | KM8J3CAL9KU 899261 | 2019 HYUN | TUCSON LIMIT | 01/02/2019 | 27,663.00 | 0.00 | 10/01/2019 | 511.75 | 0.00 | -5.21 | 0.00 |
| | 3814740 | KM8J3CAL4KU 899474 | 2019 HYUN | TUCSON LIMIT | 01/08/2019 | 27,732.00 | 0.00 | 03/26/2019 | 27,732.00 | 0.00 | 0.00 | 0.00 |
| | 3814734 | KM8J3CAL3KU 899532 | 2019 HYUN | TUCSON LIMIT | 01/08/2019 | 27,853.00 | 0.00 | 04/09/2019 | 27,853.00 | 0.00 | 0.00 | 0.00 |
| | 3822794 | KM8J3CAL1KU 900855 | 2019 HYUN | TUCSON LIMIT | 01/17/2019 | 33,121.00 | 0.00 | 02/08/2019 | 33,121.00 | 0.00 | 0.00 | 0.00 |
| | 3821258 | KM8J3CA43KU 911297 | 2019 HYUN | TUCSON LIMIT | 01/15/2019 | 26,691.00 | 0.00 | 02/12/2019 | 26,691.00 | 0.00 | 0.00 | 0.00 |
| | 3832042 | KM8J3CA47KU 913537 | 2019 HYUN | TUCSON LIMIT | 01/24/2019 | 26,670.00 | 0.00 | 02/05/2019 | 26,670.00 | 0.00 | 0.00 | 0.00 |
| | 4059891 | KMHD74LF3LU 915714 | 2020 HYUN | ELANTRA SE | 07/17/2019 | 19,703.00 | 0.00 | 08/19/2019 | 4,312.57 | 0.00 | 0.00 | 0.00 |
| | 3835832 | KM8J3CA48KU 916463 | 2019 HYUN | TUCSON LIMIT | 01/28/2019 | 26,942.00 | 0.00 | 02/22/2019 | 26,942.00 | 0.00 | 0.00 | 0.00 |
| | 4051223 | KMHD74LF6LU 920793 | 2020 HYUN | ELANTRA SE | 07/10/2019 | 19,610.00 | 0.00 | 07/25/2019 | 1,085.07 | 0.00 | 0.00 | 0.00 |
| | 4051218 | KMHD74LF3LU 921805 | 2020 HYUN | ELANTRA SE | 07/10/2019 | 19,634.00 | 0.00 | 08/12/2019 | 19,634.00 | 0.00 | 0.00 | 0.00 |
| | 4051221 | KMHD74LF3LU 924303 | 2020 HYUN | ELANTRA SE | 07/10/2019 | 19,610.00 | 0.00 | 08/29/2019 | 19,610.00 | 0.00 | 0.00 | 0.00 |
| | 4051219 | KMHD74LF3LU 925160 | 2020 HYUN | ELANTRA SE | 07/10/2019 | 19,768.00 | 0.00 | 08/23/2019 | 19,768.00 | 0.00 | 0.00 | 0.00 |
| | 4051220 | KMHD74LF3LU 925191 | 2020 HYUN | ELANTRA SE | 07/10/2019 | 19,803.00 | 0.00 | 08/30/2019 | 41.48 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

Hyundai Capital America

**TRIAL BALANCE**

As Of:  10/03/2019

Page:  70

10/03/2019

16:45:35

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

| | | | |
|---|---|---|---|
| | | Principal Balance: | 509,164.70 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Last Payment Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3868307 | KM8J3CAL4KU 929038 | 2019 HYUN | TUCSON LIMIT | 02/22/2019 | 32,019.00 | 0.00 | 03/22/2019 | 32,019.00 | 0.00 | 0.00 | 0.00 |
| | 4051217 | KMHD74LF2LU 930088 | 2020 HYUN | ELANTRA SE | 07/10/2019 | 19,769.00 | 0.00 | 08/26/2019 | 1,277.42 | 0.00 | 0.00 | 0.00 |
| | 4051224 | KMHD84LF7LU 930892 | 2020 HYUN | ELANTRA SEL | 07/10/2019 | 21,284.00 | 0.00 | 08/07/2019 | 195.94 | 0.00 | 0.00 | 0.00 |
| | 4051222 | KMHD84LF5LU 931106 | 2020 HYUN | ELANTRA SE | 07/10/2019 | 19,768.00 | 0.00 | 07/31/2019 | 19,768.00 | 0.00 | 0.00 | 0.00 |
| | 4051225 | KMHD84LF9LU 931834 | 2020 HYUN | ELANTRA SEL | 07/10/2019 | 20,328.00 | 0.00 | 08/08/2019 | 501.62 | 0.00 | 0.00 | 0.00 |
| | 3868311 | KM8J3CAL7KU 936422 | 2019 HYUN | TUCSON LIMIT | 02/22/2019 | 29,577.00 | 0.00 | 03/18/2019 | 29,577.00 | 0.00 | 0.00 | 0.00 |
| | 3868220 | KM8J2CA40KU 938234 | 2019 HYUN | TUCSON SE | 02/22/2019 | 25,513.00 | 0.00 | 03/06/2019 | 25,513.00 | 0.00 | 0.00 | 0.00 |
| | 3859299 | KM8J3CA44KU 938542 | 2019 HYUN | TUCSON LIMIT | 02/19/2019 | 26,908.00 | 0.00 | 03/18/2019 | 26,908.00 | 0.00 | 0.00 | 0.00 |
| | 3868297 | KM8J3CA48KU 938558 | 2019 HYUN | TUCSON LIMIT | 02/22/2019 | 26,699.00 | 0.00 | 03/18/2019 | 26,699.00 | 0.00 | 0.00 | 0.00 |
| | 3868302 | KM8J3CAL0KU 938710 | 2019 HYUN | TUCSON LIMIT | 02/22/2019 | 29,484.00 | 0.00 | 03/11/2019 | 29,484.00 | 0.00 | 0.00 | 0.00 |
| | 3868298 | KM8J3CA48KU 940424 | 2019 HYUN | TUCSON LIMIT | 02/22/2019 | 26,801.00 | 0.00 | 03/13/2019 | 26,801.00 | 0.00 | 0.00 | 0.00 |
| | 3881567 | KM8J2CA40KU 940730 | 2019 HYUN | TUCSON SE | 03/06/2019 | 25,366.00 | 0.00 | 03/14/2019 | 25,366.00 | 0.00 | 0.00 | 0.00 |
| | 3910240 | KM8J3CAL4KU 947958 | 2019 HYUN | TUCSON LIMIT | 03/27/2019 | 32,120.00 | 0.00 | 05/13/2019 | 32,120.00 | 0.00 | 0.00 | 0.00 |
| | 3902419 | KM8J3CAL5KU 948018 | 2019 HYUN | TUCSON LIMIT | 03/21/2019 | 32,120.00 | 0.00 | 04/25/2019 | 32,120.00 | 0.00 | 0.00 | 0.00 |
| | 3910243 | KM8J3CAL5KU 949282 | 2019 HYUN | TUCSON LIMIT | 03/27/2019 | 32,120.00 | 0.00 | 05/14/2019 | 32,120.00 | 0.00 | 0.00 | 0.00 |
| | 3902376 | KM8J2CA49KU 949362 | 2019 HYUN | TUCSON SE | 03/21/2019 | 25,558.00 | 0.00 | 04/19/2019 | 25,558.00 | 0.00 | 0.00 | 0.00 |
| | 3902312 | KM8J2CA42KU 951163 | 2019 HYUN | TUCSON SE | 03/21/2019 | 25,558.00 | 0.00 | 06/17/2019 | 25,558.00 | 0.00 | 0.00 | 0.00 |
| | 3902353 | KM8J2CA46KU 951201 | 2019 HYUN | TUCSON SE | 03/21/2019 | 25,558.00 | 0.00 | 04/04/2019 | 25,558.00 | 0.00 | 0.00 | 0.00 |
| | 3910244 | KM8J3CAL5KU 952022 | 2019 HYUN | TUCSON LIMIT | 03/27/2019 | 32,443.00 | 0.00 | 06/14/2019 | 2,209.23 | 0.00 | 0.00 | 0.00 |
| | 3902410 | KM8J3CA49KU 952212 | 2019 HYUN | TUCSON LIMIT | 03/21/2019 | 26,952.00 | 0.00 | 04/10/2019 | 26,952.00 | 0.00 | 0.00 | 0.00 |
| | 3910231 | KM8J3CA4XKU 954762 | 2019 HYUN | TUCSON LIMIT | 03/27/2019 | 26,928.00 | 0.00 | 07/10/2019 | 26,928.00 | 0.00 | 0.00 | 0.00 |
| | 3910226 | KM8J3CA46KU 955598 | 2019 HYUN | TUCSON LIMIT | 03/27/2019 | 26,927.00 | 0.00 | 05/29/2019 | 26,927.00 | 0.00 | 0.00 | 0.00 |
| | 3904359 | KM8J3CA43KU 955641 | 2019 HYUN | TUCSON LIMIT | 03/22/2019 | 26,943.00 | 0.00 | 04/12/2019 | 26,943.00 | 0.00 | 0.00 | 0.00 |
| | 3910252 | KM8J3CAL8KU 958638 | 2019 HYUN | TUCSON LIMIT | 03/27/2019 | 29,679.00 | 0.00 | 07/05/2019 | 1,407.01 | 0.00 | 0.00 | 0.00 |
| | 3910241 | KM8J3CAL4KU 958684 | 2019 HYUN | TUCSON LIMIT | 03/27/2019 | 27,818.00 | 0.00 | 04/16/2019 | 27,818.00 | 0.00 | 0.00 | 0.00 |
| | 3904368 | KM8J3CAL4KU 958717 | 2019 HYUN | TUCSON LIMIT | 03/22/2019 | 29,679.00 | 0.00 | 04/09/2019 | 29,679.00 | 0.00 | 0.00 | 0.00 |
| | 3910078 | KM8J2CA40KU 959603 | 2019 HYUN | TUCSON SE | 03/27/2019 | 25,513.00 | 0.00 | 04/30/2019 | 25,513.00 | 0.00 | 0.00 | 0.00 |
| | 3904367 | KM8J3CAL2KU 959803 | 2019 HYUN | TUCSON LIMIT | 03/22/2019 | 27,839.00 | 0.00 | 04/12/2019 | 27,839.00 | 0.00 | 0.00 | 0.00 |

Hyundai Capital America

**TRIAL BALANCE**

As Of: 10/03/2019

Report ID: TRIAL2

Cost Center: 44009

Dealer: NY055 - Nemet Hyundai

Page: 71
10/03/2019
16:45:35

Principal Balance: 509,164.70

| | | | | | | |
|---|---|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3904369 | KM8J3CAL5KU 959911 | 2019 HYUN | TUCSON LIMIT | 03/22/2019 | 27,839.00 | 0.00 | 06/11/2019 | 27,839.00 | 0.00 | 0.00 | 0.00 |
| | 3906966 | KM8J3CAL5KU 960847 | 2019 HYUN | TUCSON LIMIT | 03/25/2019 | 27,839.00 | 0.00 | 05/28/2019 | 875.91 | 0.00 | 0.00 | 0.00 |
| | 3904371 | KM8J3CAL8KU 960969 | 2019 HYUN | TUCSON LIMIT | 03/22/2019 | 27,839.00 | 0.00 | 06/17/2019 | 1,234.11 | 0.00 | 0.00 | 0.00 |
| | 3912043 | KM8J2CA41KU 961232 | 2019 HYUN | TUCSON SE | 03/28/2019 | 25,338.00 | 0.00 | 05/01/2019 | 25,338.00 | 0.00 | 0.00 | 0.00 |
| | 3921096 | KM8J2CA47KU 962384 | 2019 HYUN | TUCSON SE | 04/04/2019 | 25,526.00 | 0.00 | 06/08/2019 | 25,526.00 | 0.00 | 0.00 | 0.00 |
| | 3904363 | KM8J3CA49KU 962660 | 2019 HYUN | TUCSON LIMIT | 03/22/2019 | 26,919.00 | 0.00 | 04/05/2019 | 26,919.00 | 0.00 | 0.00 | 0.00 |
| | 3908793 | KM8J2CA40KU 982744 | 2019 HYUN | TUCSON SE | 03/25/2019 | 25,552.00 | 0.00 | 04/11/2019 | 25,552.00 | 0.00 | 0.00 | 0.00 |
| | 3912186 | KM8J3CAL7KU 962888 | 2019 HYUN | TUCSON LIMIT | 03/28/2019 | 32,120.00 | 0.00 | 05/31/2019 | 2,044.36 | 0.00 | 0.00 | 0.00 |
| | 3908957 | KM8J3CA42KU 964069 | 2019 HYUN | TUCSON LIMIT | 03/25/2019 | 26,846.00 | 0.00 | 04/30/2019 | 26,846.00 | 0.00 | 0.00 | 0.00 |
| | 3967806 | KM8J3CAL7KU 964141 | 2019 HYUN | TUCSON LIMIT | 05/09/2019 | 32,120.00 | 0.00 | 07/08/2019 | 138.46 | 0.00 | 0.00 | 0.00 |
| | 3904362 | KM8J3CA48KU 964402 | 2019 HYUN | TUCSON LIMIT | 03/22/2019 | 26,942.00 | 0.00 | 05/10/2019 | 26,942.00 | 0.00 | 0.00 | 0.00 |
| | 3958074 | KM8J3CAL1KU 964507 | 2019 HYUN | TUCSON LIMIT | 04/30/2019 | 32,120.00 | 0.00 | 06/17/2019 | 32,120.00 | 0.00 | 0.00 | 0.00 |
| | 3921153 | KM8J3CA45KU 965149 | 2019 HYUN | TUCSON LIMIT | 04/04/2019 | 26,793.00 | 0.00 | 06/17/2019 | 26,793.00 | 0.00 | 0.00 | 0.00 |
| | 3912141 | KM8J3CA42KU 968512 | 2019 HYUN | TUCSON LIMIT | 03/28/2019 | 26,793.00 | 0.00 | 04/24/2019 | 26,793.00 | 0.00 | 0.00 | 0.00 |
| | 4033713 | KM8J3CAL8KU 971079 | 2019 HYUN | TUCSON LIMIT | 06/26/2019 | 32,304.00 | 0.00 | 07/08/2019 | 150.08 | 0.00 | 0.00 | 0.00 |
| | 3967810 | KM8J3CAL2KU 976715 | 2019 HYUN | TUCSON LIMIT | 05/09/2019 | 33,073.00 | 0.00 | 05/21/2019 | 33,073.00 | 0.00 | 0.00 | 0.00 |
| | 3975890 | KM8J3CAL5KU 977759 | 2019 HYUN | TUCSON LIMIT | 05/14/2019 | 33,048.00 | 0.00 | 05/31/2019 | 33,048.00 | 0.00 | 0.00 | 0.00 |
| | 3958072 | KM8J2CA45KU 977790 | 2019 HYUN | TUCSON SE | 04/30/2019 | 25,309.00 | 0.00 | 06/13/2019 | 506.42 | 0.00 | 0.00 | 0.00 |
| | 3958073 | KM8J2CA4XKU 979809 | 2019 HYUN | TUCSON SE | 04/30/2019 | 25,403.00 | 0.00 | 06/11/2019 | 25,403.00 | 0.00 | 0.00 | 0.00 |
| | 3975884 | KM8J2CA49KU 983687 | 2019 HYUN | TUCSON SE | 05/14/2019 | 25,513.00 | 0.00 | 06/10/2019 | 1,446.22 | 0.00 | 0.00 | 0.00 |
| | 3967805 | KM8J2CA49KU 986427 | 2019 HYUN | TUCSON SE | 05/09/2019 | 25,406.00 | 0.00 | 07/10/2019 | 14,434.84 | 0.00 | 0.00 | 0.00 |
| | 3975892 | KM8J3CAL7KU 989945 | 2019 HYUN | TUCSON LIMIT | 05/14/2019 | 32,128.00 | 0.00 | 06/17/2019 | 32,128.00 | 0.00 | 0.00 | 0.00 |
| | 3975885 | KM8J3CAL0KU 990693 | 2019 HYUN | TUCSON LIMIT | 05/14/2019 | 27,839.00 | 0.00 | 06/17/2019 | 697.06 | 0.00 | 0.00 | 0.00 |
| | 3967811 | KM8J3CAL8KU 990716 | 2019 HYUN | TUCSON LIMIT | 05/09/2019 | 29,679.00 | 0.00 | 06/19/2019 | 29,679.00 | 0.00 | 0.00 | 0.00 |
| | 3975878 | KM8J2CA41KU 992870 | 2019 HYUN | TUCSON SE | 05/14/2019 | 25,567.00 | 0.00 | 06/17/2019 | 625.97 | 0.00 | 0.00 | 0.00 |
| | 3975891 | KM8J3CAL6KU 993517 | 2019 HYUN | TUCSON LIMIT | 05/14/2019 | 27,839.00 | 0.00 | 07/08/2019 | 826.17 | 0.00 | 0.00 | 0.00 |
| | 3975888 | KM8J3CAL3KU 993605 | 2019 HYUN | TUCSON LIMIT | 05/14/2019 | 27,839.00 | 0.00 | 05/29/2019 | 27,839.00 | 0.00 | 0.00 | 0.00 |
| | 3975889 | KM8J3CAL3KU 993863 | 2019 HYUN | TUCSON LIMIT | 05/14/2019 | 27,839.00 | 0.00 | 07/02/2019 | 27,839.00 | 0.00 | 0.00 | 0.00 |

Report ID: TRIAL2

**Hyundai Capital America**
**TRIAL BALANCE**
As Of: 10/03/2019

Page: 72
10/03/2019
16:45:35

Cost Center: 44009
Dealer: NY055 - Nemet Hyundai

Principal Balance: 509,164.70

| | | | | |
|---|---|---|---|---|
| Today's Interest | 0.00 | Past Due Interest | 9,376.76 | Base Rate | 5.0000 % | Credit Limit | 6,350,000.00 |
| Accrued Interest | 190.05 | Past Due Principal | 6,165.70 | Equity Balance | 0.00 | Commitments | 0.00 |
| Interest Receivable | 12,989.76 | Past Due Date | 10/27/2019 | Equity Interest | 0.00 | Presold Amount | 0.00 |
| Billing Date | 09/30/2019 | Last Inspection Date | 11/27/2018 6:14:32 | Prepaid Items | 0.00 | Available Credit | 5,840,835.30 |

| Plan Code | Loan ID | Serial # | Year Make | Model | Effective Date | Original Principal | Current Principal | Last Payment Date | Amount | Today's Interest | Accrued Interest | Split Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3975886 | KM8J3CAL2KU 993871 | 2019 HYUN | TUCSON LIMIT | 05/14/2019 | 27,818.00 | 0.00 | 06/03/2019 | 976.78 | 0.00 | 0.00 | 0.00 |
| | 3975887 | KM8J3CAL2KU 993899 | 2019 HYUN | TUCSON LIMIT | 05/14/2019 | 27,818.00 | 0.00 | 06/19/2019 | 5,695.81 | 0.00 | 0.00 | 0.00 |
| | 3975880 | KM8J2CA47KU 994543 | 2019 HYUN | TUCSON SE | 05/14/2019 | 25,558.00 | 0.00 | 07/31/2019 | 2,761.04 | 0.00 | 0.00 | 0.00 |
| | 3975879 | KM8J2CA45KU 994721 | 2019 HYUN | TUCSON SE | 05/14/2019 | 25,558.00 | 0.00 | 07/09/2019 | 25,558.00 | 0.00 | 0.00 | 0.00 |
| | 3984075 | KM8J2CA49KU 995368 | 2019 HYUN | TUCSON SE | 05/20/2019 | 25,558.00 | 0.00 | 06/27/2019 | 25,558.00 | 0.00 | 0.00 | 0.00 |
| | 3975893 | KM8J3CAL8KU 995432 | 2019 HYUN | TUCSON LIMIT | 05/14/2019 | 29,711.00 | 0.00 | 05/28/2019 | 394.76 | 0.00 | 0.00 | 0.00 |
| | 3975881 | KM8J2CA48KU 995507 | 2019 HYUN | TUCSON SE | 05/14/2019 | 25,558.00 | 0.00 | 09/06/2019 | 1,047.41 | 0.00 | 0.00 | 0.00 |
| | 3975882 | KM8J2CA48KU 999184 | 2019 HYUN | TUCSON SE | 05/14/2019 | 25,558.00 | 0.00 | 06/05/2019 | 17,694.04 | 0.00 | 0.00 | 0.00 |
| | 3975883 | KM8J2CA48KU 999279 | 2019 HYUN | TUCSON SE | 05/14/2019 | 25,558.00 | 0.00 | 05/23/2019 | 25,558.00 | 0.00 | 0.00 | 0.00 |
| | 3984074 | KM8J2CA44KU 999425 | 2019 HYUN | TUCSON SE | 05/20/2019 | 25,558.00 | 0.00 | 07/01/2019 | 1,113.98 | 0.00 | 0.00 | 0.00 |

| **Subtotal New Hyundai Vehicles** | | | | **848 Items** | | **21,720,452.00** | **467,129.00** | | | **0.00** | **173.93** | **0.00** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LOANS FOR COLLATERAL TYPE: Program Vehicles**          **Credit Limit:**          **0.00 ** Sublimit ****

Base Rate     PRIME     5.00000%     Variance     2.00000%

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3943758 | 5NPD84LF0HH 060134 | 2017 HYUN | ELANTRA SE | 04/22/2019 | 12,621.00 | 0.00 | 04/25/2019 | 12,621.00 | 0.00 | 0.00 | 0.00 |
| | 3941975 | KMHGN4JE1GU 141563 | 2016 HYUN | GENESIS 3.8L | 04/19/2019 | 22,200.00 | 0.00 | 07/26/2019 | 22,200.00 | 0.00 | 0.00 | 0.00 |
| | 3925405 | 5NPE24AFXGH 354017 | 2016 HYUN | SONATA SE | 04/09/2019 | 12,920.00 | 0.00 | 04/25/2019 | 12,920.00 | 0.00 | 0.00 | 0.00 |
| | 3904873 | 5XYZTDLB6HG 389283 | 2017 HYUN | SANTA FE SPO | 03/25/2019 | 16,699.00 | 0.00 | 04/04/2019 | 16,699.00 | 0.00 | 0.00 | 0.00 |
| | 3938214 | KMHD04LB4JU 545646 | 2018 HYUN | ELANTRA SPOR | 04/17/2019 | 17,504.00 | 0.00 | 05/08/2019 | 17,504.00 | 0.00 | 0.00 | 0.00 |
| | 3946124 | 5NPDH4AE9GH 794585 | 2016 HYUN | ELANTRA SE | 04/23/2019 | 10,279.00 | 0.00 | 05/01/2019 | 10,279.00 | 0.00 | 0.00 | 0.00 |

| **Subtotal Program Vehicles** | | | | **6 Items** | | **92,223.00** | **0.00** | | | **0.00** | **0.00** | **0.00** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **Dealer Totals:** | | | | **857 Items** | | **21,879,601.10** | **509,164.70** | | | **0.00** | **190.05** | **0.00** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

# EXHIBIT H

Hyundai Capital

## CONTINUING GUARANTY AND SUBORDINATION AGREEMENT

This CONTINUING GUARANTY AND SUBORDINATION AGREEMENT (this "Guaranty"), dated as of August 30, 2016, is entered into by and between HYUNDAI CAPITAL AMERICA, a California corporation ("Lender") having an address at 3161 Michelson Drive, Suite 1900, Attention: Commercial Credit, Irvine, CA 92612 and SCOTT A. PERLSTEIN, SR., an individual ("Guarantor") having an address at 241 Baird Court, Woodbury, NY 11797.

Lender is willing to make and maintain loans and other financial accommodations to Nemet Motors, LLC, a New York limited liability company ("Dealer") on and after the date of this Guaranty, but only upon the condition, among others, that Guarantor shall have executed and delivered this Guaranty to Lender.

To induce Lender to make loans and other financial accommodations to Dealer, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Guarantor has agreed to guarantee the Obligations (as defined below) upon the terms and conditions of this Guaranty. Accordingly, Guarantor agrees with Lender as follows:

1. **Guaranty.** Guarantor hereby unconditionally and irrevocably guarantees to Lender the timely payment in full when due (whether at stated maturity, by acceleration or otherwise) and performance of the Obligations (as defined below) in each case strictly in accordance with their terms. Guarantor hereby further agrees that if Dealer shall fail to pay in full when due (whether at stated maturity, by acceleration or otherwise) all or any part of the Obligations, Guarantor will immediately pay the same, without any demand or notice whatsoever, and that in the case of any extension of time of payment or renewal of all or any part of the Obligations, the same will be timely paid in full when due (whether at extended maturity, by acceleration or otherwise) in accordance with the terms of such extension or renewal. This Guaranty is absolute, irrevocable and unconditional in nature and is made with respect to any and all Obligations now existing or in the future arising.

   "Obligations" shall mean (a) any and all advances and all other obligations, liabilities and indebtedness of every kind, nature and description owing by Dealer to Lender, including principal, interest, charges, fees, costs and expenses, however evidenced, whether as principal, surety, endorser, guarantor or otherwise, arising under (i) that certain Inventory Loan and Security Agreement, dated as of September 5, 2014, between Dealer and Lender, as amended, restated, replaced, supplemented and otherwise modified from time to time ("ILSA"), (ii) that certain Loan and Security Agreement, dated as of August 30, 2016, between Dealer and Lender, as amended, restated, replaced, supplemented and otherwise modified from time to time ("Loan Agreement"), and (iii) any document executed in connection therewith, whether now or hereafter executed or arising, and (b) all other obligations, liabilities and indebtedness of every kind, nature and description owing by Dealer to Lender under or pursuant to any other agreement, guaranty or instrument, whether now existing or hereafter arising; whether such obligations, liabilities and indebtedness are direct or indirect, allowed or allowable in whole or in part, absolute or contingent, joint or several, due or not due, primary or secondary, liquidated or unliquidated, or secured or unsecured.

2. **Continuing Guaranty.** This is a continuing guaranty relating to any present and future Obligations, including that arising under successive transactions which shall either continue the Obligations or from time to time renew it. Any payment by Guarantor shall not reduce the maximum obligation hereunder unless written notice to that effect is actually received by Lender at or prior to the time of such payment. The obligations of Guarantor hereunder shall be in addition to any obligations of Guarantor under any other guaranties of the Obligations of Dealer or any other persons heretofore given or hereafter to be given to Lender unless such other guaranties are expressly modified or revoked in writing; and this Guaranty shall not, unless expressly herein provided, affect or invalidate any such other guaranties. The liability of Guarantor to Lender shall at all times be the aggregate liability of Guarantor under the terms of this Guaranty and of any other guaranties given by Guarantor to Lender and not expressly revoked, modified or invalidated.

3. **Joint and Several Liability; No Duty.** The obligation of Guarantor hereby created is joint and several, and Lender is authorized and empowered to proceed against Guarantor without joining or pursuing any remedy Lender may have against Dealer or any other guarantor or party. All of the parties may be sued together, or any of them may be sued separately without first or contemporaneously suing the others. There shall be no duty or obligation upon Lender, whether by notice under any applicable statute or otherwise to (a) proceed against Guarantor, Dealer or any other guarantor or party, (b) initiate any proceeding or exhaust any remedy against Guarantor, Dealer, or any other guarantor or party, or (c) give any notice to Guarantor, Dealer, or any other guarantor or party, of any other proceedings of any kind, against Dealer, Guarantor, or any of them, and Guarantor hereby waives any such rights it may have under applicable law. Guarantor agrees that any payment of any Obligations or other act which shall toll any statute of limitations applicable to any proposed action against Dealer shall similarly operate to toll such statute of limitations as to Guarantor's liability hereunder.

4. **Security and Collateral.** Guarantor agrees that Lender may at any time, either with or without consideration, surrender, or release any property or other security of any kind or nature whatsoever held by it or by any person on its behalf or for its account, which secures any Obligations or any liability, or may substitute any collateral so held by Lender for other collateral of any kind or value, without notice to or further consent from Guarantor, and such surrender, release or substitution shall not in any way affect, limit or reduce the obligation of Guarantor hereunder. Lender shall have full authority to adjust, compromise and receive less than the amount due upon, or the value or purported value of, any such collateral, and may enter into any accord and satisfaction agreement with respect to the same as may seem advisable to Lender without affecting the obligation of Guarantor hereunder, which shall remain absolute, primary and unconditional. Lender shall be under no duty to undertake to marshal, repossess, sell, dispose of, or otherwise collect upon such collateral or any part thereof. Guarantor's liability hereunder shall not be released, diminished, limited or reduced on account of any negligence, mistake in judgment, or decision as to handling, disposing of or not disposing of, obtaining, failing to collect upon, or perfecting a security interest in, any such collateral. Lender may collect or otherwise liquidate any collateral in any manner and bid and purchase at any sale without affecting or impairing the obligation of Guarantor hereunder.

5. **Third Parties.** Guarantor agrees that, at any time or times, without notice to or further approval of Guarantor or Dealer, and without in any way affecting the obligation of Guarantor hereunder, Lender may, with or without consideration: (a) release, compromise, or agree not to sue, in whole or in part, Dealer, or any other obligor, guarantor, endorser or surety upon any of the Obligations; (b) waive, rescind, renew, extend, modify, increase, decrease, delete, terminate, amend, or accelerate in accordance with its terms, either in whole or in part, any of the Obligations, any of the terms thereof, or any agreement, covenant, condition, or obligation of or with Dealer, or any other obligor, guarantor, endorser or surety upon any of the liabilities; and (c) apply any payment received from Dealer,

or any other obligor, guarantor, endorser or surety upon any of the Obligations to any Obligations which Lender may choose.

6.   **Waivers.**

(a)   Guarantor waives any right to require Lender to proceed against Dealer, repossess, dispose of or otherwise proceed against or exhaust any collateral or security held from Dealer, Guarantor, or any other party, or pursue any other remedy in Lender's power whatsoever. Guarantor waives any defense and cause of action or claim for relief arising by reason of the cessation, discharge or release from any cause whatsoever of the liability of Dealer, such a cause to include, but not be limited to, an act or omission by Lender, or any election by Lender to pursue or foreclose on certain security of Dealer (such as real property) non-judicially or judicially without first or contemporaneously pursuing or foreclosing on other security of Dealer. Guarantor shall remain liable even though Lender may take action that releases or discharges Dealer or any other person (including, without limitation, any other guarantor of the Obligations) from liability on the Obligations and thereby impairs Guarantor's rights of subrogation or reimbursement against Dealer or such person; and Guarantor specifically waives any protection or benefit that may be conferred upon Guarantor by any statutes regarding forms of action, deficiencies, and the enforcement of real property security interests. No invalidity, irregularity or unenforceability of any part or all of the Obligations or any documents evidencing the same, by reason of any bankruptcy, insolvency, statute of limitations, preference, fraudulent transfer and avoidance laws, or other law or order of any kind or for any other reason, and no defense or setoff available at any time to Dealer, shall impair, affect or be a defense or setoff to the obligations of Guarantor under this Guaranty. Guarantor waives all presentments, demands for performance, notice of non-performance, protests, notices of protest, notices of dishonor, notices of default, notices of acceptance of this Guaranty the existence, creation or incurring of new or additional Obligations, and diligence in collecting any Obligations. Guarantor is fully aware of the financial condition of Dealer, and is executing and delivering this Guaranty at Dealer's request and based solely upon Guarantor's own independent investigation of all matters pertinent hereto and is not relying in any manner upon any representations or statements of Lender with respect thereto. Guarantor represents and warrants that Guarantor is in a position to obtain, and Guarantor hereby assumes full responsibility for obtaining, any additional information concerning the financial condition of Dealer, the status of Dealer's Obligations to Lender, and any other matter pertinent hereto as Guarantor may desire, and Guarantor is not relying upon or expecting Lender to furnish to Guarantor any information now or hereafter in Lender's possession concerning the same or any other matter.

By executing this Guaranty, Guarantor knowingly accepts the full range of risks encompassed within a contract of continuing guaranty, which risks Guarantor acknowledges include without limitation the possibility that Dealer will incur additional Obligations for which Guarantor will be liable hereunder after Dealer's financial condition or ability to pay such Obligations has deteriorated and/or after bankruptcy or insolvency proceedings have been commenced by or against Dealer. Guarantor shall have no right to require Lender to obtain or disclose any information with respect to the Obligations, the financial condition or character of Dealer, the existence of any collateral or security for any or all of the Obligations, the filing by or against Dealer of any bankruptcy or insolvency proceeding, the existence of any other guaranties of all or any part of the Obligations, any action or non-action on the

part of Lender or any other person, or any other matter, fact or occurrence whatsoever.

(b)   Guarantor also hereby waives any claim, right or remedy which such Guarantor may now have or hereafter acquire against Dealer that arises hereunder and/or from the performance by any Guarantor hereunder including, without limitation, any claim, remedy or right of subrogation, reimbursement, exoneration, contribution, indemnification, or participation in any claim, right or remedy of Lender against Dealer or any security which Lender now has or hereafter acquires, whether or not such claim, right or remedy arises in equity, under contract, by statute, under common law or otherwise.

(c)   Guarantor also waives each and every one of the following rights and defenses:

(i)   Guarantor's rights of subrogation, reimbursement, indemnification, and contribution and any other rights and defenses that are or may become available to Guarantor.

(ii)   Any rights or defenses Guarantor may have in respect of his or her obligations as a guarantor or other surety arising out of an election of remedies by the Lender, even though that election of remedies, such as nonjudicial foreclosure with respect to security for a guaranteed obligation, has destroyed the undersigned's rights of subrogation and reimbursement against the principal.

(iii)   Guarantor waives all rights and defenses that Guarantor may have because Dealer's debt is secured by real property. This means, among other things:

(1)   Lender may collect from the Guarantor without first foreclosing on any real or personal property collateral pledged by Dealer.

(2)   If Lender forecloses on any real property collateral pledged by Dealer:

(A)   The amount of the debt may be reduced only by the price for which that collateral is sold at the foreclosure sale, even if the collateral is worth more than the sale price.

(B)   Lender may collect from the Guarantor even if Lender, by foreclosing on the real property collateral, has destroyed any right the undersigned may have to collect from Dealer.

This is an unconditional and irrevocable waiver of any rights and defenses that the undersigned may have because Dealer's debt is secured by real property.

(iv)   Guarantor may not terminate or revoke this Guaranty. Guarantor waives any right Guarantor has to terminate or revoke the continuing nature of this Guaranty and its application to any guaranteed Obligations arising after any attempt to terminate this Guaranty.

7.   **Liens.** In addition to all liens upon, and rights of setoff against, the moneys, securities or other property of Guarantor given to Lender by law, Lender shall have a lien upon and a right of setoff against all moneys, securities and other property of Guarantor now and hereafter in the possession of Lender or any of its affiliate companies, whether held in a general or special account, or for safekeeping otherwise; and every such lien and right of setoff may be exercised without demand upon or notice to Guarantor. No lien or right of setoff shall be deemed to have been waived by any act or conduct on the part of Lender, or by any neglect to exercise such right of setoff or to enforce such lien, or by any delay in so doing, and every right of

setoff and lien shall continue in full force and effect until such right of setoff or lien is specifically waived or released by an instrument in writing executed by Lender.

8. **Subordination and Assignment of Obligations.** Any indebtedness of Dealer now or hereafter held by Guarantor is hereby subordinated to the Obligations of Dealer to Lender; and such indebtedness of Dealer to Guarantor is assigned to Lender as security for this Guaranty and the Obligations. Upon written request by Lender, Guarantor agrees not to ask for, demand, sue for, take or receive from Dealer, directly or indirectly, in cash or other property, by setoff or in any other manner (including, without limitation, from or by way of collateral), payment of all or any of such indebtedness of Dealer unless and until the Obligations (other than contingent indemnification obligations under which there is no outstanding claim) shall have been fully paid in cash and fully performed and the ILSA and the Loan Agreement shall have been terminated. If Guarantor shall receive any payments from Dealer in violation of the preceding sentence, Guarantor shall act as trustee for Lender and immediately pay over to Lender any amounts received by Guarantor to be applied against the Obligations. The effect of this subordination is that Guarantor may receive less in an bankruptcy or other insolvency proceeding that it would otherwise be entitled to receive, because Lender shall be entitled to receive all amounts otherwise payable to Guarantor until all Obligations are satisfied, including but not limited to default interest, attorneys' fees and late charges, regardless of whether such amounts are allowed in such insolvency proceeding.

9. **Subrogation.** Guarantor hereby agrees that, until the payment and satisfaction in full of all of the Obligations and the termination of the ILSA and the Loan Agreement, it shall not exercise any right, remedy, power or privilege, such as any right of subrogation, contribution or indemnity or related remedy, power or privilege, arising (whether by contract or operation of law, including under the bankruptcy code) against Dealer or any other guarantor of all or any part of the Obligations or any collateral for all or any part of the Obligations by reason of any payment or other performance pursuant to the provisions of this Guaranty and, if any amount shall be paid to Guarantor on account of such rights, remedies, powers or privileges, it shall hold such amount in trust for the benefit of, and pay the same over to, Lender on account of the Obligations. Guarantor understands that the exercise by Lender of any right, remedy, power or privilege that it may have under the ILSA, the Loan Agreement or any other agreement, security document, guaranty or other instrument relative to all or any part of the Obligations or otherwise may affect or eliminate such or any other guarantor's right of subrogation or similar recovery against Dealer, any other guarantors or any collateral and that Guarantor may therefore incur partially or totally nonreimbursable liability under this Guaranty. Nevertheless, Guarantor hereby authorizes and empowers Lender to exercise, in its sole discretion, any combination of such rights, remedies, powers and privileges.

10. **Reinstatement.** The obligations of Guarantor under this Guaranty shall be automatically reinstated if and to the extent that for any reason any payment by or on behalf of Dealer, any other guarantor or any other person or any other application of funds (including the proceeds of any collateral for all or any part of the Obligations) in respect of all or any part of the Obligations is rescinded or must be otherwise restored by any holder of such Obligations, whether as a result of any proceedings in bankruptcy, reorganization or otherwise, and Guarantor agrees that it will indemnify Lender on demand for all reasonable costs and expenses (including fees and expenses of counsel) incurred by Lender in connection with such rescission or restoration.

11. **Financial Statements.** Guarantor shall furnish to Lender such financial or other statements respecting the condition, operation and affairs of Guarantor or Guarantor's property as Lender may

from time to time reasonably require. Guarantor shall in any event furnish Lender with (a) Guarantor's tax returns not later than September 30 of each calendar year and (b) Guarantor's financial statements for each calendar year ending December 31 not later than March 31 of the following calendar year.

12. **No Inquiry.** It is not necessary for Lender to inquire into the powers of Dealer or the officers, directors, or agents acting or purporting to act in its behalf, and any Obligations made or created in reliance upon the professed exercise of such powers shall be guaranteed hereunder.

13. **Attorney's Fees, Costs and Expenses.** Guarantor agrees (a) to pay or reimburse Lender for all costs and expenses incurred in connection with the perfection of liens granted under this Guaranty and under the other documents executed in connection herewith, and the consummation and administration of the transactions contemplated by this Guaranty and the other documents executed in connection herewith, including all fees and expenses of attorneys and auditors, all search, filing, recording and appraisal charges and fees and taxes related thereto, and other out-of-pocket expenses incurred by Lender; and (b) to pay or reimburse Lender for all costs and expenses incurred in connection with the enforcement, attempted enforcement, or preservation or pursuit of any rights or remedies under this Guaranty or the other documents executed in connection herewith, including all such costs and expenses incurred during any "workout" or restructuring and during any legal proceeding, including any court or jury trial, arbitration or other alternative dispute resolution proceeding, bankruptcy proceeding, and during any appeal of any of the foregoing, and shall entitle Lender to payment for all fees and expenses of attorneys, auditors, accountants, keepers and other outside experts and consultants retained by Lender. All amounts due under this Section shall be payable within ten (10) business days after demand therefor. The agreements in this Section shall survive the termination of this Guaranty.

14. **Arbitration.** All claims or disputes arising out of or relating to this Guaranty, or the breach thereof, whether such claims or disputes sound in contract, tort, trade practices, equity, statutory or common law or otherwise, shall be determined by arbitration administered by the American Arbitration Association in accordance with its Commercial Financial Disputes Arbitration Rules (the "Rules"). The place of arbitration shall be New York, New York. To the extent applicable in civil actions in the Forum State (as defined in Section 24), the Forum State's substantive and procedural laws, including, without limitation, rules of civil procedure, rules of evidence, and rules of discovery, shall apply. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof, and the parties waive any objection based upon a lack of personal jurisdiction in the court where enforcement is sought. There shall be one arbitrator, which arbitrator shall be a retired judge of any court in the Forum State and experienced in commercial finance and lending transactions. Resolution of the claim or dispute shall be based solely upon the substantive law governing the claims and defenses pleaded, and the arbitrator may not invoke any basis (including, but not limited to, notions of what is deemed "just and equitable" pursuant to AAA Commercial Rule R-43) other than such controlling law. The award shall be in writing, signed by the arbitrator, and shall include a statement setting forth the reasons for the disposition of any claim. The award shall include findings of fact and conclusions of law. The arbitrator shall award to the prevailing party, if any, as determined by the arbitrator, the arbitrator's fees together with all of its attorney's fees and expenses as such attorney's fees, costs and expenses are defined in this Guaranty.

Nothing in the preceding paragraph, or otherwise, nor the exercise of any right to arbitration, nor the commencement or pendency of any proceeding, shall limit the right of any party to this Guaranty: (1) to seek judicial equitable relief, or other

equitable relief available to it under applicable statutory and/or case law including, but not limited to, injunctive relief and the appointment of a receiver; or (2) to exercise any self-help rights or any other rights or remedies available to it by contract or applicable statutory or case law (including but not limited to the filing of an involuntary petition in bankruptcy, the right of set off, attachment, recoupment, foreclosure, or repossession) with respect to its extension of credit, the protection and preservation of collateral, the liquidation and realization of collateral, the protection, continuation and preservation of lien rights and priorities, the collection of indebtedness, and the processing and payment or return of checks, whether such occurs before, during or after the pendency of any arbitration proceeding. The institution and maintenance of an action for judicial relief or pursuit of provisional or ancillary rights or remedies or exercise of self-help remedies, all as provided herein, and the pursuit of any such rights or remedies, shall not constitute a waiver of the right or obligation of any party to this Guaranty, including the plaintiff seeking judicial relief or remedies, to submit a dispute to arbitration, including disputes that may arise from the exercise of such rights. The arbitrator shall not have the power to order specific performance of any obligation or duty of any party to this Guaranty or to issue injunctions in connection therewith or otherwise. The parties agree that the duty to arbitrate disputes hereunder extends beyond the date of the expiration or termination of this Guaranty, and beyond the date of the fulfillment of any repayment obligations of any party hereunder.

In the event of any conflict between the Rules and this Section 14, the provisions of this Section 14 shall control. BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH LENDER AND GUARANTOR GIVE UP ANY AND ALL RIGHTS TO TRIAL BY JURY.

BY INITIALING BELOW, EACH OF GUARANTOR AND LENDER ACKNOWLEDGES THAT IT HAS READ, UNDERSTANDS AND AGREES TO THE ABOVE ARBITRATION PROVISIONS.

LENDER'S INITIALS: ___   GUARANTOR'S INITIALS: ___

15. **Jury Waiver.** TO THE MAXIMUM EXTENT PERMITTED BY LAW, LENDER AND GUARANTOR KNOWINGLY, VOLUNTARILY, AND AFTER CONSULTING OR HAVING HAD THE OPPORTUNITY TO CONSULT WITH LEGAL COUNSEL OF EACH PARTIES' RESPECTIVE CHOICE, AGREE THAT, IN THE EVENT OF LITIGATION BETWEEN THE PARTIES REGARDING THE PERFORMANCE OR ENFORCEMENT OF THIS AGREEMENT, OR IN ANY OTHER MANNER RELATED TO THIS AGREEMENT, THE PARTIES, FOR THEIR MUTUAL BENEFIT AND INTENDING TO REDUCE LITIGATION EXPENSES, HEREBY WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY SUCH ACTION, SUIT OR CLAIM.

LENDER'S INITIALS: ___   GUARANTOR'S INITIALS: ___

16. **Notice.** Except as otherwise expressly provided in this Guaranty, all consents, notices, demands, requests, approvals or other communications given under this Guaranty shall be in writing and shall be deemed sufficiently given or rendered if delivered by (a) hand delivery, (b) certified mail (return receipt requested), (c) first class U.S. mail, or (d) by a nationally recognized overnight delivery service making receipted deliveries, addressed to Lender or Guarantor, as applicable, at the address set forth in the first paragraph of this Agreement or

to such other address(es) as Lender or Guarantor may designate as its new address(es) for such purpose by notice given to the other in accordance with the provisions of this paragraph. Any such approval, consent, notice, demand, request or other communication shall be deemed to have been given (a) if by hand delivery, when actually received, (b) if by certified mail, upon execution of return receipt, (c) if by regular first class mail, four business days after deposit, and (d) if by overnight delivery service, two business days after deposit.

17. **Cumulative Remedies.** The rights and remedies herein specified are cumulative and not exclusive of any rights or remedies which Lender would otherwise have.

18. **Severability.** If any provision of this Guaranty or the application thereof to any person or circumstance shall, to any extent, be invalid or unenforceable, the remainder of this Guaranty or the application of such provision to persons or circumstances other than those as to which it is held invalid or unenforceable shall not be affected thereby, and each provision of this Guaranty shall be valid and enforceable to the full extent permitted by law.

19. **Entire Agreement.** Except as otherwise provided or referred to herein, there are no other agreements or understandings, either oral or in writing, between the parties affecting this Guaranty or relating to any of the subject matters covered by this Guaranty. This Guaranty and the other documents executed in connection herewith constitute the entire contract between the parties relating to the subject matter hereof and supersede any and all previous agreements and understandings, oral or written, relating to the subject matter hereof.

20. **Amendments in Writing.** No amendment or waiver of any provision of this agreement or any other document executed in connection herewith shall be effective unless in writing signed by the party against whom enforcement of such amendment or waiver is sought, and each such amendment or waiver shall be effective only in the specific instance and for the specific purpose for which given.

21. **No Waiver.** The failure of Lender to seek redress for violation of, to insist upon the strict performance of, or to take any action in connection with the breach of any obligation, covenant or condition of this Agreement or any other document executed in connection herewith shall not be construed as a waiver or relinquishment for the future performance of such obligation, covenant or condition, but the same shall continue and remain in full force and effect with respect to any subsequent breach, act or omission. The receipt by Lender of any amount payable or owed pursuant to this Agreement or any other document executed in connection herewith or any other sums with knowledge of the breach of any obligation, covenant or condition of this Agreement or any other document executed in connection herewith shall not be deemed a waiver of such breach. No payment by Guarantor or receipt by Lender of a lesser amount than any amount due or owing pursuant to this Agreement or any other document executed in connection herewith shall be deemed to be other than a payment on account of the earliest such amount due and owing, or as Lender may elect to apply such payment, nor shall any endorsement or statement on any check or any letter accompanying any check or payment be deemed an accord and satisfaction, and Lender may accept such check or payment without prejudice to Lender's right to recover the balance of any amount due and owing or pursue any other remedy provided by this Agreement or any other document executed in connection herewith. No delay on the part of Lender in exercising any right, power or privilege hereunder shall operate as a waiver thereof nor shall any single or partial exercise of any right, power or privilege hereunder preclude other or further exercise thereof or the exercise of any other right, power or privilege.

22. **Headings.** Section headings used herein are for convenience of reference only, are not part of this Guaranty and shall not affect the construction of, or be taken into consideration in interpreting, this Guaranty.

23. **Jurisdiction.** The parties hereto submit to the exclusive jurisdiction of the courts of the state of New York and the United States District Courts for such state, as well as to the jurisdiction of all courts from which an appeal may be taken from the aforesaid courts, for the purpose of any suit, action or other proceeding arising out of or relating to any of the parties' obligations under or with respect to this Guaranty.

24. **Choice of Law.** This Guaranty shall be governed by and construed in accordance with the laws of the state of New York (the "Forum State").

25. **Amendment and Restatement.** This Guaranty amends and restates in its entirety that certain Continuing Guaranty and Subordination Agreement, dated as of September 5, 2014, by and between Guarantor and Lender.

[Signature follows on the next page]

IN WITNESS WHEREOF, the parties hereto have caused this Guaranty to be executed under seal as of the date set forth in the introductory paragraph of this Guaranty.

Guarantor:

_____ (Seal)     8/31/16
SCOTT A. PERLSTEIN, SR., an individual                Date

State of New York         )
                          ) ss.:
County of _Queen_         )

On the _31_ day of _August_ in the year 20 _16_, before me, the undersigned, personally appeared _Scott Perlstein_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/ their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(SIGNATURE AND OFFICE OF PERSON TAKING
ACKNOWLEDGMENT, ALONG WITH REQUIRED
(PRINTED, TYPED OR STAMPED DATA)

Judith A. Doran
Notary Public, State of N.Y.
Qualified in Queens County
#01DO4878042
Commission Expires 2/23/ 2019

[Hyundai Capital America's signature follows on the next page]

**Lender:**

**HYUNDAI CAPITAL AMERICA, a California corporation**

By: _____ (Seal)

Name: ~~Dean Jermyn~~ Sam Froh

Title: S , , Director, Commercial Credit

Date: 10/7/16

# EXHIBIT I



**SANDELANDS EYET LLP**
ATTORNEYS AT LAW

Kathleen Cavanaugh, Esq.
Phone: 908.470.1200
kcavanaugh@se-llp.com
Admitted to practice in NJ, RI & NY

October 7, 2019

**VIA EMAIL (azizmor@cshzlaw.com)**
Andrew S. Zizmor, Esq.
Cyruli Shanks Hart & Zizmor LLP
420 Lexington Ave., 23rd Floor
New York, NY 101070

      **Re:   Nemet Motors LLC**

Dear Mr. Zizmor:

     As you know, this office represents Hyundai Capital America with respect to the default by Nemet Motors LLC under a certain Inventory Loan and Security Agreement dated September 5, 2014 and Loan and Security Agreement dated August 30, 2016. Previously, by letter dated September 10, 2019, notice of default was given and a demand for full payment was made. Payment has not been made.

     During the week of September 23, 2019, you advised me that Nemet Motors LLC would make a decision regarding a voluntary turnover of Hyundai Capital America's collateral, or an alternate plan, by September 27, 2019. After hearing nothing from you, I attempted to contact you twice last week by telephone and received no return telephone call. Please consider this letter as notice that Hyundai Capital America is demanding the immediate turn over its motor vehicle collateral. Please contact me to start arrangements for vehicle pick-up.

     Please also be advised that if there is no agreement for a voluntary surrender, my office has been instructed to immediately commence suit in the United States District Court for the Eastern District of New York for a writ of replevin and immediate restraints against the further sale and/or disposition of any motor vehicles.

     Very truly yours,

Kathleen Cavanaugh, Esq.
For SANDELANDS EYET LLP